Nos. 23-2882, 23-2886, 23-3146

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees/Plaintiffs-Appellants*,

and

ALLIANCE FOR THE WILD ROCKIES, et al.,
*Plaintiffs-Appellees/Plaintiffs*,

v.

UNITED STATES FOREST SERVICE, et al.,
*Defendants-Appellants/Defendants/Defendants-Appellees*,

and

KOOTENAI TRIBE OF IDAHO,
*Intervenor-Defendant/Intervenor-Defendant-Appellant/
Intervenor Defendant-Appellee.*

Appeal from the United States District Court for the District of Montana
No. 9:22-cv-114 (Hon. Donald W. Molloy)

**JOINT EXCERPTS OF RECORD – INDEX VOLUME**

| | |
|---|---|
| Of Counsel: | TODD KIM<br>*Assistant Attorney General* |
| ELISE FOSTER<br>*Attorney*<br>U.S. Dep't of Agriculture | THEKLA HANSEN-YOUNG<br>HAYLEY A. CARPENTER<br>ERIKA A. FURLONG |
| KATHRYN L. WILLIAMS-SHUCK<br>SARAH E. MCLAIN<br>*Attorneys*<br>U.S. Dep't of the Interior | JOHN P. TUSTIN<br>JACOB D. ECKER<br>*Attorneys*<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, D.C. 20044<br>(202) 305-0466 |

jacob.ecker@usdoj.gov

Julie A. Weis
HAGLUND KELLEY LLP

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm

*Attorneys for Defendant-Intervenor-Appellant Kootenai Tribe of Idaho*

ii

Index for Joint Excerpts of Record
*Center for Biological Diversity, et al. v. United States Forest Service, et al.*
Nos. 23-2882, 23-2886, 23-3146

| 1-ER-1–66 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Judgment, August 17, 2023 | 94 | 2 |
| Opinion and Order, August 17, 2023 | 93 | 4 |

| 2-ER-67–361 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Letter from Montana Department of Natural Resources and Conservation in Support of Black Ram Project, March 21, 2023 | 69 | 69 |
| Kootenai Tribe of Idaho Statement of Disputed Facts (Excerpt), March 20, 2023 | 68 | 71 |
| Federal Defendants' Memorandum in Support of Cross-Motion for Summary J. and Resp. in Opp. to Pls.' and Consol. Pls.' Mots. For Summary J., March 9, 2023 | 61 | 80 |
| Declaration of Wayne Kasworm, March 9, 2023 | 61-1 | 162 |
| Brief in Support of Alliance for the Wild Rockies' Mot. for Summary J., January 27, 2023 | 53 | 170 |
| AWR Complaint for Injunctive and Declaratory Relief (Excerpt), January 6, 2023 | 1 (Consol. Case No. 23-3) | 215 |
| United States Fish and Wildlife Service Administrative Record Index, December 13, 2022 | 35-2 | 226 |
| Revised Biological Opinion on the Effects of the Black Ram Project on Grizzly Bears (*FWS Admin. Rec. 1-77*), August 26, 2022 | 35 | 240 |
| Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2020 Bear Year Annual Monitoring Report (*FWS Admin. Rec. 985-1065*), 2021 | 35 | 317 |

i

| 3-ER-362–659 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2020 Bear Year Annual Monitoring Report (*FWS Admin. Rec. 985-1065*), 2021 (continued) | 35 | 364 |
| Species status assessment for the grizzly bear (Ursus arctos horriblis) in the lower-48 states: a biological report (*FWS Admin. Rec. 1066-1433*), 2021 | 35 | 400 |

| 4-ER-660–877 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Species status assessment for the grizzly bear (Ursus arctos horriblis) in the lower-48 states: a biological report (*FWS Admin. Rec. 1066-1433*), 2021 (continued) | 35 | 662 |
| Cabinet-Yaak Grizzly Bear Recovery Area 2020 Research and Monitoring Progress Report (*FWS Admin. Rec. 1445-1552*), 2021 | 35 | 731 |
| Selkirk/Cabinet-Yaak Grizzly Bear Recovery Zones 2019 Bear Year Annual Monitoring Report (*FWS Admin. Rec. 1741-1779*), 2020 | 35 | 839 |

| 5-ER-878–1132 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Biological Opinion on the Effects of the Kootenai National Forest Land Management Plan on the Grizzly Bear (*FWS Admin. Rec. 1912-2060*), 2020 | 35 | 880 |
| Record of Decision for Access Amendments (Excerpt) (*FWS Admin. Rec. 4498-4571*), 2011 | 35 | 1029 |
| Access Amendments Biological Opinion (Excerpt) (*FWS Admin. Rec. 4572-4798*), 2011 | 35 | 1033 |
| Revised Interagency Grizzly Bear Taskforce Report: Grizzly Bear/Motorized Access Management (*FWS Admin. Rec. 5019-5026*), 1998 | 35 | 1035 |
| Grizzly Bear Recovery Plan (Excerpt) (*FWS Admin. Rec. 5285-5479*), 1993 | 35 | 1043 |
| Selkirk / Cabinet-Yaak Grizzly Bear Recovery Zones 2020 Bear Year Annual Monitoring Summary Report (*FWS Admin. Rec. 6160-6240*), July 20, 2021 | 35 | 1046 |

| 5-ER-878–1132 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Email chain re: further supplemental information (*FWS Admin. Rec. 6578-6583*), June 23, 2021 | 35 | 1127 |

| 6-ER-1133–1418 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| United States Forest Service Administrative Record Index, December 6, 2022 | 34-2 | 1135 |
| Land Management Plan, 2015 Revision, Kootenai National Forest (*Forest Service Admin. Rec. 1-189*), 2015 | 34 | 1315 |

| 7-ER-1419–1715 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Land Management Plan, 2015 Revision, Kootenai National Forest (*Forest Service Admin. Rec. 1-189*), 2015 (continued) | 34 | 1421 |
| Final EIS for Revised Land Management Plan (Excerpt) (*Forest Service Admin. Rec. 190-875*), August 2013 | 34 | 1506 |
| 2020 Forest Plan Biological Assessment for Grizzly Bear (*Forest Service Admin. Rec. 933-1055*) | 34 | 1508 |
| Decision Notice and Finding of No Significant Impact for Black Ram Project (*Forest Service Admin. Rec. 2146-2230*) | 34 | 1631 |

| 8-ER-1716–2013 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Black Ram Final Environmental Assessment (Excerpt) (*Forest Service Admin. Rec. 2231-2828*), June 21, 2022 | 34 | 1718 |
| Black Ram draft environmental assessment (Excerpt) (*Forest Service Admin. Rec. 3499-4031*), July 2019 | 34 | 1796 |
| Black Ram Project Biological Assessment (Excerpt) (*Forest Service Admin. Rec. 4198-4349*), September 16, 2020 | 34 | 1798 |

| 8-ER-1716–2013 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Updated road closure information in the Project area (*Forest Service Admin. Rec. 4524*), June 17, 2022 | 34 | 1804 |
| Process review for assessing BMU metrics for the project-specific grizzly bear analysis in the Black Ram Project (*Forest Service Admin. Rec. 4529-33*), June 2, 2022 | 34 | 1805 |
| Forest Service Response to the Yaak Valley Forest Council's Forest Road Barriers and Gates Claim (*Forest Service Admin. Rec. 4558-4605*), October 30, 2021 | 34 | 1810 |
| A review of Wakkinen and Kasworm (1997) Report as Best Available Science for the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones (*Forest Service Admin. Rec. 4646-4677*), October 2011 | 34 | 1858 |
| Interagency Grizzly Bear Taskforce Report (Excerpt) (*Forest Service Admin. Rec. 5138-5147*), 1994 | 34 | 1890 |
| Interim Access Management Rule Set (Excerpt) (*Forest Service Admin. Rec. 5148-5157*), 1998 | 34 | 1892 |
| Cabinet Yaak Grizzly Bear Recovery Area 2017 (Excerpt) (*Forest Service Admin. Rec. 5336-5437*), 2018 | 34 | 1894 |
| Cabinet Yaak Grizzly Bear Recovery Area 2018 Research and Monitoring Report (Excerpt) (*Forest Service Admin. Rec. 5483-5580*), 2019 | 34 | 1897 |
| Cabinet Yaak Grizzly Bear Recovery Area 2021 Research and Monitoring Report (*Forest Service Admin. Rec. 5689-5802*), 2022 | 34 | 1900 |

| 9-ER-2014–2261 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Cabinet Yaak Grizzly Bear Recovery Area 2019 Research and Monitoring Report (Excerpt) (*Forest Service Admin. Rec. 5933-6037*), 2020 | 34 | 2016 |
| Kootenai Tribe of Idaho Letter to Council on Environmental Quality (*Forest Service Admin. Rec. 32834-35*), October 8, 2021 | 34 | 2019 |

| 9-ER-2014–2261 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Alliance for the Wild Rockies and Native Ecosystems Council Comments to Black Ram Project EA (*Forest Service Admin. R. 34673-34828*), August 7, 2019 | 34 | 2021 |
| Holloway roads November 2021 - Post objection information submitted by Wild Earth guardians (*Forest Service Admin. Rec. 44261-44266*), April 25, 2022 | 34 | 2177 |
| Forest Service Response to Allegedly Ineffective Road Closures (*Forest Service Admin. Rec. 44664-44688*), December 21, 2021 | 34 | 2183 |
| CBD First Amended Complaint, December 2, 2022 | 31 | 2208 |
| Declaration of Scott Soults, October 21, 2022 | 23-7 | 2231 |
| Declaration of Gary Aitken, Jr., October 21, 2022 | 23-6 | 2248 |

| 10-ER-2262–2318 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **ER** |
| Federal Defendants' notice of appeal, October 11, 2023 | 102 | 2264 |
| Tribe's notice of appeal, October 13, 2023 | 103 | 2267 |
| CBD's notice of cross-appeal, October 25, 2023 | 105 | 2279 |
| Docket Sheet for Lead Case (9:22-cv-114) | | 2288 |
| Docket Sheet for Consolidated Case (9:22-cv-3) | | 2307 |