Nos. 23-2882, 23-2886, 23-3146

———————————————

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

———————————————

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees/Plaintiffs-Appellants*,

and

ALLIANCE FOR THE WILD ROCKIES, et al.,
*Plaintiffs-Appellees/Plaintiffs*,

v.

UNITED STATES FOREST SERVICE, et al.,
*Defendants-Appellants/Defendants/Defendants-Appellees*,

and

KOOTENAI TRIBE OF IDAHO,
*Intervenor-Defendant/Intervenor-Defendant-Appellant/
Intervenor Defendant-Appellee.*

———————————————

Appeal from the United States District Court for the District of Montana
No. 9:22-cv-114 (Hon. Donald W. Molloy)

———————————————

**JOINT EXCERPTS OF RECORD
VOLUME 8 OF 10**

———————————————

Of Counsel:

ELISE FOSTER
*Attorney*
U.S. Dep't of Agriculture

KATHRYN L. WILLIAMS-SHUCK
SARAH E. MCLAIN
*Attorneys*
U.S. Dep't of the Interior

TODD KIM
*Assistant Attorney General*

THEKLA HANSEN-YOUNG
HAYLEY A. CARPENTER
ERIKA A. FURLONG
JOHN P. TUSTIN
JACOB D. ECKER
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0466

jacob.ecker@usdoj.gov

*Attorneys for Federal Defendants-Appellants*

Julie A. Weis
HAGLUND KELLEY LLP

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm

*Attorneys for Defendant-Intervenor-Appellant Kootenai Tribe of Idaho*



**United States Department of Agriculture**

# Black Ram

## Environmental Assessment



 **Forest Service**        **Kootenai National Forest**    **Three Rivers Ranger District**        **June 2022**

8-ER-1718

**For More Information Contact:**

Kirsten Kaiser
12858 US Highway 2
Troy, MT 59935
406-295-4693

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer and lender.

FS-002232

Black Ram                                                           Environmental Assessment

# Contents

Introduction ........................................................................................................................... 1
   Location of the Project Area ................................................................................................. 1
   Project Proposal .................................................................................................................... 1
Purpose and Need for the Proposal ....................................................................................... 1
Public Involvement and Collaboration .................................................................................. 3
   Public Involvement, Scoping and EA Comments ............................................................... 3
   Changes to the Proposed Action .......................................................................................... 4
      Completion of Fuel breaks from the Davis Fire ............................................................... 4
   Changes that were made to the EA ....................................................................................... 5
      Changes that were included in the December 2019 EA .................................................... 5
      Changes that were made after the pre-decisional objection process resulting in this final EA,
      dated June 2022 ................................................................................................................... 6
Issues ...................................................................................................................................... 6
Proposed Action and Alternatives ......................................................................................... 7
   Alternative 2, the proposed action is described below. ...................................................... 7
      Harvest Treatments .......................................................................................................... 7
      Precommercial Thinning (PCT) ....................................................................................... 9
      Non-harvest Fuels Treatments ....................................................................................... 10
      Watershed Work ............................................................................................................. 10
      Transportation Management .......................................................................................... 10
      Controlling and Managing Spread of Invasive Plants ................................................... 10
      In-Kind Replacement of Core to Conduct Harvest Activities in the BMUs .................. 10
      Recreation Improvements .............................................................................................. 11
      Management Areas and Treatment in the Project Area .................................................. 12
   Alternatives ........................................................................................................................ 13
      Comparison of Alternatives .......................................................................................... 13
      Alternatives Considered but Eliminated ....................................................................... 16
   Design Features .................................................................................................................. 17
      Coarse Woody Debris (CWD) Retention Recommendations for Soils and Wildlife ...... 17
      Historic Resources ......................................................................................................... 17
      Noxious Weeds .............................................................................................................. 17
      Public Safety/ Access Management ............................................................................... 18
      Recreation ...................................................................................................................... 19
      Riparian Habitat Conservation Areas (RHCAs) ........................................................... 19
      Pacific Northwest National Scenic Trail (PNNST) ....................................................... 19
      Proposed, Threatened, Endangered, and Sensitive Plant Species (PTES) ..................... 20
      Snag Retention .............................................................................................................. 21
      Soils ............................................................................................................................... 21
      Vegetation ...................................................................................................................... 21
      Water Quality and Aquatic Species ............................................................................... 22
      Wildlife: General ........................................................................................................... 22
      Wildlife: Lynx ................................................................................................................ 22
      Wildlife: Grizzly Bear ................................................................................................... 22
      Wildlife: Raptors ........................................................................................................... 23
      Resource Improvement Work ........................................................................................ 24
Environmental Impacts of the Proposed Action and Alternatives ....................................... 24
   Past Actions ........................................................................................................................ 25
      Timber Harvest .............................................................................................................. 25

i

FS-002233

Black Ram                                                              Environmental Assessment

Wildfires and Fire Suppression .................................................................. 25
Road BMP, Stored Service, and Decommissioning Work ........................... 25
Road Management ...................................................................................... 26
Private Land Development .......................................................................... 26
Ongoing and Reasonably Foreseeable Actions ............................................... 26
Effects to Air Quality ...................................................................................... 28
Relevant Laws, Regulations, and Policy .................................................... 28
Topics and Issues Addressed in This Analysis ........................................... 28
Methodology ............................................................................................... 29
Affected Environment ................................................................................. 31
Environmental Consequences ..................................................................... 32
Summary ..................................................................................................... 36
Compliance with the Land Management Plan ............................................. 37
Effects to Aquatic Resources .......................................................................... 39
Relevant Laws, Regulations, and Policy .................................................... 39
Methodology ............................................................................................... 40
Affected Environment ................................................................................. 42
Summary ..................................................................................................... 54
Compliance with Land Management Plan and Other Relevant Laws, Regulations, Policies and Plans ............................................................................................................ 56
Effects to Cultural Resources .......................................................................... 59
Relevant Laws, Regulations, and Policy .................................................... 59
Topics and Issues Addressed in This Analysis ........................................... 61
Methodology ............................................................................................... 61
Affected Environment ................................................................................. 62
Environmental Consequences ..................................................................... 63
Summary ..................................................................................................... 64
Compliance with Land Management Plan and Other Relevant Laws, Regulations, Policies and Plans ............................................................................................................ 64
Other Agencies and Individuals Consulted ................................................ 66
Economics Report ............................................................................................ 67
Regulatory Framework ............................................................................... 67
Affected Environment ................................................................................. 67
Existing Conditions .................................................................................... 68
Environmental Consequences ..................................................................... 74
Compliance with the Land Management Plan ............................................. 77
Effects to Fire and Fuels ................................................................................. 78
Regulatory Framework and Consistency .................................................... 78
Topics and Issues Addressed by this Analysis ........................................... 79
Methodology ............................................................................................... 80
Affected Environment ................................................................................. 83
Environmental Consequences ..................................................................... 88
Summary ..................................................................................................... 97
Compliance with the Land Management Plan ............................................. 97
Effects to Forest Vegetation ........................................................................... 101
Relevant Laws, Regulations, and Policy .................................................... 101
Topics and Issues Addressed in This Analysis ........................................... 102
Methodology ............................................................................................... 103
Affected Environment ................................................................................. 105
Environmental Consequences ..................................................................... 123
Summary of Environmental Effects ............................................................ 137

8-ER-1721

FS-002234

Black Ram                                                    Environmental Assessment

Compliance with Land Management Plan and Other Relevant Laws, Regulations, Policies and Plans .................................................................................................. 137
Required NFMA Monitoring .................................................................... 145
Effects to Inventoried Roadless Areas .................................................. 146
Relevant Laws, Regulations, and Policy ................................................ 146
Topics and Issues Addressed in This Analysis ..................................... 147
Methodology ........................................................................................... 147
Affected Environment ............................................................................. 148
Environmental Consequences ............................................................... 152
Summary ................................................................................................. 158
Compliance with the Land Management Plan ........................................ 160
Other Agencies and Individuals Consulted ........................................... 161
Effects to Noxious Weeds ...................................................................... 162
Relevant Laws, Regulations, and Policy ................................................ 162
Topics and Issues Addressed in This Analysis ..................................... 163
Methodology ........................................................................................... 163
Affected Environment ............................................................................. 164
Environmental Consequences ............................................................... 167
Compliance with Land Management Plan and Other Relevant Laws, Regulations, Policies and Plans .................................................................................................. 173
Effects to Proposed, Threatened, Endangered and Sensitive Plant Species ............................... 175
Relevant Laws, Regulations, and Policy ................................................ 175
Topics and Issues Addressed in this Analysis ...................................... 175
Whitebark Pine (Pinus albicaulis) ......................................................... 176
Other Sensitive Plant Species ............................................................... 179
Ranks and Definitions used by the Natural Heritage Program ............. 183
Climate change ...................................................................................... 184
PTES Plant Species Biological Assessment/Evaluation ...................... 185
Statement of Findings ............................................................................ 185
Compliance with the Land Management Plan and Other Management Direction ............. 185
Effects to Recreation .............................................................................. 189
Relevant Laws, Regulations, and Policy ................................................ 189
Topics and Issues Addressed in This Analysis ..................................... 189
Methodology ........................................................................................... 190
Affected Environment ............................................................................. 190
Environmental Consequences ............................................................... 193
Degree to Which the Purpose and Need for Action is Met .................... 204
Compliance with the Land Management Plan ........................................ 205
Effects to Scenic Resources .................................................................. 208
Relevant Laws, Regulations, and Policy ................................................ 208
Topics and Issues Addressed in This Analysis ..................................... 208
Methodology ........................................................................................... 211
Affected Environment ............................................................................. 212
Environmental Consequences ............................................................... 214
Summary ................................................................................................. 234
Compliance with Land Management Plan and Other Relevant Laws, Regulations, Policies and Plans .................................................................................................. 235
Other Agencies and Individuals Consulted ........................................... 237
Effects to Soils ....................................................................................... 238
Relevant Laws, Regulations and Policy ................................................ 238
Topics and Issues Addressed in This Analysis ..................................... 238

8-ER-1722

Black Ram                                                          Environmental Assessment

Methodology ....................................................................................................... 238
Affected Environment .......................................................................................... 240
Environmental Consequences .............................................................................. 243
Summary .............................................................................................................. 246
Compliance with Land Management Plan and Other Relevant Laws, Regulations, Policies and Plans ................................................................................................................... 247
Effects to Transportation System ................................................................................ 250
Relevant Laws, Regulations, and Policy ............................................................. 250
Topics and Issues Addressed in This Analysis ................................................... 251
Methodology ....................................................................................................... 251
Affected Environment .......................................................................................... 252
Environmental Consequences .............................................................................. 253
Summary of Environmental Effects ..................................................................... 258
Compliance with Land Management Plan and Other Relevant Laws, Regulations, and Policies ................................................................................................................................ 259
Effects to Water Resource .......................................................................................... 263
Relevant Laws, Regulations, and Policy ............................................................. 263
Topics and Issues Addressed in This Analysis ................................................... 264
Methodology ....................................................................................................... 266
Affected Environment .......................................................................................... 271
Environmental Consequences .............................................................................. 275
Summary .............................................................................................................. 289
Climate Change ................................................................................................... 290
Compliance with Land Management Plan and Other Relevant Laws, Regulations, Policies and Plans ................................................................................................................... 291
Effects to Wildlife ...................................................................................................... 295
Climate Change ................................................................................................... 296
Endangered, Threatened, and Proposed Species ................................................. 296
Sensitive Species ................................................................................................. 353
Other Species or Habitats of Interest .................................................................. 409
Agencies and Persons Consulted ................................................................................ 435
Appendices and Maps .......................................................................................................... 1
Appendix A – Harvest and Non-harvest Treatment Tables ........................................... 1
Appendix B – Road Work Tables ................................................................................ 21
Appendix C – Timber Harvest History in the Project Area ......................................... 25
Appendix D - Access Management Plan and Map ....................................................... 29
Appendix E - Best Management Practices (BMP) ....................................................... 40
KNF BMP SELECTION AND DESIGN FORM (KNF-BMP-1) ............................ 41
Appendix F – Monitoring Plan .................................................................................... 59
Appendix G- Response to Comments ........................................................................... 61
Comment Period Summary .......................................................................................... 61
Aquatics ....................................................................................................................... 66
Climate Change and Carbon Storage ........................................................................... 66
Cultural Resources ....................................................................................................... 70
EA vs EIS ..................................................................................................................... 70
Economics ..................................................................................................................... 73
Fire and Fuels Management .......................................................................................... 74
Forest Vegetation ......................................................................................................... 80
Forest Vegetation – Old Growth .................................................................................. 88
General ........................................................................................................................... 90
Inventoried Roadless Areas .......................................................................................... 93

8-ER-1723

NEPA ........................................................................................................ 93
NFMA ...................................................................................................... 94
Noxious Weeds ........................................................................................ 94
PNNST ..................................................................................................... 98
Proposed, Threatened, Endangered Plant Species ................................. 100
Riparian Areas ....................................................................................... 100
Roads ..................................................................................................... 100
Soils ....................................................................................................... 102
Trails/ Vistas/ Wild & Scenic Rivers/Scenic/Wildness ......................... 105
Travel Management ................................................................................ 108
Water Resources .................................................................................... 109
Wildlife – general ................................................................................. 113
Wildlife- birds ....................................................................................... 116
Wildlife- big game ................................................................................ 116
Wildlife – grizzly bear .......................................................................... 117
Wildlife- Canada Lynx .......................................................................... 126
Wildlife – habitat connectivity ............................................................. 127
Wildlife- other species .......................................................................... 128
Wildlife- wolverine ............................................................................... 128
Map 1- Alternative 2 .............................................................................. 130
Map 2 - Alternative 3 ............................................................................. 131
Map 3 - Proposed Recreation Trails ...................................................... 132
References ........................................................................................................ 133

**List of Tables**

Table 1. Proposed Vegetation Treatment Acres by Management Area in Alternative 2 ................... 12
Table 2 through Table 6 compare the proposed activities by alternative.Table 2. Proposed Harvest
    Treatments by Alternative .................................................................................. 13
Table 3. Proposed Fuel Treatments by Alternative ................................................. 14
Table 4. Proposed Activities in the WUI and IRAs by Alternative ......................... 14
Table 5. Proposed Activities in Old Growth and Recruitment Potential Old Growth by Alternative 14
Table 6. Proposed Roadwork by Alternative ........................................................... 15
Table 7. Comparison of Purpose and Need by Alternative ...................................... 15
Table 8. Coarse Woody Debris Retention by Biophysical Settings by Unit............. 17
Table 9. Ongoing and Reasonably Foreseeable Actions within or Adjacent to the Black Ram Project
    Area ................................................................................................................... 26
Table 10. Resource indicators and measures for assessing effects .......................... 29
Table 11. Resource indicators and measures for Alternative 2 Direct/ Indirect Effects ................... 34
Table 12. Resource indicators and measures for Alternative 3 Direct/ Indirect Effects ................... 35
Table 13. Summary comparison of treatment effectiveness ..................................... 37
Table 14. Interim Riparian Management Objectives ................................................ 40
Table 15. Interim Objectives for Pool Frequency .................................................... 41
Table 16. Special Status (R1 Sensitive) Aquatic Species Found or Suspected in Watershed Streams
    in the analysis area or Its Area of Influence .................................................... 43
Table 17. 2013 to 2017 Stream Temperature Summary for Black Ram Planning Area. 7-Day
    Average Maximum Temperatures Exceeding Specified Thresholds in the Black Ram Planning
    Area ................................................................................................................... 46
Table 18. 2017 and 2018 Substrate Composition in Stream Reaches Surveyed in Black Ram Project
    Area ................................................................................................................... 47
Table 19. 2017 and 2018 Habitat Survey Data ........................................................ 48

Black Ram                                                                                    Environmental Assessment

Table 20. List of Proposed, Endangered, Threatened, or Sensitive (PETS) Fish, Aquatic Amphibian, Mollusk Species Found on the Kootenai National Forest in the Black Ram Project Area and Addressed Under This Biological Evaluation .................................................................................. 55
Table 21. Spawning and Incubation Seasons for Spring and Fall Spawners* .................................... 58
Table 22. Project Feasibility and Financial Efficiency Summary (2017 dollars). .............................. 75
Table 23. Average Annual Employment and Labor Income Contributions from all Project Activities. ............................................................................................................................................. 76
Table 24. Fuel Timelag size classes .................................................................................................... 80
Table 25. Fuel Moistures utilized for this analysis (97th Percentile)..................................................... 81
Table 26. Most Common Pre-Treatment Fuel Models within the Black Ram Project Area. Fuel Models and descriptions from (Scott and Burgan 2005)...................................................... 81
Table 27. Most Common Post-Treatment Fuel Models within the Black Ram Project Area. Fuel Models and descriptions from J.H. Scott & Burgan, 2005. ........................................................ 82
Table 28. Large Fire Years within the Black Ram Analysis Area ........................................................ 83
Table 29. Fire Regime Groups Represented in the Project Area. ....................................................... 85
Table 30. Current Canopy Base Heights and Canopy Bulk Density Ranges in the Black Ram Harvest Units. ................................................................................................................................. 86
Table 31. Principles of Fire-Resilient Forests (Agee and Skinner 2005)........................................... 89
Table 32. Pre-Treatment Fire Behavior Elements and Crown Fire Potential .................................. 90
Table 33. Post-Treatment Fire Behavior Elements and Crown Fire Potential .................................. 91
Table 34. Canopy Bulk Density Summary Post-Treatment ................................................................ 91
Table 35. Summary of Non-Harvest Fuels and Harvest Fuel Break Activities in MA2 ..................... 95
Table 36. Summary of Non-Harvest Fuels and Harvest Fuel Break Activities in MA3..................... 95
Table 37. Resource indicators and measures for assessing effects .................................................. 102
Table 38. Previous Regeneration Harvest on National Forest Lands .............................................. 108
Table 39. Previous Intermediate Harvest on National Forest Lands................................................ 109
Table 40. Resource Elements and Indicators for Forest Vegetation ................................................ 109
Table 41. Comparison of Existing and Desired Forest Types by Biophysical Setting ...................... 111
Table 42. Size Class Distribution of the Project Area........................................................................ 112
Table 43. Project Area by Biophysical Setting and VRU .................................................................. 113
Table 44. Size Class Distribution in Warm/Dry Biophysical Setting ................................................ 113
Table 45. Size Class Distribution in Warm/Moist Biophysical Setting............................................. 114
Table 46. Size Class Distribution in Subalpine Biophysical Setting ................................................. 115
Table 47. Old Growth Acres on NFS Lands in the Black Ram Project Area and Kootenai National Forest.................................................................................................................................. 117
Table 48. Alternative Comparison by Purpose and Need for Forest Vegetation ............................ 124
Table 49. Effects of Harvest Activities on Size Class in the Project Area for Alternatives 2 and 3. 125
Table 50. Percent and Acres of Proposed Treatments in Old Growth and Recruitment Potential Old Growth by Biophysical Setting ......................................................................................... 131
Table 51. Wilderness Attributes and Roadless Characteristics Crosswalk ...................................... 147
Table 52. Non Harvest Fuel Unit Acres in West Fork Yaak and Northwest Peaks Roadless Expanses for Alternatives 2 and 3.................................................................................................... 154
Table 53. Effects to Wilderness Attributes by Alternative .............................................................. 155
Table 54. Summary of Environmental Effects to Inventoried Roadless Area (IRA) Attributes....... 159
Table 55. Resource indicators and measures for assessing effects to non-native, invasive plants ... 163
Table 56. Noxious Weeds within the Black Ram Project Area .......................................................... 164
Table 57. Summary comparison of environmental effects on non-native, invasive plants.............. 172
Table 58. PTES Plant Species within the Black Ram Project Area ................................................... 183
Table 59. PTES Plant Species Biological Evaluation Summary ........................................................ 187
Table 60. Recreation Resource Indicators and Measures in Black Ram Project Area ..................... 189
Table 61. Effects to the Wilderness Attributes from the Proposed Trail ......................................... 197

8-ER-1725

FS-002238

Black Ram                                                                                       Environmental Assessment

Table 62. Proposed Scenic Vistas in the Black Ram Project Area ................................................... 198
Table 63. Effects to NFS Trails in the Black Ram Project Area..................................................... 200
Table 64. Harvest and Non Harvest Fuel Units Adjacent to the PNNST ........................................ 201
Table 65. Non-harvest Units in MA2................................................................................................ 202
Table 66. Harvest Units in MA2 (Recreational) .............................................................................. 203
Table 67. Management Areas ROS Classifications in Black Ram Project Area .............................. 203
Table 68. Scenic Integrity Objectives and Descriptions .................................................................. 209
Table 69. Viewing Platforms ............................................................................................................ 215
Table 70. SIO Consistency for Special Areas in Project Area......................................................... 220
Table 71. Proposed New Scenic Trail Opportunities ....................................................................... 222
Table 72. Scenic Integrity Objective (SIO) Consistency for Moderate / High too High for Harvest
        Units ................................................................................................................................... 223
Table 73. SIO Consistency for Ecosystem Burns ............................................................................. 228
Table 74. Resource Indicators and Measures for Assessing Effects to Soils................................... 238
Table 75. Monitoring Results of Detrimental Soil Disturbance from Management Activities on the
        KNF..................................................................................................................................... 239
Table 76. Summary of Existing Condition, Direct / Indirect and Cumulative Effects .................... 245
Table 77. Resource indicators and measures for assessing effects of roads .................................... 251
Table 78. Data Sources .................................................................................................................... 266
Table 79. Existing Watershed Conditions........................................................................................ 273
Table 80. Post-Harvest Equivalent Clearcut Acres (percent) ......................................................... 279
Table 81. WEPP Model Sediment Delivery Example for Two Project Area Pipes.......................... 283
Table 82. Endangered, Threatened, and Proposed Species on the Kootenai NF and Status within the
        Black Ram Project Area..................................................................................................... 297
Table 83. Resource Indicators and Measures for Assessing Effects to Grizzly Bear ...................... 299
Table 84. Established BMU Standards and Existing Measures for BMUs 14 and 15 (values are all in
        percent)............................................................................................................................... 301
Table 85. Existing core blocks and acres in BMU 14....................................................................... 302
Table 86. Existing core blocks and acres in BMU 15 ...................................................................... 303
Table 87. Expected project impacts to OMRD. ............................................................................... 311
Table 88. Project impacts to TMRD. ............................................................................................... 312
Table 89. Routes being stored for in-kind replacement of core. ..................................................... 312
Table 90. Resource Indicators and Measures for Assessing Effects to Canada Lynx. .................... 325
Table 91. Existing Lynx Habitat within the Black Ram Project Area LAUs. .................................. 330
Table 92. Acres of existing lynx habitat within the Hawkins and Robinson LAUs changed to an early
        stand initiation structural stage within the past 10 years, and the number of adjacent LAUs
        exceeding 30 percent of lynx habitat in such a stage. ......................................................... 330
Table 93. Comparison of home ranges and terminologies used in recent research with that from the
        NRLMD, and habitat summaries for the two LAUs in the Project Area. Values are in percent.
        ............................................................................................................................................ 332
Table 94. Miles of roads in the Hawkins and Robinson LAUs........................................................ 333
Table 95. Lynx habitat currently in an early stand initiation structural stage[1] and that resulting from
        implementation of Black Ram alternatives with a regeneration prescription. .................... 336
Table 96. Lynx habitat regenerated in the last 10 years within the Hawkins and Robinson LAUs, and
        area affected under each action alternative by regenerating stem exclusion stands and
        converting them to an early stand initiation stage............................................................... 337
Table 97. Resource Indicators and Measures for Assessing Effects to Canada Lynx Critical Habitat.
        ............................................................................................................................................ 346
Table 98. Existing Conditions of Critical Habitat PCE 1 within the Hawkins and Robinson LAUs.
        ............................................................................................................................................ 348
Table 99. Effects of Harvest Activities to Lynx Critical Habitat PCEs within the project LAUs. ... 349

Table 100. Sensitive Species on the Kootenai NF and Status within the Black Ram Project Area .. 354
Table 101. Resource Indicators and Measures for Assessing Effects to Bald Eagles...................... 360
Table 102. Resource Indicator and Measure for Assessing Effects to Black-backed Woodpeckers. 369
Table 103. Resource Indicator and Measure for Assessing Effects to the Flammulated Owl. ......... 377
Table 104. Resource Indicators and Measures for Assessing Effects to the Fisher. ......................... 384
Table 105. Resource Indicators and Measures for the Existing Condition of Fisher Habitat. .......... 388
Table 106. Acres of Proposed Vegetation Management Treatments within Fisher Habitats. .......... 390
Table 107. Resource Indicators and Measures for Assessing Effects to Gray Wolves.................... 395
Table 108. Resource Indicators and Measures for Assessing Effects to the Townsend's Big-Eared
    Bat. .................................................................................................................................... 404
Table 109. Resource Indicators and Measures for Assessing Effects to Big Game. ...................... 411
Table 110. Estimated winter range acres on NFS lands. These acreages are rough approximations
    due to the coarse scale of the data available................................................................... 413
Table 111. Resource Indicators and Measures for Assessing Effects to Elk Security. ................... 420
Table 112. Resource Indicators and Measures for Assessing Effects to Migratory Birds. .............. 424
Table 113. Species of continental importance identified for the Intermountain West Joint Venture in
    the Partners in Flight North American Landbird Conservation Plan (Alexander et al. 2016). . 425
Table 114. Birds of Conservation Concern for the BCR that overlaps the Forest and known or
    suspected to occur in the Project Area (BCR 10 = Northern Rockies). ................................. 426
Table 115. Partners in Flight priority habitats/species for Montana and known or suspected to occur
    in the Project Area (Montana Partners in Flight 2000). ........................................................ 427
Table 116. Alternative 2 Harvest Treatments ...................................................................................... 1
Table 117. Alternative 3 Harvest Treatments ...................................................................................... 4
Table 118. Proposed Harvest Treatments in Old Growth in Alternative 2 ........................................... 7
Table 119. Proposed Harvest Treatments in Recruitment Potential Old Growth in Alternative 2 ....... 7
Table 120. Proposed Harvest Treatments in Old Growth in Alternative 3 ........................................... 7
Table 121. Proposed Harvest Treatments in Recruitment Potential Old Growth in Alternative 3 ....... 8
Table 122. Proposed Non-harvest Treatments in Old Growth in Alternative 2 and 3 ......................... 8
Table 123 Proposed Non-harvest Treatments in Recruitment Potential Old Growth in Alternative 2
    and 3 .................................................................................................................................. 8
Table 124. Harvest Fuel Break Treatments for Alternatives 2 and 3.................................................... 9
Table 125. Non-harvest Fuel Treatment Units for Alternatives 2 and 3 ............................................ 10
Table 126. Precommercial Thinning Treatments and occurrence within Lynx Habitat for Alternatives
    2 and 3 .............................................................................................................................. 20
Table 127. Road work to improve Watershed Conditions for Alternatives 2 and 3 ........................... 21
Table 128. National Forest System Roads Proposed for Storage for Alternatives 2 and 3................ 21
Table 129. National Forest System Roads (NFSR) Proposed for Decommissioning for Alternatives 2
    and 3 ................................................................................................................................ 22
Table 130. Undetermined Roads to be Decommissioned for Alternatives 2 and 3 ........................... 23
Table 131. Undetermined Roads to be added to the National Forest System for Alternatives 2 and 3
    ........................................................................................................................................ 23
Table 132. Construction of New Forest System Roads for Alternative 2 ........................................... 23
Table 133. Harvest History by Decade on USFS land within the Black Ram Project Area ............... 25
Table 134. Harvest History by Decade on private land within the Black Ram Project Area ............. 25
Table 135. Past Timber Sales on National Forest System Lands within the Black Ram Project Area
    ........................................................................................................................................ 25
Table 136. Kootenai National Forest BMP Table................................................................................. 42
Table 137. Comments Letters Received on the EA ............................................................................ 61

## List of Figures

Figure 1. Simulation of an Improvement Cut ........................................................ 7
Figure 2. Simulation of a Commercial Thin ........................................................ 7
Figure 3. Simulation of a shelterwood cut. ........................................................ 8
Figure 4. Simulation of a seed-tree cut ........................................................ 8
Figure 5. Simulation of a clearcut with reserves ........................................................ 8
Figure 6. An example of a precommercial thinning unit. ........................................................ 9
Figure 7. Counties in the Analysis Area (zone of influence). ........................................................ 68
Figure 8. Land Ownership, Percent of Land Area. ........................................................ 69
Figure 9. Population, Percent Change, 1970-2016. ........................................................ 70
Figure 10. Employment, Percent Change, 1970-2016 ........................................................ 71
Figure 11. Commodity Sectors, Percent of Total Employment, 2015 and 2016**. ........................................................ 72
Figure 12. Personal Income (real, adjusted for inflation), Percent Change, 1970-2016 ........................................................ 73
Figure 13. Average Earnings per Job, 2017 ........................................................ 74
Figure 14. Distribution of Forest Types within the Project Area ........................................................ 110
Figure 15. Biophysical Settings of Old Growth within the Project Area ........................................................ 118
Figure 16. Forest Types of the Warm/Dry Biophysical Setting within the Project Area ........................................................ 119
Figure 17.Forest Types of the Warm/Moist Biophysical Setting within the Project Area ........................................................ 120
Figure 18. Forest Types of the Subalpine Biophysical Setting ........................................................ 121
Figure 19. Simulation of Unit 76A after a wildfire in the No action alternative. ........................................................ 133
Figure 20. Simulation of Unit 76A after a wildfire post-harvest as proposed in Alt. 2 ........................................................ 133
Figure 21. Unroaded Areas Adjacent to the Northwest Peaks IRA with nearby Harvest Units ........................................................ 150
Figure 22. Unroaded Areas Adjacent to the West Fork IRA with nearby Harvest Units ........................................................ 152
Figure 23. Proposed Non- Harvest Fuel Units adjacent to or within the Northwest Peaks Roadless Expanse ........................................................ 157
Figure 24. Proposed Non- Harvest Fuel Units adjacent to or with in the West Fork Yaak Roadless Expanse ........................................................ 158
Figure 25. Black Ram project Area SIO Layer ........................................................ 210
Figure 26. Viewing Platforms in Black Ram Project Area: ........................................................ 214
Figure 27. VP# 1 Northwest Peak Lookout ........................................................ 217
Figure 28. VP# 2 Garver Mountain Lookout ........................................................ 218
Figure 29. VP# 3 NFSR 5932 ........................................................ 218
Figure 30. VP# 4 Hensley Hill Apex ........................................................ 218
Figure 31. VP# 5 Upper Ford Rental Cabin ........................................................ 219
Figure 32. VP# 6 Upper Ford Road ........................................................ 219
Figure 33. VP# 7 Yaak Road 92 ........................................................ 219
Figure 34. Hensley Hill Vista ........................................................ 221
Figure 35. Davis Fire of 2018 ........................................................ 227
Figure 36. Garver Mountain Trail #8- The Pete Creek drainage is on the right. ........................................................ 230
Figure 37. View from Midge Creek/Rock Candy Trail #177 south to Rock Candy Mountain ........................................................ 231
Figure 38. PNNST forest landscape in 2001. ........................................................ 232
Figure 39. PNNST forest landscape in 2019. ........................................................ 232
Figure 40. Unit 72 EA acres to Post comment Acres ........................................................ 129
Figure 41. Proposed North Fork Yaak River Trail ........................................................ 132
Figure 42. Proposed Northwest Peak to Rock Candy Trail #461 ........................................................ 132
Figure 43. Proposed West Fork Yaak River Trail extension ........................................................ 132
Figure 44. Proposed Wood Mountain Stock Loop Trail ........................................................ 132
Figure 45. Proposed Hawkins Lakes Parking Areas ........................................................ 132

Black Ram                                                                    Environmental Assessment

# Introduction

The Interdisciplinary Team (IDT) proposes to do vegetation management on about 13% of National Forest System (NFS) lands within the 91,647 acres of the northwest and part of the northeast Yaak planning subunits on the Three Rivers Ranger District of the Kootenai National Forest.

We prepared this environmental assessment to determine whether effects of the proposed activities may be significant enough to prepare an environmental impact statement. By preparing this environmental assessment, agency policy and direction would comply with the National Environmental Policy Act (NEPA) and other relevant Federal and State laws and regulations. For more details of the proposed action, see the "Proposed Action and Alternatives" section of this document.

## Location of the Project Area

The Black Ram Project Area located north and west of Troy, Montana includes Northwest Peak Scenic Area, Pete Creek Meadow Research Natural Area, Wood Creek Larch Scenic Area, Yaak Community Hall, the areas of Black Top Mountain, Garver Mountain, Hensley Hill, the town of Yaak, Wood Mountain, and Grubstake Mountain. The Canadian border forms the northern boundary of the project, the western boundary of Pete Creek watershed and the district boundary form the western edge, Yaak River the southern boundary, and Wood Mountain/ Grubstake ridgeline the eastern boundary. The legal description of the Project Area includes all or portions of Townships 36 and 37 North, Ranges 30, 31, 32, and 33 West, Lincoln County, Montana.

The project boundary encompasses 95,412 acres, of which 91,647 acres include NFS lands. Proposed activities would be on NFS lands only. Inventoried Roadless Areas (IRA)s along the northwest border of the Project Area includes 8,233 acres of the West Fork Yaak IRA (# 694) and 10,731 acres of the Northwest Peaks IRA (#663). The Project Area includes 23,846 acres of NFS lands in the Wildland Urban Interface (WUI). The Pacific Northwest Trail (PNNST) runs through the Project Area. See Map 1.

## Project Proposal

In 2017, the IDT began field work to determine existing conditions and opportunities in the Project Area. The project purpose and need developed in response to the existing conditions of the Project Area, the desired condition of the Project Area, as well as the direction of the Kootenai National Forest Land Management Plan (2015 Forest Plan). This project will comply with laws, regulations, and policies regarding management of NFS lands.

# Purpose and Need for the Proposal

The focus of the Black Ram project is to manage the forest stands in the Project Area to maintain or improve their resilience to disturbances such as drought, insect and diseases outbreaks, and wildfires.

Based on field review of the area and the 2015 Forest Plan by the District's resource specialists, the following purpose and need for treatment has been identified to help move the landscape toward the desired condition:

- Promote resilient vegetation conditions by managing for landscape-level vegetation patterns, structure, patch size, fuel loading, and species composition.

1

Black Ram                                                      Environmental Assessment

- ♦ Promote early seral tree species including western larch, ponderosa pine, and western white pine
- ♦ Maintain or improve old growth character within existing old growth
- ♦ Encourage fire's ecological function on the landscape
- ♦ Improve resilience and resistance to insects, disease and fire
- ♦ Design size of treatments to be consistent with the patch size and pattern of the respective biophysical setting
- ♦ Diversify successional stages

- Maintain or improve watershed conditions in order to provide water quantity, water quality, stream channel conditions, and native aquatic species habitat that support ecological functions and beneficial uses.
  - ♦ Aquatic Resource - Reduce sediment delivery to aquatic systems by implementing Best Management Practices (BMP) on Forest Service Roads
  - ♦ Improving and stabilize road/stream crossings and improve drainage distribution on Project Area roads.

- Improve big game winter range conditions and promote forage opportunities.
  - ♦ Maintain or increase the forage component of forested stands in the Project Area, including an increase of seedling/sapling age class and early seral species, through timber harvest and prescribed fire;
  - ♦ Improve vigor, extent, and long-term productivity of huckleberry and other native plants to increase forage availability.

- Maintain and improve the recreation opportunities in the Project Area.
  - ♦ Maintain public access to national forest land
  - ♦ Create new recreational opportunities

- Reduce the potential for high intensity wildfire while promoting desirable fire behavior characteristics and fuel conditions in the Wildland Urban Interface and other areas with values at risk.

- Provide forest products that contribute to the sustainable supply of timber products from National Forest System Lands.

Forest ecosystems may be ecologically stable, unstable, or somewhere in between given their respective composition and structure and resilience to changes. In the case of the Black Ram Project Area and the inherent fire risk across the landscape, we know that we cannot change the topography nor the weather; but we can adjust the stand structures, fuel loadings, and continuity of the forested areas. The vegetation management part of this proposal is exploring what, where, and how can we manage the forest stands and fuel types in the Project Area, while providing wood products.

One way to evaluate potential risks pertaining to overall ecosystem stability is to compare the current vegetation structure and composition at the landscape level to the vegetation desired conditions. A historic range of variability (HRV) was used as context for building the vegetation desired conditions which encompass the dynamic nature of ecosystems through past, current, and future conditions. See the Forest Vegetation for a comparison of the current conditions versus the desired conditions.

2

Black Ram                                                                      Environmental Assessment

Without disturbance (mostly wildfire), a shift from species that generally need high quantities of sunlight to persist to those that can tolerate denser and more shaded forest conditions would continue. This shift is a factor in reducing the resilience and sustainability of the forest. The desired conditions, compared to current conditions, include a greater abundance of trees that demonstrate more of the following traits: more resistance and resilience to forest insects and disease, more resistance to fire, more tolerance of drought, relatively long-lived, and more productive. For these reasons and risk to the vegetation, our project focus is to maintain and improve forest landscape resiliency by providing for tree species, stocking levels, and landscape patterns that better resist insects, disease, and stand-replacing wildfire(s).

# Public Involvement and Collaboration

Collaboration with public interests was a crucial element in Black Ram project development and helped the District identify and modify its proposed action and alternatives.

## Public Involvement, Scoping and EA Comments

A letter was mailed to residents and interested public on August 17, 2017 and the potential for vegetation management was presented during a public meeting at the Yaak Community Center on September 7, 2017. This meeting was advertised and open to the public. The District received 41 comment letters or emails. Many of the comments helped develop the Black Ram proposed action.

A scoping notice was mailed and a legal ad was placed in the *Missoulian* on July 13, 2018 to solicit comments on the proposed action from the public, various interest groups, and agencies. The project details were posted on the Kootenai National Forest's land & resources management project web page. Because of these public involvement efforts, a total of 15 comment letters were received. The IDT carefully considered the comments and determined how they would be incorporated into project development.

Two comment letters suggested that we develop alternatives to address their group's concerns: 1) American Forest Resource Council (AFRC) suggested that the District complete a maximum mechanical treatment alternative that would bring all stands into an improved forest health condition and would provide a maximum timber harvest alternative to satisfy the Purpose and Need. 2)The Yaak Valley Forest Council (YVFC) and The Kootenai Forest Stakeholders Coalition (KFSC or Stakeholders) expressed their desire to have a "wildness" alternative. The December 10, 2018 letter from the Stakeholders, located in the project file, includes their definition of wildness. Following are excerpts of their definition:

"One of the components of wildness can be remoteness, as well as the perception of remoteness… We would expect that current management directives will not contribute to further such long lasting scars upon the landscape."

" A place is wild if one can imagine being the first person to discover it. ..Such a route whether traversed afoot, on a bike or in a car may be experienced as people first encountered it.

"Another component of wildness is the absence of man-made geometry..."

"One characteristic of wildness has to do with scale, with the feeling of being small and insignificant in a vast landscape…"

"To sum up, a wild landscape is one in which nature clearly has the upper hand, where evidence of man's activities is subtle and insignificant."

Black Ram                                                      Environmental Assessment

These alternatives were not developed by the IDT as they did not meet the Purpose and Need for the Black Ram project.

Communication and consultation with these entities began prior to project development and continued throughout the process. The IDT, District Ranger and Forest communicated and consulted with the Confederated Salish and Kootenai Tribes (CSKT), the Kootenai Tribe of Idaho (KTOI), Montana Fish, Wildlife, and Parks and the U.S. Fish and Wildlife Service. These discussions have influenced the design of proposed activities and design features so that they can benefit habitat conditions through vegetation management and minimize potential impacts to wildlife during these activities.

For over two years, the District has worked and communicated with the public, the YVFC and the Stakeholders. The Stakeholder members did not come to agreement on this project they didn't submit comments during scoping and they didn't submit comments on the EA that was published in July 2019. On April 1,2022, we received a letter from the Stakeholders expressing their desire to move the project forward.

Concerns from EA commenters include regeneration harvest, road construction and harvest in old growth, management in/near grizzly bear and lynx habitat, retaining the scenic objectives related to the Pacific Northwest National Scenic Trail (PNNST) but also wanting the trail to be moved from the Yaak.

# Changes to the Proposed Action

In response to public comments, additional field reconnaissance and analysis the following changes were made and have been carried forward in the analysis as alternative 2:

- Harvest Units 5, 45, 46, and 47 were reduced in size;

- Harvest Unit 49, 78A and 78B became improvement cuts;

- About 0.3 of the 1.6 miles of road building is through old growth to access Harvest Unit 55C;

- Harvest Unit 76 became 76A and 76B. Unit 76B is 11 acres and became a regeneration cut;

- Ecosystem Burn Unit K increased in size to 300 acres because Harvest Unit 52 was converted to a burn unit;

- The proposed public road access change, opening the Upper Hensley road and closing part of the Koo Koo Boyd road, was dropped;

- The helispots were dropped;

- The Hensley Hill to Garver Trail was dropped;

- One scenic vista along NFSR 338 and the vista along NFSR 5856 were dropped.

## Completion of Fuel breaks from the Davis Fire

During the Davis Fire suppression efforts, the Incident Management Teams (IMTs) created fuel breaks to protect homes around Yaak, Montana. The IDT proposes to complete about 4 miles of fuel break along Hensley Face road, NFSR 5886 and create a fuel break along the west side of Pete Creek road, NFSR 338 from Yaak Highway 92 to the junction of Hensley Face Road, NFSR 5886.

FS-002245

Black Ram                                                    Environmental Assessment

Decreasing fuel loadings along approximately 6.2 miles of open roads would improve our fire fighter's ability for safe and effective fire management during a wildfire. The main objective is to modify the fire behavior of an approaching wildfire and provide an area for firefighters to anchor suppression tactics to protect private land and the community of Yaak. The IDT proposes to remove live trees, brush, dead branches, or downed logs that are both merchantable and non-merchantable approximately 50-250 feet from both sides of the road. The distance from the road would depend on fuel type and topography. These treatments are designed to reduced ladder fuels and increase space between tree crowns, which supports a fire-resilient forest. Fire-tolerant species would be left in place where feasible to meet this objective.

## Changes that were made to the EA

### Changes that were included in the December 2019 EA

- Harvest Unit 72 has been reduced in size and modified to reflect RHCA locations and further divided into units 72A and 72B. Figure 40 displays Unit 72 as shown in the EA and with its modifications. The map does not display leave islands which would be further refined and mapped prior to implementation.

- The following design features were changed or added to the PNNST:

  ♦ Within 50' of the road, stumps would be cut 8 inches or less in height, this does not apply to snags as per the snag retention design feature. Following monitoring efforts stumps may be cut up to 300' off the road, if needed.

  ♦ Project design and unit prescriptions would help soften edges to harvest boundaries and would leave single trees and groups of trees of varying ages within units and near unit edges; additional post-harvest activities such as slashing and planting may be implemented where needed.

  ♦ Project design for unit openings would not be symmetrical in shape, would avoid straight lines and right angles and follow natural topographic breaks and changes in vegetation, where feasible.

  ♦ Slash within 100' of the designated route would be treated to minimize visual impacts. Following monitoring efforts slash may be treated up to 300' off the road, if needed.

  ♦ When treatment activities occur along the PNNST, the District would notify the public when road closure and log hauling occurs using methods such as social media, Recreation.gov, and with a sign located at the junction of Yaak Highway 92 and NFSR 276.

- The following design feature was added to Public Safety/ Access Management: Road reconstruction on the West Fork Yaak and Garver Mountain roads (NFSRs 276 and 5857) would require several short road closures to allow for culvert replacement work during the month of August of the calendar year that road construction work occurs. The District would notify the public when road closure and log hauling occurs using methods such as social media, Recreation.gov, Kootenai Forest Facebook page and website and with a sign located at the junction of Yaak Highway 92 and NFSR 276.

- The following design feature was added to Recreation: The Garver Mountain Lookout would be removed from the National Reservation System from August 1 to August 31 of the calendar year that road reconstruction work occurs on the West Fork Yaak and Garver

FS-002246

Mountain roads (NFSRs 276 and 5857). The District would notify the public prior to road reconstruction activities. This information would be shared with the public using methods such as posting on Recreation.gov, the PNTA blog and Kootenai Forest Facebook page and website.

- A scenic monitoring item was added to appendix F, Monitoring Plan.

## Changes that were made after the pre-decisional objection process resulting in this final EA, dated June 2022.

- Minor changes have been made to this EA as a result of public comments and corrections related to technical errors, omissions, or clarifications.

- Pages 39, 43, 44 and 56 include an updated discussion of Coeur D'Alene salamander and information on northern leopard frog.

- Pages 33, 47, 51, 54, 62-63, 76, 83, 97, 166, 171, 177, 179, 184, 204, 223, 272-273, 290-291, 296, and 426 include discussions on climate change for the air quality, aquatic, cultural, economics, fire and fuels, noxious weeds, PTES, recreation, water and wildlife resources.

- On page 147 under Methodology of the IRA section, we added the criteria that identified how we determined the unroaded lands contiguous to IRAs. On page 50, watershed language has been updated to be consistent with the language in the Water Resources section.

- On pages 164 and 165 additions were made to the noxious weed sections.

- On pages 297, 344, and 357 updated information of the North American wolverine was added to the EA.

- 

# Issues

Issues are concerns or points of debate that the proposed action could cause an undesirable effect on the environment. The National Environmental Policy Act (NEPA) directs the agency to focus on a full and fair discussion of issues and identify and eliminate from detailed study the issues that are not significant. The primary issue that was identified was new road construction. Other concerns raised were either not relevant or site-specific to the project, or we were able to address them through design of the project or in an alternative dropped from detailed study. Please refer to the project record for a complete description of comments, issues, and how we used them for project development.

The proposed action includes about 3.3 miles (most resources analyzed for 3.8 miles of new construction but Unit 14 was dropped) of new road construction in the Rampike, North Fork Yaak and Hensley Face areas of the Project Area. This new road construction would allow the District to treat more acres and help meet the purpose and need of improving resilience and resistance to insects, disease and fire and maintaining or improving old growth character within existing old growth.

In response to the proposed action we received comments opposing the new road construction and specifically the new road construction through old growth. Alternative 3 was developed to address this concern. Refer to the alternative section below for details.

FS-002247

Black Ram                                                                Environmental Assessment

# Proposed Action and Alternatives

## Alternative 2, the proposed action is described below.

The Interdisciplinary team (IDT) modified the proposed action in October 2018 due to public comments received during the scoping process, the Davis Fire and further field review by the specialists. Modifications have been discussed above. A letter was mailed to commenters and interested public in September 2018 following the Davis Fire and additional field review by the IDT. None of the proposed activities (including non-harvest and harvest units) were burned/impacted in the Davis Fire with the exception of four harvest units in the Rampike area. Therefore, changes to the stands would be incorporated into the prescriptions for the units and objectives such as snag/coarse woody debris retention, visuals, structure, and reforestation will be addressed. The letter also informed the public that the following activities were added to the proposed action and would be analyzed in the EA: the completion of fuel breaks initiated by the Davis Fire incident management teams, and one harvest and one fuel break unit along Lap Creek were added (this Lap Creek work has been dropped from analysis).

### Harvest Treatments

Two types of harvest treatments proposed include intermediate and regeneration harvest which are discussed below. For more information about the harvest treatment types see the scoping package online at: http://www.fs.usda.gov/project/?project=52784. Table 116 lists the harvest treatments by unit for alternative 2.

#### Intermediate harvest

Intermediate harvest is prescribed when it is possible to modify the existing stand to meet stand objectives. These include improvement cuts see Figure 1 and commercial thinning see Figure 2.

     

**Figure 1. Simulation of an Improvement Cut**     **Figure 2. Simulation of a Commercial Thin**

#### Regeneration Harvest

Regeneration harvest is prescribed when it is necessary to start the stand over to meet stand objectives. These prescriptions include shelterwood cuts (Figure 3), seed-tree cuts (Figure 4), and clearcut with reserves (Figure 5).

8-ER-1735

Black Ram                                                                              Environmental Assessment


**Figure 3. Simulation of a shelterwood cut.**


**Figure 4. Simulation of a seed-tree cut**


**Figure 5. Simulation of a clearcut with reserves**

FS-002249

Black Ram                                                    Environmental Assessment

## Old Growth Treatments

Approximately 579 acres of intermediate harvest, 184 acres of non-harvest ecosystem burning, and 159 acres of non-harvest ladder fuels reduction treatments are proposed within old-growth stands or portions of those stands. Approximately 123 acres of intermediate harvest, 261 acres of non-harvest ecosystem burning, and 52 acres of ladder fuels reduction treatments, and 5 acres of fuel break are proposed within recruitment potential old growth. Approximately 0.5 mile of new road to access Unit 76A and approximately 0.3 mile of road to access Unit 55C would be built through old growth. Harvest unit 14 has been dropped after additional ground reconnaissance determined that road construction would not be economically feasible. See the old growth analysis and Table 118 through Table 123 for more information. Road building in old growth would be consistent with the 2015 Forest Plan standard, FW-STD-VEG-01, as access would result in treating stands to improve their resistance and resilience. The treatments are designed to maintain old growth character, improve resilience and resistance to insect, disease, and fire as part of the desired conditions of the 2015 Forest Plan.

## Regeneration Harvest Units Over 40 Acres

In alternative 2, 36 units would contribute to 21 openings over 40 acres. These treatments have been designed to contribute to forest wide desired conditions and to emulate the natural range of variability for patch sizes on the Kootenai National Forest. These units include a matrix of individuals, clumps, and openings with variable spatial patterns. This would be attained through implementation marking, species' designations, and leave islands. The desired pattern would be to emulate some of the characteristics of a wildfire, depending on the context and forest type of the unit. The largest of these openings would be approximately 293 acres.

## Precommercial Thinning (PCT)

Precommercial thinning is proposed on 618 acres in the Project Area. Non-commercial treatments reduce competition among younger trees and manage species composition within a plantation setting. Plantations range in age from 15-35 years and mortality occurs due to reduced individual tree vigor, high stand densities, and insects and disease. Stands with western white pine may be pruned to reduce the likelihood of blister rust infections. Typically, pruning occurs at one-third of the overall height of the trees starting at ground level (Figure 6). Table 126 displays the management area (MA) and proposed treatment for each proposed unit in alternatives 2 and 3.



**Figure 6. An example of a precommercial thinning unit.**

9

8-ER-1737

Black Ram                                                    Environmental Assessment

## Non-harvest Fuels Treatments

Prescribed burning without timber harvest is being proposed on approximately seven percent of the Project Area to help meet the project's purpose and need. Sixteen non-harvest ecosystem burn units have been identified ranging in size from 58 to 1,844 acres, of which 2,364 acres are in the Wildland Urban Interface and 2,199 acres are in Management Area 5a. Ecosystem burning is the controlled application of fire to the landscape under specific environmental conditions to emulate a mixed fire severity. For proposed treatments by unit see Table 125.

## Watershed Work

Eleven stream crossings in the Project Area have been identified for improvement work, which may include work such as stabilizing stream banks through the road crossing, culvert removal or replacement, and removal of old log structures. Culvert removal without replacement would only occur on roads already closed to the public. See the water resource section for more information.

Table 127 identifies locations as needing various types of watershed stabilization work. These activities are not associated with timber haul, road storage, or road decommissioning, and these roads are not open for public access. This work is not required and is dependent on available funding.

## Transportation Management

In addition to the Forest wide Travel Analysis Report (TAR) completed in September of 2015, an analysis of the transportation network within the Project Area was conducted in 2018 by the District IDT to inform travel management proposals included in Black Ram in accordance with Forest Service policy FSM 7703.12 and 7710.3. Of the 408 miles of National Forest System Roads (NFSRs) in the Project Area approximately 332 miles are closed year-round, and 76 miles are open year-round. A Project Area TAR documenting the analysis process is found in the project record. Table 6 displays the road work proposed in this project. Appendix B and the transportation section detail the road work proposed in the Project Area.

## Controlling and Managing Spread of Invasive Plants

Measures would be taken to reduce the risk of noxious weed introduction and spread. Weed spraying in the Project Area would be conducted in accordance with the April 2007 KNF Invasive Plant Management Record of Decision. Sites in the Project Area may be treated using biological controls and by hand pulling weeds, where appropriate. Any work requiring reseeding would be in accordance with the KNF approved seed direction. See the Noxious Weeds section for more information.

## In-Kind Replacement of Core to Conduct Harvest Activities in the BMUs

Proposed Black Ram activities would impact existing core in BMU 14 and BMU 15, some of which is associated with vegetation management activities and haul on currently barriered roads. These roads currently do not allow for public motorized use during the active bear year (4/1 – 11/30). Once these roads are barriered and placed into core, no administrative or public motorized use could occur on these roads during the bear year. Approximately 34 miles of NFSRs would be stored for in-kind replacement of core. See appendix D, Access Management Plan for specific road information that would allow access for management purposes and see the wildlife section for more information about in-kind replacement of core.

Black Ram                                                    Environmental Assessment

## Recreation Improvements

The Black Ram Project Area has identified four new non-motorized trail opportunities to be added to the NFS, an improved parking site near the trailheads of Upper and Lower Hawkins Lakes, and fifteen scenic vistas to be implemented along NFSRs.

The trails include about 2 miles of new trail on the Wood Mountain Stock Loop Trail, about 2 miles of new trail on the North Fork River, about 3 miles of new trail on the West Fork Falls Trail, and about 4 miles of new trail on Northwest Peak to Rock Candy Trail.

The existing parking area would be improved for both the Upper and Lower Hawkins Lake Trailheads. The parking area improvements would leave the current road infrastructure in place and would provide visitors the opportunity to park off NFRS 5910 prior to the trailheads. The existing pullouts would be widened and improved. Signs would be installed to notify the public of the new designated parking areas. See Map 1 for the location.

Thinning is proposed at six vistas along NFSR 338, Pete Creek Road; five vistas along NFSRs 276 and 5857, West Fork Yaak and Garver Mountain roads; one vista on NFSR 5932, Whitetail; one vista on NFSR 748, Beetle Creek; and one vista along NFSR 5886, Hensley Loop Road. These roads are all open to yearlong motorized use. See Map 1 for specific locations. Thinning would include cutting conifer regeneration less than 10 inches DBH, removing limbs from trees larger than 10 inches to a height of 12 feet above the ground and removing deciduous shrubs to enhance the view. From the edge of the road a site distance of 20 to 60 feet would be treated depending on the existing vegetation. Merchantable material greater than 6 inches DBH may be removed and sold. The thinning, hand piling and burning of material along the open roads could include up to 60 feet of thinning from the edge of the road into the forest. All work requiring mechanized equipment, other than chainsaws would only occur from the existing roadway. See Map 1 for the locations of the scenic vistas.

A vista is proposed at the top of Hensley Hill on NFSR 5892 which would also serve as a lookout area for firefighters. The treatment of this vista includes selectively cutting trees (primarily Douglas-fir) in a 360-degree circle around the summit of Hensley Hill. Cut trees would be left on site and available to the public as firewood. Some tree material would remain for nutrient recycling. The limbs of trees and small cut trees would be burned during the Non-harvest Fuels Unit G underburn.

This work is not required and is dependent on available funding.

The NVUM program provides reliable information about recreation visitors to National Forest System Lands at the national, regional, and forest level. Please see Figure 41 through Figure 45 for the locations of the proposed recreation improvement projects and the recreation section for more information

8-ER-1739

Black Ram                                                         Environmental Assessment

## Management Areas and Treatment in the Project Area

**Table 1. Proposed Vegetation Treatment Acres by Management Area in Alternative 2**

| MA | Category | Description and Applicable Standards | Proposed Treatment Acres in Project Area by MA | Acres of MA in the Project Area |
|---|---|---|---|---|
| 2 | Eligible Wild and Scenic Rivers. West Fork Yaak River- wild and recreational segments. Yaak River - recreational | This MA applies to river segments that have been identified as eligible for inclusion as part of the Wild and Scenic Rivers System under the authority granted by the Wild and Scenic Rivers Act of 1968, as amended. MA2-GDL-TBR-02. Scenic/Recreational. Timber harvest is allowed to maintain or restore the values for which the eligible scenic or recreational river was identified. Timber harvest is not scheduled and does not contribute towards the allowable sale quantity. MA2-GDL-FIRE-02. Wild. Planned ignitions may be used as a tool for ecosystem restoration purposes where the need is linked to human-induced changes caused by factors such as fire suppression. MA2-GDL-FIRE-03. Natural, unplanned ignitions, as well as planned ignitions, may be used to meet resource objectives. | 274 acres of harvest treatment, 200 acres of non-harvest ecosystem burning, 177 acres of ladder fuels reduction, and 3 acres of fuel break | 3,538 |
| 3 | Special Areas. Wood Creek Larch Area – Scenic. Pete Creek- Botanical | These special places have unique, unusual, or important characteristics. They are administratively designated areas and managed for public use and enjoyment to protect and conserve the values for which they were identified. MA3-GDL-FIRE-02. Planned ignition may be used if the values and unique characteristics for which the area was designated can be maintained, enhanced, or protected by the use of planned ignitions. MA3-STD-TBR-01. Timber harvest is allowed to maintain or restore the values for which the Special Area was identified. | 23 acres of non-harvest ecosystem burning, 114 acres of ladder fuels reduction, and 7 acres of fuel break | 8,514 |
| 5a | Backcountry (non-motorized year-round) West Fork Yaak and Northwest Peaks IRAs | These areas provide semi-primitive non-motorized recreation year-round. MA5a,b,c-GDL-FIRE-01. Natural, unplanned ignitions, as well as planned ignitions, may be used to meet resource objectives. MA5a,b,c-GDL-TBR.Timber harvest is allowed to maintain or restore the resource value- | 2,199 acres of non-harvest ecosystem burning 1 scenic vista along Pete Creek road | 10,712 |

12

8-ER-1740

FS-002253

Black Ram                                                          Environmental Assessment

| MA | Category | Description and Applicable Standards | Proposed Treatment Acres in Project Area by MA | Acres of MA in the Project Area |
|---|---|---|---|---|
| 6 | General Forest Rest of Project Area | Most of this MA consists of relatively large areas with roads, trails, structures, and signs of forest management activities. This MA provides a variety of recreation opportunities, both motorized and non-motorized. This MA contains lands suitable for timber production, with timber harvest contributing to regulated timber harvest estimates. Some lands within this MA are not suitable for timber production, based on the timber suitability analysis.<br><br>MA6-STD-TBR-01. On lands suitable for timber production, timber harvest is allowed for the purpose of timber growth and yield while maintaining productive capacity. Timber harvest is scheduled and contributes to the allowable sale quantity.<br><br>MA6-STD-TBR-02. On lands not suitable for timber production, timber harvest is allowed to meet specific resource objectives other than timber growth and yield. Timber harvest is not scheduled and does not contribute towards the allowable sale quantity.<br><br>MA6-GDL-FIRE-01. Fuels are reduced, particularly within the wildland urban interface, to reduce the threat of wildland fire. | 3,764 acres of harvest treatment and 4,612 acres of non-harvest ecosystem burning, 228 acres of ladder fuels reduction, and 66 acres of fuel break | 67,501 |

# Alternatives

Alternative 1 is no action. Existing approved management as well as foreseeable actions in the Black Ram Project Area would continue but none of the activities proposed for this project would occur. Including this alternative in our analysis helps to compare environmental conditions and trends that exist in the Project Area with how they would change if we actively managed the area.

Alternative 2 is the proposed action as described above.

Alternative 3 is alternative 2 without the new permanent road construction and treats 461 fewer harvest acres. This alternative address's public concerns about the impacts of building new roads in the Project Area. Some harvest units would decrease compared to alternative 2 without the new road construction.

For a unit-by-unit comparison, with maps and prescriptions, please see the Appendices.

## Comparison of Alternatives

Table 2 through Table 6 compare the proposed activities by alternative.Table 2. Proposed Harvest Treatments by Alternative

| Proposed Treatment | Alt.1 Acres | Alt. 2 Acres | Alt 3 Acres |
|---|---|---|---|
| Seedtree Cut | 0 | 621 | 623 |
| Clearcut with Reserves | 0 | 1,783 | 1,833 |

8-ER-1741

Black Ram                                                              Environmental Assessment

| Proposed Treatment | Alt.1 Acres | Alt. 2 Acres | Alt 3 Acres |
|---|---|---|---|
| Shelterwood Cut | 0 | 38 | 38 |
| **Total Regeneration Harvest** | **0** | **2,442** | **2,494** |
| Improvement Cut | 0 | 1,356 | 979 |
| Commercial Thin | 0 | 104 | 104 |
| **Total Intermediate Harvest** | **0** | **1,460** | **1,083** |
| **Total Commercial Harvest** | **0** | **3,904** | **3,577** |
| **Total Harvest Volume (MMBF/ CCF) Includes saw and non-saw timber** | **0** | **57/ 108,800** | **51/ 97,500** |
| Precommercial Thin/Prune | 0 | 618 | 618 |
| Harvest Fuel breaks | 0 | 76 | 76 |

**Table 3. Proposed Fuel Treatments by Alternative**

| Proposed Fuel Treatments | Alt.1 Acres | Alt. 2 Acres | Alt 3 Acres |
|---|---|---|---|
| Harvest followed by excavator piling | 0 | 2,228 | 2,045 |
| Harvest followed by underburning | 0 | 1,353 | 1,143 |
| **Total Fuels Treatment with Timber Harvest** | | **3,581** | **3,188** |
| Non-harvest ecosystem burning | 0 | 7,034 | 7,034 |
| Non-harvest ladder fuels reduction - cut down the fuels and hand or excavator pile them, then burn the piles | 0 | 519 | 519 |
| **Total Non-harvest Fuel Treatment** | **0** | **7,553** | **7,553** |

**Table 4. Proposed Activities in the WUI and IRAs by Alternative**

| Proposed Activities | Alt. 1 Acres | Alt. 2 #of Units/ Acres | Alt. 3 # of Units/ Acres |
|---|---|---|---|
| Harvest Treatment in the WUI | 0 | 46 /1,485 | 41 /1,170 |
| Non-harvest fuels treatment in the WUI | 0 | 23 /2,883 | 23 /2,883 |
| Harvest Treatment in the IRAs | 0 | 0 | 0 |
| Non-harvest fuels treatments in the IRAs | 0 | 5 /2,199 | 5 /2,199 |

**Table 5. Proposed Activities in Old Growth and Recruitment Potential Old Growth by Alternative**

| Proposed Activity | Alt. 1 Acres | Alt. 2 Acres | Alt. 3 Acres |
|---|---|---|---|
| Harvest Treatment within Old Growth | 0 | 579 | 437 |
| Harvest Treatment in Recruitment Potential Old Growth | 0 | 123 | 117 |
| Non-harvest Fuels Treatment within Old Growth | 0 | 343 | 343 |
| Non-harvest Fuels Treatment within Recruitment Potential Old Growth | 0 | 318 | 318 |
| Road Building in Old Growth in miles | 0 | 0.8 miles | 0 |

8-ER-1742

FS-002255

Black Ram                                                                   Environmental Assessment

**Table 6. Proposed Roadwork by Alternative**

| Roadwork | Alt. 1 Miles | Alt. 2 Miles | Alt. 3 Miles |
|---|---|---|---|
| Decommissioning of 39 NFSRs | 0 | 20.0 | 20.0 |
| Decommission of 7 segments of undetermined roads | 0 | 3.0 | 3.0 |
| Storage of 19 roads | 0 | 32.0 | 32.0 |
| Segments of road to be added to the NFSR system (undetermined) | 0 | 2.0 | 2.0 |
| New Permanent Road construction – there would be no new public access on these roads | 0 | 3.3* | 0 |
| Temporary Road construction to access Unit 5 | 0 | 0.2 | 0.2 |
| Haul Route Road Reconstruction / Maintenance | 0 | 90.3 | 89.4 |

*Unit 14 has been dropped but was analyzed in the resource sections.

**Table 7. Comparison of Purpose and Need by Alternative**

| Purpose and Need | Alt. 1 | Alt. 2 | Alt. 3 |
|---|---|---|---|
| **Promote resilient vegetation conditions by managing towards the 2015 Forest Plan desired conditions** | | | |
| Promote early seral tree species including western larch, ponderosa pine, and western white pine (acres) | 0 | 10,881 | 10,420 |
| Contribute to fire's ecological function on the landscape (acres) | 0 | 7,553 | 7,553 |
| **Maintain or improve watershed conditions** | | | |
| BMP work on haul roads (miles) | 0 | 90 | 89 |
| Road Storage (miles) on closed roads | 0 | 32 | 32 |
| Decommissioning (miles) on closed roads | 0 | 23 | 23 |
| Stabilize and improve drainage on closed roads | No | Yes | Yes |
| **Improve big game winter range conditions and promote forage opportunities while maintaining secure habitat for wildlife** | | | |
| Maintain or increase the wildlife forage component and seedling/sapling age class (acres) | No | Yes | Yes |
| Maintain areas of secure grizzly bear habitat through access management (Yes/No) | Yes | Yes | Yes |
| Maintain areas of habitat with no change to elk security (Yes/No) | Yes | Yes | Yes |
| Improve the quality and the area of big game winter range forage | No | Yes | Yes |
| **Provide a variety of wood products to the American public** | | | |
| Timber Volume (MMBF/ CCF) includes both saw and non-saw timber | 0 | 57/ 108,800 | 51/ 97,500 |
| Complete necessary construction, reconstruction and maintenance of roads (Yes/No) | No | Yes | Yes |
| **Maintain and improve the recreation opportunities in the Project Area** | | | |
| Maintain public access to National Forest land | Yes | Yes | Yes |
| Create new non-motorized trails (miles) | 0 | 18 | 18 |
| Create new scenic vistas (number) | 0 | 15 | 15 |
| **Reduce the potential for high intensity wildfire** | | | |
| Fuels reduction in Harvest and Non-harvest Units (prescribed burning and ladder fuels reduction) in the WUI (acres) | 0 | 4,368 | 4,053 |

8-ER-1743

FS-002256

| Purpose and Need | Alt. 1 | Alt. 2 | Alt. 3 |
|---|---|---|---|
| Prescribed burning outside the WUI (acres) | 0 | 4,670 | 4,670 |

## Alternatives Considered but Eliminated

### Limit Forest Openings to 40 acres or less

All action alternatives analyzed in detail include even-aged regeneration harvest treatments that would create forest openings larger than 40 acres in size. Forest Service policy and the National Forest Management Act limits the size of openings created by even-aged silvicultural systems to 40 acres or less, unless Regional Forester approval is obtained to exceed that size (FSM R1 Supplement 2400-2001-2). For this project we are seeking approval to create forest openings that exceed that size. An alternative was considered that constrained the size of openings to 40 acres or less. This alternative was proposed as a way to help determine if the project purpose and need could be achieved without exceeding the opening size restriction. For the reasons summarized below, this alternative was eliminated from detailed study.

Currently, large patches of potentially long-lived early seral species (e.g. western white pine, western larch and ponderosa pine) are under-represented relative to the historic range of variability in the planning area and surrounding landscape. One of the purpose and needs of the Black Ram project is to trend the landscape pattern, stand composition, structure and patch sizes towards a configuration within the historic range of variability. The establishment of large patches of early seral stages of western white pine, western larch and ponderosa pine forest types needs to occur if the project is to a successfully trend landscape pattern in this direction. Establishment of these large patches requires the creation of extensive canopy openings. An alternative limiting the size of openings to 40 acres or less would directly constrain the size of canopy openings and effectively preclude the establishment of these large patches. By greatly limiting the size of early seral vegetation patches that were created and by advancing fragmentation of existing forest patches, this alternative would not effectively trend the landscape towards a more desirable pattern of forest composition, structure and patch size.

Another purpose and need of the Black Ram project is to promote forest conditions that reduce fire hazard on NFS lands, aid fire suppression efforts and reduce the potential impacts of wildfire in order to help protect firefighters and resource values. There are areas within the Black Ram Project Area, including the proposed units that have continuous forest fuels that are in a hazardous condition (e.g., heavy loading, low canopy base height and/or high canopy bulk density). An alternative that held openings to 40 acres or less would not have been as effective in reducing these hazardous forest fuels and decreasing the continuity of those fuels across the landscape. The larger openings proposed in alternatives 2 and 3 would provide more effective areas for suppression resources to engage wildfires safely under more severe conditions. Additionally, the smaller openings created by this alternative would not result in the same reduction of potential wildfire activity. The smaller treatment areas would be subject to increased risk of fire spread via spotting as there would be less distance for embers to travel to reach receptive fuels. This alternative was eliminated from detailed analysis because a management strategy that limit openings to less than 40 acres would not meet several purpose and needs for the project. Limiting openings to less than 40 acres can also reduce the benefit to wildlife.

# Design Features

To avoid or minimize potential adverse impacts to resources from this project, the following design features would be incorporated into the selected alternative for the Black Ram Project.

## Coarse Woody Debris (CWD) Retention Recommendations for Soils and Wildlife

- CWD retention shall follow the guidelines below except within 200 feet of non- Forest Service property. Within 200 feet of non-Forest Service property, unsound decomposing woody material and woody material 7 inches DBH or greater would be the only material left on site;

- The largest diameter material is desired, however material larger than 3 inches in diameter at the small end is considered CWD.

**Table 8. Coarse Woody Debris Retention by Biophysical Settings by Unit**

| Biophysical Setting | Tons per Acre | Unit(s)* |
|---|---|---|
| Warm/Dry (VRUs 1-3) | Drier Sites: 5 - 12 | 4, 36, **54** |
| | Moister Sites: 10 - 20 | 28, 29B, 55A, 55B, 55C |
| Warm/Moist (VRUs 4-6) | 12 - 33 | 8, 10, 11, 12, 13, 16, 17, 18, 20, 21, 22, 23, 24, 25, 27, 29A, 30, 31, 32, **33, 34**, 37, 38, 39, 40, 41, 45, **46**, 47, 48, 49, 50, 51, **53A**, 53B, **56**, 57, 58, **59**, 60, 61, 62, 63, 64, 65, 66, 71, 77, 78A, 78B |
| | 17-33 | 19, 26, 35, 42, 67, 68, 69, 72, 73, 74, 75, 76A, 76B |
| Subalpine (VRUs 7-10) | Moister Sites: 12-25 | 1A, 1B, 2, **5**, 6, **7**, 9, 14, 15 |
| | Drier Sites: 7-15 | 43, 44, **79, 80, 7**, 81, 82, 83, **84** |

*Units in **Bold** are known to be deficient in CWD by at least 1 ton per acre.

## Historic Resources

- If an inadvertent discovery occurs of historic resources during any ground disturbing activities, work in the area shall stop and KNF heritage personnel and district ranger would be notified immediately. Project work in the area of inadvertent discovery may resume once KNF heritage personnel have assessed the discovery and appropriate resource protection measures have been implemented.

- Known and identified intact portions of eligible or unevaluated historic resources would be flagged and avoided during project implementation.

- Protect cultural feature in Non-harvest Fuels Unit K.

## Noxious Weeds

Measures would be taken to reduce the potential of noxious weed introduction and spread, see appendix A in the KNF Invasive Plant Management FEIS (U.S. Department of Agriculture 2007a) . Weed management in the Project Area would be conducted in accordance with the April 2007 KNF Invasive Plant Management Record of Decision. Any work requiring reseeding would use the KNF

Black Ram                                                    Environmental Assessment

approved seed mix and comply with FSM 2070 and Region One Native Plan Material Strategic Plan (see R1Native Plant Strategy document in the project file)

- All "Off-Road Equipment" would be cleaned prior to entry on the sale area. This requirement also applies to equipment used in fuels reduction and recreation trail construction activities.

- Following operations in harvest units 5, 10, 28, 29A, 29B, 33, 34, 54, and 56, equipment would be cleaned prior to entry into any unit not listed here to minimize introduction of new weed populations.

- To minimize transport of weeds between units, units 7, 8, 45, 46, and 47 will be logged on frozen ground or over 12" of settled snow.

- Where feasible, herbicide would be used to treat all roads prior to reconstruction activities. If not feasible due to lack of access, herbicide would be used to treat cut-slopes and fill-slopes following reconstruction activities.

- Accessible roads and pullouts open to public use or gated for administrative use would be treated with herbicide once harvest operations are complete.

- To minimize the transport of noxious weeds via machinery, reconditioning/ reconstruction of existing roads needed for timber haul would be held to the minimum necessary standard to protect and maintain the road surface and drainage structures and provide for public safety.

- Prior to work during decommissioning and storing of roads, weeds would be treated with herbicide where applicable and accessible.

- Surveys for weeds would be conducted before new recreation trail construction and monitoring would occur after construction. Pre and post activity spraying would occur as needed.

- Continue to pursue new hawkweed biocontrol agents for use within the Project Area.

- West Fork Yaak River Pit A #207 is an active new invader (Rush skeletonweed) site. Avoid use of this pit for project activities.

## Public Safety/ Access Management

- During prescribed burning operations for Non-harvest Fuels Units A, B, E, M, and O, the following trails, Midge/Rock Candy 177, Mount Obermayer 33, French Creek 32, West Fork Yaak River 318, and Wood Mountain/ Grubstake 175 may be closed for public safety; public notification would occur before and during the burn operations.

- Garver Mountain Trail 8 and Bonnet Top Trail 583 would be closed when burning Non-harvest Fuels Units D and Q; public notification would occur before and during the burn operations.

- The Bonnet Top Trail 583 and Wood Mountain/Grubstake Trail 175 may be closed for public safety during harvest operations in Units 7, 8 and 23.

- The Forest Service would provide public notification prior to ground disturbing activities near the Boyd Cemetery.

- Snow plowing and/or log haul is not allowed on Pete Creek road north of the junction with Hensley Creek road 5856 from December 1 to April 30.

8-ER-1746

- Hauling would be prohibited from Friday at 3:00 pm to Monday at 6:00 am and on federal holidays on Pete Creek road, NFSR 338 north of the junction with Hensley Creek road, NFSR 5856.

- Public road access would be restricted from Monday at 6:00 am to Friday at 3:00 pm on Pete Creek road, NFSR 338 north of the junction with Hensley Creek road, NFSR 5856 to allow for log hauling. Hikers would be allowed to walk NFSR 338 and to trailheads during hauling operations.

- Road reconstruction on the West Fork Yaak and Garver Mountain roads (NFSRs 276 and 5857) would require several road closures to allow for culvert replacement work during the month of August through October of the calendar year that road construction work occurs. The District would notify the public when road closure and log hauling occurs using methods such as social media, Recreation.gov, Kootenai Forest Facebook page and website and with a sign located at the junction of Yaak Highway 92 and NFSR 276.

- See the PNNST section below for additional safety measures.

## Recreation

- During harvest operations in Harvest Unit 23 the blazed trees would be retained, where feasible.

- When Garver Mountain Lookout is rented a notification would be placed on the www.recreation.gov website or a phone call would be made to inform the renters about harvest and burning activities along NFSRs 276 and 5857 and in the area.

- The Garver Mountain Lookout would be removed from the National Reservation System from approximately August 1 to October 31 of the calendar year that road closure for reconstruction work occurs on the West Fork Yaak and Garver Mountain roads. The District would notify the public in advance prior to road reconstruction activities. This information would be shared with the public using methods such as posting on Recreation.gov, the PNTA blog and Kootenai Forest Facebook page and website.

## Riparian Habitat Conservation Areas (RHCAs)

RHCAs would be established around any new water features, fish bearing stream and landslide prone areas that are inadvertently discovered during implementation within or adjacent to harvest units per 2015 Forest Plan direction.

## Pacific Northwest National Scenic Trail (PNNST)

The Pacific Northwest National Scenic Trail (PNNST) is one of eleven designated national scenic trails in the United States. The PNNST was congressionally designated in 2009. Approximately 28.1 miles of the PNNST trail is located within the Project Area, 18.5 miles are on open roads and all of the roads existed in this area before it was designated as the PNNST.

- In Units F-9 and F-11 slash would be treated within 100' of the designated route to minimize visual impacts.

- In Harvest Units 30, 32, 38, 41 and 43 trees would be painted on the opposite side of the primary view. This tree marking method would be dependent on topography and visibility from the road and would occur approximately 100 to 200 feet from the edge of the road.

8-ER-1747

Black Ram                                                          Environmental Assessment

- In Harvest Units , 30, 32, 37, 38, 39, 40, 41, 42, 43, 44, and 66 the following would occur:

  - Tree marking paint on leave trees in these units would be assessed post-harvest, if needed the District may use brown paint to cover the tree marking paint to reduce the potential visual effects along the PNNST.

  - Within 50' of the road, stumps would be cut 8 inches or less in height, this does not apply to snags as per the snag retention design feature below. Following monitoring efforts stumps may be cut up to 300' off the road, if needed.

  - Project design and unit prescriptions would help soften edges to harvest boundaries and would leave single trees and groups of trees of varying ages within units and near unit edges; additional post-harvest activities such as slashing and planting may be implemented where needed.

  - Project design for unit openings would not be symmetrical in shape, would avoid straight lines and right angles and follow natural topographic breaks and changes in vegetation, where feasible.

  - Slash within 100' of the designated route would be treated to minimize visual impacts. Following monitoring efforts slash may be treated up to 300' off the road, if needed.

  - Post-harvest landing pile clean up would include scarification, seeding, weed spraying and planting trees, where feasible.

  - Where new access roads and skid trails meet a primary travel route, they should intersect at a right angle, and where feasible, curve after the junction to minimize the length of route seen from the primary travel route.

  - When treatment activities occur along the PNNST, the District would notify the public when road closure and log hauling occurs using methods such as social media, Recreation.gov, and with a sign located at the junction of Yaak highway 92 and NFSR 276.

- When existing ground conditions and operational feasibility provide the opportunity in Harvest Units 28, 30, 37, 39, 40, 45, 48, and 64 retain small diameter residual trees (hardwoods or conifers) or retain large diameter trees in clumps near or adjacent to roadways to break up and soften the view of harvest and fuel treatment activities for visuals.

- Retain one or more leave islands of 1-2 acres in size in Harvest Units 29A, 32, 38, 40, and 41 for structure and visuals, including natural features such as rocky outcroppings, hardwood patches, and riparian areas.

- In Harvest Units 30 (western edge), 42 (northern draw), and 66 (northern edge) retain more trees where possible for structural stability and visuals.

## Proposed, Threatened, Endangered, and Sensitive Plant Species (PTES)

To provide for the protection of PTES inadvertently discovered during implementation, protection measures will be included in the timber sale contract.

8-ER-1748

## Snag Retention

All snags felled for safety reasons would be left on site and would be cut as high as possible, to retain some value for wildlife use (foraging opportunities or other habitat), where it is safe and reasonable to do so.

## Soils

- Use equipment with a bucket and thumb or other approved equipment for mechanized slash piling and mechanized fire line construction.

- Locate skid trails a minimum of 75 feet apart except where converging in order to reduce soil disturbance.

- Use the appropriate KNF approved seed mix for revegetation of disturbed areas with exposed mineral soil resulting from project activities except for areas scarified for site preparation and on constructed firelines or recreation trails.

- Reuse existing skid trails and other disturbed areas during harvest and machine piling operations where feasible in order to minimize new soil disturbance.

- Scarify or recontour excavated skid trails, temporary roads and compacted landings constructed for the project following harvest activities. Place slash and duff on the recontoured slopes.

- Post activity soil monitoring would be required in units where post activity soil detrimental disturbance (DSD) is predicted to be close to 15 percent DSD (Units 5, 13, 19, 28, 29A, 33, 39, 46, 48, 55B, 64, 74, and 84).

  - If post activity monitoring results DSD exceeds 15 percent, soil restoration efforts would be conducted to the extent necessary to reduce DSD to 15 percent or less.

  - Soil restoration efforts would be limited to dry soil condition and may vary by unit as approved by the hydrologist or soils specialist. Restoration may include soil decompaction, recontouring of excavated trails, and/or spreading adjacent top soil, duff and slash over disturbed areas. Decompaction of soils will not mix soil horizons.

- To help protect soils in units 67 through 76B (Rampike area):

  - Harvest when soils are dry as determined by the Forest Service;

  - Known wet areas would be identified and exclude equipment use. An equipment exclusion or RHCA, as appropriate, would be established around any new water features or wet areas that are inadvertently discovered within harvest units during implementation.

- To help protect soils in Harvest Units 6 and 7 limit harvest operations to frozen or dry soil conditions as determined by the Forest Service.

- For Harvest fuel break Unit 85 equipment must stay on existing road surface.

## Vegetation

- In all units, pacific yew would be retained, where feasible.

- When existing ground conditions and operational feasibility provide the opportunity in Harvest Units 28, 30, 37, 39, 40, 45, 48, and 64 retain small diameter residual trees

8-ER-1749

Black Ram                                                    Environmental Assessment

(hardwoods or conifers) or retain large diameter trees in clumps near or adjacent to roadways to break up and soften the view of harvest and fuel treatment activities;

- Retain one or more leave islands of 1-2 acres in size in Harvest Units 29A, 32, 38, 40, 41, 64, 65, 69, 72, 73, and 74 for structure and visuals, including natural features such as rocky outcroppings, hardwood patches, and riparian areas*;

- In Harvest Units 67, 68, 69, 71, 72, 73, 74, and 76B all western larch, western white pine, Douglas-fir, and western redcedar greater than 7 inches in diameter would be retained for species diversity, structure and visuals.

- In Harvest Units 30 (western edge), 42 (northern draw), 63 (northwestern edge), 55B (northern edge), and 66 (northern edge) retain more trees where possible for structural stability and visuals*;

- Timber harvest is proposed in old growth in Harvest Units 1A, 4, 8, 9, 11, 18, 27, 49, 53A, 53B, 55C, 64, 76A, 78A, and 78B. Prescribed burning in old growth is proposed for Non-harvest Fuels Units K, L, O, F-3, F-8, F-13, and F-14. All treatments would maintain or improve old growth characteristics as defined by Green et al. (1992).

- Road construction in Harvest Units 55C and 76A would be designed to the narrowest road width and pullout locations would result in the fewest large diameter trees cut where feasible. All new road construction through old growth would be restricted to the public during activities and gated after project activities.

*These design features also apply along the PNNST, see the units listed above under PNNST.

## Water Quality and Aquatic Species

- Management activities, such as culvert removal, installation, or replacement, that may disturb native salmonids, or have the potential to directly deliver sediment to their habitats, would be limited to times outside of spawning and incubation season (after July 15) for Westslope cutthroat trout and Interior redband trout.

## Wildlife: General

Protection measures needed for endangered, threatened, proposed, and sensitive wildlife species as well as other species listed in the 2015 Forest Plan will be included in the timber sale contract to provide for the protection of these animals found during implementation (B6.24).

## Wildlife: Lynx

Thinning of rust-resistant western white pine plantations shall retain a minimum of eighty (80) percent of winter snowshoe hare habitat in Precommercial Thin Units 1, 4, 5, 6, 7, 8, 9, 11, 12, 13 that occur in suitable hare habitat within a lynx analysis unit which is consistent with FW-STD-WL-01.

## Wildlife: Grizzly Bear

- Within each Bear Management Unit, the use of helicopters to ignite prescribed burns would not last more than 2 days per burn season (spring and fall) and not exceed a total of 4 days per bear year (4/1 – 11/30). The use of a helicopter for burning Buckhorn units H, I J, K, M, N, O, and O-1 and Black Ram units A, B, C, and D would be coordinated by the district fuels specialist and wildlife biologist.

22

FS-002263

Black Ram                                                                          Environmental Assessment

- Mechanized equipment operation would be avoided from April 1 through May 1 in Harvest Units 42, 43, 44 (Garver Mountain area) and Harvest Units 77, 78A, 78B (upper Pete Creek Road); to avoid or minimize disturbance in areas of predicted denning habitat during spring emergence (FW-GDL-WL-01).

- In the first year of project activity all motorized use is prohibited from April 1 through May 1 on barriered roads.

- The following activities are allowed on gated roads from April 1 through May 1, annually:

  - ♦ Burning,

  - ♦ Hand slashing and fireline construction, includes use of chainsaws,

  - ♦ Planting and seeding

- Access management activities as displayed in appendix D, the Access Management Plan, would be implemented to ensure that changes to grizzly bear habitat parameters are consistent with FW-STD-WL-02 design elements.

- Place restriction device (gate or barrier) at or within 500 feet of desired location. Select location that would best meet the desired purpose of the device. For example, a gate or barrier may be more effective if placed where there are steep, rocky cut and fill slopes. If further than 500 feet from the desired location, discuss with the district wildlife biologist. See also access management plan (Appendix D).

**Additional Design Features from the Biological Opinion:**

- Berm or barrier all roads that will contribute to new Core areas as soon as possible after the Black Ram record of decision is signed authorizing the project, and before existing Core areas are entered. This includes all roads listed in Appendix D, Access Management Plan for which the "Reason for Action" includes "IKRC" (meaning in-kind replacement of Core). Any work to stabilize hydrology on these roads should be completed within this same timeframe, such that no further disturbance is needed in the new Core areas for at least 10 years.

- In BMU 15, subdivide project implementation such that OMRD does not exceed 37% at any time, for the 10 years of the project. Use of restricted roads during grizzly bear denning season do not count towards increases in OMRD. Acceptable subdividing could involve working on one area for part of a bear year, then moving to another area the rest of the bear year, as long as OMRD does not exceed 37% at any given time.

- In both BMUs, once timber harvest and haul is complete on a gated road, the Forest shall resume abiding by administrative use levels, as dictated by the Forest Plan, for the remainder of project implementation. An exception will be allowed for exceeding administrative use levels in one bear year per BMU, if needed to implement prescribed burning activities, granted the exception still meets Term & Condition 3.

## Wildlife: Raptors

- In the event a nest site is discovered in a vegetation management unit, the Forest Plan guideline, FW-GDL-WL-16, provides direction to follow.

- Unit 29A: Avoid mechanized activity from April 15 to August 15 to minimize disturbance near an osprey nest. If the nest is determined to be unoccupied during this period, no restriction would apply.

Black Ram                                                                    Environmental Assessment

## Resource Improvement Work

The following activities are not required design features or mitigation for project activities. These activities improve existing resource conditions in the project area and respond to the projects purpose and need. Implementation and timing of some of these activities may be dependent upon available funding. Some of the activities listed are appropriate to fund with Knutsen-Vanderberg (KV) funds collected in association with timber sales in the project area, if KV funds are available. Other funding sources may include Forest Health Protection funds, various grant or partnership funds, and funding through current initiatives such as GAOA, all of which require application and competition for funding. Activities identified with an asterisk will occur as identified in the analysis but are included here to highlight the need to secure funding sources into the future, such as funding for future biocontrol agent collection and release.

- Inter-plant rust resistant western white pine;

- Precommercial Thinning or Timber Stand Improvement work;

- Landing rehabilitation including decompaction, seeding and spreading duff and slash;

- Thinning, piling and burning of hazardous fuels in the WUI;

- Road work to improve watershed conditions as identified in Table 127;

- Road decommissioning work in the Project Area as identified in Table 129;

- Additional spraying of noxious weeds or use of biocontrol agents in areas where their concentrations occur;

- Road signs, mile markers and gate signs installed or replaced;

- Enhance productivity through restoration activities;

- Design work and construction of the Wood Mountain Stock Loop, North Fork River, West Fork Falls, and Northwest Peak to Rock Candy Trails;

- Interpretive signs describing the Wood Creek Scenic Larch Area and Pete Creek Meadow.

- Parking area improvements for the Wood Mountain Stock Loop Trail and Hawkins Lake Trails.

- *Prescribed burning to enhance wildlife habitat;

- *Monitor effects of KV funded site preparation activities.

# Environmental Impacts of the Proposed Action and Alternatives

This section summarizes the potential impacts of the proposed action and alternatives on various resources. Each resource section describes which issues are relevant to the resource under discussion, and how they are measured.

Analysis of cumulative effects presented in this section considered past, present, and reasonably foreseeable activities on public and adjacent private lands. A list of these activities is presented in Table 9. Each resource considered the relevant actions in the cumulative effect analysis as appropriate.

Black Ram                                                              Effects to Aquatics

# Past Actions

The existing conditions reflect the combined impact of all prior human actions and natural events that have affected the environment and might contribute to cumulative effects. Additionally, some of these activities, as well as reasonably foreseeable activities, may continue to produce environmental effects that overlap in time and space with issues or resources relevant to the proposal.

During the scoping process and subsequent analysis of this project, the Forest Service determined that the following past activities, decisions, information, and environmental documents are applicable to all or portions of the National Forest System lands included in the analysis area for this EA and considered them during the cumulative effects analyses in this EA.

## Timber Harvest

Table 133 and Table 134 in appendix C displays harvest history in the Project Area by landowner, harvest type, and decade. Please see the Forest Vegetation section or the scoping document for more discussion of harvest types. Table 135 in appendix C shows the past timber sales that have occurred in the Project Area.

## Wildfires and Fire Suppression

The Black Ram analysis area has had 72 (greater than or equal to 10 acres) wildfires documented in the historic records, from 1860 to present day, burning approximately 66,599 acres, over two-thirds of the analysis area. Table 28 in the Fire and Fuels section depicts large fire years occurring within the Black Ram analysis area since 1860. With the exception of large fire years, lightning and human caused wildfires typically burned between 0. 1 and 4 acres in size.

The 2018 Davis Fire burned 4,135 acres in the Project Area and about 2,000 acres in Canada. The fire grew about 3,500 acres over a period of two days in the Davis, Winkham, and Jungle Creek areas, this was a high severity fire killing more than 75% of the overstory canopy. A rehabilitation plan was created and implemented to mitigate the Davis Fire suppression activities and included: 1) reducing or eliminating erosion and sedimentation that could result from fire lines, reopened roads, drop points, helispots, and other disturbed areas; 2) eliminating unwanted vehicle travel routes that may have been created by reopening roads and the construction of dozer lines; 3) where consistent with watershed protection measures, reduce the effects of fire suppression on the recreational setting and aesthetics by eliminating or moderating the visual impact of the fire lines; and 4) revegetate disturbed areas to help prevent the establishment or spread of noxious weeds. This plan is in the project file.

The policy-driven suppression of wildland fire has contributed to a vegetative pattern in the forest different from conditions that were present prior to fire suppression. Fuels that would have been consumed by numerous non-lethal or mixed-lethal fires have accumulated and remained on site. Fire exclusion has also allowed trees with low fire resistance to become more prevalent on sites where they would have had lower representation than tree species adapted to fire over the millennia.

It can be assumed that had the smaller, naturally occurring, fires in the Project Area not been suppressed, fire would have played a more active role in the ecological process across the landscape.

## Road BMP, Stored Service, and Decommissioning Work

The Forest Service began timber harvesting in the analysis area in the 1950s. With harvest activities, came the construction of the NFS road network in the Project Area. The roads constructed for the

FS-002266

- The KNF has been consulting the Confederated Salish and Kootenai Tribes and the Kootenai Tribe of Idaho regarding potential impacts from the implementation of the Black Ram Project. Consultation will continue until an alternative is selected and the Tribes have reviewed both the selected alternative and the cultural resource inventory. Additionally, Treaty rights will be enhanced through the promotion of huckleberry growth associated with timber harvest and fuels reduction activities (see wildlife section).

## Other Agencies and Individuals Consulted

**Montana State Historic Preservation Office (MTSHPO):** the MTSHPO reviews the cultural resource inventory. This provides them the opportunity to review the inventory process, evaluations of cultural resources for NRHP eligibility identified in the inventory and consider the proposed design features intended to protect historic properties within the project's APE and consider the effects determination as discussed in the cultural resource inventory and NEPA specialist report.

**Confederated Salish and Kootenai Tribes:** The THPO reviews the project and informs the FS if any cultural or religious sites may be impacted by the undertaking. In addition, the THPO also reviews the cultural resource inventory for adequacy of the inventory and comments on the effect's analysis.

**Kootenai Tribe of Idaho:** A designated representative of the Tribe reviews the project proposal and cultural resource inventory for the same purposes as CSKT.

8-ER-1754

Black Ram                                                                    Effects to Fire and Fuels

# Affected Environment

## Existing Condition

### Climate Change

Fire exclusion since the 1920s has increased surface fuel loads, tree densities, and ladder fuels, especially in low-elevation dry conifer forests (Schoennagel et al. 2004). As a result, fires at the lowest and driest elevations may be larger and more intense, and may cause higher rates of tree mortality, than historical fire. But in mid- and higher elevation forests, where fires were historically infrequent because of relatively cold, wet conditions, fire exclusion has not affected the fire regimes (Romme and Despain 1989); (Schoennagel et al. 2004). However, earlier onset of snowmelt, predicted to occur with changing regional climate, will reduce fuel moisture during fire season, making mid- to high-elevation forested systems flammable for longer periods of time (Miller et al. 2008). According to Westerling "The average season length (the time between the reported first wildfire discovery date and the last wildfire control date) increased by 78 days (64%), comparing 1970 to 1986 with 1987 to 2003." "The greatest absolute increase in large wildfires occurred in Northern Rockies forests. This sub-region harbors a relatively large area of mesic, middle and high elevation forest types (such as lodgepole pine and spruce-fir) where fire exclusion has had little impact on natural fire regimes, but where we found that an advance in spring produces a relatively large percentage increase in cumulative moisture deficit by midsummer." (Westerling et al. 2006). Longer fire seasons will allow for more ignitions, greater likelihood of fire spread, and a longer burning duration.. See Effects to Forest Vegetation section for more discussion on existing condition and climate change.

### Fire History

The Black Ram analysis area has had 72 large (greater than or equal to 10 acres) wildfires , from 1860 to the present, burning approximately 66,599 acres or two-thirds of the analysis area. The most notable fire years were 1889, 1920, 1931, and 2018 which had 32 large fires covering about 55,000 acres. Total acres burned in the Project Area from 1932 to 2017 was about 2,500 acres; in 2018, one fire burned approximately 4,100 acres. Table 28 depicts large fire years occurring within the Black Ram analysis area since 1860.

The 2018 Davis Fire burned about 4,135 acres in the Project Area and about 2,000 acres in Canada. The fire grew about 3,500 acres over a period of two days in the Davis, Winkham, and Jungle Creek areas, this was a high severity fire killing more than 75% of the overstory canopy.

Since 1986 the Black Ram analysis area has had 142 fire starts of which 9 grew into large fires. About 81 percent of fires were caused by lightning while the remaining 19 percent were caused by anthropogenic sources. About 38 percent of the fire starts since 1986 have occurred within the Wildland Urban Interface (WUI). With the exception of large fire years, lightning and human caused wildfires typically burned between 0.1 and 4 acres in size.

**Table 28. Large Fire Years within the Black Ram Analysis Area**

| Year | Number of Fires | Acres |
|------|-----------------|-------|
| 1860 | 4 | 2,293 |
| 1889 | 16 | 29,115 |
| 1905 | 2 | 3,733 |
| 1910 | 1 | 8 |

8-ER-1755

Black Ram                                                                    Effects to Fire and Fuels

and other human development meet and intermingle with undeveloped wildland and vegetative fuels (Lincoln County 2005).

There are several concentrations of homes along Yaak River Road, including the Community of Yaak, within the analysis area. Private organizations and governmental agencies provide information, resources, and incentives to encourage the reduction of wildland fuel loads around individual homes and communities as a whole. Nowicki states, "Additional thinning beyond the home ignition zone may enhance the ability of firefighters to safely defend community space." (Nowicki 2002).

*Home Ignitability*

Cohen addresses home ignitability, or the potential for a home to ignite, in the WUI. Cohen concludes that homes most often ignite via one of two processes, direct flame contact with the structure and lofted firebrands landing on receptive fuel such as a house(Cohen 2000a). The Structure Ignition Assessment Model (SIAM) developed by Cohen and results from the International Crown Fire Modeling Experiment generally concur that a flaming front at a distance of 130 feet or more from a structure does not deliver sufficient heat energy to ignite the exterior of a home (Cohen 1995). This recommendation is based on preventing home ignitions from radiant heat.

Proposed treatments for the Black Ram project are designed to reduce a wildland fire's intensity so that it remains a surface fire and does not develop into a crown fire. This could help reduce the chance of direct flame contact or intense radiant heat on a home. Also, a crown fire would loft more firebrands into the air than a surface fire due to the amount and type of fuel being consumed. A crown fire would likely be more intense, thus producing more wind and convective heating.

These forces alone or combined would carry firebrands' greater distances. Cohen's analysis (modeling, experiments, and case studies) did not explicitly address firebrand ignitions but he does recognize that firebrand ignitions can originate from distances of ½ mile or more (Cohen 2000b).

The above-cited research exclusively addresses home ignitibility. Not addressed in the research are some of the other issues and problems faced by resource managers, fire professionals, and residents when considering fire in the WUI. When fire enters the WUI, there remains the potential for loss of life, property, and other values even if homes have survivable space. Ingress and egress routes may become compromised.

*Community Protection Zone*

It is important to note that creation of a community protection zone does not require the removal of all trees within the area. It involves thinning the forest to create breaks in the continuity of tree crowns and removing ladder fuels and small-diameter understory trees.

Nowicki refers to the Community Protection Zone, stating "Additional thinning beyond the home ignition zone may enhance the ability of firefighters to safely defend community space (Nowicki 2002). Creating an area of reduced fuels immediately adjacent to the community can provide options for firefighters to control fire safely in this space. This requires breaking up fuel continuity at greater distances from houses than necessary to protect the homes themselves, because injury to humans can occur with a fraction of the heat and time required to ignite wood (Butler and Cohen 1998)."

FS-002328

## Grizzly Bear

### Introduction

Grizzly bears use a wide variety of habitat types and seral conditions. Use of these habitats is associated with food availability and areas of minimal disturbance. In this part of their broad North American range, areas of little to no wheeled motorized vehicle access provide suitable habitat with minimal disturbance. Therefore, the focus of this analysis includes changes in vegetation and motorized access management.

This resource analysis is directly related to the project Purpose and Need to "…promote forage opportunities."

### Regulatory Framework

**2015 Forest Plan**

The 2015 Forest Plan provides overall guidance for the management of the lands on the KNF. It describes the goals, desired conditions, and objectives toward which the management of the land should be directed. And it establishes standards and guidelines to help achieve or maintain the desired condition or conditions, to avoid or mitigate undesirable effects, or to meet applicable legal requirements.

The plan components which provide specific grizzly bear resource direction relevant to this project include: FW-STD-WL-02; FW-STD-WL-04; FW-GDL-WL-01; and FW-GDL-WL-15.

There are several other Forest Plan components that provide resource direction for a range of wildlife species or habitat conditions that are not specific to grizzly bears and may be applicable to grizzly bear management. The full list of the plan components applicable to grizzly bear management are found in the "Regulatory Framework Findings" section of this analysis.

### Resource Indicators and Measures

Habitat parameters of core, OMRD, and TMRD (FW-STD-WL-02) will be the resource indicators for measuring change to security habitat and road densities. There are two effects measures, the resource indicators listed in Table 83, or core habitat (changes in percent and acres) and a single effect measure for OMRD and TMRD (change in percent). For all three resource elements, the resource indicators and change in the effect measure are used to compare alternatives as well as display compliance with FW-STD-WL-02. A fifth element is the potential increase in foraging opportunities provided by proposed vegetation management.

Black Ram            Effects to Grizzly Bear

**Table 83. Resource Indicators and Measures for Assessing Effects to Grizzly Bear**

| Resource Element | Resource Indicator | Measure | Used to Address: Purpose and Need or Key Issue? | Source |
|---|---|---|---|---|
| Core Habitat | Changes in the percent Core Habitat in the Bear Management Unit (BMU) | Percent Core Habitat | No | 2015 Forest Plan FW-STD-WL-02 |
| Core Habitat | Changes in the acres of Core Habitat in the BMU | Acres Core Habitat | No | 2015 Forest Plan FW-STD-WL-02 |
| OMRD | Changes in the percent OMRD in the BMU | Percent OMRD | No | 2015 Forest Plan FW-STD-WL-02 |
| TMRD | Changes in the percent TMRD in the BMU | Percent TMRD | No | 2015 Forest Plan FW-STD-WL-02 |
| Increased Foraging Opportunities | Changes to early successional habitat or the maintenance of open forest conditions resulting from timber harvest and fuels treatments | Acres treated that result in open forest conditions or early seral habitats | Purpose and Need | 2015 Forest Plan FW-DC-WL-19 |

*Methodology*

Habitat parameters and acres were calculated with geographic information system (GIS) applications that incorporate the Project Area, BMUs, project treatment units, other activity sites, and road information. Activity unit acres and road lengths are in integer and decimal format, respectively. Therefore, there may be slight differences in acres or mile totals as presented in the following analysis than elsewhere in the document (e.g., project description) depending on when rounding of the decimals took place (e.g., rounding each individual unit before summing or totaling all acres then rounding). An earnest effort has been made to minimize any such discrepancies.

*Data Sources*

Grizzly bear population ecology, biology, habitat description and relationships identified by research are described in the Grizzly Bear Recovery Plan (U.S. Department of Interior 1993), the annual progress reports for the Cabinet-Yaak grizzly bear research (Kasworm et al. 2018), Kasworm and Manley (1988), and Kasworm and Manley (1989). That information is incorporated by reference.

*Assumptions and Limitations*

There are no assumptions or limitations associated with this resource analysis.

*Affected Environment*

**Spatial and Temporal Context for Effects Analysis**

A bear management unit (BMU) provides the spatial context for this analysis. A BMU approximates the size of a female grizzly home range. Using established BMUs for analysis allows tracking of core, OMRD, and TMRD standards through time. It also allows for an assessment of grizzly bear

FS-002540

Black Ram                                                      Effects to Grizzly Bear

habitat conditions. The Project Area is located within two BMUs (14-Northwest Peak and 15-Garver).

Temporal boundaries for the grizzly bear analysis include both short-term and long-term effects. Short-term effects are those that are expected to last up to two seasons after most harvest activities are complete. Once harvest activities cease, bears can move back into and use the area. Grizzly bears have also been shown to use harvest areas during periods of inactivity (e.g., nights and weekends). Increased foraging opportunities may be available as soon as the following growing season. Long-term effects are expected to last beyond two seasons. For example, vegetation management can alter the availability of hiding cover depending on type of treatment. Following regeneration harvest and fuels treatments, and based on observations of previous projects, it is expected that suitable cover would return within approximately 15 years. Hiding cover may return earlier with treatments such as thinning and prescribed fire. Such vegetative cover may reasonably hide a bear from view within 100 meters, and often less. Similarly, vegetation treatments can result in long-term foraging opportunities for grizzly bears and ungulates upon which bears may prey or scavenge. Lastly, changes in access management, such as decommissioning of unneeded roads, may result in long-term beneficial effects to grizzly bears.

*Existing Conditions*

## Introduction

Grizzly bears and their associated habitats are widespread on the Forest. Suitable habitat is not equitably distributed, and bears do not occupy all available areas. In the Kootenai NF portion of the recovery zone, BMU habitat measures have been improving steadily since 1987 as documented in Summerfield et.al (2004) and Forest Plan monitoring reports (U.S. Department of Agriculture 2014a).

Bear management unit 14 includes the northwest corner of Montana and northeast corner of Idaho; BMU 15 is adjacent to BMU 14 to the east and is entirely within Montana. Both BMUs border British Columbia, Canada.

In 2017, the Cabinet-Yaak Ecosystem had an estimated 55-60 individuals with a 73 percent probability that the population was stable or increasing (Kasworm et al. 2018). Perhaps at least six bears may reside in the two BMUs for at least part of the year, and more individuals are likely. Using that 2017 population estimate (Kasworm et al. 2018) and the number of BMUs in the recovery zone (22), there are an average of 2.5 bears per BMU. Because some BMUs have no record of recent observations and evidence of bears is common in the northern part of the Forest, a minimum of six individuals in the Project Area is reasonably possible.

Road management, attractant management, and education outreach have made an extensive improvement for bears in the recovery zone (Proctor et al. 2018). During this period, forest vegetation management and associated activities have occurred and improved habitat conditions with regard to forage availability (production of food sources associated with forest openings) and potential disturbance (core area and motorized route density). This indicates that land management activities are conducive to and supportive of recovery.

## Key Stressors and 2015 Forest Plan Direction to Facilitate Grizzly Bear Recovery

The intention of grizzly bear habitat management on the Forest is to provide sufficient quantity and quality of habitat to facilitate grizzly bear recovery. An integral part of this is to implement measures within the authority of the Forest Service to minimize human-caused grizzly bear mortalities. This

FS-002541

goal is accomplished by addressing and mitigating the key stressors and achieving goals, desired conditions, objectives, standards, and guidelines identified by the 2015 Forest Plan applicable to grizzly bear recovery.

**Attractants**

Food, refuse, and other attractants are defined in the Food and Sanitation Special Order (Food Storage Order) (Bradford 2011). Reducing availability to these items reduces the risk of adverse human-bear interactions. The order applies to lands administered by the Kootenai National Forest, including the Project Area; and users of campgrounds, dispersed, and established recreation areas; users of roaded and unroaded areas; among others. It does not apply to other land management entities or private property owners. Implementation has been successful and has had positive results. Incidents of human-bear conflict have been infrequent, and a disproportionately high number of incidents occur on the small area of private land within the recovery zone (Proctor et al. 2018).

Implementation of the Food Storage Order is mandatory. To analyze the possibility that it would be disregarded and that there would be an adverse interaction would be speculative. The results of its implementation history have been positive. As such, this part of attractants will not be discussed further.

During revegetation activities, vegetation type can encourage bear use if certain types of forage result. Seeding with clover, for example, is avoided because it tends to attract bears. Vegetation and applications that do not encourage bears to preferentially use treated areas are desired and used. Bears do consume graminoids and these are a part of seed mixes used by the Forest. However seeding applications are limited to heavily disturbed areas and not likely to draw bears to activity sites.

**Road Impacts**

Road presence and associated human activity can substantially impact grizzly bears (U.S. Department of the Interior 2013). Road construction has resulted in the arrangement of open and restricted roads (i.e., gated for administrative use) on the landscape today. Motorized route densities on National Forest land have decreased substantially in the past decades because of restricting and reclaiming roads through decisions that facilitate grizzly bear recovery. The most recent iteration of this direction is found in the Forest Plan (FW-STD-WL-02). The bear management unit is the area in which road effects are assessed, and the attributes assessed are open motorized route density, total motorized route density, and core. Standards and existing measures within each BMU are shown in Table 84.

In contrast, there has been an increase in roads associated with private residential development. The increase in roaded area and road density has reduced the area of core and increased route density along the border of the Project Area BMUs, primarily in the Garver BMU where it abuts the Yaak River and tributary valleys.

**Table 84. Established BMU Standards and Existing Measures for BMUs 14 and 15 (values are all in percent).**

| BMU | OMRD (standard/existing) | TMRD (standard/existing) | Core (standard/existing) |
|---|---|---|---|
| 14 - Northwest Peak | 31/28 | 26/24 | 55/56 |
| 15 – Garver | 33/30 | 26/26 | 55/55 |

OMRD: > 1 mile per square mile; TMRD: > 2 miles per square mile

Black Ram                                                                                                    Effects to Grizzly Bear

**Open Motorized Route Density (OMRD)**

Open motorized route density is calculated using a GIS analysis. For BMUs not meeting the OMRD standard, actions affecting OMRD must result in a post-project movement toward the standard. For those meeting the standard, there must be no post-project increase. The measure is the percent of the BMU where the open motorized route density is greater than one mile per square mile.

The existing OMRD for BMUs 14 and 15 are 28 percent and 30 percent, respectively, and each is better than the standard.

**Total Motorized Route Density (TMRD)**

Total motorized route density is calculated using a GIS analysis. For BMUs not meeting the TMRD standard, actions affecting TMRD must result in a post-project movement toward the standard. For those meeting the standard, there must be no post-project increase. The measure is the percent of the BMU where the total (open and gated) route density is at least two miles per square mile.

The existing TMRD for BMUs 14 and 15 are 24 percent and 26 percent, respectively, and each is better than or meets the standard.

**Core**

Core areas are those portions of a BMU that are at least 500 meters from an open or gated road, motorized trail, or high-use non-motorized trail. Core blocks offer areas of minimal disturbance. The current core block measures are indicated in Table 85 and Table 86.

Forest plan direction given the current habitat conditions states that projects shall insure there is no net loss of core. Areas of core can be exchanged (in-kind replacement) so long as there is no reduction. Core areas must have provided a minimum of 10 consecutive years of core benefit prior to entry.

Since implementation of the core and motorized route density standards (FW-STD-WL-02) in 2011, private infrastructure development has increased. The result for the Garver BMU is that the area of core has been reduced, but still meets the standard. That is, the trend for maintaining or increasing core in the Garver BMU by motorized route reduction of NFS roads has been offset in part by the effects of private infrastructure development.

The Northwest Peak BMU is better than the standard and the Garver BMU meets the standard (see Table 84).

All individual core blocks are reported in the analysis. There is no minimum core block size (FW-STD-WL-02). Each core block and area is shown in Table 85 and Table 86.

**Table 85. Existing core blocks and acres in BMU 14.**

| Block number | Acres of Core |
|---|---|
| 1 | 34,592 |
| 2 | 7738 |
| 3 | 2202 |
| 4 | 767 |
| 5 | 581 |
| 6 | 426 |
| 7 | 134 |
| 8 | 68 |

8-ER-1761

Black Ram                                          Effects to Grizzly Bear

| Block number | Acres of Core |
|---|---|
| Copelan9 | 56 |
| 10 | 50 |
| 11 | 49 |
| 12 | 29 |
| Three others | <1 |
| **Total Acres** | **46,692** |

**Table 86. Existing core blocks and acres in BMU 15**

| Block Number | Acres of Core |
|---|---|
| 1 | 21,541 |
| 2 | 8,223 |
| 3 | 1,684 |
| 4 | 215 |
| 5 | 202 |
| 6 | 130 |
| 7 | 33 |
| 8 | 19 |
| 9 | 16 |
| 10 | 8 |
| 11 | 5 |
| 12 | 4 |
| 13 | 2 |
| Five Others | <1 |
| **Total Acres** | **32,083** |

**Road Barriers and Closures**

Forest Plan direction regarding BMU standards is met in the project area. Annual monitoring is directed by the 2015 Forest Plan, and in this monitoring, we report motorized access effects against the measures.

In the past, we have noted unauthorized use of restricted roads, and occasionally an unauthorized, user-created road is discovered. The District has made repairs for any such breaches as quickly as possible after discovery. The annual Adopt-A-Road event, which has occurred for the last 25 years, meets our monitoring requirement from the 2015 Forest Plan and helps us identify needed road or barrier repairs. By making needed repairs, we continue to maintain the associated BMUs' standards for core and motorized route densities Monitoring of road closures occurs daily or weekly by employees working and driving on forest roads across the District as well as the project area.

**Motorized Over-snow Vehicles**

Over-snow motorized use after bears have emerged from their dens in the spring (April 1 through May 1) has the potential to disturb bears if the activity is located near a den. Snowmobile use occurs in the Project Area. Many roads are accessible by snowmobiles, although most have little use (personal observation); heavy use occurs primarily on routes that access high elevation areas. The dense forest vegetation limits off route snowmobile use in nearly the entire Project Area. There are three groomed routes that are regularly used: the Pete Creek – Hawkins Road, Whitetail Cutoff Road, and Spread Creek Road.

303

Black Ram                                                                 Effects to Grizzly Bear

Spring time use of these routes is often influenced by environmental conditions (e.g., winter snow pack, spring temperatures, and aspect) that can affect the location, amount, and condition of snow and whether or not is it suitable for snowmobile use. Suitability of the routes can vary from year to year depending on these conditions. On the KNF portion of the CYE, approximately five percent of the forest-wide denning habitat is available to off-route motorized over snow use (U.S. Department of Agriculture 2015a). A negligible amount of potential denning habitat would be impacted and accessible by the action alternatives. These areas are not destinations for off-route use as are the very high elevations near Northwest Peaks and Rock Candy Mountain. Furthermore, the likely rapid vegetation recovery suggests availability of openings for snowmobiling would be short-lived through about 15 years. The project would not change motorized over-snow recreation management as it relates to grizzly bears. Therefore, project activities do not contribute to this stressor for grizzly bears in the Black Ram Project Area. It will not be addressed further.

**Livestock/Grizzly Bear Interaction**
There are no active grazing allotments on the Three Rivers Ranger District. Therefore, this activity is not a stressor for grizzly bears in the Black Ram Project Area and will not be addressed further.

**Major Ground Disturbing Activities (Mining)**
There are no large mining operations located within the Black Ram Project Area and none are proposed. Therefore, this activity is not a stressor for grizzly bears in the Black Ram Project Area and will not be addressed further.

## Managing Habitat to Contribute to Grizzly Bear Recovery
A principal wildlife goal in the Forest Plan is "… to contribute toward the recovery of threatened and endangered terrestrial wildlife species" (GOAL-WL-01). In addition to addressing the specific stressors indicated above, habitat management contributes to grizzly recovery in a number of important ways.

**System of Large Remote Areas**
Blocks of core habitat function as secure and undisturbed areas for grizzly bears. Within the BMUs, management direction and other land designations also contribute to core habitat. In addition to extensive general forest (MA 6) with very limited motorized wheeled vehicle access, the backcountry designations (MA 5a, 5c), scenic and botanical areas (MA 3), and eligible wild and scenic river corridors (MA 2) contribute to core. Two inventoried roadless areas are found in the Project Area and overlap much of the backcountry and scenic areas (MAs 5 and 3). Vegetation changes in these areas generally occur naturally.

**Landscape Connectivity and Local Area Movement**
Desired conditions for the Yaak geographic area are provided in the 2015 Forest Plan (page 93). These conditions include broad areas for movement provided from Buckhorn Ridge to Northwest Peaks and along the Canada-U.S. border. Low levels of human disturbance during denning are also desired. The large remote areas indicated previously provide this landscape connectivity. Again, these areas are mostly unroaded and receive little human use.

**Juxtaposition of Foraging Habitat and Cover**
The availability and proximity of hiding cover may influence use of foraging habitats. Forest plan direction for desired vegetation composition, structure, patterns, and processes would provide a mosaic of conditions similar to that under which wildlife are locally adapted. Currently, small and medium diameter trees in dense stands dominate the landscape; sapling and large diameter tree cover are less than desired; and early seral openings in the Project Area are few (see vegetation section).

Dense, mid-aged stands do not provide high quality forage opportunities because preferred plants are inhibited by the dense canopy.

Past harvests in the Project Area included regeneration and intermediate treatments in a variety of patch sizes and configurations. However, since the late 1980s there has been a dramatic decrease in openings, and with infrequent wildfire, these openings have not been maintained. As a result, there has been a commensurate decrease in high quality forage habitat including grasses, forbs, and berries.

These same dense stands provide cover habitat and are not limiting in the Project Area.

**Maintain/Improve Habitat Suitability With Respect to Bear Food Production**
Road accessible areas in the project have been managed for timber production using a number of methods, primarily by regeneration and intermediate harvest. Harvest activities on NFS lands began in earnest in the mid-1900s and have continued to the present. Regeneration harvest included clearcut, seed tree, and shelterwood treatments and has occurred on approximately 23 percent of NFS land in the Project Area. Intermediate harvest (e.g., commercial thinning, salvage, improvement harvest, and individual tree selection) has occurred on approximately 17 percent of the Project Area (see vegetation section). Precommercial thinning and pruning has occurred on about 10 percent of the Project Area (see vegetation section) and associated with previous harvests and subsequent planting; therefore, the ten percent of the Project Area with precommercial thinning is generally a subset of the past harvests. Past harvests have contributed to the variety of age classes and successional stages across the Project Area although, as indicated previously, the mid-aged stands are by and far dominant. In many cases, past harvests provided habitat conditions favorable for huckleberry production and other forage for grizzly bears.

Natural disturbances such as insect and disease, fire, and windthrow have also affected successional stages of vegetation in unharvested areas. Wildfires reduce timber and shrub overstory in the areas so affected, and thereby modify age classes and species diversity in both timbered stands and more open habitats (for example, brushfields and alpine areas). This would benefit some shrubs like huckleberry which thrive in open areas and provide forage for bears. One large wildfire has occurred in the Project Area in the past decade: the Davis Fire in 2018.

Prescribed burns can achieve structural effects similar to that of wildfire. The scale of prescribed fires has been small, however, at about 900 acres.

In contrast, fire suppression since the early 1900s has altered stand structure and has resulted in more homogenous stands with greater canopy closure in some areas, which in turn has reduced huckleberry and other berry production on some sites. Berries, in particular huckleberries, produce best under low to sparse canopy cover or in open areas such as shrubfields.

Timber harvest, post-harvest fuels reduction, prescribed burn units, and other non-harvest fuels treatments can affect the arrangement and abundance of vegetation, thus affecting the quality and quantity of food and cover. This, along with the impacts of roads described above, could influence subsequent grizzly bear use of the treated areas. Mace and Waller (1997) concluded that grizzly bears in the Swan Mountains of northwest Montana used cutting units as habitat, especially during summer. This likely coincided with the period when huckleberries would be available in older units. Increased use of cutting units is likely to begin about 10 years post-harvest, to peak at some young seral stage, and then to decline in the long term if a dense tree overstory develops. Mace and Waller (1997) found that forested stands were the cover types least used by grizzly bears during all seasons. In addition, Wielgus et al. (2002, 2003) found grizzlies selected against interior cedar-hemlock forest

Black Ram                                                                 Effects to Grizzly Bear

types possibly due to the relatively poor food supply compared to other habitat types studied. In the Project Area BMUs, grizzly bears clearly use past harvest units, which is expected given the successional development after disturbances (located in the project file are fine-scale maps).

Huckleberries (*Vaccinium* spp.) are an important food source for grizzly bears in this ecosystem (U.S. Department of Interior 1993). Huckleberries are found in patches throughout much of the Project Area. Also, buffalo berry or soopolallie (*Sheperdia* spp.) is common on lower to mid-elevation stands, as are scattered service or Saskatoon berry (*Amelanchier* spp.) and elderberry (*Sambucus* spp.) Mountain-ash (*Sorbus* spp.) is common in high elevations. Riparian habitats are generally considered to be valuable feeding sites. Several drainages feed the main tributaries that flow into the Yaak River in and near the Project Area: West Fork Yaak and French Creek; East Fork Yaak; Pete Creek; Beetle Creek; and Garver Creek. Numerous smaller tributaries originate in the surrounding mountains.

Grizzly bear habitat use in the Purcell Mountains portion of the Cabinet-Yaak Ecosystem is well-documented. In addition to mesic sites found in riparian zones, alder shrub, mixed shrub/snowchutes, and other moist and wet sites, habitat use is strongly associated with closed timber, timbered shrubfields, mixed shrub/cutting units, mixed shrub/burns, graminoid sidehill parks, and timbered grass (Kasworm et al. 2007, Johnson and Gautreaux 2008). Closed timber, timbered shrubfields, mixed shrub/cutting units, and graminoid sidehill park are heavily used (Johnson and Gautreaux 2008). Closed timber stands have tree cover greater than 60 percent and usually a sparse understory; timbered shrubfields have a tree cover of 30 to 60 percent and a shrub understory; and mixed shrub/cutting units are more open and shrub dominated (Kasworm et al. 2007).

In the two BMUs, closed timber covers about 69 percent of the total area (VMap). Timbered shrubfields amount to just 25 percent (VMap) although this type contributes 30 to 45 percent of use (Kasworm et al. 2007). Nearly all the remaining cover is high elevation sparse vegetation, transitional forest, and small lakes.

**Seasonal Components**
In areas with important seasonal components such as spring range and denning habitat, potential disturbance to grizzly bears can be reduced by scheduling proposed major activities, such as timber harvest, to avoid areas near denning habitat when bears emerge from dens (April 1 through May 1) and known denning habitats during the winter (December 1 through March 31).

Grizzly bears seek den sites near areas that green up early in the spring, and early season use occurs over all aspects and below 1400 meters (Kasworm et al. 2018). Most of the Project Area harvest units are below this elevation.

Denning habitat generally occurs at higher elevations; the mean elevation in the Purcell Mountains is about 1700 meters (Kasworm et al. 2018). These higher elevation areas generally coincide with the large recreation and backcountry management areas (MAs 3, 5a, and 5c). Again, these areas are found in the vicinity of Northwest Peaks, Rock Candy Mountain, Black Top Mountain, and Marmot Mountain. Fifteen denning events have been documented in and near the Project Area boundary since the 1990s (Kasworm 2019, personal communication in project file).

**Application of Interagency Grizzly Bear Guidelines**
On NFS lands, the objectives of land management within grizzly bear habitat "are to maintain and enhance habitat and to minimize potential for grizzly-human conflicts" (Interagency Grizzly Bear Committee 1986). Nearly all of BMU 14, over 99 percent, is classified as MS-1. The Garver BMU is

about 86 percent MS-1 and 14 percent MS-3. The MS-3 portion reflects human settlement and occupation in and around the community of Yaak.

Identifying and managing key stressors and trending towards desired vegetative conditions similar to that which grizzly bears evolved meets the intent of the Interagency Grizzly Bear Guidelines (Interagency Grizzly Bear Committee 1986) and 2015 Forest Plan direction. In summary, the following existing conditions of BMUs 14 and 15 promote the recovery of grizzly bears within the CYE: 1) the restrictions identified in the Forest's Food Storage and Sanitation Special Order (Bradford 2011), including the proper storage and transportation of food and other attractants, are applied to all permitted activities on NFS lands on the KNF so as to reduce the risk of human/bear interactions; 2) all habitat parameters currently meet or are better than the standards for BMU 14 and BMU 15; 3) large blocks of core facilitate movement throughout the BMUs, into adjacent BMUs, and north into Canada; and 4) past timber harvest, fire management, and natural events have provided some variety in age classes and successional stages within the Project Area that contribute to favorable habitat conditions for huckleberries and other forage plants, prey animal habitat, and cover for movement.

### Reduction of Human/Bear Conflicts and Potential Bear Mortality

Historically most human-caused grizzly bear mortalities on the KNF resulted from interactions between bears and big game hunters (Kasworm and Manley 1988). Grizzly bear vulnerability to human-caused mortality is partially a function of the availability of attractants and habitat security. Therefore, mortality risk can be assessed to a large extent by the appropriate management of attractants (refer to the "Attractants" discussion above) as well as the use of habitat components that maintain or enhance habitat security. Habitat components include motorized route density and displacement (core) areas which are addressed under "Road Impacts."

There were zero known grizzly bear mortalities within 16 kilometers of the CYE in 2017 (Kasworm et al. 2018). Five known or possible mortalities occurred in the CYE in 2018 and four of these are suspected to be human caused and are under investigation; three of these mortalities were one incident (female [known] with two cubs [possible]) in a remote area of the Idaho Panhandle NF) (Kasworm 2019 personal communication). One mortality occurred near Koocanusa Reservoir (vicinity of Kootenai NF and Stimson land) (ibid). The last was on private property west of Troy, Montana (ibid).

See again the Attractants section above for more information. Adverse interactions between humans and bears have been disproportionally high on private lands (Proctor et al. 2018).

*Environmental Consequences*

### Alternative 1 – No Action

Existing natural processes and authorized activities would continue under this alternative. With regard to grizzly bears, cover habitat would continue to be widely available and encompass most of the Project Area. Openings and areas with low canopy cover would continue to decrease with a lack of disturbance. Wildfire would be the primary source of disturbance, and suppression would remain a priority because of the human development in the area and other resource concerns (recreation sites, road infrastructure, the international border, for examples).

Riparian areas would continue to provide forage habitat, but important upland habitats associated with openings and shrub fields would continue to be reduced in area and quality as tree and corresponding canopy cover increase. Important huckleberry shrubfields in openings and stands with

Black Ram                                                              Effects to Grizzly Bear

low canopy cover in particular would be negatively affected because disturbance such as fire are the primary way in which these are maintained.

There would be no impact to core, OMRD, and TMRD because project associated road management would not occur.

Because potential high-quality habitat would not be improved through increased openings, there would be no contribution to improved conditions related to grizzly recovery.

### Alternatives 2 and 3

#### Direct and Indirect Effects

**Project Design Features**
There are several design features identified to minimize potential effects to grizzly bears, located in the Proposed action and alternatives section. These include seasonal and activity timing restrictions, motorized access management restrictions and changes, and provisions for the in-kind replacement of core. These design features are discussed in more detail and where applicable in the effects discussion.

**Attractants**
The action alternatives would not create attractants such as garbage sources that increase the risk of bear-human conflict. Contract provisions include language that addresses required handling of attractants at work sites so as to be compliant with the forest's food/attractant storage order (FW-STD-WL-04).

The Forest has a standardized seed mix to use for revegetation of disturbed sites such as landings or decommissioned roads. This approved native seed mix does not include species such as clover that may be more palatable to bears, and thus it minimizes the potential for attraction and bear-human conflict. Recreation improvements would not establish garbage facilities; the current pack-in/pack-out policy would remain in effect as it is for the other trails and recreation sites within the Project Area. Attractant management has been instrumental in reducing the number of adverse interactions in the recovery zone and continues to provide one of the most important aspects of recovery (Proctor et al. 2018).

**Road Impacts**
Ameliorating road impacts are also critical to grizzly recovery. Both action alternatives would maintain or improve conditions with regard to core, OMRD, and TMRD at project completion. Therefore, both action alternatives would contribute to recovery.

Improving bear forage availability and quality is reflected by the purpose and need for this project. In order to do so by a structured means rather than having it occur by chance (wildfire) and minimize adverse impacts, active management is preferred. This includes variable harvest treatments and application of prescribed fire. In order to conduct harvest effectively and quickly, some road use is essential.

Proposed activities with the potential to impact the habitat parameters include road use associated with harvest, watershed improvement work, and associated access management changes. Post-harvest activities such as machine or hand piling and burning would use the same roads as those used for harvest. In general, gated roads opened for project use would return to the existing condition following completion of activities. The long-term management of barriered roads opened for project use differs by management activity. Those opened for harvest would be managed as gated to allow

FS-002549

for continued management of the area (e.g., fuels management, future thinning). Any opened solely for watershed improvement work would return to their existing condition or be removed from the road system. New roads (alternative 2 only) constructed for use during harvest would remain as part of the gated road system upon completion of harvest activities.

Road management activities are also relatively slight. Reconstruction of existing open and gated routes would be brief. Reconstruction of previously barriered routes may take longer, as would new road construction. Still, these are relatively short duration and low intensity activities. Construction activities would cease upon completion. Any bears present are likely to avoid machinery during construction and reconstruction due to noise-related disturbance. Upon completion and during periods of no or little road use, disturbance would be absent or reduced and conditions would therefore be more suitable to bears.

Road use during project implementation will be primarily for planning, support, harvest, hauling, and associated maintenance, in addition to public use where permitted on open routes. There would be an increase in motor vehicle use during the project as a result of preparation, harvest, fuels management, and post-harvest work. Upon completion, gated roads would be restricted to administration use only. Bears are expected to temporarily avoid actively travelled roads or alter timing and use the roaded areas when traffic volume is low.

Other transportation management actions include road storage (about 32 miles) and decommissioning (about 43 miles). Both storage and decommissioning would be primarily passive; that is, there is no on-the ground watershed or other stabilization needed.

All roads to be stored are gated systems and these routes are being stored for in-kind replacement of core. Nearly all of these routes need no watershed work and would have barriers placed where needed; this action is short, and low intensity and would not result in any long-term disturbance. Four of these routes include slight watershed site work to improve drainage and include culvert (or equivalent) removal. All but one of these watershed crossing sites would require just one single operational period; the remaining site consists of three individual crossing features and may take several days. Afterward, these impacted roads would be put into a condition such that further use would not be needed for some time. Because there are very few watershed improvement sites and because they are not concentrated in any particular area, we do not expect adverse and long-term disturbance. Temporary disturbance may occur if a bear is nearby the work site. However, the Project Area has abundant space to offer undisturbed space. Machinery would be used to do the restoration work, and it may require some vegetation clearing to access the sites. These brief watershed restoration activities in themselves not likely to adversely affect bears. One wooden culvert may be removed using explosives, and this single, low-intensity event would be shorter than any machinery-based restoration. The temporary impacts related to these activities are very brief (up to several days) and the impact ceases immediately upon completion. The short duration and low intensity of these activities is also unlikely to cause displacement.

All but one route to be decommissioned is already barriered; the one other segment is part of a gated system that will be barriered for in-kind replacement. There are forty route segments to be decommissioned, and only eight need active work. These eight segments need hydrologic stabilization that may include, for example, drainage repair, culvert removal, and slight recontouring. This type of work would generally be short in duration and any one segment is likely to be completed within one operational season. Where the road segment impacts core, it must be completed in one season without further consultation (as per FW-STD-WL-02) ; there are three such segments Short-term vegetation changes may occur where equipment is used, however rapid

recovery is expected. In the long-term, bear use is expected to continue. Road decommissioning on barriered roads is permissible so long as it occurs in a single season and has been already analyzed (FW-STD-WL-02; element I. B. 2. A).

**Recreation Infrastructure**
Recreation management proposals would not impact core or route densities. Trail management activities for this project are not expected to result in high use, non-motorized conditions, and the routes are either already established or used formally or informally, and/or are nearly adjacent to existing motorized routes. The number of users is not expected to increase to an extent that would classify any trails as high-use as it relates to grizzly bears. Discernible project impacts may result from only the Wood Mountain trail work, West Fork Yaak River trail work, and the Hawkins Lake parking area reconditioning. All other trail work would not affect bears or their habitat.

Trail construction near Wood Mountain and the West Fork Yaak River may include a mini-excavator, but work would be done primarily by hand. Up to one week may be necessary for the Wood/Grubstake Mountain trail, and about one day for the West Fork Yaak trail. Due to the short operating window and that most of the work would be by hand, only slight and temporary disturbance to bears may result. It is unlikely that these activities would cause a bear to leave the vicinity or be otherwise displaced. There would be no change in food resources. Construction would move quickly through the area, operations would cease daily, and all motorized disturbance would cease afterward. These areas are not in core, and the Wood Mountain trail would in part be in core once in-kind replacement is needed and after mechanized construction occurs. Thereafter, the trail vicinity would return to the existing condition as it relates to bear habitat.

Reconditioning the Hawkins Lake trailhead parking area may take about three days. Only slight mechanized work is expected. This work is unlikely to cause disturbances that differ from existing parking area use. There would be no measurable impact to bears and no change to habitat.

Clearing trees to increase viewing opportunities along existing routes would not increase any risk to bears or measurably alter food resources. Clearing vegetation may take up to a day for each vista Therefore, these activities would not have a measurable effect on grizzly bears or the measured criteria in the Forest Plan.

**Open Motorized Route Density**
Both action alternatives would meet FW-STD-WL-02. Open motorized route density at project completion would remain unchanged from the existing condition.

Proposed activities that may temporarily impact OMRD include use of gated routes beyond administrative use levels, reconstruction and use of previously barriered routes, and construction of new project and administrative routes.

Access to harvest units would occur on open, gated, barriered, or newly constructed routes. This access temporarily increases the density of open motorized routes during the implementation period. As a result, there would be an increase in OMRD during the project but would continue to meet the BMU standards; this is consistent with standard FW-STD-WL-02.

Watershed improvement work would require access on currently gated or barriered roads to minimize long term hydrological risks. Access to these sites may include brushing or other vegetation reduction up to the work site followed by heavy equipment use to conduct the improvement. The number of days required to complete these steps may vary depending on ease of access and the number of features to be improved (see above) but would be minimized. On any route, watershed work is likely to take several days at the most. For gated routes, use would be well

Black Ram                                                           Effects to Grizzly Bear

within the administrative use allowances. Access on any barriered roads that are to remain barriered would be consistent with FW-STD-WL-02 where one-time entry into core is allowable for watershed work. See the discussion above in Road Impacts.

Open motorized route density for this project is indicated in the table below. During implementation, route density would increase because there would be more routes considered open, then would return to the current condition upon completion. There would be no change to routes open to year-round public access. This is consistent with FW-STD-WL-02. Table 87 indicates the maximum increase in route density assuming all access routes would be used simultaneously. In practice, this would not be the case because in the likely three operational areas, all access would not be used concurrently. In BMU 14, there is a temporary and slight increase to 31 percent; in BMU 15, there is a larger temporary increase. Realistically, the maximum OMRD incurred during active project work is expected to be 36 percent in BMU 15 (the project file contains example OMRD figures with the presumed staged work). Again, upon completion, OMRD again meet the standards.

**Table 87. Expected project impacts to OMRD.**

| BMU (Standard %) | Existing Condition | During – Alt. 2 | During – Alt.3 | Post-Project – Alts. 2 and 3 |
|---|---|---|---|---|
| BMU 14 (31) | 28 | 31 | 31 | 28 |
| BMU 15 (33) | 30 | 36* | 36* | 30 |

* See the text above for the likely scenario for a temporary increase in OMRD.

**Total Motorized Route Density**
Both action alternatives would meet FW-STD-WL-02.

Total motorized route density at project completion would improve by one percent in each BMU and therefore remain within the standards.

Both alternatives would incorporate use of currently barriered roads. Alternative 2 includes construction of new routes; Alternative 3 does not. The use or creation of barriered or new routes, respectively, affects core and thus requires an in-kind replacement prior to or concurrently with the action. In order to conduct this in-kind replacement, other gated roads would be barriered or otherwise be made impassable. Because of this route exchange, there may be temporary increases in TMRD during the project. At the end of the project, TMRD would improve and still meet the standards for each BMU.

TMRD would increase during project implementation; see Table 88. The figures represent a maximum value if all potential routes were open concurrently. However, this maximum would not be reached because it does not take into account routes that would be barriered with in-kind replacement of core. In the likely three operational areas, all access would not be used concurrently. With that in mind, the actual values (percent of TMRD greater than two miles per square mile) would be less than displayed. We do not yet know the order in which project units would be grouped, and therefore have not determined the order in which in-kind replacement of core would occur. That would be determined later and need not be known now. The TMRD would be affected by project staging as discussed for OMRD. The road closures (barriers) would be placed when needed to maintain core. Again, upon completion, TMRD would improve and still meet the standards in both BMUs.

**Table 88. Project impacts to TMRD.**

| BMU (Standard %) | Existing Condition | During Alt. 2 | During Alt. 3 | Post-Project Alts. 2 and 3 |
|---|---|---|---|---|
| BMU 14 (26) | 24 | 26 | 26 | 23 |
| BMU 15 (26) | 26 | 32 | 32 | 26 |

**Core**

Use of barriered roads and new road construction would reduce existing core. Conversely, storage and decommissioning of gated roads would increase the available core. In order to meet the direction of FW-STD-WL-02, in-kind replacement of core can be made prior to or concurrently with a reduction of core. That is, core can be created by barrier installation prior to or at the same time another route is opened. Replacement area must be equal to or greater than the affected area. Furthermore, core must have been in place for at least ten years prior to entry; all core meets this condition.

The measure of core would not decrease throughout the project. To access existing core, replacement core must be secured; this is called in-kind replacement. Roads we have considered closing to all wheeled motorized vehicle use are already gated. As such, they receive limited use and are not open to public use as indicated on the public motorized vehicle use map (MVUM). While these gated routes are outside of core, bears frequent these areas as indicated by observations, photographs, and tracks.

As suggested in the TMRD discussion above, at this time there is no established spatial order in which the project would be implemented. Therefore, we can provide only the routes we propose to barrier and open to be compliant with the plan and complete the desired work. These are indicated in Table 89. All or part of these motorized routes would be stored.

The wildlife project file contains a map of existing, affected, and in-kind replacement of core. Most of the core in each BMU would not be impacted and the affected areas are found along the edges of existing core. In-kind replacement of core adds to these larger core areas, and in two areas provides substantial core that is lacking. In the northeast of the Project Area near Grubstake and Wood Mountains, an unroaded area would be secured where little exists now. In the southern part of the Project Area, a large block of core would be established that provides a stepping stone between two large blocks of core. Both of these blocks would provide undisturbed areas for landscape movements.

**Table 89. Routes being stored for in-kind replacement of core.**

| NFSR ID | Name | BMU 14 In-kind replacement acres | BMU 15 In-kind replacement acres |
|---|---|---|---|
| 523 | Middle West Fork Yaak | 35 | 70 |
| 5821 | Grubstake | | |
| 5821D | Grubstake D | 0 | 1,179 |
| 5821E | Grubstake E | | |
| 5856 | Hensley Creek | 369 | 141 |
| 5873 | Waper Ridge | | |
| 5873B | Waper Ridge B | 0 | 945 |
| 5873E | Waper Ridge E | | |
| 5874 | Slim Creek | 366 | 0 |

Black Ram                                                    Effects to Grizzly Bear

| NFSR ID | Name | BMU 14 In-kind replacement acres | BMU 15 In-kind replacement acres |
|---------|------|-----------------------------------|-----------------------------------|
| 5877 | Lower Slim | 28 | |
| 5879 | Rausch Point | | |
| 5879C | Rausch Point C | 0 | 355 |
| 5879G | Rausch Point G | | |
| 5921 | Beetle | | |
| 5921A | Beetle A | | |
| 5921B | Beetle B | | |
| 6134 | Lower Pete Creek Loop | 1,381 | 458 |
| 6134 | Lower Pete Creek Loop | | |
| 6134A | Lower Pete Creek Loop A | | |
| 6840 | White Pete | | |

Adding about two miles total of undetermined road to the existing roads database would not affect bears. The location of one segment would not impact core because of the spatial relationship to other roads in the BMU. The remaining roads are currently inaccessible and would remain in this condition; they would be added to the database simply for consideration of future use.

**Effects to Large, Remote Areas and Landscape Connectivity**
Project impacts with respect to motorized route density and core have been discussed above and are not repeated here. The impacts to the large, remote areas such as IRAs and the recreational area are minimal. The disturbance potential in these remote areas is limited to use of existing nearby road use and recreational use such as hiking, fishing, berry picking, and dispersed camping. Recreational activities are not expected to increase to such a level as to negatively impact bear behavior. Most of the Project Area would continue to provide ample undisturbed areas because only a very small portion would be affected by any project activity. In remote areas, the only landscape impact would be low to moderate intensity fire from prescribed burns, which is expected to improve forage conditions. Upon completion, project-related disturbances would return to pre-project levels. Gated roads that were used for implementation would again have infrequent use consistent with the Forest Plan. As such, further disturbance would be minimized. Therefore remote, undisturbed areas would remain abundant and well-distributed across the Project Areas and affected BMUs.

Landscape connectivity would remain unaffected in the long term. As stated previously, gated routes would continue to provide areas of minimal disturbance for bears to move throughout the landscape. The abundant unaffected areas would remain available throughout the project and afterwards. During implementation, there may be localized areas that bears avoid due to project activity, but across the landscape there would continue to be areas free from disturbance. We do not expect any Project Areas to limit where and when bears move in the affected or adjacent BMUs.

**Juxtaposition of Foraging Habitat and Cover**
Vegetation cover in the Project Area and the BMUs is dense and provides both shade and short sight distances (effectively screening bears from observation). As indicated previously, cover is not limiting in this area; about 70 percent of the two BMUs has a canopy cover of at least 60 percent. Due to past harvest and fire histories, nearly all this forested cover provides very short sight distances. Approximately thirteen percent of current dense cover would be temporarily reduced by harvest and burning activities, and the treatment areas are varied in size, shape, and are widely separated. Therefore, cover would remain very abundant and well-distributed. It would not be

313

limited. After about 15 years, saplings and shrubs are expected to again provide hiding cover and continue to provide forage opportunities.

Relative to the Project Area, the units are small individually and incorporate a small portion of the Project Area collectively. Harvest treatments would result in openings that better approximate the patch shapes and sizes that are expected to have occurred historically and to which local bear populations are adapted. Such patches would have provided part of the annual forage necessary for bears in this part of the Forest. Because such openings have been reduced in number and size over time, we can expect a beneficial result to forage habitat from an increase in openings and increase in patch size to that which better approximates natural conditions. Adjacent untreated areas would continue to provide secure cover habitat.

Openings greater than 40 acres mimic natural variability described previously and allow for greater flexibility to work around and maintain features like hardwood patches, wet areas, or leave trees. This in turn increases within-stand diversity in the larger treatment area. Also, edge habitat would be created along the boundary of the units. Larger unit boundaries are adjacent to different types of habitat (e.g., RHCAs) which were excluded from units, past harvested areas, unharvested areas, and old growth, and as such would result in variable combinations of forested and open habitats. In the long-term, larger patch sizes would provide larger blocks of interior forested habitat as these patches go through successional stages. In addition, variability of vegetation within or along the edge of larger units (e.g., irregularity of edge shape) may provide more forage and cover opportunities during movements through the area. Many of the project units are by themselves, or in combination with nearby units, greater than 40 acres. Near open roads, these large units would provide early season, low elevation forage and with minimal disturbance because nearly all Forest Service roads are impassable until the snow melts off and roads dry out.

**Effects to Habitat Suitability**
A primary purpose and need of the project is to move vegetative characteristics towards desired conditions which in turn improve habitat conditions favorable to the grizzly bear in treated areas. Although treatments would occur on a small proportion of the Project Area, opening up the overstory while retaining and promoting the development of large, fire and disease tolerant tree species like western larch would provide more structurally diverse and productive stands, stimulate the growth of forage species including huckleberries where present, and emulate ecological processes like fire that have been absent on the landscape (refer to the forest vegetation and fire and fuels management sections). Also, the reduction in fuel loadings in these units encourages lower intensity fire which is important for forage maintenance. Although wildfires can be beneficial to wildlife, a severe wildfire occurring on a large number of acres would greatly reduce both cover and forage compared to proposed harvest activities and prescribed fire.

Huckleberries are widely available throughout the Project Area units. However, they are not abundant in many of the treatment areas, as indicated previously. Where berry shrubs are sparse but present, we expect treatments that reduce overstory canopy, by whatever means, to result in improved growing conditions for these shrubs. This has been observed in other projects where there were huckleberries present prior to treatments. Numerous other forbs and shrubs also respond similarly.

Treatments in areas along roads that are open year-round may produce increased forage, but bear use is not expected to increase. Bears tend to avoid open roads, even though there are incidental observations in these areas, of course. The project is not designed to increase forage along open

routes. Forage is expected to increase, and have increased use, in the remote and much larger prescribed burn units. Under each alternative, nearly all the harvest units are not in core.

Despite being outside defined core, we expect, and have observed, that bears use gated areas more than areas with open roads. This is not surprising considering these roads are used infrequently or not at all, and therefore the disturbance source is absent nearly all the time. Therefore, over time, it is reasonable to expect that harvest and prescribed fire treatments accessed by gated routes would provide long term improvements in accessible forage despite being outside of core. A small portion of the project units fit this situation and are concentrated in the Beetle and Boyd Creek drainages and incidentally in the Rampike and lower West Fork Yaak River drainages.

Prescribed fire treatments in core are expected to provide conditions to support forage production as well as remain unaffected by wheeled motor vehicle access. Prescribed fire here would simulate low to moderate intensity wildfire which is conducive to forage production and maintenance. The landscape-scale burns would occur in mostly remote, less roaded areas and would be ignited using helicopters. Ten of the large, landscape burns have all or substantial portions in core, totaling approximately 5700 acres. Within harvest units, pile and broadcast burning would mimic small scale, low intensity wildfire; outside of core, we would expect less bear use despite improved habitat conditions.

Bear responses to helicopter use vary (Anderson et al. 2009). Elevation above ground level is associated with a potential reaction, as well as the length and intensity of the helicopter use. Generally, helicopter flights for fire lighting are of short duration, minimal time spent over any one location, there are frequent periods where daily activities cease (refueling, for example), and upon completion, the activity ceases completely. Lighting would occur within 500 feet of the ground, and so may affect individual bears. The brief nature and minimal intensity of helicopter use would result in minimized effects. Therefore, after ignition and the burn period are complete, we would expect bears would be willing and able to re-enter the prescribed fire units.

**Effects to Seasonal Components**
Potential denning habitat would be largely unaffected. Only five units occur wholly or partially at the edge of denning range. None of these are on steep ground associated with denning sites. Furthermore, heavy winter snows preclude harvest access until summer. Therefore, we expect no impact to denning bears or an effect on denning habitat suitability.

Shortly after den emergence, excessive human activity can cause short term avoidance of high-quality spring habitats. Riparian areas would not be impacted, and these important areas would remain available and without disturbance. Project design features governing access to barriered roads and in spring during den emergence would minimize impacts to bears during this season and near important spring habitats. More importantly, nearly all the project harvest units are outside the best quality spring habitat (fine-scale habitat with respect to units are located in the project file). Most of the project units are located along open routes, so we would expect bears to avoid these areas already due to public use of the routes. Therefore, project impacts would be ameliorated.

Remote forage habitat would be impacted by prescribed fire only. The impact on potential forage is expected to be beneficial. Forested openings that provide forage would be maintained where fire is applied, and very dense forested areas would be opened. These newly created openings would allow for increased forage production because canopy cover would be reduced. On slopes with drier conditions and associated vegetation occur, fire would increase the amount of this component which is primarily grasses, sedges, and forbs. This is an underrepresented condition in the Project Area and

Black Ram                                                                                    Effects to Grizzly Bear

the BMUs generally. Potential disturbance from helicopter ignition would be short term and occur over several days annually.

**Application of Interagency Grizzly Bear Guidelines (Forest Plan Guideline FW-GDL-WL-15)**
The Forest Plan guideline FW-GDL-WL-15 incorporates and is consistent with the Interagency Grizzly Bear Guidelines (Interagency Grizzly Bear Committee 1986). The applicable element categories are wildlife management, timber and fire management, and recreation management. The planning process, project design, and forest-level activity are all consistent with the guidelines (see IGBC guideline consistency in the project file).

In the Cabinet-Yaak Recovery Zone, projects and motorized access management have been implemented, education instituted, and bear numbers have been increasing and with increasing confidence. Generally, the distances between existing attributes and those of the recovery criteria has decreased. Within the neighboring Selkirk and Northern Continental Divide Ecosystems, similar criteria have been considered and addressed (access management, education) during which time vegetation management has occurred. For the NCDE, the population has far exceeded recovery plan population projections and has, by all intents and purposes, recovered. Operating under the same IGBC guidelines and with the same activities occurring, it is evident in the Cabinet-Yaak Recovery Zone and on the Kootenai National Forest that Forest Service activities under this framework have been successful at supporting recovery.

**Cumulative Effects**

**Spatial and Temporal Context for Cumulative Effects Analysis**
The cumulative effects analysis area would be the same as that described for the direct and indirect effects analysis under the sections "Methodology and Spatial and Temporal Context for Effects Analysis."

**Past, Present, and Reasonably Foreseeable Activities Relevant to Cumulative Effects Analysis**
There are no other current or planned large-scale Forest Service vegetation management projects in the Project Area and similar to this project that would impact grizzly bears or their habitat. The most recent habitat impact in the Project Area was a wildfire in 2018 (Davis). In the long term, this burn area is likely to be high-quality foraging habitat as soon as nutritious vegetation is established. This information as well as past vegetation management has been incorporated into the existing condition.

The Buckhorn Project is partially in BMU 14 and is ongoing. All harvest has been completed, as well as most of the post-harvest burning. Several of the landscape burns have been completed also. The largest contributors to bear forage and long-term habitat sustainability will be the large prescribed fire units at higher elevations and in core; these have not yet occurred. Project design features for Black Ram take into consideration potential impacts from helicopter lighting these Buckhorn units and provide measures to minimize impacts in the BMU in any one year. Incidental observations in harvest units indicate vegetation recovery has been rapid. It is also in this project where we have photographic documentation of a sow grizzly with a cub on a gated road between several harvest units, as well as several other individual grizzlies in the same site.

The proposed Forest Wide Young Growth project is in the analysis stage. It would be consistent with the Forest plan and would not adversely affect grizzly bears. The Black Ram project includes precommercial thinning units that would have been considered in the Forest Wide Young Growth units. Further selection of any other units is not certain. Therefore, there would be no cumulative effects.

316

FS-002557

As indicated throughout this analysis, motor vehicle access on the Forest and within the project BMUs has been drastically reduced since the grizzly bear was listed. The attainment of BMU standards has been an important contribution to movement towards recovery goals. Outreach and education and attractant storage will also continue to be implemented and these also contribute to the current positive trend. Human-caused mortality may negatively impact the local bear population, but this project does not further contribute to that risk because year-round wheeled motorized vehicle access would not change, and therefore would not contribute to increased risk. Mortality associated with private property far outweighs that occurring on federal land and cannot be addressed by National Forest management (Proctor et al. 2018).

Interest has increased with regard to the Pacific Northwest National Scenic Trail and the potential impact on grizzly bears. A Congressionally-designated route was created 10 years ago and in the Project Area is aligned with existing roads and trails and is in part located in core habitat. With heightened interest, there may be an increase in non-motorized trail use although the amount is speculative. At this time, current and expected use does not appear to be high enough to consider reviewing core. If documented evidence of use increases substantially, this issue may be revisited.

Project Area BMUs are almost completely under federal land management. However, activities on private property have impacted bear habitat by increasing road density, increasing human density, and reducing core area. The habitat effects (to core and motorized route density) from activities on private property do affect federal land management and can result, as already disclosed, in reduced core and increased motorized route density on adjacent federal lands. There is potential that further minimization of public roads on the Forest may be considered. Future land development and similar impacts to grizzly bear habitat management are reasonably possible because the human population is growing generally, and "the Yaak" has been popularized in the media.

There are no other reasonably foreseeable federal, state, or private activities planned that would change the magnitude or scope of effects described above.

*Regulatory Framework Findings*

**2015 Forest Plan**

**Forest wide Direction**
**GOAL-WL-01**: The KNF manages wildlife habitat through a variety of methods (e.g., vegetation alteration, prescribed burning, noxious weed treatments, etc.) to promote the diversity of species and communities and to contribute toward the recovery of threatened and endangered terrestrial wildlife species.

- Proposed harvest and non-harvest fuels treatments would result in movement towards desired conditions with respect to the composition, structure, patterns, and processes expected for this area and habitat types historically and in the future. Retention of remnant large tree species, protection of riparian habitats, and improved stand health also benefit grizzly bears. Treatments would improve habitat diversity in both forage species occurrence and abundance. Forage species, including huckleberries where present, would respond to increased sunlight (through overstory reduction or maintenance) and nutrient levels post-activities. Depending on the action alternative, timber harvest would occur on approximately 3577 or 4038 acres with additional non-harvest fuels treatments occurring on 7553 acres. See "Managing Habitat to Contribute to Grizzly Bear Recovery" and "Effects to Habitat Suitability." Therefore, the Black Ram project would maintain or make progress toward achieving this goal.

Black Ram                                                                    Effects to Grizzly Bear

**FW-DC-WL-01**: Nests and den sites and other birthing and rearing areas for terrestrial threatened, endangered, proposed, or sensitive species are relatively free of human disturbance during the period they are active at these sites.

- It is known that bears have denned in and near the Project Area over the last twenty years. However, harvest units would not affect denning habitat suitability, nor would harvest occur in denning habitat while bears are denning (refer to "Seasonal Components"). Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**FW-DC-WL-02**: A forestwide system of large remote areas is available to accommodate species requiring large home ranges and low disturbances, such as some wide-ranging carnivores (e.g., grizzly bear).

- Large core blocks are found within the affected BMUs, including the IRAs and MAs that provide non-motorized or limited motorized access during the bear year. Although large prescribed burn units are located in some of these areas, implementation of this activity would not change the existing management with respect to wheeled motorized access. Helicopters would be used to ignite prescribed fire for up to several days in any given year and in coordination with adjacent project burns. Extensive activity-free areas would remain available during project implementation. Also, project activities would maintain or increase the core standard in each BMU. For Alternatives 2 and 3, this would result in the same area of core in BMU 14 and a small increase in core acres in BMU 15. On the boundary between the two BMUs, a large block of core would be established that provides a "stepping stone" between the two BMUs. Refer to "System of Large Remote Areas" and "Effects to Large, Remote Areas and Landscape Connectivity." Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**FW-DC-WL-03**: Recovery of the terrestrial threatened and endangered species is the long-term desired condition. Foraging, denning, rearing, and security habitat is available for occupation. Populations trend toward recovery through cooperation and coordination with USFWS, state agencies, other federal agencies, tribes, and interested groups.

- Core habitat currently meets or exceeds the standards for each BMU and would be maintained throughout the project. In-kind replacement of core would be utilized to achieve this, as consistent with the forest direction regarding access management. Refer to "Road Impacts." Availability of foraging, rearing, and denning habitats is addressed under GOAL-WL-01, FW-DC-WL-01, and FW-DC-WL-02 above. Coordination with USFWS has been an ongoing process since the initiation of the project and would continue through consultation. Current research indicates the population is increasing and is greater than when listed. Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**FW-DC-WL-04**: All grizzly BMUs have low levels of disturbance to facilitate denning activities, spring use, limit displacement, and reduce human/bear conflicts and potential bear mortality.

- Spring, summer, and fall forage is widely available for grizzly bears. Also, refer to GOAL-WL-01, , FW-DC-WL-01, and FW-DC-WL-02 above. Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**FW-DC-WL-17**: Forest management contributes to wildlife movement within and between national forest parcels. Movement between those parcels separated by other ownerships is facilitated by management of the NFS portions of linkage areas identified through interagency coordination.

Black Ram                                                          Effects to Grizzly Bear

Federal ownership is consolidated at these approach areas to highway and road crossings to facilitate wildlife movement.

- Movement areas would be maintained throughout the BMUs and activity areas under the alternatives and include unharvested and recovered stands, RHCAs, old growth, and a mosaic of different treatments with varying levels of cover. Proposed activities along the higher elevations and unroaded areas in the Project Area are limited to prescribed burns. These activities are of short duration and are not expected to result in long-term avoidance of the area; this maintains areas for bear movement. Along remote and high ridgetops, prescribed fire would diversify the vegetative conditions found in these areas and provide a mosaic of forested cover and foraging opportunities. These habitat features contribute to bear movement through the area. Unaffected riparian areas also would continue to provide secure forested cover with potential important food resources. There would be no change to federal ownership in these areas. Refer to "Effects to Large, Remote Areas and Landscape Connectivity." Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**FW-DC-WL-19**: By trending towards the desired conditions for vegetation, habitat is provided for native fauna adapted to open forests and early seral habitats, or whose life/natural history and ecology are partially provided by those habitats.

- The more open conditions found in young forests and early seral habitats provide improved growing conditions for a diversity of understory plant species compared to closed canopy stands. Closed canopy stands are widespread in the Project Area. Proposed harvest and prescribed burn units move treated stands towards desired vegetative conditions and stimulate growth of forage species including berry producing shrubs such as huckleberries. See "Managing Habitat to Contribute to Grizzly Bear Recovery" and "Effects to Habitat Suitability." Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**FW-OBJ-WL-01**: The outcome is the maintenance or restoration of wildlife habitat on 1,000 to 5,000 acres of NFS lands, annually, with an emphasis on restoration of habitats for threatened and endangered listed species and sensitive species.

- Grizzly bears are considered a generalist species in that they can and will use a variety of habitat types and seral conditions. Implementation of proposed harvest and non-harvest fuels treatments that result in movement towards the desired vegetative condition based on historic range of variation would contribute to the maintenance or restoration of habitat for grizzly bears. Depending on the action alternative, timber harvest would occur on approximately 3577 or 4038 acres with additional non-harvest fuels treatments occurring on 7553 acres. Refer to GOAL-WL-01 above, "Managing Habitat to Contribute to Grizzly Bear Recovery," and "Effects to Habitat Suitability." Therefore, the Black Ram project is consistent with this objective.

**FW-STD-WL-02**: The Motorized Access Management within the Selkirk and Cabinet Yaak Grizzly Bear Recovery Zone Management Direction and ROD is included in Appendix B, and shall be applied.

- There would be no change to roads open to public motorized use during the active bear year. Restricted, barriered, and new roads constructed and/or opened for activities would return to the designated status post-project. All roads that may exceed administrative trips were

FS-002560

considered open for the bear year. Although this road use would result in changes to OMRD and TMRD levels during implementation, post-project levels would be restored. Routine forest management in areas currently providing core would occur by in-kind replacement of core acres. These activities would result in essentially the same area of core in BMU 14 and a small increase in core acres in BMU 15, as consistent with FW-STD-WL-02 design element I. B. 3. Watershed improvement activities occurring in core would comply with design elements I. B. 2. a. and I. B. 2. b. Refer to the Access Management Plan (Appendix D) and "Road Impacts" section. Therefore, the Black Ram project is designed in accordance with this standard.

**FW-STD-WL-04**: Permits and operating plans (e.g., special use, grazing, and mining) shall specify sanitation measures and adhere to the forestwide food/attractant storage order in order to reduce human/wildlife conflicts and mortality by making wildlife attractants (e.g., garbage, food, livestock carcasses) inaccessible through proper storage or disposal.

- The Forest Service has limited sources of attractants within the Project Area and implementation of the Food and Attractant Storage Order in these areas reduces potential effects. Contractors would be required to properly handle activity-associated attractants. Because core is abundant and is distributed across the affected BMUs, secure forage opportunities in the BMU reduces potential human/bear conflict near proposed units that are closer to open roads or private property (refer to "Attractants"). Therefore, the Black Ram project is designed in accordance with this standard.

**FW-STD-WL-05**: No grooming of snowmobile routes in grizzly bear Core habitat in the spring after April 1 of each year.

- There are groomed routes within the Black Ram Project Area. This project does not propose to change this status or the administration of this standard. Refer to "Motorized Over-snow Vehicles." Therefore, the Black Ram project is designed in accordance with this standard.

**FW-GDL-WL-01**. Grizzly Bear: Management activities should avoid or minimize disturbance in areas of predicted denning habitat during spring emergence (April 1 through May 1).

- Proposed harvest areas in queried denning habitat are inaccessible during this period. Therefore, no impact to bears is expected. High quality spring habitats are distinctly absent from nearly all the harvest units and haul routes. Also refer to FW-DC-WL-01 above. Therefore, the Black Ram project is designed in accordance with this guideline.

**FW-GDL-WL-12**. Connectivity: During the construction or reconstruction of highways that cross national forest lands, or high use forest roads, wildlife crossing features should be included in the design where necessary to contribute to connectivity of wildlife populations.

- The project does not propose the construction or reconstruction of highways or high use forest roads and, therefore, does not propose the development of wildlife crossing features. See the project description in the section "Proposed Action and Alternatives." Therefore, the Black Ram project is designed in accordance with this guideline.

**FW-GDL-WL-13**. Connectivity: Management activities within one-quarter mile of existing crossing features, and future crossing features developed through interagency coordination, should not prevent wildlife from using the crossing features. The vegetative and structural components of connectivity, including snags and downed wood, should be managed according to the desired conditions for vegetation.

Black Ram                                                                    Effects to Grizzly Bear

- The project does not propose the development of wildlife crossing features. Therefore, the Black Ram project is designed in accordance with this guideline.

**FW-GDL-WL-14**. Connectivity: In wildlife linkage areas identified through interagency coordination, federal ownership should be maintained.

- All lands currently under federal ownership will remain so; there is no proposal to change land management status. Therefore, the Black Ram project is designed in accordance with this guideline.

**FW-GDL-WL-15**. Grizzly Bear: Elements contained in the most recent "Interagency Grizzly Bear Guidelines," or a conservation strategy once a grizzly bear population is delisted, would be applied to management activities.

- Implementation of proposed actions that are consistent with the 2015 Forest Plan's established goals, desired conditions, objectives, standards and guidelines would meet the intent of the elements contained in the Interagency Grizzly Bear Guidelines. This minimizes potential impacts or effects of resource competition between bears and humans during the life of the project and maintains or improves habitat conditions favorable for grizzly bears throughout the Project Area and the affected BMUs. Refer to "Application of Interagency Grizzly Bear Guidelines" in the project file. Therefore, the Black Ram project is designed in accordance with this guideline.

**Management Area Direction**

**MA3-DC-WL-01**. The Northwest Peak and Ten Lakes areas, in combination with MAs 1 and 5, contain large remote areas that contribute to movement across the Forest. These areas additionally provide secure habitat, foraging, denning, and nesting for wildlife.

- There are no proposed activities in the Northwest Peaks Scenic Area. The project does not occur in the Ten Lakes vicinity. Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**MA5a,b,c-DC-WL-01** (Backcountry): Large remote areas with little human disturbance such as those found in these MAs (in conjunction with MAs 1a, 1b, and 1c) are retained and contribute habitats for species with large home ranges. Habitat conditions within these management areas contribute to wildlife movement within and across the Forest. These areas also provide foraging, security, denning, and nesting habitat for wildlife.

- MAs 5a and 5c are found within the Project Area and contribute a large portion of the remote grizzly habitat. Only MA 5a would be impacted by any vegetation management activity; recreation site improvements would not impact grizzly bears. Two expansive IRAs are located in the Project Area and encompass much of the backcountry management area. Only some of the ecosystem burn units would occur in this management area, these lands would remain activity free and would continue to contribute to secure habitat for grizzly bears with low levels of non-motorized human disturbance and largely natural vegetative conditions. Refer to "Effects to Large, Remote Areas and Landscape Connectivity." Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**MA6-DC-VEG-01**. In much of this MA, vegetation management activities have a dominant role in affecting the composition, structure, and pattern of vegetation. These management activities trend the vegetation towards the desired conditions. Although natural ecological processes and disturbances are still present, they are influenced more by human activity in this MA than in others.

- Both harvest and non-harvest treatments would move the vegetation towards the desired condition which includes disturbances, processes, structure, age, and species compositions similar to that found historically. As such, grizzly bear habitat would also trend toward conditions that occurred historically. Therefore, the Black Ram project would contribute to progress toward achieving this desired condition.

**Geographic Area Direction**

**GA-DC-WL-YAK-01**. Wildlife moves along the ridgeline between the states of Montana and Idaho from Northwest Peaks south and across the Yaak River to areas such as Grizzly Peak and Roderick Mountain. Wildlife also moves to and from the border with Canada and from Roderick Mountain across Road #68 (Pipe Creek Road).

- Proposed activities in the vicinity of Northwest Peaks that would affect grizzly bears are minimal. Only three vegetation management units are located nearby, and those are adjacent to a year-round open road. Recreation site improvements would not affect grizzly bears. The Northwest Peaks area otherwise would be unaffected. Vegetation management would not preclude grizzlies from moving to and from Canada; during implementation, nearly all of the border area would be unaffected. Vegetation management would not preclude grizzly movements to areas south and across the Yaak River; private property would remain the most substantial deterrent to movement. See the section "Effects to Large, Remote Areas and Landscape Connectivity." Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**GA-DC-WL-YAK-02.** Low levels of human disturbance allows for denning activities of wide-ranging carnivores that are sensitive to human disturbance (e.g., grizzly bear) in the Northwest Peaks, Grizzly Peak, and Roderick Mountain areas.

- Denning habitat would not be impacted in the denning period and suitability would be unaffected. See the section "Effects to Seasonal Components" and related management plan consistency above. Therefore, the Black Ram project would maintain or make progress toward achieving this desired condition.

**Federal Law**

**Endangered Species Act**
The preferred alternative would be consulted on with USFWS and compliance with ESA would occur.

**National Forest Management Act**
The project complies with NFMA direction to provide for diverse populations of plant and animal communities because it complies with the 2015 Forest Plan.

*Statement of Findings*

Alternative 1 (No Action) **may affect, and is not likely to adversely affect** grizzly bears. This determination is based on: 1) there are no proposed management activities; 2) active fire suppression would continue the trend towards uncharacteristic vegetation and fuel conditions; 3) an increased risk of severe fire behavior; 4) a decline in productive foraging habitat acres over time; 5) all existing condition habitat parameter levels would be maintained; 6) no change to potential attractant sources; and 7) no change in mortality risk to grizzly bears as a result of federal management.

Black Ram                                                                    Effects to Grizzly Bear

Each action alternatives, Alternatives 2 and 3, **may affect, and is likely to adversely affect** grizzly bears. This determination is based on: 1) project activities may cause temporary disturbance and avoidance of the affected areas and 2) entries into existing core for routine forest management and watershed improvement work may result in short-term adverse effects to grizzly bears. Core would be maintained or improved in each BMU. Motorized route densities would temporarily increase: OMRD by three to six percent, and TMRD by two to five percent. However, 3) proposed activities would be compliant with FW-STD-WL-02; 4) the in-kind replacement of core for harvest would maintain the existing core standard. This would result in essentially the same area of core in BMU 14 and a small increase in core acres in BMU 15; 5) harvest impacts to OMRD and TMRD are temporary and road status would return to the designated condition upon completion of activities; 6) vegetation management treatments would move stands towards desired vegetation and fire tolerant conditions characteristic of the area; 7) the treatments would encourage increased production of forage species for grizzly bears and other wildlife; 8) nearly all harvest units are not within high-quality spring habitat; 9) there would be no change to open, motorized public road access; 10) availability of large core areas and maintenance of movement corridors would accommodate potential bear movement from project activity areas; 11) project activities would not result in a source of bear attractants; and 12) no increased risk of bear mortality is expected on federal lands.

Black Ram Project                                                                                     Effects to Wildlife

## Agencies and Persons Consulted

Throughout the project development process, the IDT has shared information about proposed activities with the Confederated Salish and Kootenai Tribes (CSKT) and the Kootenai Tribe of Idaho (KTOI). The district ranger, forest supervisor, and district resource staff met with the KTOI representatives to discuss the Tribes' interest and concerns about the Project Area. The project file documentation contains specific meeting dates and notes.

Concerning historic properties, consultation with the State Historic Preservation Office would occur.

Communication and consultation with Montana Fish, Wildlife, and Parks and the U.S. Fish and Wildlife Service has been ongoing throughout project development. These discussions have influenced the design of proposed activities so that they can benefit habitat conditions through vegetation management and minimize potential impacts to fish and wildlife during these activities.

.

8-ER-1783

Black Ram                                                    Environmental Assessment Appendix A

**Table 125. Non-harvest Fuel Treatment Units for Alternatives 2 and 3**

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|---------|-------------|---------------------|
| A | Ecosystem Burn | High elevation site. Burned in 1931. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brush fields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation, outside of IRA, involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 6 No | 274 | None |
| B | Ecosystem Burn | High elevation site. Burned in 1931. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brush fields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation in scattered pockets up to a total of 200 acres, involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. This slashing is consistent with 36 CFR 294.13(b)(2); which states that the cutting of timber is incidental to the implantation of a management activity not otherwise prohibited | 5a No | 364 | None |

FS-002686

Black Ram                                                    Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| C | Ecosystem Burn | Mid to high elevation site. Burned in 1931. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brush fields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation in scattered pockets up to a total of 200 acres, involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. This slashing is consistent with 36 CFR 294.13(b)(2); which states that the cutting of timber is incidental to the implantation of a management activity not otherwise prohibited. | 5a & 6 No | 609 & 119 | None |
| D | Ecosystem Burn | Mid to high elevation site. Burned in 1931. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brush fields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation in scattered pockets up to a total of 200 acres, involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. This slashing is consistent with 36 CFR 294.13(b)(2); which states that the cutting of timber is incidental to the implantation of a management activity not otherwise prohibited. | 5a & 6 No | 450 & 14 | None |

Appendix page 11

8-ER-1785

Black Ram                                                                    Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| E | Ecosystem Burn | High elevation site. Burned in 1931. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brush fields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation, outside of IRA, involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire | 5a & 6 No | 100 & 127 | None |
| G | Ecosystem Burn | Mid elevation site with dry habitat species. Burned in 1889. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire would thin encroaching conifers and enhance natural openings which would improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production. Maintain and enhance open western larch/Douglas-fir/ponderosa pine stands. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 6 Yes | 408 | None |

Appendix page 12

8-ER-1786

Black Ram                                                                            Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| H | Ecosystem Burn | Low to mid elevation site with dry habitat species. Burned in 1889. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. Increased fire risk due to ladder/fuel loads. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire would thin encroaching conifers and enhance/maintain openings which would improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production. Maintain and enhance open western larch/Douglas-fir/ponderosa pine stands. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 6 Yes | 340 | 241 in RPOG |
| I | Ecosystem Burn | Mid elevation site with dry habitat species. Harvest unit from the Garver Timber Sale. | Maintain open canopy, low fuel loadings in the WUI. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a low severity fire. | 6 Yes | 58 | None |
| J | Ecosystem Burn | Low to mid elevation site with dry habitat species. Harvest unit from the Garver Timber Sale. | Maintain open canopy, low fuel loadings in the WUI. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a low severity fire. | 6 Yes | 72 | None |

Black Ram                                                                                    Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| K | Ecosystem Burn | Low to mid elevation site with dry habitat species. Burned in 1889. Contains some previous harvest treatment units from Garver timber sale and some Old Growth. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Thin encroaching conifers and enhance openings which would improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and conditions suitable for huckleberry production. Maintain Old Growth characteristics and enhance open western larch/Douglas-fir/ponderosa pine stands. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a low severity fire. | 2 & 6 Yes | 2 & 298 | 66 in OG 18 in RPOG |
| L | Ecosystem Burn | Low to mid elevation site with dry habitat species. Portion burned in 1924 and another portion in 1931. Contains some previous harvest and underburn treatment units from Gator Copter Timber Sale and some Old Growth. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Fire would thin encroaching conifers and enhance openings which would improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities and including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. Maintain Old Growth characteristics and enhance open western larch/ Douglas-fir/ponderosa pine stands. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 2 & 6 Yes | 20 & 657 | 16 in OG |

FS-002690

Black Ram                                                          Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| M | Ecosystem Burn | Mid to high elevation site. Part burned in 1931, and another part in 1889. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brush fields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation, outside of IRA, involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 2, 5a, & 6 No | 108, 676, & 1,060 | None |
| N | Ecosystem Burn | Mid elevation site with dry habitat species. Portion burned in 1860, and a portion with previous harvest history from the Garver Timber Sale. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Thin encroaching conifers and enhance openings which would improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities. Maintain and enhance open western larch/Douglas-fir/ponderosa pine stands. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 2 & 6 WUI | 70 & 267 | None |
| O | Ecosystem Burn | Low to mid elevation site with dry habitat species. Contains a previous harvest treatment unit from Wood Garden Timber Sale and contains Old Growth. | Apply fire to maintain fire-adapted species and capture ecosystem benefits of emulated fire while reducing fuel loadings in WUI. Thin encroaching conifers and enhance openings which would improve browse and forage availability in potential big game winter range as well as improve spring foraging opportunities. Maintain Old Growth characteristics and enhance open western larch/Douglas-fir/ponderosa pine stands. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 3 & 6 Yes | 23 & 149 | 102 in OG 12 in RPOG |

Appendix page 15

8-ER-1789

Black Ram                                                      Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| P | Ecosystem Burn | Mid elevation site with dry habitat species. Burned in 1889. Forage and huckleberry production stagnant due to canopy closure, tree encroachment, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 6 No | 341 | None |
| Q | Ecosystem Burn | Mid to high elevation site. Part burned in 1889, and another part in 1860. Forage and huckleberry production stagnant due to canopy closure, tree encroachment into brush fields, and/or lack of fire. | Apply fire to a fire adapted ecosystem and capture ecosystem benefits of emulated fire. Enhance natural openings, create new openings, and stimulate the growth and production of fire-adapted forage/browse species for a variety of wildlife, including conditions suitable for huckleberry production within Core habitat to benefit grizzly bear recovery efforts. | Fuels Augmentation involving selective slashing of understory less than 7"DBH may precede aerial and/or hand ignition to create a mixed severity fire. | 6 No | 428 | None |
| **Total** | **Ecosystem Burns** | | | | | **7,034** | |
| F1 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 6 Yes | 72 | None |
| F2 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7"DBH. Slash will be excavator or hand piled and then burn piles. | 2 & 6 Yes | 38 & 11 | None |

FS-002692

Black Ram                                                      Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| F3 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7"DBH. Slash will be excavator or hand piled and then burn piles. | 2 & 6 Yes | 47 & 13 | 10 in OG |
| F4 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7"DBH. Slash will be excavator or hand piled and then burn piles. | 6 Yes | 63 | 20 in RPOG |
| F5 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7"DBH. Slash will be excavator or hand piled and then burn piles. | 2 & 6 Yes | 1 & 19 | 7 in RPOG |
| F6 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7"DBH. Slash will be excavator or hand piled and then burn piles. | 2 Yes | 16 | 16 in RPOG |
| F7 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7"DBH. Slash will be excavator or hand piled and then burn piles. | 6 Yes | 31 | None |

Appendix page 17

FS-002693

Black Ram        Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| F8 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7"DBH. Slash will be excavator or hand piled and then burn piles. | 6 Yes | 14 | 14 in OG |
| F9 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 2 Yes | 6 | None |
| F10 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 2 Yes | 7 | None |
| F11 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 2 Yes | 31 | None |
| F12 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 2 & 6 Yes | 5 & 1 | 6 in RPOG |

Appendix page 18

8-ER-1792

Black Ram                                              Environmental Assessment Appendix A

| Unit | Non-harvest Treatment | Current Condition | Objective | Fuels Treatment | MA/ WUI* | Acres by MA | Acres in OG or RPOG |
|------|----------------------|-------------------|-----------|-----------------|----------|-------------|---------------------|
| F13 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Burned in 1889. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. | Selective slashing of understory less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 2 Yes | 26 | 23 in OG 3 in RPOG |
| F14 | Ladder Fuels Reduction | Low elevation site with dry habitat species. Increased fire risk due to ladder/fuel loads. | Increase canopy base heights, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. Improve scenic quality in the Wood Creek Larch Scenic Area. | Selective slashing of understory less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 3 & 6 Yes | 114 & 2 | 112 in OG |
| F16 | Ladder Fuels Reduction | Regeneration Unit from previous harvest. Low elevation site with dry habitat species. Increased fire risk due to ladder/fuel loads. | Increase spacing between trees, reduce and/or maintain low fuel conditions in the WUI. Increase defensible space around private property and improve accessibility for firefighters and public in the event of a wildfire. Complete fuel break along Hensley face road. | Selective slashing or mastication of trees less than 7" DBH. Slash will be excavator or hand piled and then burn piles. | 6 Yes | 2 | None |
| **Total** | | | | | | **519** | |

*MA – management area, WUI = Wildland Urban Interface, OG= old growth, RPOG = recruitment potential old growth

Appendix page 19

8-ER-1793

Level 5 technique which is completely eliminating the roadbed by restoring natural condition and slopes with culverts removed. This is too cost prohibitive. AFRC will support putting roads into storage if they are not needed in the short-term for forest management needs, fire suppression, recreation etc. AFRC supports putting roads into storage by using low cost means such as traffic barriers, berms, or other barricade methods. [2]

- Forest Service Response: The Black Ram travel analysis process analyzed the existing road system and identified a system that is safe, responsible to public need and desires as well as provides access to manage NFS lands. The road system designed is efficient has minimal negative ecological effects on the land, and is in balance with available funding for needed management actions. This analysis identified the risks and benefits from various resource perspectives regarding roads in the Black Ram project area and made recommendations for a future road system. This included consideration of future access needs for both vegetation management and fire suppression access, as well as future access needs for recreation use. The benefits of keeping roads for future access were weighed against the risks to other resource areas (e.g. wildlife, botany, watershed health and aquatic habitat). The project is in compliance with the regulations. It identifies roads needed for the future as well as those unneeded in this project area. The roads are listed in the Travel Analysis Report which is part of the project record and changes to the road system recommended at this time are part of this Black Ram EA. Roads proposed for storage and decommissioning are shown in appendix B; there is no Level 5 decommissioning proposed in the Black Ram EA.

143. Comment: The Forest Service must consider and disclose the direct, indirect, and cumulative impacts of the prosed construction of system and temporary roads, as well as maintenance and use of existing roads for this project. [22]

- Forest Service Response: The effects of roads on resources are discussed in each resource section of the EA.

144. Comment: The Forest Service should disclose how long the proposed temporary roads and closed roads will remain on the landscape, how it plans to decommission the roads proposed for decommissioning, what funding will be used to decommission and obliterate roads, if there is any risk of unauthorized use of those roads during the meantime, and whether there is any funding to prevent unauthorized use of roads during that time. [22]

- Forest Service Response: One temporary road up to 0.2 mile is proposed and would be constructed to the minimum standard necessary and decommissioned following activities. Appendix E of the EA displays a table of site-specific BMPs and states that obliteration of temporary roads would be done by the purchaser upon completion of intended use. Other decommissioning proposed would be completed as funding becomes available as stated in the Funding Dependent Resource Improvement Work under the Design Features section and to the level described in appendix B of the EA. The Road Storage (Intermittent Stored Service) on Closed Roads under the Alternatives 2 and 3- Action Alternatives in the Transportation section of the EA describes decommissioning further as well as defines the levels of decommissioning. The Water Resources project file can provide further information for specific roads. All the roads proposed for decommissioning are currently barriered and inaccessible to the public.

Unauthorized use of all roads, including temporary roads is illegal. Monitoring of illegal use is ongoing and is conducted by local and Forest Service (FS) law enforcement as well as FS

employees. Additionally, we appreciate and act upon the reports we receive from the recreating public.

145. Comment: Treatments in old growth for the purpose of sustaining old growth sometimes requires road building, however the county would like to ask the district to review the need for new and permanent road construction that appears to require a crossing of Rampike Cr. When other road templates appear to flank either side of Unit 76A/76B and could possibly be used. [12]

- Forest Service Response: New road construction has been proposed and analyzed in areas where access is necessary for harvest. Design features are included in the EA stating that road construction in old growth stands would be designed to the narrowest road width and pullout locations would result in fewest large diameter trees cut where feasible. Additionally, the need for the roads would be assessed after layout is complete and any new road construction would be dropped or modified if deemed unnecessary for harvest.

146. Comment: The project fails to analyze new road construction [27, 28]

- Forest Service Response: The effects of proposed new road construction are discussed in each resource section of the EA.

147. Comment: The Montana Department of Transportation has reviewed the information on the Black Ram Project. Secondary 580 is maintained by MDT. If this project requires new approaches, changes to approaches, or are impacting the roadway right-of-way MDT permits will be required. [15]

- Forest Service Response: Thank you, we will contact you if needed.

148. Comment: While this proposal recommends a net gain of open roads, the overall addition is quite small and the USFS's road management guidelines will still be followed. Therefore, FWP does not expect this slight net gain to pose a major risk to grizzly bear, or big game, security. [16]

- Forest Service Response: Thank you for your comment. There would be no net gain in roads, open or otherwise. As described in the Direct and Indirect Effects- Alternative 2 and 3 in the Environmental Consequences of the Transportation section of the EA, with the decommissioning of 20 miles of NFS road and the construction of 3.3 miles of new NFS road as well as adding 1.8 miles of existing undetermined roads to NFS roads, there would be a net decrease of 14.4 miles. The roads that are planned to be decommissioned are currently not open for public or administrative use and the new roads would be restricted. There would be no change in public road access.

## Soils

149. Comment: AFRC suggests using tractor skidding on slopes over 35% to more efficiently capture the economic value of the timber and to provide more revenues back to the Forest for other resource improvements. The nearby Colville National Forest is testing skidding on slopes up to 45%. Additionally, many acres have been bypassed in the past because of concern about damage to soil from compaction, erosion and other issues. Today's new high tech logging equipment has a very light footprint and damage to the soil resource is minimal. [2]

- Forest Service Response: As defined under FW-GDL-SOIL-01, ground-based equipment should only operate on slopes less than 40 percent in order to avoid detrimental soil disturbance. Where slopes within the activity area contain short pitches greater than 40 percent but less than 150 feet in length, ground-based equipment may be allowed, as designated by the timber sale administrator. Such activities are determined on a unit-by-unit


**United States Department of Agriculture**

# Black Ram

## Environmental Assessment




**Forest Service**     **Kootenai National Forest**     **Three Rivers Ranger District**     **July 2019**

8-ER-1796

Black Ram          Effects to Grizzly Bear

Temporal boundaries for the grizzly bear analysis include both short-term and long-term effects. Short-term effects are those that are expected to last up to two seasons after most harvest activities are complete. Once harvest activities cease, bears can move back into and use the area. Grizzly bears have also been shown to use harvest areas during periods of inactivity (e.g., nights and weekends). Increased foraging opportunities may be available as soon as the following growing season. Long-term effects are expected to last beyond two seasons. For example, vegetation management can alter the availability of hiding cover depending on type of treatment. Following regeneration harvest and fuels treatments, and based on observations of previous projects, it is expected that suitable cover would return within approximately 15 years. Hiding cover may return earlier with treatments such as thinning and prescribed fire. Such vegetative cover may reasonably hide a bear from view within 100 meters, and often less. Similarly, vegetation treatments can result in long-term foraging opportunities for grizzly bears and ungulates upon which bears may prey or scavenge. Lastly, changes in access management, such as decommissioning of unneeded roads, may result in long-term beneficial effects to grizzly bears.

*Existing Conditions*

## Introduction

Grizzly bears and their associated habitats are widespread on the Forest. Suitable habitat is not equitably distributed, and bears do not occupy all available areas. In the Kootenai NF portion of the recovery zone, BMU habitat measures have been improving steadily since 1987 as documented in Summerfield et.al (2004) and Forest Plan monitoring reports (U.S. Department of Agriculture, Forest Service, 2014).

Bear management unit 14 includes the northwest corner of Montana and northeast corner of Idaho; BMU 15 is adjacent to BMU 14 to the east and is entirely within Montana. Both BMUs border British Columbia, Canada.

In 2017, the Cabinet-Yaak Ecosystem had an estimated 55-60 individuals with a 73 percent probability that the population was stable or increasing (W. F. Kasworm et al., 2018). Perhaps at least six bears may reside in the two BMUs for at least part of the year, and more individuals are likely. Using that 2017 population estimate (W. F. Kasworm et al., 2018) and the number of BMUs in the recovery zone (22), there are an average of 2.5 bears per BMU. Because some BMUs have no record of recent observations and evidence of bears is common in the northern part of the Forest, a minimum of six individuals in the Project Area is reasonably possible.

Road management, attractant management, and education outreach have made an extensive improvement for bears in the recovery zone (Proctor et al., 2018). During this period, forest vegetation management and associated activities have occurred and improved habitat conditions with regard to forage availability (production of food sources associated with forest openings) and potential disturbance (core area and motorized route density). This indicates that land management activities are conducive to and supportive of recovery.

## Key Stressors and 2015 Forest Plan Direction to Facilitate Grizzly Bear Recovery

The intention of grizzly bear habitat management on the Forest is to provide sufficient quantity and quality of habitat to facilitate grizzly bear recovery. An integral part of this is to implement measures within the authority of the Forest Service to minimize human-caused grizzly bear mortalities. This goal is accomplished by addressing and mitigating the key stressors and achieving goals, desired conditions, objectives, standards, and guidelines identified by the 2015 Forest Plan applicable to grizzly bear recovery.

# Black Ram Project

## Biological Assessment for Threatened and Endangered Aquatic and Terrestrial Wildlife Species

**Prepared by:**
S. Hill
District wildlife biologist
C. Rossel
District fisheries biologist

**for:**
Three Rivers Ranger District
Kootenai National Forest

**Signatures:** *S M Hill*

*Christopher S. Rossel*

20200916

8-ER-1798

FS-004198

Biological Assessment for the Black Ram Project

### *Wildlife: Lynx*

Thinning of rust-resistant western white pine plantations shall retain a minimum of eighty (80) percent of winter snowshoe hare habitat in Precommercial Thin Units 1, 4, 5, 6, 7, 8, 9, 11, 12, 13 that occur in suitable hare habitat within a lynx analysis unit. This is consistent with FW-STD-WL-01 (Northern Rockies Lynx Management Direction).

### *Wildlife: Grizzly Bear*

- Within each Bear Management Unit, the use of helicopters to ignite prescribed burns would not last more than two days per burn season (spring and fall) and not exceed a total of four days per bear year (4/1 – 11/30). The use of a helicopter for burning Buckhorn units H, I, J, K, M, N, O, and O-1 and Black Ram units A, B, C, and D would be coordinated by the district fuels specialist and wildlife biologist.

- Mechanized equipment operation would be avoided from April 1 through May 1 in Harvest Units 42, 43, 44 (Garver Mountain area) and Harvest Units 77, 78A, 78B (upper Pete Creek Road); to avoid or minimize disturbance in areas of predicted denning habitat during spring emergence (FW-GDL-WL-01).

- In the first year of project activity all motorized use is prohibited from April 1 through June 15th on barriered roads.

- The following activities are allowed on gated roads from April 1 through May 1, annually:

  - Burning,

  - Hand slashing and fireline construction, includes use of chainsaws,

  - Planting and seeding

- Access management activities as displayed in Appendix K, the Access Management Plan, would be implemented to ensure that changes to grizzly bear habitat parameters are consistent with FW-STD-WL-02 design elements.

- Place restriction device (gate or barrier) at or within 500 feet of desired location. Select a location that would best meet the desired purpose of the device. For example, a gate or barrier may be more effective if placed where there are steep, rocky cut and fill slopes. If further than 500 feet from the desired location, discuss with the district wildlife biologist. See also Access Management Plan (Appendix K).

Biological Assessment for the Black Ram Project

# Grizzly Bear

## Introduction

Grizzly bears use a wide variety of habitat types and seral conditions. Use of these habitats is associated with food availability and areas of minimal disturbance. In this part of their broad North American range, areas of little to no wheeled motorized vehicle access provide suitable habitat with minimal disturbance. Therefore, the focus of this analysis includes changes in vegetation and motorized access management.

This resource analysis is directly related to the project Purpose and Need to "…promote forage opportunities."

## Regulatory Framework

### 2015 Forest Plan (USDA Forest Service 2015)

The 2015 Forest Plan provides overall guidance for the management of the lands on the KNF. It describes the goals, desired conditions, and objectives toward which the management of the land should be directed. And it establishes standards and guidelines to help achieve or maintain the desired condition or conditions, to avoid or mitigate undesirable effects, or to meet applicable legal requirements.

The plan components which provide specific grizzly bear resource direction relevant to this project include: FW-STD-WL-02; FW-STD-WL-04; FW-GDL-WL-01; and FW-GDL-WL-15.

## Resource Indicators and Measures

Habitat parameters of core, OMRD, and TMRD (FW-STD-WL-02) will be the resource indicators for measuring change to security habitat and road densities. There are two effects measures, the resource indicators listed in Table 7, or core habitat (changes in percent and acres) and a single effect measure for OMRD and TMRD (change in percent). For all three resource elements, the resource indicators and change in the effect measure are used to compare with the existing condition as well as display compliance with FW-STD-WL-02. A fifth element is the potential increase in foraging opportunities provided by proposed vegetation management.

**Table 7. Resource Indicators and Measures for Assessing Effects to Grizzly Bear.**

| Resource Element | Resource Indicator | Measure | Used to Address: Purpose and Need or Key Issue? | Source |
|---|---|---|---|---|
| Core Habitat | Changes in the percent Core Habitat in the Bear Management Unit (BMU) | Percent Core Habitat | No | 2015 Forest Plan FW-STD-WL-02 |
| Core Habitat | Changes in the acres of Core Habitat in the BMU | Acres Core Habitat | No | 2015 Forest Plan FW-STD-WL-02 |

14

FS-004216

Biological Assessment for the Black Ram Project

| Resource Element | Resource Indicator | Measure | Used to Address: Purpose and Need or Key Issue? | Source |
|---|---|---|---|---|
| OMRD | Changes in the percent OMRD in the BMU | Percent OMRD | No | 2015 Forest Plan FW-STD-WL-02 |
| TMRD | Changes in the percent TMRD in the BMU | Percent TMRD | No | 2015 Forest Plan FW-STD-WL-02 |
| Increased Foraging Opportunities | Changes to early successional habitat or the maintenance of open forest conditions resulting from timber harvest and fuels treatments | Acres treated that result in open forest conditions or early seral habitats | Purpose and Need | 2015 Forest Plan FW-DC-WL-19 |

## Methodology

Habitat parameters and acres were calculated with geographic information system (GIS) applications that incorporate the Project Area, BMUs, project treatment units, other activity sites, and road information. Activity unit acres and road lengths are in integer and decimal format, respectively. Therefore, there may be slight differences in acres or mile totals as presented in the following analysis than elsewhere in the document (e.g., project description) depending on when rounding of the decimals took place (e.g., rounding each individual unit before summing or totaling all acres then rounding). An earnest effort has been made to minimize any such discrepancies.

## Data Sources

Grizzly bear population ecology, biology, habitat description and relationships identified by research are described in the Grizzly Bear Recovery Plan (U.S. Department of Interior, 1993), the annual progress reports for the Cabinet-Yaak grizzly bear research (W. F. Kasworm et al., 2019), Kasworm and Manley (1988), and Kasworm and Manley (1989). That information is incorporated by reference.

## Assumptions and Limitations

There are no assumptions or limitations associated with this resource analysis outside those in the incorporated references.

## Affected Environment

### *Spatial and Temporal Context for Effects Analysis*

A bear management unit (BMU) provides the spatial context for this analysis. A BMU approximates the size of a female grizzly home range. Using established BMUs for analysis allows tracking of core, OMRD, and TMRD standards through time. It also allows for an assessment of grizzly bear habitat conditions. The Project Area is located within two BMUs (14-Northwest Peak and 15-Garver).

Biological Assessment for the Black Ram Project

Temporal boundaries for the grizzly bear analysis include both short-term and long-term effects. Short-term effects are those that are expected to last up to two seasons after most harvest activities are complete. Once harvest activities cease, bears may move back into and use the area; grizzly bears have used harvest areas during periods of inactivity (e.g., nights and weekends). Increased foraging opportunities may be available as soon as the following growing season after final project activities. Long-term effects are expected to last beyond two seasons. For example, vegetation management can alter the availability of hiding cover depending on type of treatment. Following regeneration harvest and fuels treatments, and based on observations of previous projects, it is expected that suitable cover would return within approximately 15 years. Hiding cover may return earlier with treatments such as thinning and prescribed fire. Such vegetative cover may reasonably hide a bear from view within 100 meters, and often less. Similarly, vegetation treatments can result in long-term foraging opportunities for grizzly bears and ungulates upon which bears may prey or scavenge. Lastly, changes in access management, such as decommissioning of unneeded roads, may result in long-term beneficial effects to grizzly bears.

## *Existing Conditions*

### Introduction

Grizzly bears and their associated habitats are widespread on the Forest. Suitable habitat is not equitably distributed, and bears do not occupy all available areas. In the Kootenai NF portion of the Cabinet-Yaak Recovery Zone, BMU habitat measures have been improving steadily since 1987 as documented in Summerfield et.al (2004) and Forest Plan monitoring reports (U.S. Department of Agriculture, 2014).

Bear management unit 14 includes the northwest corner of Montana and northeast corner of Idaho; BMU 15 is adjacent to BMU 14 to the east and is entirely within Montana. Both BMUs border British Columbia, Canada.

In 2017, the Cabinet-Yaak Ecosystem had an estimated 55-60 individuals with a 73 percent probability that the population was stable or increasing (W. F. Kasworm et al., 2019). Perhaps at least six bears may reside in the two BMUs for at least part of the year, and more individuals are likely. Using that 2017 population estimate (W. F. Kasworm et al., 2019) and the number of BMUs in the recovery zone (22), there are an average of 2.5 bears per BMU. Because some BMUs have no record of recent observations and evidence of bears is common in the northern part of the Forest, a minimum of six individuals in the Project Area is reasonably possible.

Road management, attractant management, and education outreach have made an extensive improvement for bears in the recovery zone (Proctor et al., 2018). During this period, forest vegetation management and associated activities have occurred and improved habitat conditions with regard to forage availability (production of food sources associated with forest openings) and potential disturbance (core area and motorized route density). This indicates that land management activities are conducive to and supportive of recovery.

### Key Stressors and 2015 Forest Plan Direction to Facilitate Grizzly Bear Recovery

The intention of grizzly bear habitat management on the Forest is to provide sufficient quantity and quality of habitat to facilitate grizzly bear recovery. An integral part of this is to implement measures within the authority of the Forest Service to minimize human-caused grizzly bear mortalities. This goal is accomplished by addressing and mitigating the key stressors and

FS-004218

prescribed burn units. Nearly all the harvest units are not in core, but a substantial amount of the ecosystem burns are in core.

Despite being outside defined core, we expect, and have observed, that bears use areas accessed by gated routes more than areas with open roads. This is not surprising considering these roads are used infrequently or not at all, and therefore the disturbance source is absent nearly all the time. Therefore, over time, it is reasonable to expect that harvest and prescribed fire treatments accessed by gated routes would provide long term improvements in accessible forage despite being outside of core. A small portion of the project units fit this situation and are concentrated in the Beetle and Boyd Creek drainages and incidentally in the Rampike Creek and lower West Fork Yaak River drainages.

Prescribed fire treatments in core are expected to provide conditions to support forage production as well as remain unaffected by wheeled motor vehicle access. Prescribed fire here would simulate low to moderate intensity wildfire which is conducive to forage production and maintenance. The landscape-scale burns would occur in mostly remote, less roaded areas and would be ignited using helicopters. Ten of the large landscape burns have all or substantial portions in core, totaling approximately 5700 acres. Within harvest units, pile and broadcast burning would mimic small scale, low intensity wildfire; outside of core, we would expect less bear use despite improved habitat conditions.

Bear responses to helicopter use vary (S. Anderson et al., 2009). Elevation above ground level is associated with a potential reaction, as well as the length and intensity of the helicopter use. Generally, helicopter flights for fire lighting are of short duration, minimal time spent over any one location, there are frequent periods where daily activities cease (refueling, for example), and upon completion, the activity ceases completely. Lighting would occur within 500 feet of the ground, and so may affect individual bears. The brief nature and minimal intensity of helicopter use would result in minimized effects. Therefore, after ignition and the burn period are complete, we would expect bears would be willing and able to re-enter the prescribed fire units.

### Effects to Seasonal Components

Potential denning habitat would be largely unaffected. Only five units occur wholly or partially at the edge of denning range. None of these are on steep ground associated with typical denning sites. Furthermore, heavy winter snows preclude harvest access until summer. Therefore, we expect no impact to denning bears or an effect on denning habitat suitability.

Shortly after den emergence, excessive human activity can cause short term avoidance of high-quality spring habitats. Riparian areas would not be impacted, and these important areas would remain available and without disturbance. Project design features governing access to barriered roads and in spring during den emergence would minimize impacts to bears during this season and near important spring habitats. More importantly, nearly all the project harvest units are outside the best quality spring. See Appendix B for project area maps that include seasonal habitat in relation to project units. Most of the project units are located along open routes, so we would expect bears to avoid these areas already due to public use of the routes and adjacent residential development. Therefore, project impacts would be ameliorated.

Remote forage habitat would be impacted by prescribed fire only. The impact on potential forage is expected to be beneficial. Forested openings that provide forage would be maintained where fire is applied, and very dense forested areas would be opened. These newly created openings would allow for increased forage production because canopy cover would be reduced. On slopes with drier conditions and associated vegetation occur, fire would increase the amount of this component which is primarily grasses, sedges, and forbs. This is an underrepresented condition in

All closure repairs needed and completed in the Black Ram Project Area from 2019 through 2022          FS-043396

| Date of Initial Survey | Your Name | Ranger District | Road ID - Parent Road ID | I am Surveying a * | Closure Type * | Barrier Type | Closure Device Found Functional * | Functionality Issue | Repair Completed? * | Repaired by Name | Repair Completion Date - Device Made Functional * | Repair Type | Repair Comments Describing what was Done |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/28/2021 | Nicole Macy | Three Rivers | 5839 | Closure Device on an Existing Road | Barrier | Earthen Berm | No | Other | Yes | D4 Fire/Engineers | 9/17/2021 | Non-Functional Device Repair | Repair berm |
| 8/18/2021 | Beau Macy | Three Rivers | 5894 | Closure Device on an Existing Road | Gate | NA | No | Gate Structure Damage | Yes | Fire | 8/18/2021 | Non-Functional Device Repair | Repaired hinges, secured lock |
| 9/22/2021 | Jon Wagner | Three Rivers | 5879 | Closure Device on an Existing Road | Gate | NA | No | Gate Structure Damage | Yes | Wagner | 9/22/2021 | Replaced Missing or Damaged Lock | Replaced with new chain and lock |
| 8/6/2020 | Jon Wagner | Three Rivers | 5886 | User-created | NA | NA | NA | Other | Yes | Engineering | 7/28/2021 | Install berm | Install berm |
| 7/28/2021 | None | Three Rivers | 92xx | Undetermined | NA | NA | NA | Other | Yes | Engineering | 7/28/2021 | Install berm | Install berm |
| 10/17/2019 | None | Three Rivers | 5886A | Closure Device on an Existing Road | Barrier | Earthen Berm | No | Other | Yes | Engineering | 10/17/2019 | Install berm | Install berm |

Author: Sean Hill   06/17/2022

8-ER-1804

FS-004524

Black Ram Project, recent information

## Process review for assessing BMU metrics for the project-specific grizzly bear analysis in the Black Ram Project

1. IGBC direction for recovery-area specific research and metrics are specified in the 1994 and updated 1998 IGBC Task Force Reports (Interagency Grizzly Bear Committee 1998) and related in Allen et al. (2011).

2. Wakinnen and Kasworm (1997) (WakkinenKasworm1997GrizzRdDensityRelationships.pdf) provided research based methodology and metrics for BMUs in the Selkirk and Cabinet-Yaak Recovery Zones as directed in the 1994 and IGBC Task Force Reports. The methodology includes a list of linear features to be used in assessing the BMU metrics. Specifically in relation to the spatial area used to calculate these metrics, their research methodology included all land ownerships and road features in the home ranges of the bears studied.

3. Allen et al. (2011) (reviewed the science used in the preceding research and found it to be sound.

4. The 2015 Forest Plan (U.S. Department of Agriculture 2015) direction incorporated the decision and design features of the 2011 Forest plan amendments for motorized access management within the Selkirk and Cabinet-Yaak grizzly bear recovery zones. This direction is found in the 2015 Forest Plan component FW-STD-WL-02.

5. Project-specific analysis for Black Ram:

   a. Copy roads feature, including roads within one mile to incorporate the GIS process moving window size outside the BMU boundary.

   b. Edit roads feature to update the existing condition. Where there is abundant private property, there tends to be an increase in the number of roads since the time the roads database in that area was created or last updated. Therefore, using imagery, new and modified roads can be digitized and included to update the existing condition (i.e., what is on the ground now). Conversely, there may be features identified as roads in the past that are not roads at all (e.g., skid trails may have been digitized, and certainly are not roads).

   c. This information informs the updated 'permanent' motorized access condition. The geospatial feature is then used to assess the existing motorized route density and core in the BMU. In recent history, there is little change on NFS lands because the Forest Service updates their roads frequently (or, more often there are no changes, even over the long term). Because the Forest Service assesses the routes found outside the BMU boundary, the updated feature is considered the most recent and current condition of all identified routes on the landscape.

   d. Once the existing condition is updated, the features can be edited to account for project-specific road use. These include short-term changes in use that would occur during implementation (which reflect the temporary condition) and those changes that would be for a longer term (which reflect what is called the 'permanent condition.' Note however, although we use the term 'permanent' future projects may use different roads, and therefore the Forest Service again would go through this process.)

   e. The post- project impacts based on road status (updated 'permanent' condition) are then incorporated into the corporate routes database.

8-ER-1805

Black Ram Project, recent information

6. Important note: The routes used to establish the 'permanent' condition are those that are *authorized* routes. Unauthorized use features are not. That is, any user-created routes or access, as well as breaches (e.g., dismantling or damaging gates and then proceeding to drive the route) are not considered part of the existing condition. Importantly, because we address discovered or reported unauthorized use promptly, as indicated in the 2015 Forest Plan and 2020 Plan Biological Opinion (U.S. Department of the Interior 2020), and because in our experience unauthorized use on any given route is *not* chronic from year to year, such use does not contribute to a long term or 'permanent' change to the routes database.

## Incorporating the most recent annual Cabinet-Yaak research and monitoring report

The initial Black Ram Project EA, supporting wildlife documentation, as well as comment and objection responses utilized previous years' recovery zone research and monitoring reports (Kasworm et al. 2018, Kasworm et al. 2019;2020). In late 2021, the USDI Fish and Wildlife Service released the Cabinet-Yaak grizzly bear recovery area 2020 research and monitoring progress report (Kasworm et al. 2021). In the following section, the Forest Service provides summary information from the 2021 research and monitoring report to supplement with the most recent report the analysis provided. Specifically with respect to recent inquiries, the methodologies used, and results obtained are reviewed.

1. "Approximately 95% of the survival data and 85% of the reproductive data used in population trend calculations came from bears monitored in the Yaak River portion of this population, hence this result is most indicative of that portion of the recovery area." (page 41.) The project area is located in the Yaak portion of the Recovery Zone.

2. The estimated finite rate of increase (λ) for 1983–2020 using Booter software with the unpaired litter size and birth interval data option was 1.017 (95% CI=0.935–1.090, Table 15 [refers to figure below]). Finite rate of change over the same period was an annual 1.7% (Caughley 1977 [incorporated by reference]; page 41)."

Author: Sean Hill June 1, 2022                                                    2

Black Ram Project, recent information



Figure 12. Point estimate and 95% confidence intervals for cumulative annual calculation of population rate of change for native grizzly bears in the Cabinet-Yaak recovery area, 1983–2020. Each entry represents the annual rate of change from 1983 to that date.

**Figure 1. Point estimates and 95 percent confidence intervals for the population rate of change in the Cabinet Yaak recovery area. Note the narrowing trend of confidence intervals which indicates increasing statistical confidence in the point estimate. Figure is from Figure 12, page 42 of Kasworm et al. (2021).**

3. The probability that the population was stable or increasing was 67%. (page 41)

4. "During 2012, USGS used mark-recapture techniques to estimate the CYE grizzly bear population at 48–50 (95% CI = 44–62) (Kendall et al. 2016). Using the midpoint of this estimate (49), the calculated rate of increase (1.7%), results in a gain of 7 bears through 2020 to a population of 56. The augmentation program added 8 bears since 2012 but four of those have either left the target area or are known dead. Based on this information, a population estimate of about 60 bears would seem reasonable." (page 42)

5. "Grizzly bear survival of all sex and age classes decreased from 0.899 during 1983–1998 to 0.792 during 1999–2006 and then rose to 0.924 during 2007–2020. Some of this decrease in the 1999–2006 period could be attributed to an increase in natural mortality probably related to poor berry production during 1998–2004. Mortality on private lands in the U.S. increased during this period, suggesting that bears were searching more widely for foods to replace the low berry crop. Several mortalities occurring during 1999–2006 were associated with sanitation issues on private lands. Declines in mortality rate on private lands beginning in 2007 correspond to and may be the result of the initiation of the MFWP bear management specialist position." (page 38)

6. "Point estimates for human-caused mortality occurring on public lands in the U.S. and BC decreased from 1983–1998 to 1999–2006 and again from 1999–2006 to 2007–2020.

Black Ram Project, recent information

This apparent decrease in mortality rates on public lands from 1983–1998 to 1999–2006 is particularly noteworthy given the increase in overall mortality rates. Implementation of access management on U.S. public lands could be a factor in this apparent decline." (page 38)

With respect to the relationship between the deoxyribonucleic acid (DNA) based 2012 population estimate (Kendall et al. 2015) and the annual monitoring (Kasworm et al. 2021), Kendall et al. (2015) underscores the usefulness of the U.S. Fish and Wildlife Service estimates stating that, "Estimates of the number of bears in the CYE derived from the United States Fish and Wildlife Service's 30-year monitoring program ranged from 30 to 40 (W. F. Kasworm et al., 2007) for an unspecified time period prior to 2007 to a minimum of 47 for 2000–2008 (W. F. Kasworm, Carriles, Radandt, Proctor, & Servheen, 2009). Although these estimates are not true annual minimums and lack measures of precision, their similarity to our estimates of population abundance indicates that intensive, long-term monitoring can acquire knowledge of general population status useful in planning conservation actions." Note here that the Kendall et al. (2016) estimate was based on bears detected in 2012; the numbers reported appeared in the 2016 publication.

# References

Allen, L. R. 2011. A review of grizzly bear recurring use areas associated with the Selkirk and Cabinet-Yaak ecosystems. U.S. Department of Agriculture, Forest Service, Coeur d'Alene, ID.

Interagency Grizzly Bear Committee. 1998. Interagency grizzly bear committee taskforce report. Grizzly bear/motorized access management.

Kasworm, W. F., T. G. Radandt, J. E. Teisberg, T. Vent, A. Welander, M. Proctor, H. Cooley, and J. K. Fortin-Noreus. 2019. Cabinet-Yaak grizzly bear recovery area 2018 research and monitoring progress report.

_____. 2020. Cabinet-yaak grizzly bear recovery area 2019 research and monitoring progress report. University of montana.

_____. 2021. Cabinet-Yaak grizzly bear recovery area 2020 research and monitoring progress report. U.S. Fish and Wildlife Service, Grizzly Bear Recovery Coordinator's Office, Missoula, MT.

Kasworm, W. F., T. G. Radandt, J. E. Teisberg, A. Welander, M. Proctor, and H. Cooley. 2018. Cabinet-Yaak grizzly bear recovery area 2017 research and monitoring progress report.

Kendall, K. C., A. C. Macleod, K. L. Boyd, J. Boulanger, J. A. Royle, W. F. Kasworm, D. Paetkau, M. F. Proctor, K. Annis, and T. A. Graves. 2015. Density, distribution, and genetic structure of grizzly bears in the Cabinet-Yaak Ecosystem. Journal of Wildlife Management 80:314-331.

U.S. Department of Agriculture, Forest Service. 2015. Land management plan, 2015 revision, Kootenai National Forest. Libby, MT.

U.S. Department of the Interior, Fish and Wildlife Service. 2020. Biological opinion on the effects of the Kootenai National Forest Land Management Plan on the Grizzly Bear. Report 06E11000-2020-F-0508.

Wakkinen, W. L., and W. F. Kasworm. 1997. Grizzly bear and road density relationships in the Selkirk and Cabinet-Yaak recovery zones. Idaho Department of Fish and Game, Bonners Ferry, ID.

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

The following table includes three columns. On the left is the comment (spelling theirs) from the Yaak Valley Forest Council, along with the corresponding photograph. No date was provided. The two columns on the right are the KNF closure monitoring information and corresponding photo, including a date.



| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-1<br>Road # 5821<br>Coordinantes: 48° 57' 08.4" / 115° 32' 56.4"<br><br>Site Notes: Gate barrier. A user created bypass is located directly gate-left; approximately 8' wide passage with cleared/trampled vegetation. Grizzly bear tracks present in snow. | Functional; October 2,2020 | July 28, 2021 |

Author: Sean Hill, Wildlife Biologist        1

8-ER-1810

FS-004558

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-2<br>User created road off of Highway 92 (unmapped)<br>Coordinantes: 48° 57' 05.8" / 115° 33' 33.3"<br><br>Site Notes: User created road with no barrier. Takes off of highway 92, dropping down through the ditch and into a travel corridor through forest. Heavy tracks and rutting from motor-vehicle use. Miscellaneous litter along the travel corridor. Exceeds 300' in length. | Labeled as impassable because of the steep drop off, this road is not prudently drivable.<br>It was a user-created route.<br>Picture on the right shows berm that was placed | <br>Functional July 28, 2021 |

Author: Sean Hill, Wildlife Biologist

2

8-ER-1811

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-3<br>Road # 5835<br>Coordinantes: 48° 57' 23.4" / 115° 37' 58.4"<br><br><br><br>Site Notes: Gate barrier with small boulders. 5' wide passage directly to gate-left. Juniper shrub is not a sufficient barrier. Tire rutting and tracks behind the gate on road bed, indicating illegal MV use. | <br>Functional; October 07,2020<br>Boulders placed in front of gate after Davis Fire fuelbreak work.<br>YVFC photo failed to include the large boulders in front of the gate | <br>Functional July 28, 2021 |

Author: Sean Hill, Wildlife Biologist        3

8-ER-1812

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-4<br>Road # 5839<br>Coordinantes: 48° 56' 18.9" / 115° 40' 10.4"<br><br>Site Notes: Berm barrier with sign posts; no sign. A low spot passage through berm-left. Tire ruts have reshaped the berm to be accessible via single-track / ATV. | <br>functional; October 07,2020 | <br>Functional, September 21, 2021 |

Author: Sean Hill, Wildlife Biologist      4

8-ER-1813

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-5<br>Road # 276<br>Coordinantes:<br>48° 56' 16.7" / 115° 43' 38.0"<br><br>Site Notes: Berm barrier with a 4' wide rutted passage through berm left. Looks as though it was possibly left open for ditch relief/drainage, but is being used by motor-vehicles to bypass barriers. Visible tire tracks in soil and grasses layed down from use. | <br>Functional; October 07, 2020<br>No evidence of motorized use; this area is patrolled frequently by Border Patrol, and BP continues to provide us information related to illegal use, including vandalism and breaches. | <br>Functional, July 30, 2021 |

Author: Sean Hill, Wildlife Biologist

5

8-ER-1814

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| | | |
|---|---|---|
| Site: BR-6<br>User created road off of road # 5857 (unmapped)<br>Coordinantes:<br>48° 55' 49.5" / 115° 44' 12.1"<br><br><br><br>Site Notes: Appears to have been bermed to the right of the user created road. Currently there is no effective barrier to prevent passage. Tracks, rutting and signs of dispersed camping along the travel corridor. Full vehicle width. | This is not a designated road in infra. We are unaware of any unauthorized use. | <br><br>This area was checked on July 28, 2021. There is no road here. |

Author: Sean Hill, Wildlife Biologist

6

8-ER-1815

FS-004563

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| | |  July 28, 2021. Again this is not a road. |

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-7<br>Road # 5860 / French Creek Trail # 22<br>Coordinantes: 48° 56' 05.2" / 115° 46' 22.6"<br><br><br><br>Site Notes: Berm barrier, located at the end of road 5860, the start of the French Creek trail, has a 3.5' wide passage to the berm-right. Woody debris has been laid along the fill-slope to widen the passage. Single track rutting from MV or 'fat-tire' bike | <br><br><br>Functional; October 07, 2020 | <br>Functional July 28, 2021 |

Author: Sean Hill, Wildlife Biologist                                                          8

8-ER-1817

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-8<br>Road # 5890<br>Coordinantes: 48° 50' 20.1" / 115° 42' 44.3"<br><br>Site Notes: Shallow berm barrier, located across the road at the junction of 5892 and 5886. There is a full vehicle sized passageway approx. 50' to berm-left. Looks to be traveled frequently, major rutting and tracking from MV use. Barrier is ineffective and can be bypassed easily. | This route is barriered (MVUM) but we consider it open for bear management unit assessment due to use.<br>No photo needed | No change to our 2020 notes at left. |
|  | Unaware of this purported route; does not appear to be any unauthorized use in the YVFC photo. | We documented this route this year. Unauthorized use is illegal regardless of terrain. |

Author: Sean Hill, Wildlife Biologist                                                                                              9

8-ER-1818

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-10<br>User created road off of road # 5892 (unmapped)<br>Coordinantes:<br>48° 50' 34.9" / 115° 42' 45.9"<br><br><br><br>Site Notes: Insufficient berm, nothing more than a minor bump. No signage. Exceeds 300' in length. Looks driven often by full-sized vehicles. | Unaware of this purported route; does not appear to be any unauthorized use in the YVFC photo. | We documented this route this year. Unauthorized use is illegal regardless of terrain. |

Author: Sean Hill, Wildlife Biologist                                                                                           10

FS-004567

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

Site: BR-11
Road # 5886A
Coordinantes:
48° 50' 42.2" / 115° 44' 19.5"



Site Notes: Berm barrier with motor-vehicle passage to berm-right. Signage at the barrier is broken from being driven over. Rutting and tire tracks going around the barrier.





Functional; October 07,2020.



Functional July 28, 2021

Author: Sean Hill, Wildlife Biologist

11

8-ER-1820

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

Site: BR-12
User created road off of road #
5886 (unmapped)
Coordinantes:
48° 50' 40.0" / 115° 45' 14.9"



Site Notes: A full-sized MV travel
corridor that proceeds through
vegetation and forest, located off of
5886 Hensley Face Road. Well
established roadbed with no sign or
barrier. Exceeds 300' in length.



August 17,2020; unauthorized, user-created route; this
is scheduled for repair



Repaired in spring 2021

Author: Sean Hill, Wildlife Biologist                                                                12

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-13<br>Road # 5856<br>Coordinantes:<br>48° 53' 13.5" / 115° 44' 52.1"<br><br><br><br>Site Notes: Gate barrier.<br>Motor-vehicle bypass to gate-right, using the spur road to get around the barrier, obvious tire tracks and rutting. Lack of vegetation from being driven over. The temporary log barrier (choice firewood tree) can be easily removed so the barrier is not effective | <br>Functional; October 09,2020; that tree was placed there in summer 2020; damaged gate was replaced in 2020 | <br>Functional July 28, 2021 |

Author: Sean Hill, Wildlife Biologist

13

FS-004570

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-14<br>Road # 748<br>Coordinantes:<br>48° 54' 09.2" / 115° 50' 43.7"<br><br><br><br>Site Notes: Shallow berm barrier with insufficient boulder placement. The lack of a barrier provides illegal access to sensitive Core Grizzly Bear Area. A 5' wide passage through berm-right provides access for ATVs and motorcycles. | <br><br>Functional; October 13, 2020; a second berm is about 100 meters beyond this one and it has not been bypassed;<br>This is the route to upper Beetle Creek | <br><br>Functional August 3, 2021 |

Author: Sean Hill, Wildlife Biologist

14

FS-004571

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-15<br>Road # 338P<br>Coordinantes:<br>48° 57' 51.3" / 115° 54' 50.7"<br><br>Site Notes: A pile of small mixed woody debris with flagging is the current barrier. There is no signage or effective barrier. Due to wildfire activity, the soil is sensitive and major surface runoff is present. | <br>Functional; October 13,2020; barrier (vegetation) is clearly visible in the YVFC photo and behind the sticks in foreground; tank trap and veg barrier both visible in KNF photo | <br>Functional August 2, 2021 |

Author: Sean Hill, Wildlife Biologist                                                                                  15

FS-004572

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-16<br>Road # 338R<br>Coordinantes:<br>48° 57' 20.5" / 115° 54' 52.5"<br><br>Site Notes: No barrier other than two recently fallen trees. Heavy rutting and tracks from motor-vehicle use. Due to wildfire activity, the soil is unstable and major surface runoff is present. Exceeds 300' in length. | <br>Functional; October 13, 2020; barrier (tank trap) is present, but not in YVFC photo | <br>Functional August 2, 2021. You can see the edge of the tank trap behind the dirt mound. |

Author: Sean Hill, Wildlife Biologist

16

FS-004573

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

Site: BR-17
Road # 5895
Coordinantes: 48° 58' 43.6" / 115° 50' 43.1"



Site Notes: No barrier. Road 5895 is not mapped as an open road, according to the MV Use Map provided by the Kootenai Ntl. Forest.



Functional; October 09, 2020; our monitoring photo clearly shows it is brushed in.





Functional August 2, 2021

Author: Sean Hill, Wildlife Biologist                                                17

8-ER-1826

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-18<br>Road # 5894<br>Coordinates: 48° 58' 45.9" / 115° 50' 11.8"<br><br>Site Notes: Gate. 5' wide passage to gate-right. This road is accessible to ATVs and motorcycles. This ineffective barrier grants access to the Canada/USA international boundary and the sensitive Davis Wildfire fire-break. | <br>Functional; October 9, 2020 | <br>Functional August 2, 2021 |

Author: Sean Hill, Wildlife Biologist

18

8-ER-1827

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-19<br>Road # 747<br>Coordinates: 48° 58' 17.4" / 115° 50' 20.6"<br><br><br><br>Site Notes: Berm with signage. A 3.5' wide passage through berm-right allows ATVs and motorcycles to access. | <br><br>Functional; October 9,2020 | <br><br>Functional August 2, 2021 |

Author: Sean Hill, Wildlife Biologist

19

8-ER-1828

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
| Site: BR-20<br>Road # 6134<br>Coordinates: 48° 51' 43.5" / 115° 46' 58.2"<br><br>Site Notes: Gate barrier with a leaning/unstable lock post. A passage to gate-left approx. 3' allows access by motorcycles. There is a USFS marker, located gate-right, indicating the need to replace this insufficient barrier. | <br>Functional; October 9,2020; gate and vegetation restrict access | <br>Functional August 2, 2021 |

Author: Sean Hill, Wildlife Biologist

20

8-ER-1829

FS-004577

DRAFT information for bear year 2020 bear monitoring requirements and 2021 and 2022 photos, Kootenai NF, Three Rivers RD

| YVFC description and photograph | KNF 2020 closure monitoring information and photograph | 2021 closure monitoring photo |
|---|---|---|
|  * Additional Black Ram Project Area Barrier Observations: <br><br> 1. Road #338M lacks a barrier although does not appear to be drivable beyond 300'. <br><br> 2. Midge Creek trail #177 can be accessed by ATVs and motorcycles due to lack of a sufficient barrier. <br><br> 3. From Pete Creek Road, Garver Mountain trail #8 has no barrier, providing MV access to Pete Creek Meadows sensitive wetland area. <br><br> 4. Two gates within the NW Yaak area were found to be examples of effective barriers. Road # 5874 and Road # 5878. Both sites have a heavy steel gate and gate posts with effective boulder placement, allowing non-motorized access only. <br><br>    a. See photo above of an effective barrier example ( NF Road # 5878) |  338M; functional; October 13,2020 <br><br>  Midge Creek Trail #177; functional <br><br> Garver Mountain Trail #8: no photo taken because there is no known unauthorized use or access to Pete Creek Meadows <br><br> Note: YVFC photo in additional section shows NFSR 5873 (Waper Ridge) |  <br><br>  Functional August 2, 2021 |

Author: Sean Hill, Wildlife Biologist

21

FS-004578

**Osborn, Lisa -FS**

| | |
|---|---|
| **From:** | Kaiser, Kirsten -FS |
| **Sent:** | Friday, July 30, 2021 10:13 AM |
| **To:** | Osborn, Lisa -FS |
| **Subject:** | RE: [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council |

Lisa, I forgot to mention that I did alert Law enforcement to some of the reported violations- not sure if you want that for our files…  ?



**Kirsten Kaiser**
**Acting Deputy Forest Supervisor**
**USDA Forest Service Intermountain Region**
**Uinta-Wasatch-Cache National Forest**
p: 406-546-4599
kirsten.a.kaiser@usda.gov
Supervisor's Office, South Jordan, UT
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** aaron@yaakvalley.org <aaron@yaakvalley.org>
**Sent:** Friday, July 23, 2021 2:41 PM
**To:** Kaiser, Kirsten -FS <kirsten.a.kaiser@usda.gov>; Marten, Leanne - FS <leanne.marten@usda.gov>; Lannom, Keith -FS <keith.lannom@usda.gov>; chad.benson@usda.gov; Jodi_Bush@fws.gov
**Subject:** [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please see the attached letter and report concerning the Black Ram project on the Kootenai National Forest.

**Aaron Peterson**
**Executive Director**
**Yaak Valley Forest Council**
**aaron@yaakvalley.org**
**406-295-9736**
**www.yaakvalley.org**

1

FS-004579

## Osborn, Lisa -FS

| | |
|---|---|
| **From:** | Kaiser, Kirsten -FS |
| **Sent:** | Thursday, July 29, 2021 1:44 PM |
| **To:** | Osborn, Lisa -FS |
| **Subject:** | RE: [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council |
| **Categories:** | Black Ram |

thanks



**Kirsten Kaiser**
**Acting Deputy Forest Supervisor**
**USDA Forest Service Intermountain Region**
**Uinta-Wasatch-Cache National Forest**
**p: 406-546-4599**
kirsten.a.kaiser@usda.gov
Supervisor's Office, South Jordan, UT
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** Osborn, Lisa -FS <lisa.osborn@usda.gov>
**Sent:** Monday, July 26, 2021 9:35 AM
**To:** Kaiser, Kirsten -FS <kirsten.a.kaiser@usda.gov>; Fuller, Heather - FS <Heather.Fuller@usda.gov>; Bouma, Janis -FS <janis.bouma@usda.gov>
**Cc:** Hill, Sean -FS <sean.hill@usda.gov>
**Subject:** RE: [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council

Hi all,
So I just talked to Sean and the roads that were identified by YVFC have been fixed and a few other roads were fixed that were found during our monitoring.
We will update our road document to include the roads that have been fixed and include the new pictures. We will address (show our fixes) the roads that the YVFC has sent us in this document as well.



**Lisa Osborn**
**NEPA Planner**
**Forest Service**
**Kootenai National Forest, Three Rivers Ranger District**
**p: 406-295-7426**
**f: 406-295-7410**
lisa.osborn@usda.gov
12858 US Highway 2
Troy, MT 59935
www.fs.fed.us


1

FS-004580

Caring for the land and serving people

---

**From:** Kaiser, Kirsten -FS <kirsten.a.kaiser@usda.gov>
**Sent:** Sunday, July 25, 2021 8:52 PM
**To:** Fuller, Heather - FS <Heather.Fuller@usda.gov>; Osborn, Lisa -FS <lisa.osborn@usda.gov>; Bouma, Janis -FS <janis.bouma@usda.gov>
**Subject:** FW: [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council

I have not read yet btu you probably already received….



**Kirsten Kaiser**
**Acting Deputy Forest Supervisor**
**USDA Forest Service Intermountain Region**
**Uinta-Wasatch-Cache National Forest**
**p: 406-546-4599**
**kirsten.a.kaiser@usda.gov**
Supervisor's Office, South Jordan, UT
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** aaron@yaakvalley.org <aaron@yaakvalley.org>
**Sent:** Friday, July 23, 2021 2:41 PM
**To:** Kaiser, Kirsten -FS <kirsten.a.kaiser@usda.gov>; Marten, Leanne - FS <leanne.marten@usda.gov>; Lannom, Keith -FS <keith.lannom@usda.gov>; chad.benson@usda.org; Jodi_Bush@fws.gov
**Subject:** [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please see the attached letter and report concerning the Black Ram project on the Kootenai National Forest.

**Aaron Peterson**
**Executive Director**
**Yaak Valley Forest Council**
**aaron@yaakvalley.org**
**406-295-9736**
**www.yaakvalley.org**

2

FS-004581

## Osborn, Lisa -FS

| | |
|---|---|
| **From:** | Kaiser, Kirsten -FS |
| **Sent:** | Sunday, July 25, 2021 8:52 PM |
| **To:** | Fuller, Heather - FS; Osborn, Lisa -FS; Bouma, Janis -FS |
| **Subject:** | FW: [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council |
| **Attachments:** | Black ram project gates and road closures Yaak Valley Forest Council July 2021.pdf; YVFC_BlackRam Project Barrier Report_Yaak Valley Forest Council July 22 2021.pdf |

I have not read yet btu you probably already received….



**Kirsten Kaiser**
**Acting Deputy Forest Supervisor**
**USDA Forest Service Intermountain Region**
**Uinta-Wasatch-Cache National Forest**
p: 406-546-4599
kirsten.a.kaiser@usda.gov
Supervisor's Office, South Jordan, UT
www.fs.fed.us

**Caring for the land and serving people**

---

**From:** aaron@yaakvalley.org <aaron@yaakvalley.org>
**Sent:** Friday, July 23, 2021 2:41 PM
**To:** Kaiser, Kirsten -FS <kirsten.a.kaiser@usda.gov>; Marten, Leanne - FS <leanne.marten@usda.gov>; Lannom, Keith -FS <keith.lannom@usda.gov>; chad.benson@usda.gov; Jodi_Bush@fws.gov
**Subject:** [External Email]Kootenai National Forest, Black Ram project gates and road closures letter and report Yaak Valley Forest Council

[External Email]
If this message comes from an **unexpected sender** or references a **vague/unexpected topic;**
Use caution before clicking links or opening attachments.
Please send any concerns or suspicious messages to: Spam.Abuse@usda.gov

Please see the attached letter and report concerning the Black Ram project on the Kootenai National Forest.

**Aaron Peterson**
**Executive Director**
**Yaak Valley Forest Council**
aaron@yaakvalley.org
406-295-9736
www.yaakvalley.org

1

FS-004582



July 23, 2021

Chad Benson, Forest Supervisor, Kootenai National Forest
Kirsten Kaiser, District Ranger, Three River Ranger District, Kootenai National Forest
Leanne Marten, Regional Forester, USFS Northern Region
Keith Lannom, Deputy Regional Forster, USFS Northern Region
Jodi Bush, Field Supervisor, U.S. Fish and Wildlife Service

**Re:    New Information Demonstrates Forest Service Failing to Halt Illegal Motorized Use
within the Black Ram Project Area.**

The Yaak Valley Forest Council and others commented on, and objected to, the Black Ram EA,
and in doing so provided evidence to the Forest Service that barriers meant to deter motorized
use have been breached or are otherwise not functioning within the project area. In response to
comments, the Forest Service stated that it had repaired road closures indicating unauthorized
use, and closed user-created routes that were identified in October 2019, and that agency staff
monitor route closures "daily or weekly." Final EA Appx. at 118 (Comment 200).

Similarly, the project biological assessment assumes that "almost all forest users respectfully
abide by the conservation measures," and that "practically every gate or barrier along an open
road is checked to see if it is in reasonably working order." Black Ram BA at 18. The August
2020 Forest-wide BO, upon which any project-specific BO is likely to rely, similarly asserts:
"When the Forest discovers unauthorized route use, breaches of barriers, or breaches of gates,
the issue is reported and breaches are repaired or addressed as soon as possible, generally within
the same bear year or early in the next bear year (U.S. Forest Service 2020, p. 10)." U.S. Fish &
Wildlife Service, Biological Opinion on Kootenai National Forest Management Plan (Aug. 28,
2020).

The attached report, based on field reviews conducted on July 22, 2021, demonstrates that the
Forest Service's efforts to limit unauthorized use are ineffective at halting motor vehicle trespass,
contradicting the commitments made in both the EA and BA. Our survey within the Black Ram
project area found evidence that that motor vehicle use continues on 5821, 92, 5835, 5839, 276,
5857, 5860, 5890, 5892, 5886A, 5886, 5856, 748, 338P, 338R, 5895, 5894, 747, and 6134 closed
routes within the Black Ram project area, including on routes where gates and other structures
have failed to prevent such use, and including on routes that the Council found unauthorized use
occurring in 2020 that the Forest Service apparently never fixed.

The Black Ram 2019 EA and the BA fail to address this significant information that closures are ineffective and that the Forest is failing to effectively close routes, despite repeatedly being presented with data showing that the closures are failing. The report demonstrates that, even with allegedly regular Forest Service monitoring, illegal motor vehicle use continues (and should be expected to continue) to disrupt grizzly habitat throughout the project area. As the number of recreationists increases, and with it the amount of illegal use, so will the harm to grizzlies.

Neither the EA not the BA account for this ongoing, and worsening, disruption, as both NEPA and the ESA require.

Failure to prevent illegal motor vehicle use on many routes in grizzly habitat in the project area renders arbitrary and capricious the EA's and BA's conclusions that illegal use is minimized or eliminated.

***We respectfully request that this letter and the attached report be included in your agencies' respective administrative records for the Black Ram Project.*** This information, among other things, constitutes "significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts," and thus requiring the preparation of supplemental NEPA on the project. 40 C.F.R. § 1502.9(c)(ii) (1978). *See Wildlands v. United States Forest Serv.*, 791 F. Supp. 2d 979, 993 (D. Or. 2011) ("[A] supplemental EA is required when there are 'significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts.' 40 C.F.R. §1502.9(c).").

Thank you for your attention to this matter.

Aaron Peterson
Executive Director
Yaak Valley Forest Council

11896 YAAK RIVER ROAD • TROY, MONTANA • 59935
PHONE: 406-295-9736
EMAIL: AARON@YAAKVALLEY.ORG
WWW.YAAKVALLEY.ORG

8-ER-1836

FS-004584

**BLACK RAM PROJECT AREA - ROAD BARRIER SURVEY**
July 2021

The Yaak Valley Forest Council traveled around the 95,412 acre BlackRam project area to document the effectiveness of USFS Motor-vehicle (MV) road closures/ barriers. The roads highlighted below were found to have barriers that can easily be bypassed, and at times no barriers were present at all.
Referring to the current USFS Motor Vehicle Use Maps (MVUM) provided by the district. The MVUM displays National Forest System routes including roads, trails and areas designated open to motorized use. If the route or area is not shown on the MVUM, the route or area is closed to motor vehicles.
https://www.fs.usda.gov/Internet/FSE_DOCUMENTS/fseprd674582.pdf

(Coordinates: WGS 84,  hddd° mm' ss.s")   See field notes below-

Site: **BR-1**
Road # 5821
Coordinates: 48 57 08.4 / 115 32 56.4
Site Notes: Gate barrier. A user created bypass is located directly gate-left; approximately 8' wide passage with cleared/trampled vegetation. Grizzly bear tracks present in snow.





8-ER-1837

FS-004585

Site: **BR-2**
(unmapped) User created road off of Highway 92
Coordinantes: 48 57 05.8 / 115 33 33.3
Site Notes: User-created road. New berm installed-2021, can be bypassed to the barrier left and right. Takes off of highway 92, dropping down through the ditch and into a travel corridor through forest. Heavy tracks and rutting from motor-vehicle use. Miscellaneous litter along the travel corridor. Exceeds 300' in length.





FS-004586

Site: **BR-3**
Road # 5835
Coordinantes: 48 57 23.4 / 115 37 58.4
Site Notes: Gate with small boulders. 5' wide passage directly to gate-left. Juniper shrub is not a sufficient barrier. Tire rutting and tracks behind the gate on the road bed, indicating illegal MV use.





FS-004587

Site: **BR-4**
Road # 5839
Coordinantes: 48 56 18.9 / 115
40 10.4
Site Notes: Berm with sign
posts; no sign. A low spot
passage through berm-left. Tire
ruts have reshaped the berm to
be accessible via single-track /
ATV.





8-ER-1840

Site: **BR-5**
Road # 276
Coordinantes: 48 56 16.7 / 115 43 38.0
Site Notes: Berm with a 4' wide rutted passage through berm left. Looks as though it was possibly left open for ditch relief/drainage, but is being used by motor-vehicles to bypass barriers. Visible tire tracks in soil and grasses layed down from use.





FS-004589

Site: **BR-6**
(unmapped) User created road off
of road # 5857
Coordinantes: 48 55 49.5 / 115 44
12.1
Site Notes: Looks to have been
bermed to the right of the user
created road, but currently has no
barrier to prevent passage. Tracks,
rutting and signs of dispersed
camping along the travel corridor.
Full vehicle width.





FS-004590

Site: **BR-7**
Road # 5860 / French Creek Trail # 22
Coordinates: 48 56 05.2 / 115 46 22.6
Site Notes:  The berm located at the end of road 5860, the start of the French Creek trail, has a 3.5' wide passage to the berm-right. Woody debris has been laid along the fill-slope to widen the passage. Single track rutting from MV or 'fat-tire' bike.





FS-004591

Site: **BR-8**
Road # 5890
Coordinantes: 48 50 20.1 / 115 42 44.3
Site Notes:  Shallow berm located across the
road at the junction of  5892 and 5886. There
is a full vehicle sized passageway approx. 50'
to berm-left. Looks to be traveled frequently,
major rutting and tracking from MV use.
Barrier is ineffective and can be bypassed
easily.





FS-004592

Site: **BR-9**
(unmapped) User created road off of road # 5892
Coordinantes: 48 50 25.3 / 115 42 39.0
Site Notes: User created road. Looks to possibly have been bermed in the past, but now is nothing more than a 'bump'. Ineffective barrier and can be driven over by full-sized MV. Exceeds 300' in length.





FS-004593

Site: **BR-10**
(unmapped) User created road off of road # 5892
Coordinantes: 48 50 34.9 / 115 42 45.9
Site Notes: Insufficient berm, nothing more than a minor bump. No signage. Exceeds 300' in length. Looks driven often by full-sized vehicles.





FS-004594

Site: **BR-11**
Road # 5886A
Coordinantes: 48 50 42.2 / 115 44 19.5
Site Notes:  Berm with motor-vehicle passage to berm-right. Signage at the barrier is broken from being driven over. Rutting and tire tracks going around the barrier.





FS-004595

Site: **BR-12**
(unmapped) User created road off of road # 5886
Coordinantes: 48 50 40.0 / 115 45 14.9
Site Notes: A full-sized MV travel corridor that proceeds through vegetation and forest, located off of 5886 Hensley Face Road. Well established roadbed with new berm barrier installed 2021. Can easily be bypassed to barrier left and right. Exceeds 300' in length.





FS-004596

Site: **BR-13**
Road # 5856
Coordinantes: 48 53 13.5 / 115 44 52.1
Site Notes: Gate barrier. Motor-vehicle bypass to gate-right, using the spur road to get around the barrier, obvious tire tracks and rutting. Lack of vegetation from being driven over. The temporary log barrier (choice firewood tree) can be easily removed so the barrier is not effective.





FS-004597

Site: **BR-14**
Road # 748
Coordinantes: 48 54 09.2 / 115
50 43.7
Site Notes: Shallow berm with
poorly placed boulders. Access to
Core Grizzly Bear Area. A 5'
wide passage through berm-right
provides access for ATVs and
motorcycles.





FS-004598

Site: **BR-15**
Road # 338P
Coordinantes: 48 57 51.3 / 115 54 50.7
Site Notes: A pile of small mixed woody debris with flagging is the current barrier. There is no signage or effective barrier. Due to wildfire activity, the soil is sensitive and major surface runoff is present.





FS-004599

Site: **BR-16**
Road # 338R
Coordinantes: 48 57 20.5 / 115 54 52.5
Site Notes: No barrier other than two recently fallen trees. Heavy rutting and tracks from motor-vehicle use. Due to wildfire activity, the soil is unstable and major surface runoff is present. Exceeds 300' in length.





Site: **BR-17**
Road # 5895
Coordinantes: 48 58 43.6 / 115 50 43.1
Site Notes: No barrier. Road 5895 is not
mapped as an open road, according to the
MV Use Map provided by the Kootenai Ntl.
Forest.





FS-004601

Site: **BR-18**
Road # 5894
Coordinates: 48 58 45.9 / 115 50 11.8
Site Notes: Gate. 5' wide passage to gate-right. This road is accessible to ATVs and motorcycles. This ineffective barrier grants access to the Canada/USA international boundary and the sensitive Davis Wildfire fire-break.





FS-004602

Site: **BR-19**
Road # 747
Coordinates: 48 58 17.4 / 115 50 20.6
Site Notes: Berm with signage. A 3.5' wide passage through berm-right allows ATVs and motorcycles to access.





FS-004603

Site: **BR-20**
Road # 6134
Coordinates: 48 51 43.5 / 115 46 58.2
Site Notes: Gate barrier with a
leaning/unstable lock post. A passage to
gate-left approx. 3' allows access by
motorcycles. There is a USFS marker, located
gate-right, indicating the need to replace this
insufficient barrier.





8-ER-1856

**\* Additional Project Area Barrier Observations:**

1. Road 338M lacks a barrier although it does not appear to be drivable beyond 300'.
2. Midge Creek trail #177 can be accessed by ATVs and motorcycles due to lack of a sufficient barrier.
3. Garver Mountain trail #8 has no barrier. Access to Pete Creek Meadows sensitive wetland area.
4. Two gates within the NW Yaak area were found to be great examples of effective barriers- Road #5874 and road #5878. Heavy steel gate and gate posts with proper boulder placement. Allowing non-motorized access only.
   a. See photo of effective barrier below-



8-ER-1857

# A Review of the Wakkinen and Kasworm (1997) Report as Best Available Science for the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones

Lydia R. Allen, Brett R. Lyndaker, and Gregory D. Harris
(Forest Wildlife Biologist, North Zone Wildlife Biologist, Geospatial & Resource Information Manager)
Idaho Panhandle National Forests
Updated October 2011

## Introduction

The purpose of this paper is to provide a comprehensive review of the Wakkinen and Kasworm (1997) report and compare their effort with the South Fork Flathead River research conducted by Richard Mace and others in the late 1980s and early 1990s. This updates and supersedes the Johnson (2007) review.

The 1997 Wakkinen and Kasworm report provides the only available science specific to the Selkirk and Cabinet-Yaak Ecosystems (SE and CYE) for setting motorized access standards. This research was completed in response to the 1994 Interagency Grizzly Bear Committee (IGBC) direction (IGBC 1994) to develop site-specific habitat security parameters using local female bears in regards to motorized access in all grizzly bear recovery zones. In 1998 and 1999, the Selkirk/Cabinet-Yaak Ecosystem (SCYE) IGBC subcommittee reviewed the Wakkinen and Kasworm (1997) effort which was, in turn, used by the U.S. Fish and Wildlife Service (USFWS) as the "best available indication of habitat conditions used by grizzly bears in the Selkirk and Cabinet-Yaak Ecosystems" in completing their 2001 amended Biological Opinion regarding the continued implementation of the Idaho Panhandle National Forest Plan (USDI Fish and Wildlife Service 2001). To date, there are no other analyses quantifying these parameters using local grizzly bear data for these two ecosystems.

However, since the issuance of this report 14 years ago, there has been an on-going debate as to its merits and limitations. As a result, some have questioned the validity of using the report's conclusions as a basis for developing motorized access standards in these two recovery zones. Critics of the 1997 report specifically point to the following in their disparagement of the results: (1) limited sample size of female grizzly bears; (2) inclusion of a subadult female for portions of the analysis; (3) lack of reproductive success and/or mortality of radio-collared bears after the study was over; (4) the lack of a second-order analysis which would help explain if these bears had the opportunity to select greater levels of unroaded habitat elsewhere in the recovery zone; (5) use of individual multi-annual home ranges versus composite home ranges in the resource selection analysis; and (6) the lack of a minimum core block size in establishing core areas. Many of these comments revolve around comparisons to research completed in the South Fork Flathead River area of the Northern Continental Divide Ecosystem (NCDE) in Montana. The latter provided the basis for development of the motorized access parameters by the IGBC in 1994 (Mace et al. 1993, IGBC 1994, Mace 2004).

The following review explores these six aspects of the research and offers a comparison of the Wakkinen and Kasworm (1997) effort with the various iterations of the Montana Fish, Wildlife, and Parks grizzly bear research completed in the South Fork Flathead River area of the NCDE (Mace and Manley 1993, Mace et al. 1996, Manley and Waller 1997 and 1998) and its application in the Flathead National Forest amendment to their Forest Plan in 1995 (USDA Forest Service 1994a, 1994b, and 1995). Key differences and similarities in the data analysis using a Geographical Information System (GIS) are also reviewed and illustrate why direct comparison between the two research efforts is problematic. Attachment A and B provide summary information on the study bears, biological data, and data analysis used in the Selkirk/Cabinet-Yaak and South Fork Flathead River studies.

FS-004646

## Summary of Research and Findings

**Mace and Manley (1993):** This Montana Fish, Wildlife, and Parks progress report covered the first five years (1987-1992) of a 10-year research project aimed at quantifying grizzly bear population and habitat use on multiple-use lands (i.e., the Flathead National Forest) within the Northern Continental Divide Ecosystem. Their research on bears from the South Fork Flathead River[1] introduced the concept of using a "moving window" analysis in a GIS to quantify Open Motorized Road Density (OMRD) and Total Motorized Road Density (TMRD), as well as defining areas free of motorized access (i.e., "Core" Areas per IGBC 1994). All three of these parameters were subsequently adopted by the Interagency Grizzly Bear Committee as the three primary elements in the management of human access in grizzly bear recovery zones (IGBC 1994 and 1998). They reported a TMRD greater than 2.0 miles per square mile of 18 percent with 46 percent of the home range unroaded for nine adult female grizzlies. A 0.5-*mile* buffer around motorized routes was used to define unroaded habitat. No analysis or recommendation concerning core block size was included in this report.

**Flathead National Forest Amendment 19 to the Forest Plan (USDA Forest Service 1995):** The Biological Assessment for this Forest Plan Amendment (USDA Forest Service 1994a and 1994b) included a new characterization of a subset of the Mace and Manley (1993) grizzly bear radio telemetry data based on new direction from the IGBC committee and the need to complete consultation on their Forest Plan. This assessment was completed by R. Mace who used seven of the nine grizzly bears and incorporated a 0.5 *kilometer* (or 0.31 mile) buffer around motorized routes in his analysis of core (USDA Forest Service 1994a, 1994b). He used a composite of multi-annual home ranges[2] derived from these seven female grizzlies to determine a OMRD: TMRD: core area standard of 19:19:68 percent (ibid)[3]. The Forest proposed a 55 percent core as the minimum short term standard for implementation based on the smallest percent core observed in one individual female's home range (ibid) and research from the Yellowstone region (Mattson 1993). A minimum core block size of 2,500 acres was suggested in the Biological Assessment. The subsequent Biological Opinion for the Amendment (USDI Fish and Wildlife Service 1995) reported that 83 percent of some proportion of adult female grizzly bear use was in unroaded blocks greater than 2,260 acres in size from the Mace and Manley study, but no sample sizes were disclosed nor was any statistical analysis completed in the Mace and Manley (1993) or Mace and Waller (1997) report to substantiate this, or the 2,500 acre recommendation.

**Mace et al. (1996):** In this peer-reviewed publication[4], the authors reported their final results concerning the relationship between grizzly bears, habitats, and roads on multiple-use lands in the South Fork Flathead River area. The authors did not provide an update on their 1993 efforts to quantify female grizzly bear use in relation to varying levels of core area, OMRD, and TMRD, but did report habitat use in relationship to overall and roadless area[5] habitat for 13 female grizzlies from 1990-1994. In addition, they investigated grizzly bear response to roads of differing traffic volume. They used a composite multi-annual home range for 13 adult and subadult female grizzly bears[6] to determine that 56 percent of their annual use was in unroaded areas (0 km/km$^2$) versus the rest of the study area where 30 percent were

---

[1] Also referred to as the "Swan Valley" research project by some reviewers

[2] The composite home range for the seven bears was located exclusively on National Forest System (NFS) lands. Furthermore, it did not include any large lakes, private property, MS 3 designated lands, or federal, state, and/or county highways (Allen and Ake pers. comm. 2011b).

[3] A second-order resource selection analysis was not completed on this subset of the original data.

[4] Journal of Applied Ecology

[5] They reported "roadless areas" (road densities of 0 km/km$^2$) rather than core habitat. A cursory analysis of three Selkirk ecosystem BMUs using ARCInfo and a square window revealed that the amount of BMU within the 0 km/km$^2$ category underestimates core by approximately five percent on average.

[6] Seven bears were included in the 1990-1994 study effort that were independent subadults when first collared, and five of these were offspring from the original 10 adult female grizzlies used in the Mace and Manley (1993) report (Attachment A).

2

unroaded. In addition, they used individual seasonal home ranges for as many as 15 male and females grizzly bears to demonstrate that an average of 53, 59, and 62 percent of spring, summer, and fall home ranges, respectively, were unroaded. They emphasized the multivariate nature of grizzly bear habitat selection (i.e., analysis of selection above and beyond just motorized routes[7]) and the need for inclusion of seasonal habitat requirements into road density standards. No analysis concerning core block size was included in this publication.

**Mace and Waller (1997):** This was the final report for the 10-year South Fork Flathead grizzly bear study. Their report included details on various aspects of grizzly bear biology within the study area as well as the Mace et al. (1996) publication as one of its ten chapters. Our review relies on this document for additional details on the reproductive success and mortality of the South Fork Flathead River study bears. No analysis or recommendation concerning core block size was included in this publication.

**Mace and Waller (1998):** This peer-reviewed publication[8] included information on the demography, movements, and population trend of grizzly bears in wilderness and non-wilderness portions of the South Fork Flathead River/Swan Mountains. Our review relies on this document for additional details on the mortality trends of the South Fork Flathead River study bears.

**Wakkinen and Kasworm (1997):** This report was developed at the behest of the SCYE IGBC subcommittee after the release of the 1994 IGBC guidelines[9]. Wakkinen and Kasworm (1997) used data collected from 1989-1991 (Selkirk Recovery Zone) and 1990-1994 (Cabinet-Yaak Recovery Zone) to document an average OMRD greater than 1.0 miles per square mile of 33 percent, a TMRD greater than 2.0 miles per square mile of 26 percent, and an average 55 percent core area for six[10] female grizzly bears using a 0.31 *mile* buffer around motorized routes [11] to describe core area habitat. Four of the six bears sampled had core amounts at or below the 55 percent level (53.3, 53.4, 53.7, and 55.3) with the two remaining bears creating the range (40.0 and 71.5). The authors attempted to determine a minimum core block size but were unsuccessful due to limited sample sizes[12]. This report was peer-reviewed by nine biologists from the U.S. Fish and Wildlife Service, Idaho Department of Fish and Game, U.S. Forest Service, and Washington State University.

---

[7] This includes variables such as the quality and quantity of habitats in terms of vegetation, elevations, slope, and aspect.

[8] Conservation Biology (journal).

[9] The SCYE IGBC subcommittee appointed a nine-member taskforce to review the research effort and provide critique and input for inclusion into the final product. This included: 1) USDI Fish and Wildlife Service representatives from the Spokane office (S. Audet & M. Aimes), the Helena office (K. Shelley), the Grizzly Bear Recovery Plan Coordinator (Dr. C. Servheen); 2) USDA Forest Service representatives from the Colville National Forest (J. McGowan), Idaho Panhandle National Forest (E. Zieroth), Kootenai National Forest (M. Balboni), and Lolo National Forest (D. Smith); and 3) the two co-authors W. Kasworm and W. Wakkinen (IGBC SCYE 1997).

[10] Five of these bears were 5+ years or older during the study; one bear (bear 206) was 3-4 years old (subadult) for two years of the three years she was tracked.

[11] The multi-annual composite home range for the six bears was not located exclusively on National Forest System (NFS) lands. Rather it included MS 3 designated lands, Idaho state lands, private property, British Columbia provincial lands, and several federal, state, and/or county highways. This is different from the situation in the South Fork study where the composite home range was located exclusively on NFS lands and included no federal, state, and/or county highways.

[12] This analyses introduces more sample size limitations than determining statistical preference for core habitat and road density categories because: 1) the available pool of grizzly bear locations is smaller when only core habitat locations are used (about 2/3 of the total number of locations); and 2) a greater number of categories was used to attempt to establish core size preference (six versus four road density categories and two in core/non-core habitat use). Both of these aspects of the analyses reduce statistical power.

3

FS-004648

## Sample Size and Age of Female Grizzly Bears

Research on grizzly bears is limited by the number of study animals that are captured and radio-collared for long-term movement and habitat use analysis. Both Weilgus and Bunnell (1995) and Mace et al. (1996) acknowledged the difficulties in obtaining large sample sizes when studying a low density and highly mobile species like the grizzly bear. Numerous annual reports from the Selkirk and Cabinet-Yaak research efforts attest to the hundreds of hours it takes to trap a single grizzly bear during any given field season (Knick 1988, Wakkinen and Zager 1990, Volson 1994, Kasworm and Manley 1988, Kasworm et al. 2007). Similar efforts were employed in the South Fork Flathead River grizzly bear study (Mace and Waller 1997).

Grizzly bear and black bear researchers captured and radio-collared 50 individual grizzly bears in extensive trapping efforts in the SCYE from 1983 to 1994[13] (Kasworm and Manley 1988, Kasworm et al. 2007, Thier 1990, Wakkinen 1993, Wakkinen and Johnson 2000). Wakkinen and Kasworm's subsequent 1997 report included data from 13 females and two males, but only six females were used to draw the conclusions and set recommendations regarding female habitat selection in relationship to all three road parameters on NFS lands in the U.S. (i.e., OMRD, TMRD and core area)[14]. The six females were captured in non-wilderness portions of multiple use areas and represented approximately 15 percent of the then estimated minimum population of 40 grizzly bears for both ecosystems (Selkirks=25; Cabinet-Yaak=15 per USDI Fish and Wildlife Service 1993). The average age[15] of the study bears was 11.5 years old during the 1989-1994 study period (Attachments A and B).

All four of the Selkirk ecosystem females were adults during the data collection period (1989-1991), but one of the two Yaak female grizzlies was an independent subadult (bear 206)[16] for the first two years of the data collection period used for that ecosystem (1991-1994). This female was noted for her tolerance of higher open and total road densities ( 51.5 and 38.2 percent, respectively) and lower than average use of core area (40 percent) which was due, in part, to her use of more heavily roaded areas north of the Cabinet-Yaak recovery zone in British Columbia. Concerns have been raised about the incorporation of home range data from this subadult female during the time period prior to reaching reproductive age (i.e., 1991-1992); specifically, that her home range would change once she reached maturity[17]. However, additional monitoring of her movements once she reached maturity, bred, and successfully produced

---

[13] Idaho Fish and Game and British Columbian personnel trapped 16 females and 18 males (total=34) between 1983 and 1994 in the Selkirk Recovery Zone (17 in US: 17 in BC) while U.S. Fish and Wildlife Service and Montana Fish Wildlife and Parks personnel trapped 7 females and 9 males (total=16) in the Cabinet Mountain and Yaak River portions of Cabinet-Yaak Recovery Zone (13 in Yaak; 3 in Cabinets) for the same time period (Kasworm et al. 2007, Wakkinen and Johnson 2000). The 13 female bears used in the Wakkinen and Kasworm (1997) study represented 94 percent of all available adult female radio-collared bears (total=16) between 1989 and 1994. The remaining 3 bears were not used in the study due to a limited number of radio-locations or lack of evidence of reproduction.

[14] All six bears spent the majority of their time in the United States portion of the two ecosystems where better road information for open and barriered roads was available. The authors did analyze TMRD for 9 bears that resided in British Columbia (Wakkinen and Kasworm 1997).

[15] Average age was determined by computing the annual average age of study bears for each year of the study and then calculating an overall average based on these numbers for the entire study period.

[16] Three years (1991-1993) of radio telemetry data was collected from bear 206 who was two years old when first captured in 1990. Her 1991-1992 radio locations reflected her habitat use as an independent subadult (i.e., ≤ 5 years old). However, she was observed consorting with a nine year old male in 1992 although she did not emerge from the den in 1993 with any cubs. She was considered an adult in 1993 and lost her collar in the den before emerging in 1994. A cub of bear 206 was captured in 1994 and was monitored with her mother and sibling until late May of 1995. Bear 206 was observed in 1997 with 2 cubs and was identified by the presence of ear tags.

[17] Female cubs generally establish their home range within or overlapping with their mother's home range (Aune and Kasworm (1989) and McLellan (1989).

4

FS-004649

cubs (1993-1994) demonstrated her continued use of the same general home range quantified as a subadult (Kasworm et al. 2009).

The Mace and Manley (1993) research captured and collared 38 individual grizzly bears from 1987-1992, but only nine adult female grizzly bears were used in this preliminary analysis of habitat selection in relationship to roads[18]. These nine females represented approximately three percent of the estimated 306 bears in the ecosystem (USDI Fish and Wildlife Service 1993, Mace and Manley 1993). Grizzly bears were captured within non-wilderness multiple use lands with radio relocations completed once a week from 1987-1989 versus twice a week from 1990-1991 on this set of female grizzlies. The average age of the study bears was 13.1 years old during the 1987-1992 study period (Attachments A and B).

The subsequent re-analysis of the Mace and Manley data for development of motorized access standards for the Flathead National Forest (i.e., Amendment 19) incorporated the OMRD, TMRD, and core area parameters per IGBC (1994) direction. However, only seven of the original nine females were selected for this new analysis (USDI Fish and Wildlife Service 1995). These seven females represented approximately two percent of the minimum estimated population of 306 bears in the ecosystem (USDI Fish and Wildlife Service 1993) (Mace and Manley 1993). The use of only seven of the original nine study animals likely explains some of the differences observed between the Mace and Manley (1993) results and the Amendment 19 numbers summarized above. The average age of the study bears was 12.5 years old during the 1987-1992 study period (Attachments A and B).

The South Fork Flathead research project resulted in the capture of 50 grizzly bears[19] over the 10-year study period (1987-1996) (Mace and Waller 1997). The Mace et al. (1996) journal publication re-examined aspects of grizzly bear habitat selection in the study area using a more robust sample of 13 female grizzlies and their weekly movements from a slightly different time period (1990-1994), with all radio collared bear locations consistently collected twice a week. Six of these study animals were adults for the duration of the study, while another two were 4.5 years old in 1990, and the remaining five were subadults for some portion of the 1990-1994 study period[20]. The average age of the study bears was 10.9 years old during the 1990-1994 study period.

One review of the Flathead Amendment 19 information suggested that conclusions drawn from the small study sample was not likely representative of all bears in the population (McLellan et al. 2000). Specifically, *"although adult females are the most critical segment of the population for population growth, they can't meet conservation requirements alone. Subadult females are needed to replace adults and adult males are also needed…"*(McLellan et al. 2000). This argument supports the inclusion of subadult females in the study sample in the Wakkinen and Kasworm (1997) report and Mace et al. (1996) journal publication.

To summarize, both the South Fork Flathead River (and its application to the Flathead Amendment 19) and SCYE studies used a relatively small number of study animals to draw their conclusions regarding female grizzly habitat selection in relationship to roads within multiple-use lands. More study bears would increase the reliability of the data for the Selkirk and Cabinet-Yaak Recovery Zones. However, grizzly bears are a species that occur at low densities, so it is difficult to obtain large numbers of study

---

[18] Mace and Manley (1993) successfully trapped 23 females and 16 males (total=39) but only collared 38. Their report also included habitat use in relation to roads for adult and subadult males as well as subadult females, but it not clear from the document how many individuals were included in those samplings.

[19] Montana Fish, Wildlife and Parks personnel successfully trapped 29 females and 21 males during the 10-year study. The 38 grizzly bears mentioned in footnote 18 were a subset of these 50 bears.

[20] Seven bears were included in the 1990-1994 study effort that were subadults when first collared. In no single year did subadults outnumber the adults in the study sample. This resulted in a ratio of adults:subadults of 7:3 in 1990, 8:2 in 1991, 10:1 in 1992, 9:1 in 1993, and 8:1 in 1994.

5

FS-004650

animals for a given study area and time period. Both the South Fork Flathead and Selkirk-Cabinet-Yaak researchers engaged in significant efforts to sample their respective study areas in order to have as large and representative sample as possible. The sample of female bears (n=6) used in the Selkirk and Cabinet-Yaak study represents a larger proportion of the number of resident female bears available in the two ecosystems at the time of the study based on the population estimates and is comparable with the number of bears used in the South Fork Flathead River study (n=9 and 13), and Flathead Amendment 19 analysis (n=7).

In addition, the inclusion of two years of data from a subadult female in the Wakkinen and Kasworm (1997) study does not change the conclusions from their report. Additional monitoring of her movements once she reached maturity, bred, and successfully produced cubs demonstrated her continued use of the same general home range quantified as a subadult.

## Reproduction and Mortality of Study Bears

Successful rearing of offspring that in turn successfully produce their own offspring is one indication that the habitat is capable of producing survivors that contribute to a population increase. All of the adult bears in the two studies were chosen because they had survived long enough to provide sufficient data for analysis and had reproduced within the study area[21]. The six females used in the Wakkinen and Kasworm (1997) study produced from 2-13 cubs/each from 1985 to 1997 (ibid, Kasworm et al. 2009) (Attachment A). Likewise, ten of the South Fork female study bears produced 1-5 cubs/each from 1986 to 1996 (Mace and Manley 1993, Mace and Waller 1997)(Attachment A).

Both the Mace and Manley (1993) and Wakkinen and Kasworm (1997) research efforts indicate that at least one female offspring from the respective study areas subsequently produced offspring that reached dispersal age (2 or 3 years of age)[22]. In the Wakkinen and Kasworm study, all four Selkirk females produced cubs and three of these females are known to have produced eight cubs that survived to dispersal age (≥2.5 years of age)[23] (Attachment A). In addition, multiple offspring have been identified as progeny from the Yaak study area adult female 106 (i.e., female offspring 206, 303, 353, and 354)

---

[21] All female study bears produced young either during or prior to the study's monitoring period. In their Biological Opinion for the Flathead NF Amendment #19, the USFWS believed the motorized access conditions within the composite home range represented a valid approach to habitat management due, in part, because telemetry data from adult females that had demonstrated survival to adulthood were used in its construction (USDI Fish and Wildlife Service 1995).

[22] There is a paucity of data on radio-collared cubs for a number of reasons (Wakkinen and Allen pers. comm. 2011a): Collaring methods are geared towards avoiding capture of cubs to reduce potential safety issues for the trapping crew and the cubs, and there are issues associated with placing radio collars on cubs even if they were captured. Survival rates of cubs are based on observing radio-collared females and monitoring the presence/absence of their offspring. This is a conservative method to calculate survival rates as the cub *must* be observed with the female or they are presumed dead. Given this and the survival rates that have been calculated for all age classes in the Selkirk and Cabinet-Yaak, it is reasonable to expect adult female bears to successfully provide female offspring that are recruited into the adult segment of the population. The sex ratio of cubs of known sex does not differ from an expected 50:50 in grizzly bears (ibid). Therefore, the number of female cubs likely produced from the six females would be estimated at 16 of the 33 cubs produced during this time period.

[23] At least fifteen cubs were produced by the four Selkirk females, 1985-1991. Of these, two were known to be females and three were males. One of the female cubs was killed at age one and the other cub was killed at age three. The males reached dispersal age and dropped their collars so their long term fate is unknown. The fate of the remaining 10 cubs is also unknown (Wakkinen and Allen pers. comm. 2011b). Based on the information provided in footnote 22, at least 5 of these cubs were likely females.

6

FS-004651

(Kasworm et al. 2009)[24]. One of these, female 206, was also part of the 1997 study. All four of these female offspring reached maturity and are known to have produced cubs between 1994 and 2007 (ibid).

In the Mace and Manley (1993) report, study females 1, 48, and 96 produced female offspring that reached maturity, with five of these offspring subsequently incorporated into the 1990-1994 Mace et al. (1996) research effort (Mace and Manley 1993, Mace et al. 1996, Mace and Waller 1997)(Attachment A). One of these offspring, bear 147[25], in turn produced a female cub that survived to dispersal. However, this cub and her male sibling become habituated to humans and were killed as a management action after separating from their mother in 1992. Her mother (147) was subsequently killed in a management action in 1993 after also becoming habituated to humans. In addition, a female cub produced by study female 96 (i.e., #18) reached maturity and produced a cub (of unknown sex) that was still with its mother at the end of the study in 1994. All seven females used for the Flathead amendment produced cubs with at least two of these being female offspring that reached maturity (ibid) (Attachment A).

Given the relatively high rates of grizzly bear mortality, it is not surprising that a few of the female study animals might die during the research period. However, concerns have been expressed that inclusion of study animals that die due to human causes may introduce a bias into the study results. More specifically, the assumption is that habitat conditions used by these particular study bears somehow proved "lethal" to them and consequently their selection data should not be used to develop motorized access standards in the SCYE. The 1993 Mace and Manley progress report (time period 1987-1992) included data from three female grizzly bears that died during the study period (out of the nine total females used in the road analysis). These deaths were attributed to human[26] and natural[27] causes (Mace and Manley 1993). The subsequent South Fork Flathead River research paper included a larger sample size of female grizzly bears (13) and a different time period (1990-1994), but noted that one of the female grizzlies was killed within the study area in a management removal in 1993 and another was killed in 1994 (Mace et al. 1996, Mace and Waller 1997) (Attachments A and B).

Conversely, none of the six grizzlies used in the Wakkinen and Kasworm study died during the period of data collection (Selkirks 1989-1991; Yaak 1991-1994) although two of these females were killed by humans in the Selkirk Mountains after the data collection period. These included the following:

- In 1992, a 12-year old female (1015) was shot and killed by a hunter in secure (i.e., non-roaded) habitat in British Columbia within the original study area. Her death was deemed a "self-defense" killing by the authorities.
- In 1993, a second female (867)[28] was killed by a hunter, but this mortality was classified as a malicious killing. In this case, the hunter walked more than two miles behind a closed gate before encountering this 15-year old female and her two young-of-the-year cubs (Wakkinen and Kasworm 1997; Allen and Carr pers. comm. 2009). The site of her death was within 500 meters of an approximately 20-square mile block of roadless area situated in the Kalispell-Granite[29],

---

[24] The ability to track the reproductive success of the four Selkirk female grizzly bears using DNA profiling was eliminated when all frozen blood samples were lost due to a power outage at the Boise-based storage facility (Allen and Wakkinen pers. comm. 2011).

[25] Offspring of South Fork Flathead River study bear 1 (Attachment A).

[26] Female bear 1 was killed in May of 1988 in a mistaken identification shooting. She left behind a pair of two year old cubs that were incorporated into the study in 1990 (Mace et al. 1996; Mace and Waller 1997).

[27] Female bear 97 was found dead about three months after her initial collaring in 1988. She may have been killed by a male grizzly bear that was also part of the study. Female bear 143 was found dead with her cubs in an avalanche chute in 1991.

[28] This female was the first grizzly to be radio collared in the Selkirks (1983) and produced eight cubs prior to her death in 1993.

[29] Officially added in 1993 along with the Lakeshore BMU based on the use of the area by this same bear (867) in during the spring time in the 1980s and early 1990s (USDI Fish and Wildlife Service (1993).

7

LeClerc, and Salmo-Priest BMUs, but more than five miles outside of the 1997 study area boundary.

In both instances, the fact that the areas were open to legal big game hunting (as dictated by state and provincial fish and game agencies) led to the events surrounding the death of these grizzly bears after a hunter chose to walk into secure core habitat or an area that was restricted to motorized travel where they subsequently encountered and killed the study bear. Both mortalities would likely have been prevented if these areas had been closed to big game hunting[30]. These post study mortalities do not change the levels of habitat conditions selected by grizzly bears in either ecosystem. It is not appropriate to conclude from these mortalities that selecting more secure habitat would have prevented these mortalities (as shown by the fact that some grizzly bear mortality occurs in core areas are greater than 500 meters from a road in both study areas) or that the habitat conditions proved "lethal" to bears. As suggested by McClellan et al. (2000), a more appropriate analysis to answer this question would be to complete an assessment of home range and habitat use for "successful" and "unsuccessful" bears to see if use patterns were similar or not[31].

Mace and Waller (1998) found annual mortality rates for grizzly bears using rural areas and the wilderness zone were 21 and 15 times higher, respectively, than for bears using only multiple-use lands[32], which demonstrates that bear mortality is a function of numerous variables besides the amount and juxtaposition of motorized access alone. Some of these variables include the type and seasonality of hunting seasons, the availability of lethal attractants (i.e., human provided--e.g., garbage, agricultural products such as orchards/grain/livestock, or big game carcasses), and the amount and juxtaposition of private property and associated development. In the Greater Yellowstone Ecosystem, Schwartz et al. (2010) found that survival of grizzly bears was best explained by the amount of human development and ungulate hunting that occurred within the home ranges of bears. Mortality data for the SCYE from 1982-2010 demonstrates the complexity of this relationship between observed human-caused bear mortality and roads, sanitation, hunting, and land ownership (IGBC SCYE 2010, Kasworm et al. 2009, Wakkinen et al. 2010). Grizzly bear mortalities occurring on NFS lands have typically been associated with the spring black bear or fall big game/black bear hunting seasons.

In conclusion, both the South Fork Flathead River and SCYE grizzly bear studies used females that successfully raised young to dispersal age and maturity and documented the death of some of the study animals either during or after the study period was over. In both research efforts, there is evidence that some female study bears produced female cubs that subsequently raised cubs to dispersal age. The incorporation of female grizzlies that successfully produce young is an indication that their use patterns would result in the production of future generations of grizzlies to support an overall population

---

[30] There have been eight additional documented cases in the SCYE where grizzly bears were shot and killed in "secure" (>0.31 miles from an open road) habitat on NFS lands from 1982-2010 (U.S. only). In all cases, bears died because individuals were traversing public lands with a firearm during the hunting season and did one of three things: (1) shot the grizzly after mistakenly identifying it as a black bear which was legal to shoot; (2) shot the bear intentionally (i.e., poaching); or (3) shot in self-defense when threatened by the grizzly bear.

[31] McClellan et al. 2000 provided a peer review of the South Fork Flathead River research and made the following observation: "If the 'successful' females had home range and areas of use different from 'unsuccessful' females, then the characteristics of the successful females' ranges may be considered sufficient as the basis for conservation planning. However, if the home ranges and habitat use patterns were similar, but some were just luckier or more skilled at avoiding people within their range, then the 'lucky to be successful' females may not be suitable as the basis for conservation planning. If the successful females lived in more secure areas than unsuccessful females, then it would be assumed they needed that level of security to be successful: perhaps they could have done fine with less security. Without comparing the range locations and habitat use of bears with varying levels of 'success' then the question of whether bears from the Swan Valley study can form the basis of a conservation strategy " remains unanswered.

[32] Composite female home range was 56 percent roadless (0 km/km$^2$) in these multiple use lands (Mace et al. 1996).

8

increase. Likewise, some of the study bears were killed during (South Fork of the Flathead) or just after (SCYE) the study period was over. This post study mortality information does not change the levels of habitat conditions selected by grizzly bears in either ecosystem, as the selection of more secure habitat would not have prevented these mortalities due to the presence—and popularity—of legal hunting of black bears and other big game throughout the recovery zones and surrounding areas.

## Resource Selection Analysis

Analysis of grizzly bear use of the available habitat in relationship to road densities was analyzed in both studies using the use/availability technique developed by Neu et al. (1974). Statistical tests of comparison were conducted at two resource selection levels in the South Fork study but only one level of resource selection for the Selkirk and Cabinet-Yaak study. Johnson (1980) defined levels of resource selection as follows:

- Resource selection occurs in a hierarchical fashion from the geographic range of a species (first order), to individual home range[33] within a geographical range (second order), to use of general features (habitats) within the home range (third order), to the selection of particular elements (food items) within the general features (or feeding sites).

Many factors influence resource selection, including population density, intraspecific and interspecific competition, predation, and habitat availability (size, juxtaposition) among others (Peek 1986).

One of the limitations of the Wakkinen and Kasworm (1997) effort was that they did not complete a second-order resource selection analysis in regards to motorized routes within observed home ranges. Such an analysis would help explain if these bears had the opportunity to select greater levels of unroaded habitat elsewhere in the recovery zone or if their results were merely a reflection of what was available to the study bears at that time (USDI Fish and Wildlife Service 2001). The authors did not complete this analysis because an access route map for the entire ecosystem was not available for the study period for analysis in a GIS. However, an overall GIS road layer is now available for development of a map reflecting a conservative approximation of the amount of core habitat the study bears experienced before and during the tenure of the research effort. Therefore, we reviewed the home ranges of the six SCYE grizzly bears in relationship to the maximum possible amount of core habitat available in the two ecosystems[34].

Figures 1 and 2 illustrate that the SCYE study bears did indeed have several large areas of core habitat available to them within the recovery zone boundaries in the U.S. during the tenure of the research effort (1989-1994)[35]. These maps reflect the maximum roaded conditions that the study bears experienced as they dispersed from their mothers, matured, and/or reproduced from 1985 to 1994. In the SE, this included a large block (> 40 square miles) in the Salmo-Priest and Sullivan-Hughes BMUs (#1

---

[33] Home range is defined as the area where an animal lives and travels in (Burt 1943). It is generally supposed that animals establish home ranges because it is more efficient to utilize familiar rather than unfamiliar areas (McLellan 1985).

[34] Road layer used for this analysis reflects a very conservative portrayal of conditions that existed around the time the respective Forest Plans that incorporated the two grizzly bear ecosystems were completed (i.e.1986-1987) (see Attachment C for details on rationale). Our approach was conservative in order to show the minimum amount of habitat that could potentially function as core habitat during this time period in order to answer the question as to whether grizzly bears had other habitat available to them that had no motorized routes. In addition, these numbers do not reflect the roaded and core habitat available with the SE and CYE home ranges that occurred in British Columbia. As a result of this, our portrayal of core habitat is not directly comparable to the amount of core documented in the grizzly bear home ranges from Wakkinen and Kasworm (1997) as our approach **underestimates** the amount of core that was available to the research bears during the actual tenure of the study.

[35]**Note:** Grizzly bear home ranges were provided for these figures as a courtesy by Idaho Department of Fish and Game and USDI Fish and Wildlife Service and are not on file with the USDA Forest Service.

9

FS-004654

on the map), a large block in the Long-Smith and Trout-Ball BMUs that was used on a limited basis by study bear 1084 (#2), the Selkirk-Crest in Myrtle and State Land BMUs which includes portions of the 1967 Sundance Burn (and associated huckleberry fields) (#3), and a smaller block of lower elevation unroaded habitat in the Sullivan-Hughes BMU (#4). All four bears in the SE had access to this array of habitats within close (1-5 miles) proximity of their existing home ranges and conceivably could have altered their selection of home range to incorporate more core habitat.

Likewise, the Cabinet-Yaak Ecosystem had numerous BMUs with large blocks of unroaded habitat available within the Cabinet Mountain portion of recovery zone (e.g., Cedar, Snowshoe, Boulder, Callahan, Scotchman and Spar, Bull, Saint Paul, Wanless and Silver Butte-Fisher)[36]. Within the immediate vicinity of the Cabinet-Yaak Ecosystem study bears in the Yaak, there was additional areas of contiguous and adjacent unroaded habitat whose use would have resulted in higher levels of unroaded use than those observed from 1990-1994. This observation was originally made by one of the researchers in responding to an unpublished report that criticized the results of the Wakkinen and Kasworm (1997) study effort (Kasworm et al. pers. comm. 2003).

---

[36] The question of viable travel corridors has been mentioned in regards to the ability of bears to cross large rivers (i.e., Kootenai) or highways (i.e., Highway 2) in order to travel between the Yaak and Cabinet portions of this ecosystem. While these features undoubtedly have an impact on bear movement, grizzly bears have been documented swimming large rivers and crossing major highways in this and the Selkirk ecosystem (Waller and Servheen 2005, Allen 2011, IGBC SCYE Subcommittee 2011, Kasworm et al. 2009, Wakkinen et al. 2010).

FS-004655



**Figure 1. Grizzly bear home ranges for four (4) females (1989-1991) in relation to unroaded areas (~1987) within the U.S. portion of the Selkirk Recovery Zone. Home range data from Wakkinen and Kasworm (1997).**

11



**Figure 2. Grizzly bear home ranges for two (2) females (1989-1991) in relation to unroaded areas (~1987) within the U.S. portion of the Cabinet-Yaak Recovery Zone. Home range data from Wakkinen and Kasworm (1997)**

12

More specifically, the composite home ranges of the Selkirk and Cabinet-Yaak study bears in the U.S. reflected 41.8 and 28.8 percent core habitat, respectively, versus 45.1 and 39.6 percent core habitat available throughout the remaining portions of the respective recovery zones (in the U.S.)[37] (Table 1). These results indicate that bears were selecting habitats with the same—if not more—roads than found within the entire ecosystem.

**Table 1. Summary of available core area versus roaded habitat within the Wakkinen and Kasworm (1997) study home ranges versus the grizzly bear ecosystem. See footnote 36 and Attachment C of this document for details on the development and use of these data.**

| Area | Grizzly Bear Recovery Zone | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Selkirk | | | | Cabinet-Yaak | | | |
| | Total Area (U.S./B.C.) | U.S. only | U.S. Roaded | U.S. Core | Total Area (U.S./B.C.) | U.S. only | U.S. Roaded | U.S. Core |
| | square miles | | | | square miles | | | |
| Bear Home Range | 421.1 | 358.4[1] | 216.4[2] | 141.9[3] | 407.9 | 312.8 | 222.9 | 89.8 |
| Recovery Zone | 2,043.5 | 1,076.2 | 610.2 | 465.9 | *U.S. only→* | 2,645.7 | 1,663.6 | 982.1 |

[1]Includes 27.1 square miles of home range area located outside of the 1993 Recovery Zone boundary (see Figure 1).
[2]Includes 20.9 square miles of roaded area outside the 1993 Recovery Zone boundary (see Figure 1).
[3]Includes 6.2 square miles of core area outside the 1993 Recovery Zone boundary (see Figure 1).

Our re-examination of roads in grizzly bear home ranges and the recovery zones (in the U.S.) demonstrates that the core area results from the Wakkinen and Kasworm (1997) research effort are a reflection of bears actively choosing these areas and not an indication that they had a lack of opportunity to select home ranges with fewer roads. This evaluation supports our use of the Wakkinen and Kasworm (1997) study results in developing access parameters for grizzly bears in these two ecosystems.

Conversely, in the South Fork study, one of the authors' objectives was to examine the relationship between grizzly bear habitat selections in regards to road densities on multiple-use lands. To this end, they completed what they considered to be a second-order resource selection analysis comparing road densities within female grizzly bear home ranges to a larger study area dominated by multiple-use management[38] (Mace and Manley 1993 and Mace et al. 1996). The composite home range of their 13 female grizzly bears was characterized by a lower road density of 1.02 mi/mi$^2$ (0.6 km/km$^2$) with 56 percent of the area unroaded versus the rest of the study area where road densities were 1.86 mi/mi$^2$ (1.1 km/km$^2$) and 30 percent was unroaded (ibid). However, their analysis was not a 'true' second-order resource selection analysis because their study area only represented six percent of the entire Northern Continental Divide Recovery Zone (i.e., home range within an entire geographical range=second order selection analysis) (Johnson 1980). However, since their objective was to examine use in relation to roads on multiple use lands this analysis was useful in determining the cutoff in open and total motorized road densities tolerated by grizzly bears using these kinds of areas within the recovery area. In addition, the South Fork researchers completed a third-order resource selection analysis when they examined grizzly bear use within a female multi-annual (1987-1992) composite home range in relation to total road

---

[37] Only the Selkirk recovery zone extends into British Columbia (B.C.). This assessment does not include areas within B.C.
[38] These areas were located on the Flathead National Forest and primarily included roaded areas where activities such as resource extraction and public recreation occur. Larger wilderness areas (e.g. Bob Marshall) and National Park lands (e.g. Glacier) were excluded from consideration. Inclusion of large tracts of unroaded habitat would have undoubtedly altered the statistical conclusions of the South Fork study data. However, given that the results were used to develop recommendations for road densities and secure habitat for application within these same multiple-use lands, their analysis was useful in answering this question—but does not represent a second-order analysis as defined by Johnson (1980).

13

FS-004658

density (Mace and Manley 1993). A subsequent characterization of grizzly bear habitat using seven of the female grizzly bears from this study was used to set OMRD: TRMD: core standards for the Flathead NF (i.e., Flathead Amendment 19). The researchers did not re-assess their Mace and Manley (1993) analysis for core area, ORMD, and TMRD in their 1996 publication with a larger sample size of female grizzly bears (Mace et al. 1996).

To summarize, both the NCDE South Fork and SCYE studies were completed in multiple-use areas that were typified by varying levels of road densities and significant levels of resource management including timber harvest and recreation. The SCYE researchers did not complete a second-order selection analysis examining home range selection versus the respective recovery zone boundaries. However, our review of the home ranges in relationship to available core areas in both ecosystems indicates that bears had opportunities to select large blocks of unroaded habitat that included an array of vegetation types, elevations, slopes, and aspects throughout the respective recovery zones. Our review indicates that the road density and core area results from the Wakkinen and Kasworm (1997) research are a reflection of bears actively choosing these areas and not an indication that they had a lack of opportunity to select their home ranges with fewer roads. This is true both in terms of visual inspection and percentage of core area acres available outside home ranges but within the recovery zone boundaries. The South Fork researchers conducted a partial second-order resource selection analysis in that it was truncated to only include consideration of multiple-use dominated lands rather than the entire recovery zone. Both research efforts completed a third-order resource analysis to determine grizzly bear tolerances to open and total road densities.

## Home Range Analysis

Another difference between the two studies involves the use of female home ranges in examining habitat use in relationship to the three access parameters. In both studies, researchers used the computer program CALHOME (Kie et al. 1996) and an adaptive kernel home range estimator (Worton 1987) with a 95 percent isopleth in calculating bears home ranges. However, the South Fork Flathead River researchers used a *composite* multi-annual (i.e., combination of multiple females) home range to examine this question in their 1993 progress report and 1996 publication (Mace and Manley 1993, Mace et al. 1996) while the Selkirk and Cabinet-Yaak effort was completed using an average of *individual* multi-annual home ranges (Wakkinen and Kasworm 1997).

In the case of the South Fork research, the study area and overlapping nature of the bear home ranges lent itself to characterizing overall female habitat use in relation to roads using one unified home range (Mace and Manley 1993; Mace et al. 1996). However, in their subsequent third-order seasonal habitat selection investigation for the South Fork study Mace et al. 1996 did not use composite home ranges from multiple bears because the authors recognized that "*pooling of individuals is not appropriate because resource availability and selection is unique to the individual bears*". Conversely, authors of the Selkirk/Cabinet-Yaak report were working with bears from two different disjunct recovery zones and it was not possible to combine habitat use into one unified home range. That being said, their use-availability analysis did provide OMRD: TRMD: core area data for the cumulative (or composite) home range within both recovery zones, and these levels are equal to or are worse (i.e., would protect less habitat) than the averages that characterize individual bear home ranges[39] (Table 2).

---

[39] Based on "available" habitat derived from individual home ranges that were layered on top of one another resulting in a cumulative area that was considered to be available to the bears in the recovery zone (Wakkinen and Kasworm 1997, pg 11). This is equivalent to the approach used in developing a composite home range for the South Fork Flathead River study (Mace and Waller 1997, pg 47 and 66). Available habitat for OMRD:TMRD:Core areas within the composite home range was derived

14

**Table 2. Summary of composite, individual bear, and associated averages for motorized access parameters by recovery zone, 1989-1994 (from Tables in Wakkinen and Kasworm 1997).**

| Recovery Zone | Study Area | Home Range Category | Motorized Access Parameters | | |
|---|---|---|---|---|---|
| | | | Percent OMRD > 1 mi/mi$^2$ | Percent TMRD > 2 mi/mi$^2$ | Percent Core Area |
| Selkirk | South (US) | Composite[1] | 34.5 | 26.4 | 54.6 |
| | | Bear 867 | 28.1 | 25.1 | 55.3 |
| | | Bear 1015 | 34.9 | 27.3 | 53.4 |
| | | Bear 1984 | 16.7 | 14.3 | 71.5 |
| | | Bear 1087 | 35.4 | 23.8 | 53.7 |
| | | Average for Bears | 28.8 | 22.6 | 58.5 |
| Cabinet-Yaak | Yaak | Composite[1] | 47.3 | 35.1 | 44.1 |
| | | Bear 106 | 34.5 | 27.7 | 53.3 |
| | | Bear 206 | 51.5 | 38.2 | 40.0 |
| | | Average for Bears | 43.0 | 33.0 | 46.7 |
| Average for all Bears in Both Recovery Zones | | | 33.5 | 26.0 | 54.5 |

[1] Based on "available" habitat derived from individual home ranges that were layered on top of one another resulting in a cumulative area that was considered available to the bears in the recovery zone (Wakkinen and Kasworm 1997). This is equivalent to the approach used in developing a composite home range for the South Fork Flathead River study (Mace and Waller 1997).

IGBC direction was to develop these access parameters "utilizing the largest *individual* annual home ranges of adult females" (IGBC 1994). Wakkinen and Kasworm (1997) followed this guidance when analyzing their bear data. In addition, an independent peer-review of the Amendment 19 analysis on the use of a composite multi-annual home range notes "*that it may be misleading to describe a core area by defining a composite home range using all telemetry locations for all female bears. If some female bears have more locations than others then the composite home range will be biased towards those females and could, in turn, affect the results of core size and the amount of roads an "average" bear will tolerate. A median core size and median amount of roads tolerant to bears may be a better metric*" (McClellan et al. 2000). In the case of the SCYE, a median OMRD: TMRD: core area value for the six bears would be 35:26:54 percent.

Two significant differences that likely influenced the resulting home range and observed OMRD, TRMD, and core area include the following:

- From a biological perspective it is worth noting that adult female home ranges from the South Fork Flathead River study were, on average, **2.5 times smaller** than the home ranges defined by the six adult females in the Selkirk/Cabinet-Yaak study (Mace and Waller 1997, Wakkinen and Kasworm 1997)[40]. This suggests a significant difference in the availability and juxtaposition of preferred seasonal habitats between the two ecosystems (Blanchard and Knight 1991; McLoughlin et al. 1999). Additionally, bear populations between the two studies are very different, with notably higher densities of bears residing in the North Continental Divide Ecosystem and South Fork Flathead study area (Mace and Manley 1993; Mace and Waller 1997) than in either the Selkirk or Cabinet-Yaak Ecosystems (USDI Fish and Wildlife Service 1993).

---

from Tables 10, 8, and 12 of Wakkinen and Kasworm (1997). Within home range availability for individual grizzly bears is from Tables 11, 9 and 13 of Wakkinen and Kasworm (1997).

[40] **South Fork Flathead River:** 10 females; average = 48 square miles with a range in size of 18 – 105 square miles.
 **Selkirk/Cabinet-Yaak:** 6 females; average = 120 square miles with a range in size of 83 – 335 square miles.
 The Flathead NF BMUs (subunits) are correspondingly much smaller than those developed for the SCYE (USDA ForestService 2007).

15

FS-004660

Social factors such as kinship, density, and population structure may significantly affect the resulting size of individual bear home ranges (Nagy and Haroldson 1990).

- Another important point regarding the development of the standards relates to the juxtaposition and availability of habitat by land ownership and the presence of Federal, state, or county highways within the composite home ranges of the study bears. The Wakkinen and Kasworm study bears were selecting habitats managed by multiple entities besides the Forest Service including the state of Idaho, private industrial forest companies, private land owners, and British Columbia provincial forestry lands where there were virtually no restrictions on motorized route development or associated vegetation management. Conversely, the study bears in the South Fork Flathead River study selected habitats located exclusively on NFS lands[41].

These differences help illustrate why application of standards developed in one area should not be applied to other populations without consideration of local conditions and variation in population parameters, habitat availability, and habitat selection. The IGBC took this into consideration when it advised recovery zone subcommittees to develop access standards based on local grizzly bear data (IGBC 1994).

To summarize, both research efforts used the same home range software and estimator when generating their female grizzly bear home ranges. However, the South Fork researchers chose to use a composite home range while Wakkinen and Kasworm (1997) opted to use the average of individual female home ranges, which is in line with IGBC direction. This approach provides a range of habitat selection data for review and development of management standards based on what an "average" bear will tolerate in regards to road density and available core area (range of variation). In the case of the SCYE study, both average and median values for individual access parameters (i.e., OMRD:TRMD:core area) from the Wakkinen and Kasworm (1997) study are within one to two percentage points of one another.

## Core Block Size

Core block size has been identified as a possible concern for habitat conditions in the Selkirk and Cabinet-Yaak Ecosystems. Neither Wakkinen and Kasworm (1997) nor the various research conducted in the South Fork Flathead River area of the North Continental Divide Ecosystem (Mace and Manley 1993, Mace et al. 1996, Mace and Waller 1997 and 1998) established a minimum effective core block size. The Flathead NF Amendment 19 uses a minimum core area size of 2,500 acres (3.9 square miles). The Biological Opinion for the Flathead Amendment 19 (USDI Fish and Wildlife Service 1995) noted that 83

---

[41] Application of the standards within individual BMUs differs among the three recovery zones. When applying the Amendment 19 standards, the Flathead NF does not include small private lands or large (>320 acres) lakes in core habitat calculations; and does not include small private lands, MS3 habitat, or large lakes in road density calculations: these acres are excluded from the acreage/percentage calculation after the buffering or moving window process was completed (Ake and Allen pers. comm. 2011, USDA Forest Service 1994a and 199b, USDI Fish and Wildlife Service 1995). This effectively eliminates motorized routes that occur off NFS lands. Conversely, forests in the SCYE include all roads on NFS and other lands as well as all lands regardless of ownership. While this difference in the application of standards would likely be inconsequential for BMUs where the majority of land ownership is managed by the National Forest (e.g., CYE—Cedar BMU; SE—Sullivan-Hughes BMU), it would create a more substantial disparity in BMUs with considerable small private parcels or highways/developments within or adjacent to their boundaries (e.g. CYE—Boulder BMU; SE—Lakeshore BMU). This may affect considerable variation in the on-the-ground results between the NCDE and the SCYE. For example, using the 2009 road condition as source data, analysis of Boulder BMU under the Flathead Amendment 19 protocol in ARC/Info would result in a 5 percent TMRD **decrease** (35 to 30 percent) compared to the methods currently employed in the SCYE. For this reason alone, it would be inappropriate to average the Flathead National Forest road density standards and standards derived from Wakkinen and Kasworm (1997).

16

percent of some adult female grizzly bear use was in unroaded blocks greater than 2,260 acres in size in the preliminary Mace and Manley study, but no sample sizes were disclosed nor was any statistical analysis completed in the 1993 report or subsequent report or journal article to substantiate this (or the 2,500 acre) number (Mace and Manley 1993, Manley et al. 1996, Manley and Waller 1997). McLellan et al. (2000) observed that the 2,500-acre figure was based on a personal communication from researcher Tim Manley[42]. Wakkinen and Kasworm (1997) demonstrate that smaller-sized core blocks tended to be underutilized by their study animals – particularly those of less than two square miles (1,280 acres). However, while more than 97 percent of the use by successfully reproducing females in the SCYE occurred in blocks greater than two square miles, actual use occurred in blocks as small as 0.22 square miles (141 acres). Although both study areas produced similar trends, use statistically exceeded availability of habitat in that category in only one instance (block sizes of 8-10 square miles by Cabinet-Yaak Ecosystem females), and this pattern of significance was not repeated by this same group in the greater than 10 square mile size class. The researchers were unable to determine a minimum core size with the data set available, but suggested that **if** it occurred, it was likely between two square miles and eight square miles[43].

Within the Cabinet-Yaak Ecosystem, more than 95 percent of core habitat is in blocks greater than four square miles in size based on 2009 reporting data (Table 3). The amount of core in smaller blocks ranges from less than 5 percent of the KNF and IPNF portions of the Cabinet-Yaak Ecosystem, to about 7 percent of the LNF portion[44]. See Figure 3 for spatial distribution of core habitats by block size category in the Cabinet-Yaak Ecosystem. Every BMU in the Cabinet-Yaak Ecosystem contains a portion of a large, interconnected core area block that is contiguous between adjacent BMUs. Six of 22 BMUs have core blocks of 4-8 square miles (Pulpit, Newton, East Fork Yaak, Spar, North Lightning and Mt. Headley), all of which are between four and six square miles except North Lightning (seven square miles).

---

[42] Conversely, a U.S. Fish and Wildlife Service biologist serving on the IGBC SCYE Access Taskforce team suggested that this figure was based on a 24 to 48 hour grizzly bear foraging area (USDI Fish and Wildlife Service 1996).

[43] An IGBC SCYE document states that SCYE "bears prefer large core polygons," with 90 percent of core use in blocks greater than ten square miles, and 95 percent of use in blocks greater than four square miles (IGBC SCYE 1997). This statement is seemingly at odds with an earlier statement from the same document that says "about 90 percent of bears used 4+ mi sq. for core." Moreover, the "ten square mile" statement misinterprets the results of the Wakkinen and Kasworm report it is supposed to have been based upon. Table 15 of the report shows that 88 percent of SE female locations, and 74 percent of CYE female core locations (half as many animals, but twice as many locations as the SE females) were in the greater than ten square mile category. The greater than 4 square mile category contained 94 percent and 89 percent of the SE and CYE female core locations, respectively. It is not clear how these numbers could be averaged out to 90 percent and 95 percent for the two categories. While the argument has been made that core blocks less than four square miles in size received "little use" in the Wakkinen and Kasworm (1997) study, blocks of this size accounted for about six percent and eleven percent of female core use in the SE and CYE, respectively.

[44] Eleven of the 22 CYE BMUs (1, 2, 3, 4, 5, 7, 9, 13, 17, 20 and 21) contained more than 55 percent core in blocks larger than four square miles in 2009. Four other BMUs (8, 12, 14 and 15) had 54 percent of the BMU in core blocks larger than four square miles. Of the remainder, BMU 10 (Pulpit) currently has 45 percent in core blocks larger than four square miles, but contains 50 percent of the BMU in core blocks larger than two square miles (the Alternative E-Updated standard is 52 percent core in this BMU). Similarly, BMU 11 (Roderick) has 49 percent in core blocks larger than four square miles, but has 51 percent in core blocks larger than two square miles and will require further improvements to reach the 55 percent standard (which may consolidate or enlarge existing smaller core blocks). BMU 16 (East Fork Yaak) has roughly 53 percent in core blocks larger than four square miles, and this percent may also increase as the BMU is brought up to the 55 percent standard. BMU 6 (Wanless) also contains 52 percent of core in blocks larger than two square miles (46 percent larger than four square miles), with core increases needed to meet the proposed standard. BMU 18 (Boulder) and 22 (Mt. Headley) contain 47 percent core in blocks larger than four square miles, but this will likely increase since the addition of at least 4 percent core is needed in these BMUs. BMU 19 (Grouse) is less than 75 percent federal ownership, and is unlikely to ever contain 55 percent core habitat. Nonetheless, more than 20,000 of the current 21,285 core acres are in blocks larger than four square miles.

**Table 3. Number of core blocks by size category in the Cabinet-Yaak Ecosystem, 2009**

| Predominant Administrative Unit | Bear Management Units (BMUs) | Core Block Size (square miles) | | |
|---|---|---|---|---|
| | | < 2 | 2-4 | > 4 |
| Kootenai National Forest | BMUs 1-17 | 87 blocks 16,511 acres 2.3% | 7 blocks 14,017 acres 1.9% | 21 blocks 695,596 acres 95.8% |
| Lolo National Forest | BMU 22 | 16 blocks 2,694 acres 3.2% | 2 blocks 3,474 acres 4.2% | 4[2] blocks 77,206 acres 92.6% |
| Idaho Panhandle National Forest | BMUs 18, 19, 20, and 21 | 26[1] blocks 4,739 acres 3.6% | 1 blocks 1,302 acres 1.0% | 5[1] blocks 126,789 acres 95.4% |
| | Total | 128 blocks 23,944 acres 2.5% | 10 blocks 18,793 acres 2.0% | 27 blocks 899,591 acres 95.4% |

[1] Indicates one core area block shared with KNF
[2] Indicates two core areas shared with the KNF

Analysis of the SE core habitat is limited to BMUs encompassed by or largely within the IPNF, and therefore does not include the LeClerc BMU (which is administered by the Colville NF) or the State Lands BMU (administered by Idaho Department of Lands). Table 4 shows the number of core habitat blocks within this portion of the SE by size category at the end of 2009. See Figure 4 for spatial distribution of core habitat by block size category in the Selkirk ecosystem.

**Table 4. Number of core habitat blocks by size category in the Selkirk Ecosystem, 2009**

| Administrative Unit | Core Block Size (square miles) | | |
|---|---|---|---|
| | < 2 | 2-4 | >4 |
| Idaho Panhandle National Forest Total | 46 blocks 9,471 acres 3.1% | 2 blocks 3,298 acres 1.1% | 8 blocks 294,467 acres 95.8% |

18

FS-004663



**Figure 3. Cabinet-Yaak Recovery Zone core area habitat by core block size in 2009.**

19



**Figure 4. Selkirk Recovery Zone core area habitat by core block size in 2009.**

20

FS-004665

Similar to the CYE, about 96 percent of core in the SE is in habitat blocks greater than four square miles in size. Five of the eight BMUs affected by the Forest Plan Amendments for Motorized Access[45] decision contain more than 55 percent core in blocks greater than four square miles in size. Kalispell-Granite BMU currently contains 45 percent core in larger blocks, but this number will increase to 53 percent once the Lakeview-Reeder Roads Decision is fully implemented (under contract to be completed in 2011). It has long been acknowledged that Lakeshore BMU is unlikely to meet research standards due to its small size (about 30 square miles), mixed land ownership, and high proportion of Management Situation (MS) 3 lands (USDI Fish and Wildlife Service 1993). Blue-Grass BMU currently contains about one percent core in small (less than two square miles) blocks, and will likely continue to even once the 55 percent threshold is achieved. Similar to the CYE, all SE BMUs contain large blocks of interconnected core habitat that is contiguous between adjacent BMUs. Furthermore, the issue of core blocks greater than four square miles versus core blocks greater than eight square miles is moot in the SE. Only one core block greater than four square miles (split between the Lakeshore and Kalispell-Granite BMUs) is less than eight square miles in size, and only so by less than ten acres.

Both ecosystems, taken as a whole, currently meet or exceed the percentage of core habitat in blocks greater than two square miles in size that was preferred by reproducing female grizzly bears in the Wakkinen and Kasworm (1997) study (i.e., 97 percent). This situation has improved considerably in both ecosystems since the 1989-1994 time periods[46] when their bear data were being collected (see Figures 1 through 4)[47]. Furthermore, maintaining scattered, small blocks of core habitat provides the starting point for the possibility of building larger blocks of core around those areas in the future and to connect existing core areas. In order to meet core habitat standards set forth in the Motorized Access Amendment, several BMUs in each ecosystem will have additional core created during implementation of the proposed action. It is likely that the percentage of core habitat consisting of larger blocks (greater than four square miles) could increase further.

In summary, while Wakkinen and Kasworm (1997) showed grizzly bear use increased with larger core habitat block size, they were ultimately unable to identify a block size below which grizzly bear use was less than expected (i.e., avoided). However, the percentage of core habitat in small blocks is currently low in both recovery zones and is likely to be further reduced as additional larger blocks of core habitat are created. Of the 22 Cabinet–Yaak Ecosystem BMUs, 15 contain at least 54 percent core habitat in patches larger than four square miles, and five others contain about 50 percent core in patches larger than two square miles (the lower end of the range the study authors suggested may represent a minimum area of core utility). Similarly, six of the eight Selkirk Ecosystem BMUs affected by the Forest Plan Amendments for Motorized Access contain (or will upon completion of existing projects) more than 53 percent core in blocks larger than four square miles, with core improvements in the Blue-Grass BMU likely to occur in this size category. Finally, lacking clear research evidence that core areas of smaller size are actively avoided by bears as non-core areas are, there is currently no biological basis to discount or ignore smaller blocks of core.

---

[45] Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones.

[46] For example, see Summerfield et al. (2004) Figure 9, which spatially displays growth and consolidation of core areas in the Garver BMU between 1987 and 2001.

[47] Secure grizzly bear habitat on NFS lands (i.e., core area) has increased in the Selkirk and Cabinet-Yaak recovery zones by approximately 390,015 acres (Selkirks=74,150; Cabinet-Yaak=315,865 acres) from the days of maximum road construction and use (Figures 1 and 2) to conditions in 2009 (Figures 3 and 4). **This equates to more than an 11 and 18 percent increase in overall core area in the Selkirk (U.S. only) and Cabinet-Yaak recovery zones, respectively, since implementation of habitat security measures began in the late 1980s.**

## GIS and Moving Windows Data Analysis Comparisons between the SCYE and NCDE Studies

Direct comparison of OMRD: TMRD: Core findings among the Mace and Manley (1993) report, the Flathead National Forest Amendment 19 (USDA Forest Service 1994a) analysis of some of the bears from the Mace and Manley {1993} report), the Mace et al. (1996) publication, and the Wakkinen and Kasworm (1997) report, is problematic due to many differences in the way the data were analyzed and presented. These differences included: 1) GIS software used for the moving window analysis[48] to determine open and total road densities (EPPL7 versus ERDAS versus ARC/Info); 2) Size and shape of moving window (1 km$^2$ versus 1 mi$^2$ and square versus round); (3) road buffering distance (0.5 mile versus 500 meters/0.31 miles); and 4) exclusion or inclusion of private property, some motorized routes, and MS3 designated lands (Attachment B). To summarize:

➢ Mace and Manley (1993) ran their moving windows analyses using the EPPL7 program – an early, raster (grid)-based GIS software developed by the State of Minnesota. In the analysis for the development of Amendment 19 (USDA Forest Service 1994a and 1994b), the standards were developed using EPPL7, although the Flathead NF used ERDAS to describe their environmental baseline (ERDAS, Inc.; Atlanta, GA) – also a raster-based program, but somewhat more robust than EPPL7 – and later ARC/Info ((Ake and Allen pers. comm. 2011). Wakkinen and Kasworm (1997) used ARC/Info software (Esri, Inc.; Redlands, CA) to calculate road density values. ARC/Info is a vector (line)-based GIS, and therefore offers advantages with respect to mapping accuracy of linear features (roads) (Attachment B). All three software packages involve rasterization: a conversion of a vector feature (such as roads) to a raster feature to conduct the moving window analysis. In ARC/Info, the moving window output is then converted back to a vector feature for final percentage calculations. While EPPL7 and ERDAS use similar algorithms for rasterization, ARC/Info uses a very different algorithm. The result is that approximately 18% more cells take on the identity of the linear feature in the rasterized file when using ARC/Info compared to EPPL7 and ERDAS (Ake and Allen pers. comm. 2011). This difference in estimation of total road miles during the rasterization process is then carried over to the final density layer. Wakkinen and Kasworm (1997) calculated this "correction factor" to be 0.805[49], and incorporated it into the table used to define density classes[50].

➢ Additionally, the three different analyses used slightly different "windows" to determine road densities. Mace and Manley employed a 1 mile$^2$ square window (1993) and a 1 km$^2$ square window (Mace et al. 1996), the Flathead Amendment re-analysis used a 1 mi$^2$ square window (USDA Forest Service 1994a), and Wakkinen and Kasworm (1997) used a 1 mi$^2$ circular window (Attachment B).

While developing Amendment 19, the Flathead National Forest ran several moving window comparisons using different combinations of GIS software and input parameters (circular and square windows of varying sizes; Ake and Allen pers. comm. 2011). Regarding shape (circular versus square) of the moving

---

[48] As defined originally by Turner and Gardner (1990). To determine a moving window density, motorized routes were buffered to create density contour maps based on a set pixel (cell) size. Effective road density around each pixel was determined by calculating the amount of road within a set window distance (e.g. 1 mi$^2$) around each pixel (Wakkinen and Kasworm 1997).
[49] Rasterization would result in one mile of road for every 0.805 actual miles.
[50] The "remap" table in the "SLICE" step.

22

window, their analysis found that the percentages were generally within one percent of each other, but could differ by between one and 3.5 percent about 33 percent of the time[51].

Comparison of different software packages disclosed percentage differences that were somewhat larger still between the different software than between differing window shapes. Besides the raster- and vector-based programs using different algorithms to rasterize vector features (discussed above), EPPL7 also had a tendency to place more cells in lower density classes than ERDAS when running identical datasets. This would result in lower density estimates for OMRD and TMRD when using EPPL than when running the same data using ERDAS. The author of the Flathead Amendment 19 analysis protocol cautioned that "*the same software package must be used for all analyses so that results are comparable*" (Ake and Warren 1995).

We did not have access to direct comparisons between a 1 mi$^2$ versus 1 km$^2$ window size. This would be impossible to do after the fact, since the results would have to be converted to like units prior to being placed in the various density classes. It is unclear how this would affect the higher density classes used for OMRD and TMRD calculations, but it is obvious from our cursory analysis, and from the analysis done for Flathead Amendment 19, that relatively more cells fall into the "0.0" category with smaller window sizes (1 km$^2$ compared to 1 mi$^2$.

The IGBC recognized the differences in research, data collection, and analysis among the various grizzly bear research efforts, and noted that, "as such, the data sets lend themselves to dissimilar analysis with which to develop access management strategies" (IGBC 1998). Despite this assessment, many comparisons have been made between the Wakkinen and Kasworm (1997) results and the standards established for the Flathead National Forest Amendment 19. In the 2006 litigation, plaintiffs drew attention to the comments made by biologists from the Spokane U.S. Fish and Wildlife Service office. In one instance, a biologist made the suggestion to "average" the results from the two studies in 1998 after the Access Taskforce team presented the results of the Wakkinen and Kasworm study to the SCYE IGBC subcommittee (USFWS 1998). No rationale was provided by this biologist to support pooling information from the two studies. Subsequent discussion and review by the SCYE Subcommittee members (of which the Spokane USFWS Field Supervisor was a member) in 1999 resulted in unanimous support of the Interim guidelines and rule set based on the Wakkinen and Kasworm study results alone. The Spokane USFWS office later used Wakkinen and Kasworm (1997) as the "best available indication of habitat conditions used by grizzly bears in the Selkirk and Cabinet-Yaak Ecosystems" in completing their 2001 amended Biological Opinion regarding the continued operation of the Idaho Panhandle National Forest Plan (USFWS 2001).

In conclusion, each of the OMRD:TRMD:core area analyses were conducted using different GIS software and parameters, and the three methods should not be expected to reliably produce similar results from identical data. Notable differences in the amount of core area (i.e., 68 percent—Flathead Amendment 19) versus roadless areas (i.e., 46 and 56 percent—Mace and Manley 1993; Mace et al. 1996) to describe the composite home range of South Fork Flathead River female grizzlies bears from 1987-1992 and 1990-1994, respectively, demonstrates how differences in data analysis parameters, software, and the pool of female bears used in the evaluation can contribute to very different results. Attempting to "pool" road density data with research from the Selkirk and Cabinet-Yaak Ecosystems that incorporated not only completely different software, but differing criteria for inclusion/exclusion of roads and habitat areas—

---

[51] Results were compared across 14 BMUs. Using a 1 mi$^2$ window, 6 of 14 BMUs had >1% error in the ">2" column (representative of what is reported for TMRD), but only 2 of 14 had >1% error in the added ">2" and "1.1-2.0" columns (representative of OMRD) – resulting in >1% error 29% (8 of 28) of the time. Using a 1 km$^2$ window size, 8 of 14 BMUs had more than 1% error in the ">2" column, and 2 of 14 in the added ">2" and "1.1-2.0" columns – giving a >1% error rate of 36% (10 of 28).

23

let alone significant differences in habitat selection as reflected in dramatically different home range sizes—is biologically unsound and statistically problematic.

## Conclusions

We conclude that the Wakkinen and Kasworm (1997) report provides the best data available for determining recommendations for the management of grizzly bear habitat in relationship to motorized routes for the Selkirk and Cabinet-Yaak Ecosystems. The subject bears included six female grizzly bears that successfully produced at least two or more offspring before or during the research period (1989-1994) and represented 15 percent of the estimated population of grizzly bears occupying the two ecosystems at that time. Sample sizes were small, but were in line with the South Fork Flathead River research efforts examining the same relationship between grizzly bears and roads. This was a reflection of the difficulty in researching a wide-ranging and low density animal and was not a result of a lack of effort to obtain a larger sample size of successfully reproducing female grizzly bears within the SCYE. In addition, inclusion of some habitat selection data from the one study bear that was an independent subadult for one year of the study did not alter the results of the analysis, because she continued to use the same general home range area even after maturing.

The Wakkinen and Kasworm (1997) study bears represented a "successful" portion of the population based on documented reproduction by all six bears. Indeed, bear 106 is known to have produced 13 cubs from the time of her capture in 1986 until her death in 1999. Moreover, at least five of the six bears are known to have produced cubs that survived to dispersal with at least four female cubs successfully producing cubs during—and well after—the study was completed. Likewise, the death of two Selkirk study bears at the hands of hunters after the study was completed does not render their habitat selection data invalid or biased, as the selection of more secure habitat would not have necessarily prevented these mortalities. It is clear from research in the North Continental Divide, Selkirk, Cabinet-Yaak, and Yellowstone Ecosystems that human-caused grizzly bear mortality is not a simple function of the availability of motorized access. Rather, grizzly bear mortality risk is also heavily influenced by the existence of state and provincial authorized big game hunting seasons, the availability of human-produced attractants that draw in and potentially habituate grizzly bears, and the amount and juxtaposition of private property and its associated development.

Furthermore, while the researchers did not evaluate home range selection in relationship to motorized routes within the entire recovery zone (i.e., second order selection) our examination of the six home ranges in relationship to a conservative picture of core areas available during the late 1980s demonstrates that the study bears did indeed have other large areas devoid of motorized routes that they could have utilized throughout ecosystem in the early 1990s. Many of these unroaded habitats were as large—or larger—than the observed multi-annual home range sizes of the six bears and included a range of habitats by elevation, slope, aspect, and cover type. This information supports our conclusion that the road density and core area results from the Wakkinen and Kasworm (1997) research are a reflection of bears choosing these areas—and their associated road densities—and not an indication of a lack of opportunity to select home ranges characterized by lower road densities.

Wakkinen and Kasworm (1997) were unable to determine if a minimum effective core block size existed from their data. Likewise, a minimum core block size similarly was never established for the South Fork Flathead River research, although the Flathead National Forest's selection of 2,500 acres appears to have some connection with the preliminary radio-telemetry findings as of 1993. Regardless, only a small proportion of BMUs in the Selkirk and Cabinet-Yaak Ecosystems contain core in patches smaller than 2,500 acres, and the current overall distribution of core size in both of these ecosystems closely reflects that used by reproducing female bears in the Wakkinen and Kasworm (1997) study. While it is possible

FS-004669

that core blocks of larger size may be preferred by grizzly bears, there presently is insufficient justification for dismissing smaller core blocks in the Selkirk and Cabinet-Yaak Ecosystems.

Finally, results of research conducted in the Selkirk and Cabinet-Yaak Ecosystems (Wakkinen and Kasworm 1997) are difficult to directly compare against those used to develop the Flathead National Forest's Amendment 19 for a number of reasons. Different software packages and moving windows analysis parameters have been shown to produce contradictory results up to one-third of the time. Additionally, contrasting differences in land ownership patterns within the composite grizzly bear home ranges between the two studies likely influenced the resulting habitat use patterns in regards to available motorized routes, making direct comparison inadvisable and problematic.

25

FS-004670

# References

Allen, L.R. 2011. A review of grizzly bear recurring use areas associated with the Selkirk and Cabinet-Yaak ecosystems. Unpublished Report.

Aune K.A. and W. Kasworm. 1989. Final report: east front grizzly studies. Montana Department of Fish, Wildlife and Parks. Helena, MT. 332 pp.

Blanchard, B.M. and R.R. Knight. 1991. Movements of Yellowstone grizzly bears, 1975-1987. Biological Conservation 58:41-67.

Burt, W.H. 1943. Territoriality and home range concepts as applied to mammals. Journal of Mammalogy 24:346-352.

Interagency Grizzly Bear Committee (IGBC). 1994. Taskforce Report:Grizzly bear/motorized access management. Interagency Grizzly Bear Committee. 8 pp.

Interagency Grizzly Bear Committee (IGBC). 1998. Taskforce Report:Grizzly bear/motorized access management. Revised. Interagency Grizzly Bear Committee. 8 pp.

Interagency Grizzly Bear Committee (IGBC) Selkirk/Cabinet-Yaak Ecosystem Subcommittee. 1997. Grizzly bear access briefing. February 1997. 20 pp.

Interagency Grizzly Bear Committee (IGBC) Selkirk/Cabinet-Yaak Ecosystem Subcommittee. 2010. Fall meeting notes. December 1, 2010. 14 pp.

Interagency Grizzly Bear Committee (IGBC) Selkirk/Cabinet-Yaak Ecosystem (SCYE) Subcommittee. 2011. Spring meeting notes. June 9, 2011. 5 pp.

Johnson, D.H. 1980. The comparison of usage and availability measurements for evaluating resource preference. Ecology 61:65-71.

Johnson, W. 2007. In defense of Wakkinen and Kasworm (1997) paper as the "best science" in the Selkirk and Cabinet-Yaak grizzly bear ecosystems. Unpublished report. USDA Forest Service, Kootenai NF, Libby, MT. 9 pp.

Kasworm, W.F. and T. Manley. 1988. Grizzly bear and black bear ecology in the Cabinet Mountains of northwest Montana. Montana Fish, Wildlife, and Parks report.

Kasworm, W.F., H. Carriles, T.G. Radandt, and C. Serveeen. 2007. Cabinet-Yaak Grizzly Bear Recovery Area 2006 Research and Monitoring Progress Report. USFWS Grizzly Bear Recovery Coordinator's Office, Univ. of MT, Missoula, MT. 73 pp.

Kasworm, W., H. Carriles, T.G. Radandt, M. Proctor, and C. Servheen. 2009. Cabinet-Yaak Grizzly Bear Recovery Area 2008 research and monitoring progress report. U.S. Fish and Wildlife Service, Missoula, Montana. 76 pp.

Kie, J.G., J.A. Baldwin, and C.J. Evans. 1996. CALHOME: a program for estimating animal home ranges. Wildlife Society Bulletin 24:342-344.

Knick, S.T. 1988. Selkirk mountain grizzly bear study (1985-1987). Final Report E-3-3. Idaho Department of Fish and Game. Boise, Idaho. 75 pp.

FS-004671

Mace, R.D. 2004. Integrating science and road access management: Lessons from the Northern Continental Divide Ecosystem. Ursus Workshop Supplement 15:129-136.

Mace, R.D. and T.L. Manley. 1993. South Fork Flathead River Grizzly Bear Project: Progress Report for 1992. Montana Dept. Fish, Wildlife and Parks, USDA Forest Service, Intermountain Research Station, USDI Fish and Wildlife Service, National Fish and Wildlife Foundation. 34pp.

Mace, R.D., J.S. Waller, T.L. Manley, L. Jack Lyon, and H. Zuuring. 1996. Relationships among grizzly bears, roads and habitat in the Swan Mountains, Montana. Journal of Applied Ecology 33: 1395-1404.

Mace, R.D. and J.S. Waller. 1997. Final Report: grizzly bear ecology in the Swan Mountains, Montana. Montana Fish, Wildlife and Parks, Helena, MT. 191pp

Mace, R.D. and J.S. Waller. 1998. Demography and population trend of grizzly bears in the Swan Mountains, Montana. Conservation Biology Vol. 12, No. 5 October 1998 pages 1005-1016.

Mattson, D.J. 1993. Background and proposed standards for managing grizzly bear habitat security I the Yellowstone ecosystem. Unpublished University of Idaho, Moscow. 17 pp.

McClellan, B. 1985. Use availability analysis and timber selection by grizzly bears. Pages 163-66 *in* G. Contreras and K. Evans, comps. Proceedings of the grizzly habitat symposium, Missoula, Montana. U.S. Forest Service General Technical Report INT-207. U.S. Forest Service Intermountain Research Station, Ogden, UT.

McLellan, B. 1989. Effects of resource extraction industries on behavior and population dynamics of grizzly bears in the Flathead drainage, British Columbia and Montana. Ph.D. Dissertation. University of British Columbia, Vancouver. 116 pp.

McLellan, B., M.A. Sanjayan, and N. Silvy. 2000. Peer review of the motorized access management strategies for grizzly bear habitat in the Northern Continental Divide Ecosystem. Internal U.S. Fish and Wildlife Service document dated September 19, 2000.

McLoughlin, P.D., R.L. Case, R.J. Gau, S.H. Ferguson, and F. Messier. 1999. Annual and seasonal movement patterns of barren-ground grizzly bears in the central Northwest Territories. Ursus 11:79-86.

Nagy, J.A. and M.A. Haroldson. 1990. Comparison of some home range and population parameters among four grizzly bear populations in Canada. International Conference on Bear Research and Management 8:227-235.

Neu, C.W., C.R. Byers, and J. M. Peek. 1974. A technique for analysis of utilization-availability data. Journal of Wildlife Management. 38:541-545.

Peek, J.M. 1986. A review of wildlife management. Prentice-Hall, New Jersey.

Platt, T.M. 1992. Cabinet-Yaak grizzly bear ecosystem: 1992 Forest Service road closure program compliance inventory. University of Montana Department of Environmental Studies. 19 pages and Appendices.

Schwartz, C.C., M.A. Haroldson., and G.C. White. 2010. Hazards affecting grizzly bear survival in the Greater Yellowstone Ecosystem. Journal of Wildlife Management 74:654-667.

Thier, T.J. 1990. Population characteristics and effects of hunting on black bears in a portion of northwestern Montana. University of Montana. Missoula, Montana.

27

Turner, M.G. and R.H. Gardner. 1990. Quantitative methods in landscape ecology. The analysis and interpretations of landscape heterogeneity. Springer-Verlag. New York. 536 pp.

USDA Forest Service. 1994a. Biological Assessment for Forest Plan Amendment 19. Dated October 1994. 39 pp. Appendix A and B.

USDA Forest Service. 1994b. Addendum to the Biological Assessment for Forest Plan Amendment 19. Dated December 1994. 5 pp.

USDA Forest Service. 1995. Forest Plan Amendment 19. Allowable sale quantity and standards for grizzly bear habitat management. Amended Environmental Assessment. Flathead National Forest, Kalispell, MT.

USDA Forest Service. 2007. Forest Monitoring FY 1999-2007. Item # 16a and b. Grizzly bear habitat management. Flathead National Forest, Kalispell, MT.

USDI Fish and Wildlife Service. 1993. Grizzly Bear Recovery Plan. Missoula, Montana. 181 pp.

USDI Fish and Wildlife Service. 1995. Biological Opinion on Amendment 19 to the Flathead National Forest Plan. U.S. Fish and Wildlife Service Montana Field Office, Helena, MT. 53 pp.

USDI Fish and Wildlife Service. 2001. Amended Biological Opinion for the continued implementation of the Idaho Panhandle National Forest Land and Resource Management Plan. FWS Reference 1-9-00-F-1 85 pp.

Volson, D. 1994. Habitat use of a grizzly bear population in northern Idaho. M.S. Thesis, University Idaho. Moscow, Idaho. 106 pp.

Wakkinen, W.L. 1993. Selkirk Mountains grizzly bear ecology project. December 1992-December 1993. Idaho Department of Fish and Game. Threatened and Endangered Species Project, E-3-8. 20pp.

Wakkinen, W.L. 2010. Update for the Interagency Grizzly Bear Committee (IGBC) Selkirk/Cabinet-Yaak Ecosystem (SCYE) Subcommittee spring meeting. May 18, 2010. 2 pp.

Wakkinen, W.L. and P. Zager. 1992. Selkirk Mountains Grizzly bear ecology project. November 1991 – November 1992. Idaho Department of Fish and Game. Threatened and Endangered Species Project, E-3-7. 26pp.

Wakkinen, W.L. and B. K. Johnson. 2000. Selkirk Ecosystem project. December 1998 - December 1999. Idaho Department of Fish and Game. Threatened and Endangered Species Project, E-14-4. 49pp.

Wakkinen, W.L. and W.F. Kasworm. 1997. Grizzly Bear and Road Density Relationships in the Selkirk and Cabinet-Yaak Recovery Zones. Idaho Department of Fish and Game and U.S. Fish and Wildlife Service. 28pp.

Wakkinen, W.L., B.K. Johnson and B. Moore. 2010. Selkirk Ecosystem project. January 2009 – July 2010. Idaho Department of Fish and Game. Threatened and Endangered Species Project, E-14-15. August 2010. 46pp.

Waller, J.S. and C. Servheen. 2005. Effects of transportation infrastructure on grizzly bears in northwestern Montana. Journal of Wildlife Management 89:985-1000.

Weilgus, R.B. and F.L. Bunnell. 1995. Tests of hypotheses for sexual segregation in grizzly bears. Journal of Wildlife Management. 59:552-560.

28

Worton, B.J. 1987. A review of models of home range for animal movement. Ecological Modeling. 38:277-298.

## Personal Communications

Ake, K., and L.R. Allen. 2011a. Personal communication between Lydia Allen, IPNF Forest Wildlife Biologist and Kathy Ake, Flathead NF GIS specialist; including references to the following Flathead National Forest process documents:

- "Comparison of Moving Window Analysis Methods"(Dated 6/13/1994)
- "Comparison of ERDAS to EPPL7 Moving Window Analysis". Dated 6/14/1994.
- "Significant differences between ARC/Info and ERDAS rasterization algorithms." Dated 5/17/1996.
- "Protocol Paper: Flathead National Forest, Amendment 19". Dated 9/1/1994, 2/22/1995, 11/20/2001, and 3/3/2008.
- Amendment 19: Allowable Sale quantity and objectives and standards for grizzly bear habitat management.

Allen, L.R. and K. Ake. 2011b. Phone call between Lydia Allen, IPNF Forest Wildlife Biologist, and Kathy Ake, Flathead NF GIS specialist, concerning analysis of the Montana Fish, Wildlife, and Parks grizzly bear data in relation to land ownership and motorized routes. Dated September 2011.

Allen, L.R. and D. Carr, D. 2009. Personal communication between Lydia Allen, IPNF Forest Wildlife Biologist, and Don Carr, retired Idaho Fish and Game Conservation Officer, concerning the details of a 1993 grizzly bear mortality case that he investigated. Dated March 24, 2009.

Allen, L.R. and W. Wakkinen, W. 2011. Personal communication between Lydia Allen, IPNF Forest Wildlife Senior Research Biologist, and Wayne Wakkinen, Idaho Department of Fish and Game Biologist, regarding loss of grizzly bear blood samples for the four Selkirk Recovery Zone female grizzly bears. Dated August 22, 2011.

Kasworm, W., A. Vandehey, and B. Holt. 2003. Personal communication (email) from Wayne Kasworm to Anne Vandehey and Bryon Holt regarding his review of the T. Merrill report. Dated December 11, 2003. Draft.

Wakkinen, W. and L.R. Allen. 2011a. Personal communication between Wayne Wakkinen, Idaho Department of Fish and Game Senior Research Biologist and Lydia Allen, IPNF Forest Wildlife Biologist, regarding paucity of data on sex and fate of grizzly bear cubs. Email dated August 23, 2011.

Wakkinen, W. and L.R. Allen. 2011b. Personal communication between Wayne Wakkinen, Idaho Department of Fish and Game Senior Research Biologist and Lydia Allen, IPNF Forest Wildlife Biologist, regarding reproduction and cub survival of the four female Selkirk study bears reproduction and cub survival. Dated April 19, 2011.

## Reviewed By

Wayne Kasworm (April 2011)
Wayne Wakkinen (April 2011)
Kathy Ake (August 2011)

29

FS-004674

**Attachment A.** Summary of known productivity, relationship among study animals, and causes of death for the female study bears used in the Selkirk/Cabinet-Yaak and South Fork Flathead River grizzly bear projects. Gray shaded areas represent the time period that individual bear relocation data was included in the respective study for evaluation of habitat selection in relation to roads. Data from Kasworm et al. 2009, Mace & Manley 1993, Mace et al. 1996, Mace & Waller 1997, and Wakkinen & Johnson (2000). NA=Not Applicable; Unk=Unknown (dropped/failed collar).

| Ecosystem | Bear ID# | Year | | Age[1] OR Productivity of radio-collared female grizzly bears (number young/age of young) | | | | | | | | | | Status[2] | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1st Captured | Born | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | | |
| Selkirk | 867 | 1983 | 1978 | 2/0.5 | 1/1.5 | 2/0.5 | 2/1.5 | 2/2.5 | | 1/0.5 | 2/1.5 | 2/0.5 | NA | Dead | Poaching mortality 11/93 |
| | 1015 | 1985 | 1980 | A | A | 2-0.5 | 2/1.5 | 2/2.5 | 2/0.5 | 2/1.5 | 2/2.5 | NA | NA | Dead | Self Defense mortality 9/92 |
| | 1984 | 1987 | 1969 | - | - | 2/2.5 | A | A | A | A | Unk | Unk | Unk | Unknown | Collar failed 10/91 |
| | 1087 | 1987 | 1979 | - | - | A | A | Unk | Unk | Unk | Unk | Unk | Unk | Unknown | Collar dropped 9/89 |
| Cabinet - Yaak | 106[a] | 1986 | 1978 | - | 2/0.5 | 1/1.5 | 3/0.5 | 3/1.5 | 3/2.5 | 2/0.5 | 2/1.5 | 2/0.5 | 2/1.5 | Unknown | Collar dropped 7/94 |
| | 206[a] | 1990 | 1988 | - | - | - | - | - | SA | SA | SA | A | 2/0.5 | Unknown[3] | Collar failed spring of '94 |
| Northern Continental Divide / South Fork Flathead River Study | 1 | 1987 | 1975 | - | - | 2/1.5 | 2/2.5 | NA | NA | NA | NA | NA | NA | Dead | Mistaken ID mortality 5/88. |
| | 97 | 1988 | 1972 | - | - | - | A | NA | NA | NA | NA | NA | NA | Dead | Natural causes 9/88 |
| | 14 | 1989 | 1977 | - | - | - | - | A | 2/0.5 | 2/1.5 | 2/2.5 | Unk | Unk | Unknown | Unsure of status after 1992 |
| | 5 | 1987 | 1979 | - | - | A | A | A | A | 1/0.5 | 1/1.5 | 1/2.5 | Unk[4] | Active | Unsure of status after 1993 |
| | 45 | 1990 | 1970 | - | - | - | - | - | A | 1/0.5 | 1/1.5 | 1/2.5 | Unk[4] | Active | Unsure of status after 1993 |
| | 48[c] | 1990 | 1979 | - | - | - | - | - | A | 2/0.5 | 2/1.5 | 2/2.5 | Unk[4] | Active | Unsure of status after 1993 |
| | 54 | 1988 | 1979 | - | - | - | A | 2/0.5 | 2/1.5 | 2/2.5 | 1/0.5 | 1/1.5 | 1/2.5 | Active | |
| | 90 | 1988 | 1972 | - | - | - | 3/1.5 | 3/2.5 | A | 2/0.5 | 2/1.5 | 2/2.5 | 2/3.5 | Active | |
| | 143 | 1988 | 1982 | - | - | - | A | A | A | 2/0.5 | NA | NA | NA | Dead | Natural death w/cubs in 5/91 |
| | 3[b] | 1987 | 1986 | NA | NA | SA | SA | SA | SA | A | A | NA | NA | Unknown | Collar dropped ≤1992 |
| | 8[c] | 1993 | 1991 | NA | NA | NA | NA | NA | NA | - | - | SA | SA | Active | |
| | 18[d] | 1990 | 1987 | NA | NA | NA | NA | NA | SA | SA | 1/0.5 | 1/1.5 | 1/2.5 | Active | |
| | 26 | 1992 | 1987 | NA | NA | - | - | - | - | - | A | A | A | Dead | Mistaken ID mortality, 9/94 |
| | 69 | 1992 | 1988 | NA | NA | NA | - | - | - | - | SA | A | A | Active | |
| | 137[d] | 1988 | 1987 | NA | NA | - | SA | SA | SA | SA | A | NA | NA | Unknown | Collar failed ≤1992 |
| | 147[b] | 1987 | 1986 | NA | - | SA | SA | A | 2/0.5 | 2/1.5 | 2/1.5 | A | NA | Dead | Management Removal mortality 9/93 |

[1] A = Adult; SA = Subadult (<5 years old)
[2] Known status at completion of project.
[3] Known to have successfully produced at least two sets of cubs from 1994-1999
[4] Unsure whether this bear was still collared/alive in 1994. This review assumes these 3 bears were likely alive and part of the South Fork Study in 1994.

[a] Indicates Cabinet-Yaak ecosystem mother/daughter relationship
[bcd] Indicates Northern Continental Divide ecosystem mother/daughter relationship

Mace and Manley (1993) bears (N=9 bears)    Flathead Amendment 19 (1994) bears (N=7 bears)    Mace et al. (1996) bears (N=13 bears)

**Attachment B.** Summary of data analysis and biological data used in the South Fork Flathead River study in the Northern Continental Divide grizzly bear recovery zone versus the Selkirk and Cabinet-Yaak recovery zones.

| | Grizzly Bear Study Area Research Parameters | Grizzly Bear Ecosystem, Research Effort Authors, and Reporting Method | | | |
|---|---|---|---|---|---|
| | | Northern Continental Divide (Mace and Manley 1993) *Progress Report* | Northern Continental Divide Flathead NF Amendment 19 *Additional Characterization of Mace & Manley data for FS document by R. Mace* | Northern Continental Divide (Mace et al. 1996) *Journal Article* | Selkirk/Cabinet-Yaak (Wakkinen and Kasworm1997) *SCYE IGBC Report* |
| **Study Area** | Recovery Zone Area (mi²) | 9,575 mi²- NCDE | 9,575 mi²- NCDE | 9,575 mi²- NCDE | 2,200 mi²-Selkirk Mountains (US/BC) 2600 mi²- Cabinet-Yaak (US) |
| | Study Area (mi²)-Multiple Use | 563 mi²- S. Fork Flathead | 563 mi²- S. Fork Flathead | 563 mi²- S. Fork Flathead | 829 mi² (composite home range of 6 bears) |
| | Land Ownership of Composite Home Range | National Forest only | National Forest only | National Forest only | Mixed Ownership—NFs, B.C. provincial lands, Idaho state lands, industrial forests, & private |
| | Study Period | 1987-1992 | 1987-1992 | 1990-1994 | Selkirks:1989-1991 / Cabinet-Yaak:1990-1994 |
| **Data Analysis & Access Parameters** | Home Range Estimator | CALHOME—95% Adaptive Kernal | CALHOME—95% Adaptive Kernal | CALHOME—95% Adaptive Kernal | CALHOME—95% Adaptive Kernal |
| | Type of Data Used to Quantify Habitat Use | 3rd Order—Composite Multi-Year | No | Partial 2nd Order--Composite Multi-Year 3rd Order—Individual Multi-Annual | 3rd Order—Individual Multi-Year Average |
| | Use:Availability Order of Selection Completed[1] | Partial 2nd Order 3rd Order of Selection | No | Partial 2nd Order 3rd and 4th Order of Selection | 3rd Order of Selection |
| | Open Motorized Route Density (OMRD) >1.0 mi/mi² | Males + Females = 13% | 19% | Not reported--"*Not the author's aim to evaluate sensitivity of varying road density scales to grizzly*" | 33% (Individual values for six female grizzlies = 28.1, 34.9 16.7, 35.4, 34.5, and 51.5%) |
| | Total Motorized Route Density (TMRD) >2.0 mi/mi² | Males + Females = 22% Females only = 18% | 19% | Not reported--"*Not the author's aim to evaluate sensitivity of varying road density scales to grizzly*" | 26% (Individual values for six female grizzlies = 25.1, 27.3 14.3, 23.8, 27.7, and 38.2) |
| | Description of non-motorized areas available in the Home Range | 46% Unroaded | 68% Core Area | 56% Roadless Area[2] | 55% Core Area (Individual values for six female grizzlies = 40.0, 53.3, 53.4, 53.7, 55.3, and 71.5%) |
| | GIS Software | EPPL7 1-mi² square window | EPPL7[3] 1-mile² square window | EPPL7 1-km² square window | ARC Info 1-mile² round window |
| | Road Buffer | 0.5 miles | 500 meters/0.31 miles | NA | 500 meters/0.31 miles |
| **Biological Data** | Estimated Population Size | Recovery Zone: 306 (USFWS 1993) Project Area: 36-48 | Recovery Zone: 306 (USFWS 1993) Project Area: 36-48 | Recovery Zone: 306 (USFWS 1993) Project Area: 36-48 | Recovery Zone: 40 (USFWS 1993) (i.e., 25 Selkirks; 15 Cabinet-Yaak) |
| | Average Home Range Size | Average (Range) = **48** (18-105) sq. miles (derived from 10 females used in the overall study) | | | Average (range) = **120** (83-335) sq. miles |
| | # of Females/Average Age[4] | 9 / 13.1 years old | 7 / 12.5 years old | 13 / 10.9 years old | 6 / 11.5 years old |
| | Age Distribution of Females[5] | 9 Adults | 7 Adults[6] | 6 Adults: 7 Subadults[7] | 5 Adults:1 Subadult[8] |
| | % Representation of Total Estimated Population | NCDE Recovery Zone: < 3% Project Area: 19-25% | NCDE Recovery Zone: < 2 % Project Area: 15-19% | NCDE Recovery Zone: 4% Project Area: 27-36% | SCYE Recovery Zone;15% (Larger project included 38% of total pop.) |
| | Reproduction | Yes-8 females produced cubs | Yes-all 7 females produced cubs | Yes-8 females produced cubs | Yes-all 6 females produced cubs |
| | Mortality During Study Period? | Yes-3 mortalities (1 Human; 2 Natural) | Yes-1 natural mortality | Yes, 2 females killed in 1993 & 1994[9] | No |
| | Mortality After Study Period? | No | No | No | Yes- 2 Selkirk bears killed in 1992-93[10] |

[1] Resource section includes first order (geographic range of a species), second order (individual home range within a geographical range), third order (use of habitats within the home range), and fourth order (use of particular elements within the home range) (Johnson 1980).

[2] Mace et al. (1996) reported "roadless areas" (0 km/km²).

[3] Described as being analyzed by R. Mace (EPPL7) using Forest Service data (USDA Forest Service 1994a, 1994b; Allen and Ake pers. comm. 2011).

[4] Average age was determined by computing the average age of study bears each year of the study and then calculating the average for the study period.

[5] Grizzly bears are considered as adults at age five, although Mace and Waller (1997) documented reproduction of one of their female grizzlies at age four.

[6] Assumes that three females (#1, #44, and #97) that died of human and natural causes were not included in this subset of the Mace and Manley (1993) females.

[7] Seven bears were included in the 1990-1994 study effort that were subadults when first collared. In no single year did subadults outnumber the adults in the study sample. This resulted in a ratio of adults:subadults of 7:3 in 1990, 8:2 in1991, 10:1 in 1992, 9:1 in 1993, and 8:1 in 1994.

[8] Bear 206 was a subadult for two (1991-92) of the three years (1991-1993) she was used in the study.

[9] Bear 147 was destroyed in a management removal after becoming habituated to humans. Two of her offspring (male and female) were destroyed in 1992 for the same reason. Bear 26 was killed in a mistaken identity shooting in 1994.

[10] Bear 1015 was shot in a self-defense killing in B.C. in 1992; bear 867 was shot in a malicious killing in 1993.

31

FS-004676

## Attachment C.  Development of Road Layer for Resource Selection Assessment

We developed a GIS road layer reflecting a conservative approximation of the amount of core habitat the study bears experienced before and during the tenure of the research effort as part of our review of Wakkinen and Kasworm (1997).

**Rationale for Our Approach:** The majority of new road construction occurred in the recovery zones during the late 1960s through the early 1980s in association with timber harvest on NFS, state, and commercial timber lands. Subsequent post-harvest activities (such as burning, planting, and precommercial thinning contracts) continued for many years after the original harvesting which necessitated keeping many (if not most) of these roads open for some level of administrative use. Beginning in the late 1980s, the Forests began implementing grizzly bear habitat security standards (i.e., Habitat Effectiveness) by installing administrative use-only gates and closing roads. However, these were often ineffective at keeping motorized use at minimum levels or eliminating motorized use all together due to ineffective design and vandalism during these early days of implementation (Platt 1992, USDI Fish and Wildlife Service 1993). Likewise, administrative use levels in the late 1980s and early 1990s were not as stringent as defined in more recent times (i.e., <1 trip per day, Wakkinen and Kasworm 1999). Therefore, we concluded that a conservative assessment of how much secure habitat (i.e., core) was available to the six study bears should consider **all** roads known to have been constructed before 1994 as well as all roads of unknown construction date-—and consider all of them to be accessible by motorized vehicles.

Using this conservative approach, a map of available core habitat and TMRD was developed by combining the 1987 Forest Plan roadless areas and designated and proposed wilderness on NFS lands and then buffering the following road layers by 0.31 miles (500 meters):

- roads from the 2011 Idaho Department of lands roads layer;
- all Idaho Panhandle National Forest roads built prior to 1994 (using Forest Service INFRA database); and
- all Kootenai National Forest roads (using Forest Service INFRA database).

As such, these unroaded areas do not necessarily reflect that actual on-the-ground conditions that existed in the SE from 1989-1991 or Cabinet-Yaak Ecosystem from 1990-1994[52]. Rather they reflect the **most conservative** (and roaded) portrayal of what would have been available across these large landscapes during this time period and provide the best characterization of what grizzly bears were experiencing prior to implementation of habitat security measures dictated by the Forest Plans (i.e., 1986-1987). We recognize that some roads included in this portrayal were actually constructed throughout the 1990s (especially on commercial forest lands and state lands where the roads inventory database information is sparse) and that others were so grown over as to be considered barriered (and part of core habitat) in the Wakkinen and Kasworm (1997) study. However, these types of instances occurred both within the home ranges and throughout the recovery zones, so the comparison between the two is consistent in this regard.

---

[52] The original Wakkinen and Kasworm road layer reflected on-the-ground conditions in Selkirks and Cabinet-Yaak ecosystems in 1990 and 1991, respectively.

32

FS-004677

**INTERAGENCY GRIZZLY BEAR COMMITTEE**
TASKFORCE REPORT

GRIZZLY BEAR/
MOTORIZED ACCESS MANAGEMENT

FINAL
Approved by IGBC, July 21, 1994

8-ER-1890

FS-005138

At the request of the Interagency Grizzly Bear Committee (IGBC), this taskforce was created to evaluate current state and federal procedures for evaluating the effects of motorized access on grizzly bears within grizzly bear recovery zones.  To accomplish this task, numerous documents were reviewed for consistency in methodology including USDA-Forest Service biological evaluations, USDI-Fish and Wildlife Service (USFWS) biological opinions, and Land and Resource Management Plans and Research reports.  Upon completion of this review, it was readily apparent that consistent methods of analyzing and displaying the effects of human access on the quality, quantity, and distribution of habitat were lacking.  The taskforce was requested to 1) establish standardized definitions for roads, i.e., open road, reclaimed road, etc., 2) standardize methods to measure road densities and define the analysis areas within which density should be measured, and 3) assure that developed definitions and procedures interface with the existing unified cumulative effects model.  These actions were necessary to provide consistency in the evaluation of access effects on public lands.

While the following definitions and procedures have been developed primarily for use in displaying effects of human access routes on grizzly bear habitat, the concepts are applicable for evaluating the effects on many other species of wildlife.  Their use on private lands is encouraged.


## DEFINITIONS

During early review of definitions proposed by the taskforce, concerns were raised that many of the terms have already been defined locally and/or nationally, and to change the definitions of these terms would create confusion, misuse of terms, etc.  After polling all the major land managers, it was apparent that consistency between land management and regulatory agencies was largely absent and that confusion, misuse of terms, etc., already existed.

It was the IGBC's intent to establish definitions and procedures that would allow for consistency among the various land management units in describing effects of human access routes on grizzly bear habitat use.  This required defining access terms commonly used in biological analyses.  The following definitions are recommended and are felt to cover all the various access route scenarios found within the recovery zones.


ROAD--all created or evolved routes that are >500 feet long (minimum inventory standard for the Forest Service Route Management System), which are reasonably and prudently driveable with a conventional passenger car or pickup.

OPEN ROAD--a road without restriction on motorized vehicle use.

RESTRICTED ROAD--a road on which motorized vehicle use is restricted seasonally or yearlong.  The road requires physical obstruction (generally gated) and motorized vehicle use is legally restricted.*

8-ER-1891

FS-005140

*U22 Ø 10 P10* J6kc 12/11/98

# SELKIRK/CABINET-YAAK GRIZZLY BEAR RECOVERY AREAS

## INTERIM - Access Management Rule Set
### (Approved 12/1/98 by Selkirk/Cabinet-Yaak Subcommittee)

## OVERVIEW

The Interagency Grizzly Bear Coordinating Committee (IGBC) has directed that each individual recovery zone subcommittee develop access management parameters based on the best available biological information, research results, social and land management considerations (IGBC Taskforce Report, 1994). The Selkirk/Cabinet-Yaak Grizzly Bear Subcommittee has developed an Interim Access Management Rule Set based on the *Taskforce Report on Motorized Access Management (IGBC, 1994 & 1998)*, *Grizzly Bear and Road Density Relationships in the Selkirk and Cabinet-Yaak Recovery Areas (Wakkinen and Kasworm, 1997)*, existing Forest Plan direction on the Kootenai, Lolo, Idaho Panhandle, and Colville National Forests, previously existing Biological Opinions of the U.S. Fish and Wildlife Service relevant to this recovery area, and public comments received during 1997 and 1998. This Interim Access Management Rule Set is to be applied beginning in January 1999 on public lands administered by the U.S. Forest Service. The Interim period will extend for three years, until Forest Plans are revised, or until the Selkirk/Cabinet-Yaak Grizzly Bear Subcommittee determines a need to modify this direction. During this interim period, the feasibility of using a Resource Selection Function approach to establish seasonal core habitat requirements will also be explored. At the end of the interim period, the Subcommittee will assess the various access methods available, monitoring results during this interim period, and recommend the most appropriate method for incorporation into Forest Plan revisions.

In this interim period, existing Forest Plan Standards dealing with grizzly bear access, and site-specific project biological assessments and biological opinions previously agreed to will remain in effect. The Interim Access Management Rule Set will be applied to new federal projects where consultation is initiated after January 1, 1999. Individual projects which serve to implement these interim access management guidelines on federal lands will be addressed in individual NEPA documents that provide for full public involvement and provide for consultation with the U.S. Fish and Wildlife Service to ensure continued compliance with the Endangered Species Act (ESA).

1

FS-005148

**IN ADDITION:** A road or trail will be considered open for a season, for density calculations, if administrative use exceeds the low intensity use level defined under the Restricted Road Definition.

**RESTRICTED ROAD:** A road on which motorized vehicle use is restricted seasonally or yearlong. The road requires effective physical obstruction (generally gated).

Motorized access restrictions established in this interim rule set may be waived for emergency access (fire, flood, search and rescue) on federal lands by the responsible Forest Service Line Officer. The appropriate U.S. Fish and Wildlife Service office will be kept informed of emergency waivers.

Motorized administrative vehicle use by personnel of resource management agencies is acceptable, on restricted routes not in core areas, at low intensity levels. This includes contractors and permittees in addition to agency employees. On roads that are seasonally restricted, administrative and contractor use should occur during periods when road is open to the general public. Major disturbance activities on a restricted road will be handled through normal consultation channels with the U.S. Fish & Wildlife Service.

Low intensity is defined as administrative use of up to an average of 1 vehicle/day for the season. This allows for a maximum of 38 vehicle round trips in spring, 46 vehicle round trips in summer, and 31 vehicle round trips in fall. Administrative use should avoid periods of important bear use and activity. Use may occur on one day or be spread over the season, so long as the seasonally allowed use is not exceeded.

In Priority 1 BMU's that meet the 55% Core area guideline and in Priority 2 and 3 BMU's that meet habitat security guidelines of 70%, a 30 consecutive day (per active bear year) motorized use period may be permitted on a restricted road, where important seasonal bear habitats will not be affected. This use period will generally occur during the summer season when it will not impact the more sensitive spring and fall bear habitats. This use period will be permitted on a case-by-case basis where public benefit will be realized and where such use will have a biologically insignificant effect on grizzly bear mortality and displacement, and will be limited to one gated road systems per year in any one BMU. Informal interagency coordination between the U.S. Forest Service and the U.S. Fish & Wildlife Service will be utilized to ensure this objective. Other project/administrative activities will be scheduled during this same period and will not be in addition to this public use period.

**RECLAIMED/OBLITERATED AND BARRIERED ROAD:** A road which is managed with the long term intent for no motorized use, and has been treated in such a manner so as to no longer function as a road. An effective means to accomplish this is through one or a combination of several means including: recontouring to original slope, placement of logging, or forest debris, planting shrubs or trees, obliterating/barriering the entrance, etc.

**SEASONAL ROAD CLOSURES:** Seasonal road closures are not recognized in the existing definition for OMRD and TMRD. In Priority 2 and 3 BMU's, where there has been use by bears, managers may close roads to the public by season and habitat quality (as an alternative to year long closures) to improve bear recovery, but allow for human use in less critical seasons.

# CABINET-YAAK GRIZZLY BEAR RECOVERY AREA 2017 RESEARCH AND MONITORING PROGRESS REPORT



**PREPARED BY**
**WAYNE F. KASWORM, THOMAS G. RADANDT, JUSTIN E. TEISBERG, ALEX WELANDER, MICHAEL PROCTOR, AND HILARY COOLEY**
**2018**

**UNITED STATES FISH AND WILDLIFE SERVICE**
**GRIZZLY BEAR RECOVERY COORDINATOR'S OFFICE**
**UNIVERSITY OF MONTANA, MAIN HALL ROOM 309**
**MISSOULA, MONTANA  59812**
**(406) 243-4903**

FS-005336

| Bear | Year | Cubs | Age at first reproduction | Reproductive Interval[1] | Cubs (relationship and fate, if known) |
|------|------|------|---------------------------|--------------------------|----------------------------------------|
| 675 | 2009 | 2 | 7 | 1 | 2 cubs dead in 2009 |
| 675 | 2010 | 1 | | | 1 cub dead in 2010 |
| 552 | 2011 | 2 | | 3 | ♀ 2011049122, ♂ 2011049118 |
| 552 | 2014 | 3 | | | 3 cubs, 2 males and one of unknown sex |
| 784 | 2013 | | 7 | | At least 2 cubs |
| 810 | 2010 | | 7 | 4 | At least one cub |
| 810 | 2014 | 2 | | | 2 cubs observed at camera site, August 2014 |
| 820 | 2009 | | 6 | 4 | At least one cub |
| 820 | 2013 | | | | At least 2 cubs |
| 831 | 2004 | | 7 | 3 | At least 1 cub |
| 831 | 2007 | | | | At least 2 cubs |
| 831 | 2012 | | | | At least 3 cubs |

[1]Number of years from birth to subsequent birth.

## Population Trend

Approximately 95% of the survival data and 85% of the reproductive data used in population trend calculations came from bears monitored in the Yaak River portion of this population, hence this result is most indicative of that portion of the recovery area. However only the Kootenai River divides the Cabinet Mountains from the Yaak River and the trend produced from this data would appear to be applicable to the entire population of native bears in the absence of population augmentation. We have no data to suggest that mortality or reproductive rates are different between the Yaak River and the Cabinet Mountains. The Cabinet Mountains portion of the population was estimated to be <15 in 1988 (Kasworm and Manley 1988) and subsequent lack of identification of resident bears through genetic techniques would suggest the population was possibly 5–10. Population augmentation has added 19 bears into this population since 1990 and a mark recapture population estimate from 2012 indicated the population was 22–24 individuals (Kendall et al. 2016). These data indicate the Cabinet Mountains population has increased by 2–4 times since 1988, but this increase is largely a product of the augmentation effort with reproduction from that segment.

The estimated finite rate of increase ($\lambda$) for 1983–2017 using Booter software with the unpaired litter size and birth interval data option was 1.021 (95% CI=0.949–1.087, Table 15). Finite rate of change over the same period was an annual 2.1% (Caughley 1977). Subadult female survival and adult female survival accounted for most of the uncertainty in $\lambda$, with reproductive rate, yearling survival, cub survival, and age at first parturition contributing much smaller amounts. The sample sizes available to calculate population trend are small and yielded wide confidence intervals around our estimate of trend (i.e., $\lambda$). The probability that the population was stable or increasing was 73%.

Finite rates of increase calculated for the period 1983–1998 ($\lambda$ = 1.067) suggested an increasing population (Wakkinen and Kasworm 2004). Sample size concerns limited calculation of point estimates of cumulative annual rate of change until 1998 (Fig. 9). Annual survival rates for adult and subadult females were 0.948 and 0.901 respectively, during 1983-1998, and then declined to 0.926 and 0.740 for the period of 1983-2006, respectively. Cumulative lambda calculations reached the lowest point in 2006 (Fig. 10). Human-caused mortality has accounted for much of this decline in annual survival rates and population trend. During 2017, adult female survival and subadult female survival had increased to 0.956 and 0.838 respectively and resulted in an improving population trend estimate since 2006. Improving survival by reducing human-caused mortality is crucial for recovery of this population (Proctor et al 2004).

36

FS-005371

Table 15. Booter unpaired method estimated annual survival rates, age at first parturition, reproductive rates, and population trend of native grizzly bears in the Cabinet–Yaak recovery zone, 1983–2017.

| Parameter | Sample size | Estimate (95% CI) | SE | Variance (%)[a] |
|---|---|---|---|---|
| Adult female survival[b] ($S_a$) | 16 / 44.9[c] | 0.956 (0.883–1.0) | 0.031 | 25.3 |
| Subadult female survival[b] ($S_s$) | 18 / 23.8[c] | 0.838 (0.687–0.964) | 0.074 | 59.6 |
| Yearling survival[b] ($S_y$) | 33 / 16.2[c] | 0.937 (0.791–1.0) | 0.062 | 1.7 |
| Cub survival[b] ($S_c$)[d] | 38/38 | 0.632 (0.474–0.790) | 0.080 | 6.1 |
| Age first parturition ($a$) | 11 | 6.5 (6.1–6.8) | 0.200 | 0.7 |
| Maximum age ($w$) | Fixed | 27 | | |
| Unpaired Reproductive rate ($m$)[e] | 13/20/21[f] | 0.359 (0.286–0.463) | 0.046 | 6.4 |
| Unpaired Lambda ($\lambda$) | 5000 bootstrap runs | 1.021 (0.949–1.087) | 0.036 | |

[a] Percent of lambda explained by each parameter
[b] Booter survival calculation which may differ from Kaplan-Meier estimates in Table 13.
[c] individuals / bear-years
[d] Cub survival based on counts of individuals alive and dead
[e] Number of female cubs produced/year/adult female. Sex ratio assumed to be 1:1.
[f] Sample size for individual reproductive adult females / sample size for birth interval / sample size for litter size from Table 15.



Figure 11. Point estimate and 95% confidence intervals for cumulative annual calculation of population rate of change for native grizzly bears in the Cabinet-Yaak recovery area, 1983–2017. Each entry represents the annual rate of change from 1983 to that date.

Population Estimate

During 2012 the USGS used mark-recapture techniques to estimate the CYE grizzly bear population at 48–50 (CI=44-62)(Kendall et al. 2016). Using the midpoint of this starting estimate, the calculated rate of increase (2.1%), and the numbers and fates of individuals in the augmentation program (five additions but two mortalities = net gain of three if all still alive) we estimate the 2017 population at approximately 55-60 individuals.

37

FS-005372

# CABINET-YAAK GRIZZLY BEAR RECOVERY AREA 2018 RESEARCH AND MONITORING PROGRESS REPORT



**PREPARED BY**
**WAYNE F. KASWORM, THOMAS G. RADANDT, JUSTIN E. TEISBERG, TYLER VENT, ALEX WELANDER, MICHAEL PROCTOR, HILARY COOLEY, AND JENNIFER FORTIN-NOREUS**
**2019**

**UNITED STATES FISH AND WILDLIFE SERVICE**
**GRIZZLY BEAR RECOVERY COORDINATOR'S OFFICE**
**UNIVERSITY OF MONTANA, MAIN HALL ROOM 309**
**MISSOULA, MONTANA  59812**
**(406) 243-4903**

1

FS-005483

the absence of population augmentation. We have no data to suggest that mortality or reproductive rates are different between the Yaak River and the Cabinet Mountains. The Cabinet Mountains portion of the population was estimated to be <15 in 1988 (Kasworm and Manley 1988) and subsequent lack of identification of resident bears through genetic techniques would suggest the population was possibly 5–10. Population augmentation has added 20 bears into this population since 1990 and a mark recapture population estimate from 2012 indicated the population was 22–24 individuals (Kendall *et al*. 2016). These data indicate the Cabinet Mountains population has increased by 2–4 times since 1988, but this increase is largely a product of the augmentation effort with reproduction from that segment.

The estimated finite rate of increase ($\lambda$) for 1983–2018 using Booter software with the unpaired litter size and birth interval data option was 1.012 (95% CI=0.934–1.078, Table 15). Finite rate of change over the same period was an annual 1.2% (Caughley 1977). Subadult female survival and adult female survival accounted for most of the uncertainty in $\lambda$, with reproductive rate, yearling survival, cub survival, and age at first parturition contributing much smaller amounts. The sample sizes available to calculate population trend are small and yielded wide confidence intervals around our estimate of trend (i.e., $\lambda$). The probability that the population was stable or increasing was 62%. Utilizing the entire survival and reproductive data set from 1983–2018 is partially the product of small sample sizes but also produces the effect of smoothing the data over time and results in a more conservative estimate of population trend.

Finite rates of increase calculated for the period 1983–1998 ($\lambda$ = 1.067) suggested an increasing population (Wakkinen and Kasworm 2004). Lack mortality in specific sex-age classes limited calculations for many time periods other than those shown here (Fig. 11). Annual survival rates for adult and subadult females were 0.948 and 0.901 respectively, during 1983–1998, and then declined to 0.926 and 0.740 for the period of 1983–2006, respectively. Cumulative lambda calculations reached the lowest point in 2006 (Fig. 10). Human-caused mortality has accounted for much of this decline in annual survival rates and population trend. During 2018, adult female survival and subadult female survival had increased to 0.938 and 0.845 respectively and resulted in an improving population trend estimate since 2006. Improving survival by reducing human-caused mortality is crucial for recovery of this population (Proctor *et al*. 2004).

Table 15. Booter unpaired method estimated annual survival rates, age at first parturition, reproductive rates, and population trend of native grizzly bears in the Cabinet–Yaak recovery zone, 1983–2018.

| Parameter | Sample size | Estimate (95% CI) | SE | Variance (%)[a] |
|---|---|---|---|---|
| Adult female survival[b] ($S_a$) | 16 / 47.1[c] | 0.938 (0.853–1.0) | 0.036 | 33.7 |
| Subadult female survival[b] ($S_s$) | 20 / 24.8[c] | 0.845 (0.692–0.963) | 0.072 | 50.3 |
| Yearling survival[b] ($S_y$) | 33 / 16.2[c] | 0.884 (0.723–1.0) | 0.076 | 2.9 |
| Cub survival[b] ($S_c$)[d] | 42/42 | 0.619 (0.476–0.762) | 0.074 | 5.5 |
| Age first parturition ($a$) | 12 | 6.2 (5.7–6.6) | 0.227 | 0.8 |
| Maximum age ($w$) | Fixed | 27 | | |
| Unpaired Reproductive rate ($m$)[e] | 12/21/25[f] | 0.361 (0.286–0.467) | 0.048 | 6.8 |
| Unpaired Lambda ($\lambda$) | 5000 bootstrap runs | 1.012 (0.934–1.078) | 0.037 | |

[a] Percent of lambda explained by each parameter
[b] Booter survival calculation which may differ from Kaplan-Meier estimates in Table 13.
[c] individuals / bear-years
[d] Cub survival based on counts of individuals alive and dead
[e] Number of female cubs produced/year/adult female. Sex ratio assumed to be 1:1.
[f] Sample size for individual reproductive adult females / sample size for birth interval / sample size for litter size from Table 14.

37

FS-005519

## Population Estimate

During 2012 the USGS used mark-recapture techniques to estimate the CYE grizzly bear population at 48–50 (95% CI = 44–62) (Kendall *et al*. 2016). Using the midpoint of this starting estimate (49), the calculated rate of increase (1.2%), results in a gain of 4 bears through 2018 to a population of 53. The augmentation program added 6 bears since 2012 but two of those are known dead. Based on this information, a population estimate of 55–60 bears would seem reasonable.



Figure 11. Point estimate and 95% confidence intervals for cumulative annual calculation of population rate of change for native grizzly bears in the Cabinet-Yaak recovery area, 1983–2018. Each entry represents the annual rate of change from 1983 to that date.

## Capture and Marking

Only three grizzly bears were captured (1 adult male, 2 subadult males) during 2018. One capture occurred for research purposes and 2 were management captures. Ninety-three individual grizzly bears have been captured 138 times as part of this monitoring program since 1983 (Tables 16 and 17). One-hundred sixteen captures occurred for research purposes and 22 captures occurred for management purposes.

Cabinet Mountains

Research trapping was conducted in the Cabinet Mountains portion of the CYE from 1983–87. Three adult grizzly bears were captured during this effort (1 female and 2 males). No trapping occurred from 1988–1994 as effort was directed toward the Yaak River. In 1995 an effort was initiated to recapture relocated bears in order to determine success of the population augmentation program and capture any native bears in the Cabinet Mountains. During 1983–2018, 7,598 research trap-nights were expended to capture 12 known individual grizzly bears and 315 individual black bears (Table 16 and 17, Fig. 12). Rates of capture by individual were 1 grizzly bear/633 trap-nights and 1 black bear/24 trap-nights. A trap-night was defined as one

38

FS-005520

# CABINET-YAAK GRIZZLY BEAR RECOVERY AREA 2021 RESEARCH AND MONITORING PROGRESS REPORT



**PREPARED BY**
**WAYNE F. KASWORM, THOMAS G. RADANDT, JUSTIN E. TEISBERG, TYLER VENT, MICHAEL PROCTOR, HILARY COOLEY, AND JENNIFER K. FORTIN-NOREUS**
**2022**

**UNITED STATES FISH AND WILDLIFE SERVICE**
**GRIZZLY BEAR RECOVERY COORDINATOR'S OFFICE**
**UNIVERSITY OF MONTANA, MAIN HALL ROOM 309**
**MISSOULA, MONTANA 59812**
**(406) 243-4903**

FS-005689

This annual report has cumulative data collected the inception of this program in 1983. New information collected or available to this study is incorporated and reanalyzed. Information within supersedes previous reports. Please obtain permission and cite as follows: **Kasworm, W. F., T. G. Radandt, J. E. Teisberg, T. Vent, M. Proctor, H. Cooley and J. K. Fortin-Noreus. 2022. Cabinet-Yaak grizzly bear recovery area 2021 research and monitoring progress report. U.S. Fish and Wildlife Service, Missoula, Montana. 114 pp.**

## ABSTRACT

Thirteen grizzly bears were monitored with radio-collars during portions of 2021. Research monitoring included four females (two adults and two subadult) and eight males (two adult and six subadults) in the Cabinet-Yaak Ecosystem (CYE). A subadult female was monitored as part of the Cabinet Mountains augmentation program. Grizzly bear monitoring and research has been ongoing in the Cabinet Mountains since 1983 and in the Yaak River since 1986. Eighty-seven individual resident bears were captured and monitored through telemetry in the two areas from 1983–2021. Research in the Cabinet Mountains indicated that only a small population remained as of 1988. Concern over persistence of grizzly bear populations within this area resulted in a pilot program in 1990 that tested population augmentation techniques. Four subadult female bears with no history of conflicts with humans were captured in southeast British Columbia for release in the Cabinet Mountains during 1990–1994. Three of four transplanted bears remained within the target area for at least one year. Hair snag sampling and DNA analysis during 2000–2004 identified one of the original transplanted bears. The animal was a 2-year-old female when released in 1993. Genetic analysis conducted in 2005 identified at least three first-generation offspring and two second-generation offspring from this individual. Success of the augmentation test program prompted additional augmentation in cooperation with Montana Fish, Wildlife, and Parks (MFWP). Ten female bears and eight male bears were moved from the Flathead River to the Cabinet Mountains during 2005–2021. Of 22 bears released through 2021, eight are known to have left the target area (one was recaptured and brought back, two returned in the same year, and one returned a year after leaving), four were killed within 12 months of release, and one was killed 16 years after release. Five individuals are known to have reproduced (3 females and 2 males).

Recovery plan monitoring includes tracking of the number of females with cubs, distribution of females with young, and human caused mortality. Numbers of females with cubs in the CYE varied from 2–5 per year and averaged 3.3 per year, 2016–2021. Fourteen of 22 bear management units (BMUs) had sightings of females with young. Human-caused mortality averaged 1.0 bears per year (0.5 female and 0.5 male), 2016–2021. Six grizzly bears (3 females and 3 males) died due to known or probable human causes during 2016–2021, including 3 adult females (2 under investigation, 1 self-defense), 1 adult male (management), 2 subadult males (1 human under investigation and 1 misidentification).

Using all methods (capture, collared individuals, all DNA sampling, photos, credible observations), we detected a minimum 45 individual grizzly bears alive in the CYE grizzly bear population at some point during 2020. Three of these bears were known to have died during 2020. Eighteen bears were detected in the Cabinets (11 males, 6 females, 1 unknown). Twenty-nine bears were detected in the Yaak (18 males, 8 females, 3 unknown sex).

Sex- and age-specific survival and reproductive rates yielded an estimated finite rate of increase ($\lambda$) of 1.017 (95% C.I. = 0.942–1.087, annual rate of increase = 1.9%) for 1983–2021 using Booter software with the unpaired litter size and birth interval option. The probability that the population was stable or increasing was 70%.

Berry counts indicated above average production for huckleberry, average production for mountain ash, and below average production for serviceberry and buffaloberry during 2021.

8-ER-1901

FS-005690

TABLE OF CONTENTS                                                          PAGE

...................................................................................................................... 2

ABSTRACT ............................................................................................................ 2

INTRODUCTION .................................................................................................... 5

OBJECTIVES ......................................................................................................... 6

    A.  Cabinet Mountains Population Augmentation: ............................................ 6

    B.  Recovery Zone Research and Monitoring: .................................................. 6

STUDY AREA ........................................................................................................ 7

METHODS .............................................................................................................. 9

    Grizzly Bear Observations and Mortality.................................................................. 9

    Survival and Mortality Calculations ..................................................................... 9

    Reproduction ................................................................................................. 10

    Population Growth Rate.................................................................................... 10

    Capture and Marking ...................................................................................... 12

    Hair Sampling for DNA Analysis .................................................................... 13

    Radio Monitoring............................................................................................. 14

    Scat analysis .................................................................................................. 14

    Isotope analysis .............................................................................................. 15

    Berry Production .............................................................................................. 15

    Body Condition ............................................................................................... 16

RESULTS AND DISCUSSION ............................................................................. 16

    Grizzly Bear Observations and Recovery Plan Targets............................... 16

    Cabinet Mountains Population Augmentation .............................................. 25

    Cabinet-Yaak Hair Sampling and DNA Analysis......................................... 27

    Grizzly Bear Genetic Sample Summary ...................................................... 30

    Grizzly Bear Movements and Gene Flow Within and Between Recovery Areas ....... 33

    Known Grizzly Bear Mortality........................................................................ 34

    Grizzly Bear Survival, Reproduction, Population Trend, and Population Estimate .... 37

        Grizzly Bear Survival and Cause-Specific Mortality ................................. 37

        Augmentation Grizzly Bear Survival and Cause-Specific Mortality ...................... 38

        Management Grizzly Bear Survival and Cause-Specific Mortality ...................... 39

        Grizzly Bear Reproduction ....................................................................... 39

        Population Trend....................................................................................... 40

3

FS-005691

Population Estimate ................................................................................ 42

Capture and Marking ................................................................................ 42

    Cabinet Mountains ................................................................................ 42

    Yaak River, Purcell Mountains South of BC Highway 3 ......................... 43

    Moyie River and Goat River Valleys North of Highway 3, British Columbia .......... 43

Grizzly Bear Monitoring and Home Ranges............................................. 48

Grizzly Bear Denning Chronology............................................................ 51

Grizzly Bear Habitat Analysis ................................................................. 54

Grizzly Bear Use by Elevation ................................................................ 54

Grizzly Bear Use by Aspect .................................................................... 55

Grizzly Bear Spring Habitat Description................................................... 57

Inter-ecosystem Isotope Analysis ........................................................... 57

Food Habits from Scat Analysis............................................................... 58

Berry Production ...................................................................................... 59

    Huckleberry ....................................................................................... 61

    Serviceberry ...................................................................................... 61

    Mountain Ash .................................................................................... 62

    Buffaloberry ....................................................................................... 63

Body Condition ........................................................................................ 63

ACKNOWLEDGMENTS............................................................................ 65

LITERATURE CITED ............................................................................... 66

PUBLICATIONS OR REPORTS INVOLVING THIS RESEARCH PROGRAM ............. 69

APPENDIX Table 1.  Mortality assignment of augmentation bears removed from one recovery area and released in another target recovery area......................................... 72

APPENDIX Table 2.  Known historic grizzly bear mortality pre-dating project monitoring, in or near the Cabinet-Yaak recovery zone and the Yahk grizzly bear population unit in British Columbia, 1949–1978. ....................................... 73

APPENDIX Table 3.  Movement and gene flow to or from the Cabinet-Yaak recovery area........................................................................................................ 74

APPENDIX 4. Grizzly Bear Home Ranges................................................. 76

APPENDIX 5.  Fine scale habitat modeling for the South Selkirk and Cabinet-Yaak ecosystems ............................................................................................. 106

4

## INTRODUCTION

Grizzly bear (*Ursus arctos*) populations south of Canada are currently listed as Threatened under the terms of the 1973 Endangered Species Act (16 U.S.C. 1531-1543). In 1993 a revised Recovery Plan for grizzly bears was adopted to aid the recovery of this species within ecosystems that they or their habitat occupy (USFWS 1993). Six areas were identified in the Recovery Plan, one of which was the Cabinet-Yaak Grizzly Bear Recovery Zone (CYE) of extreme northwestern Montana and northeast Idaho (Fig. 1). This area lies directly south of Canada and encompasses approximately 6,800 km$^2$. The Kootenai River bisects the CYE, with grizzly bear habitat within the Cabinet Mountains to the south and the Yaak River drainage to the north (Fig. 2). The degree of grizzly bear movement between the two portions was believed to be minimal but several movements by males into the Cabinet Mountains from the Yaak River and the Selkirk Mountains have occurred since 2012.



Figure 1. Grizzly bear recovery areas in the U.S., southern British Columbia, and Alberta, Canada.

Research on resident grizzly bears began south of the Kootenai River during the late 1970's. Erickson (1978) reported the results of a survey he conducted for bears and their sign in the Cabinet Mountains and concluded the population consisted of approximately a dozen animals. A trapping effort in 1979 and 1980 in the same area failed to capture a grizzly bear, but a female and yearling were observed (Thier 1981). In 1983 trapping efforts were resumed and intensified (Kasworm and Manley 1988). Three individual grizzly bears were captured and radio-collared during 1983–1987. Minimal reproduction was observed during the period and the population was believed to be declining toward extinction. To reverse this trend, a formal plan was proposed in 1987 to augment the Cabinet Mountains portion of the population with subadult female bears from outside the area (USFWS 1990, Servheen *et al.* 1987).

Two approaches for augmenting grizzly bears were proposed. The first involved transplanting adult or subadult grizzly bears from other areas of similar habitat to the Cabinet Mountains. Transplants would involve bears from remote areas that would have no history of conflict with humans. The use of subadult females was recommended because of their smaller

5

FS-005693

home ranges and potential reproductive contribution.  The second approach relied on the cross fostering of grizzly bear cubs to American black bear (*Ursus americanus*) females.  Under this approach, grizzly bear cubs from zoos would be placed in the maternal dens of black bear females during March or April.  The fostering of orphaned black bear cubs to surrogate black bear females has been used successfully in several areas (Alt and Beecham 1984, Alt 1984).

During public review of the augmentation program, many concerns were expressed which included human safety, conflicts with other land-uses, and long-term grizzly bear population goals.  A citizen's involvement committee was formed to aid information exchange between the public and the agencies.  Representatives of several local organizations donated their time to further this purpose.  The first product of this group was a question-and-answer brochure regarding grizzly bears in the CYE.  This brochure was mailed to all box holders in Lincoln and Sanders counties.  In response to concerns expressed by the committee, the augmentation proposal was modified to eliminate cross fostering and to reduce total numbers of transplanted bears to four individuals over five years.  The beginning date of augmentation was also postponed for one year to allow additional public information and education programs.

Prior to 1986, little work was conducted on grizzly bears in the Yaak River portion of the CYE.  Bears that used the area were thought to be largely transitory from Canada.  However, a black bear study in the Yaak River drainage in 1986 and 1987 resulted in the capture and radio-collaring of five individual grizzly bears (Thier 1990).  The Yaak River area has traditionally been an important source of timber for area mills, with timber harvesting the dominant use of the area.  A pine beetle (*Dendroctonus ponderosae*) epidemic began in the mid 1970's.  Large stands of lodgepole pine (*Pinus contorta*) were infected, which resulted in an accelerated timber-harvesting program with clearcutting the dominant silvicultural technique.  A concern of environmental degradation, as well as the effects of timber harvesting on the local grizzly bear population, prompted a lawsuit against the Forest Service by a local citizen's group in 1983 (USFS 1989).  To obtain additional information on the population status and habitat needs of grizzly bears using the area, the U.S. Forest Service and Montana Fish, Wildlife and Parks (MFWP) cooperated with the U.S. Fish and Wildlife Service (USFWS) initiating a long-term study.  Field work began in June of 1989.

A population viability analysis recommended four areas of emphasis in future management for recovery of this population (Proctor *et al*. 2004).  Those recommendations included: reducing human-caused mortality, implementing population augmentation in the Cabinet Mountains, enhancing population interchange by improving internal and external population linkage, and motorized access management on public lands to reduce mortality risk and habitat displacement.  Recovery efforts have and will continue to emphasize these recommendations.

## OBJECTIVES

### A. Cabinet Mountains Population Augmentation:

Test grizzly bear augmentation techniques in the Cabinet Mountains to determine if transplanted bears will remain in the area of release and ultimately contribute to the population through reproduction.

### B. Recovery Zone Research and Monitoring:
1. Document grizzly bear distribution in the CYE.
2. Describe and monitor the grizzly bear population in terms of reproductive success, age structure, mortality causes, population trend, and population estimates and report this information through the grizzly bear recovery plan monitoring process.
3. Determine habitat use and movement patterns of grizzly bears.  Determine habitat preference

6

FS-005694

by season and assess the relationship between human-altered habitats such as logged areas and grizzly bear habitat use. Evaluate grizzly bear movement permeability of the Kootenai River valley between the Cabinet Mountains and the Yaak River drainage and across the Moyie River Valley in British Columbia.

4. Determine the relationship between human activity and grizzly bear habitat use through the identification of areas used more or less than expected in relation to ongoing timber management activities, open and closed roads, and human residences.

5. Identify mortality sources and management techniques to limit human-caused mortality of grizzly bears.

6. Conduct black bear studies incidental to grizzly bear investigations to determine interspecific relations. Data on black bear densities, reproduction, mortality, movements, habitat-use, and food habits relative to grizzly bears will be gathered and analyzed.

## STUDY AREA

The CYE (48° N, 116° W) encompasses approximately 6,800 km² of northwest Montana and northern Idaho (Fig. 2). The Cabinet Mountains constitute about 58% of the CYE and lie south of the Kootenai River. The Yaak River portion borders Canadian grizzly populations to the north. There are two potential linkage areas between the Yaak and the Cabinets – one between Libby and Troy and one between Troy and the Idaho border. Prior to 2012 we were unable to document any grizzly bear movement between these areas or grizzly bear use within these linkage zones; however, since that time we have documented several instances of male bears moving from the Selkirk Mountains or the Yaak River into the Cabinet Mountains. Approximately 90% of the recovery area is on public land administered by the Kootenai, Lolo, and Panhandle National Forests. Stimson Lumber Company is the main corporation holding a significant amount of land in the area. Individual ownership exists primarily along major rivers, and there are numerous patented mining claims along the Cabinet Mountains Wilderness boundary. The Cabinet Mountains Wilderness encompasses 381 km² of higher elevations of the study area in the Cabinet Mountains. Bonners Ferry,



Figure 2. Cabinet-Yaak grizzly bear recovery zone.

7

Libby, Noxon, Sandpoint, Troy, Thompson Falls, and Trout Creek are the primary communities adjacent to the Cabinet Mountains.

Elevations in the Cabinet Mountains range from 610 m along the Kootenai River to 2,664 m at Snowshoe Peak. The area has a Pacific maritime climate characterized by short, warm summers and heavy, wet winter snowfalls. Lower, drier slopes support stands of ponderosa pine (*Pinus ponderosa*) and Douglas-fir (*Pseudotsuga menziesii*), whereas grand fir (*Abies grandis*), western red cedar (*Thuja plicata*), and western hemlock (*Tsuga heterophylla*) dominate lower elevation moist sites. Subalpine fir (*Abies lasiocarpa*), spruce (*Picea spp.*), and mountain hemlock (*Tsuga mertensiana*) dominate stands between 1,500 m and timberline. Mixed coniferous and deciduous tree stands are interspersed with riparian shrub fields and wet meadows along major drainages. Huckleberry (*Vaccinium spp.*) and mixed shrub fields are partially a result of wildfires that occurred in 1910 and 1929 and more recent stand replacing fires. Fire suppression has reduced wildfires as a natural force creating or maintaining berry-producing shrub fields.

The Yaak River drainage lies in the extreme northwestern corner of Montana, northeastern Idaho, and southern British Columbia and is bounded on the east and south by Lake Koocanusa and the Kootenai River, to the west by the Moyie River, and to the north by the international boundary. Two north-south trending mountain ranges dominate the landscape - the McGillivray range in the east and the Purcell range to the west. Topography is varied, with rugged, alpine glaciated peaks present in the Northwest Peaks Scenic Area. Rounded peaks and ridges cover most of the remaining area, a result of continental glaciation. Coniferous forests dominate, with cutting units the primary source of diversity. Much of the Yaak River is low gradient and the river tends to meander, creating lush riparian zones and meadows. Elevations range from 550 m at the confluence of the Kootenai and Moyie Rivers to 2,348 m atop Northwest Peak. Vegetation is diverse, with an overstory of western hemlock and western red cedar the indicated climax species on much of the study area. Ponderosa pine and Douglas-fir are common at lower elevations on south and west slopes. Subalpine fir and spruce dominate the upper elevations and cirque basins. Large stands of lodgepole pine and western larch (*Larix occidentalis*) occur at mid and upper elevations and are largely the result of extensive wildfires in the past. In recent decades, several stand altering fires have occurred in the Yaak River. Additionally, the Kootenai and Idaho Panhandle National Forests have implemented prescribed fire to promote grizzly bear habitat in recent years.

Understory and non-forested habitats include graminoid parks consisting primarily of fescue (*Festuca* spp.) and bluebunch wheatgrass (*Agropyron spicatum*), which occur at moderate to high elevations. Riparian shrub fields of red-osier dogwood (*Cornus stolonifera*) and hawthorn (*Crataegus douglasii*) are prevalent along major drainages. Buffaloberry (*Shepherdia canadensis*) is common under stands of open lodgepole pine while serviceberry (*Amelanchier alnifolia*) and chokecherry (*Prunus virginiana*) prevail on drier, rockier sites. Huckleberry shrub fields are often found under open timber canopies adjacent to graminoid parks, in old burns, in cutting units, and intermixed with beargrass (*Xerophyllum tenax*). Recent wildfires at upper elevations have had more influence on habitat in the CYE. An outbreak of pine bark beetles resulted in logging large areas at lower elevations during the 1980's. Large portions of upper elevations had been logged earlier in response to a spruce bark beetle (*Dendroctonus obesus*) epidemic.

During 1990–1994, Cabinet Mountains population augmentation trapping was conducted in the upper North Fork of the Flathead River drainage and the Wigwam River drainage in southeast British Columbia, approximately 10–40 km north of the U.S. border. Trapping was also conducted south of the international border in the North Fork of the Flathead River in 1992. Since 2005, augmentation trapping has occurred south of the international border in the Flathead River drainage.

8

**METHODS**

This annual report is cumulative and represents almost all data collected since the inception of this monitoring program since 1983. New information collected or made available to this study was incorporated into summaries and may change previous results.

**Grizzly Bear Observations and Mortality**

All grizzly bear observations and reports of sign (tracks, digs, etc.) by study personnel and the public were recorded. Grizzly bear sighting forms were sent to a variety of field personnel from different agencies to maximize the number of reports received. Sightings of grizzly bears were rated 1–5 with 5 being the best quality and 1 being the poorest. General definitions of categories are presented below, but it was difficult to describe all circumstances under which sightings were reported. Only sightings receiving ratings of 4 or 5 were judged credible for use in reports. Sightings that rate 1 or 2 may not be recorded in the database.

5 - Highest quality reports typically from study personnel or highly qualified observers. Sightings not obtained by highly qualified observers must have physical evidence such as pictures, track measurements, hair, or sightings of marked bears where marks are accurately described.

4 - Good quality reports that provide credible, convincing descriptions of grizzly bears or their sign. Typically, these reports include a physical description of the animal mentioning several characteristics. Observer had sufficient time and was close enough or had binoculars to aid identification. Observer demonstrates sufficient knowledge of characteristics to be regarded as a credible observer. Background or experience of observer may influence credibility.

3 - Moderate quality reports that do not provide convincing descriptions of grizzly bears. Reports may mention one or two characteristics, but the observer does not demonstrate sufficient knowledge of characteristics to make a reliable identification. Observer may have gotten a quick glimpse of the bear or been too far away for a good quality observation.

2 - Lower quality observations that provide little description of the bear other than the observer's judgment that it was a grizzly bear.

1 - Lowest quality observations of animals that may not have been grizzly bears. This category may also involve secondhand reports from someone other than the observer or location cannot be confirmed from firsthand observer.

Reported grizzly bear mortality includes all bears known to have died within the U.S. and within 10 mi (16 km) of the international border in Canada. Many bears collared in the U.S. have home ranges that extend into Canada. Mortality occurring in this area within Canada can affect calculations for U.S. populations. All radio collared bear mortality was reported regardless of location in the U.S. or Canada.

**Survival and Mortality Calculations**

Survival rates for all age classes except cubs were calculated by use of the Kaplan-Meier procedure as modified for staggered entry of animals (Pollock *et al.* 1989, Wakkinen and Kasworm 2004). Assumptions of this method include: marked individuals were representative of the population, individuals had independent probabilities of survival, capture and radio collaring did not affect future survival, censoring mechanisms were random, a time origin could be defined, and newly collared animals had the same survival function as previously collared animals. Censoring was defined as radio-collared animals lost due to radio failure, radio loss, or

9

FS-005697

emigration of the animal from the study area.  Kaplan-Meier estimates may differ slightly from Booter survival estimates used in the trend calculation.  Survival rates were calculated separately for native, augmentation, and management bears because of biases associated with the unknown proportion of management bears in the population and known differences in survival functions.

Our time origin for each bear began at capture.  If a bear changed age classification while radio-collared (i.e., subadult to adult), the change occurred on the first of February (the assigned birth date of all bears).  Weekly intervals were used in the Kaplan-Meier procedure during which survival rates were assumed constant.  No mortality was observed during the denning season.  Animals were intermittently added to the sample over the study.  Mortality dates were established based on radio telemetry, collar retrieval, and mortality site inspection.  Radio failure dates were estimated using the last radiolocation date when the animal was alive.

Cub recruitment rates to 1 year of age were estimated as: {1 - (cub mortalities / total cubs observed)}, based on observations of radio-collared females (Hovey and McLellan 1996).  Mortality was assumed when a cub disappeared or if the mother died with no other evidence of cub surviving.  Cubs were defined as bears < 1.0-year-old.

Use of known human-caused mortality counts probably results in under-estimates of total human-caused mortality.  Numerous mortalities were reported only because animals wore a radio-collar at the time of death.  The public reporting rate of bears wearing radio-collars can be used to develop a correction factor to estimate unreported mortality (Cherry *et al.* 2002).  The correction factor was not applied to natural mortality, management removals, mortality of radio-collared bears, or bears that died of unknown causes.  All radioed bears used to develop the unreported mortality correction were >2 years-old and died from human related causes.

Cabinet Mountains augmentation individuals were counted as mortalities when removed from the Northern Continental Divide Ecosystem and are not counted again as mortalities in the CYE if they die during their first year (Appendix Table T2).  Mortalities in Canada are not counted toward recovery goals (USFWS 1993) even though bears initially marked within the CYE have died in Canada.  Bears originating in Canada that die in the US are counted.

**Reproduction**

Reproduction data was gathered through observations of radio-collared females with offspring and genetics data analyzed for maternity relationships.  Because of possible undocumented neonatal loss of cubs, no determination of litter size was made if an observation was made in late summer or fall.  Inter-birth interval was defined as length of time between subsequent births.  Age of first parturition was determined by presence or lack of cubs from observations of aged radio-collared bears and maternity relationships in genetics data from known age individuals.

**Population Growth Rate**

We used the software program Booter 1.0 (© F. Hovey, Simon Fraser University, Burnaby, B.C.) to estimate the finite rate of increase ($\lambda$, or lambda) for the study area's grizzly bear populations.  The estimate of $\lambda$ was based on adult and subadult female survival, yearling and cub survival, age at first parturition, reproductive rate, and maximum age of reproduction.  Booter uses the following revised Lotka equation (Hovey and McLellan 1996), which assumes a stable age distribution:

(1)     $0 = \lambda^a - S_a \lambda^{a-1} - S_c S_y S_s^{a-2} m[1 - (S_a / \lambda)^{w-a+1}]$,

where $S_a$, $S_s$, $S_y$, and $S_c$ are adult female, subadult female, yearling, and cub survival rates, respectively, $a$ = age of first parturition, $m$ = rate of reproduction, and $w$ = maximum age.  Booter calculates annual survival rates with a seasonal hazard function estimated from

10

censored telemetry collected through all years of monitoring in calculation of λ. This technique was used on adults, subadults, and yearlings. Point estimates and confidence intervals may be slightly different from those produced by Kaplan-Meier techniques (differences in Tables 14 and 15). Survival rate for each class was calculated as:

$$(2) \quad S_i = \prod_{j=1}^{k} e^{-L_j(D_{ij} - T_{ij})}$$

where $S_i$ is survival of age class $i$, $k$ is the number of seasons, $D_{ij}$ is the number of recorded deaths for age class $i$ in season $j$, $T_{ij}$ is the number of days observed by radio telemetry, and $L_j$ is the length of season $j$ in days. Cub survival rates were estimated by 1 - (cub mortalities / total cubs born), based on observations of radio-collared females. Intervals were based on the following season definitions: spring (1 April – 31 May), summer (1 June – 31 August), autumn (1 September – 30 November), and winter (1 December – 31 March). Intervals were defined by seasons when survival rates were assumed constant and corresponded with traditional spring and autumn hunting seasons and the denning season.

Booter provides several options to calculate a reproductive rate ($m$) and we selected three to provide a range of variation (McLellan 1989). The default calculation requires a reproductive rate for each bear based upon the number of cubs produced divided by the number of years monitored. We input this number for each adult female for which we had at least one litter size and at least three successive years of radio monitoring, captures, or observations to determine reproductive data. We ran the model with this data and produced a trend calculation. Among other options, Booter allows use of paired or unpaired litter size and birth interval data with sample size restricted to the number of females. If paired data is selected, only those bears with both a known litter size and associated inter-birth interval are used. The unpaired option allows the use of bears from which accurate counts of cubs were not obtained but interval was known or for instances where litter size was known but radio failure or death limited knowledge of intervals. To calculate reproductive rates under both these options, the following formula was used (from Booter 1.0):

$$(3) \quad m = \frac{\sum_{i=1}^{n} \dfrac{\sum_{j=1}^{p} L_{ij}}{\sum_{j=1}^{k} B_{ij}}}{n}$$

where $n$ = number of females; $j$ = observations of litter size ($L$) or inter-birth interval ($B$) for female $i$; $p$ = number of observations of $L$ for female $i$; and $k$ = number of observations of $B$ for female $i$. Note $k$ and $p$ may or may not be equal. Cub sex ratio was assumed to be 50:50 and maximum age of female reproduction ($w$) was set at 27 years (Schwartz *et al.* 2003). Average annual exponential rate of increase was calculated as $r = \log_e \lambda$ (Caughley 1977).

Bears captured and relocated to the Cabinet Mountains as part of population augmentation were not included in the population trend calculation (Appendix Table T1). None of these animals had any prior history of nuisance activity. Bears captured initially as objects of

11

FS-005699

conflict captures were not included. Several native bears that were captured as part of a preemptive move to avoid nuisance activity were included. Currently collared bears that became management bears while wearing a collar were included.

**Capture and Marking**

Capture and handling of bears followed an approved Animal Use Protocol through the University of Montana, Missoula, MT (061-14CSCFC111714 and 040-20HCCFC-092420). Capture of black bears and grizzly bears was performed under state permits 2020-066-W and federal permit TE704930-2. Bears were captured with leg-hold snares following the techniques described by Johnson and Pelton (1980) and Jonkel (1993). Snares were manufactured in house following the Aldrich Snare Co. (Clallam Bay, WA) design and consist of 6.5 mm braided steel aircraft cable. Bears were immobilized with either Telazol (tiletamine hydrochloride and zolazepam hydrochloride), a mixture of Ketaset (ketamine hydrochloride) and Rompun (xylazine hydrochloride), a mixture of Telazol and Dexmedetomidine, or a combination of Telazol and Rompun. Yohimbine and Atipamezole were the primary antagonists for Rompun and Dexmedetomidine. Drugs were administered intramuscularly with a syringe mounted on a pole (jab-stick), homemade blowgun, modified air pistol, or cartridge powered dart gun. Immobilized bears were measured, weighed, and a first premolar tooth was extracted for age determination (Stoneberg and Jonkel 1966). Blood, tissue and/or hair samples were taken from most bears for genetic and food use studies. Immobilized bears were given oxygen at a rate of 2–3 liters per minute. Recovering bears were dosed with Atropine and Diazepam.

All grizzly bears (including management bears captured at conflict sites) and some adult black bears (≥ 4.0 years old) were fitted with radio collars or ear tag transmitters when captured. Some bears were collared with Global Positioning System (GPS) radio collars. Collars were manufactured by Telonics® (Mesa, AZ) and ear tag transmitters were manufactured by Advanced Telemetry Systems® (Isanti, MN). To prevent permanent attachment, a canvas spacer was placed in the collars so that they would drop off in 1–3 years (Hellgren *et al.* 1988).

Trapping efforts were typically conducted from May through September. In 1986–1987, snares were placed in areas where black bear captures were maximized on a defined study area of 214 km$^2$ (Thier 1990). Snares were placed over a broader area during 1989–1994 to maximize grizzly bear captures. Trap sites were usually located within 200 m of an open road to allow vehicle access. Beginning in 1995, an effort was made to capture and re-collar known grizzly bears in the Yaak River and augmentation bears in the Cabinet Mountains. In 2003, trapping was initiated in the Salish Mountains south of Eureka, Montana to investigate bear movements in the intervening area between the Northern Continental Divide and CYE recovery zones. Trapping was conducted along Highway 2 in northwest Montana and along Highway 3 in southeast British Columbia to collar bears with GPS radio collars during 2004–2010. During 2011, trapping was initiated along Highway 95 near McArthur Lake in northern Idaho and along Interstate 90 near Lookout Pass in Montana and Idaho. All four studies were designed to examine bear population connectivity across river valleys with highways and human habitation. Highway 2, 95, and I-90 studies utilized black bears as surrogates for grizzly bears because of the small number of grizzly bears in the valley. The Highway 3 effort in British Columbia collared grizzly bears and black bears. Much of the trapping effort in the Yaak and Cabinet Mountains areas involved the use of horses on backcountry trails and closed logging roads. Traps were checked daily. Bait consisted primarily of road-killed ungulates.

Trapping for population augmentation was conducted in the North Fork of the Flathead River in BC during 1990–1994. Female grizzly bears < 6 years old (or prior to first reproduction) and > 35 kg were deemed suitable for transplant. Other captured grizzly bears were released with collaring to aid an ongoing BC bear study. Capture efforts for bears transplanted in 2005–2021 occurred primarily in the North Fork and South Fork of the Flathead River in the US by MFWP. No suitable bears were captured in 1991, 2007, 2017, 2020, or 2021.

12

FS-005700

**Hair Sampling for DNA Analysis**

This project originally sought evidence of grizzly bears in the Cabinet Mountains using DNA to understand the fates of four bears transplanted during 1990–1994. The program used genetic information from hair-snagging with remote-camera photo verification to identify transplanted bears or their offspring living in the Cabinet Mountains. Since then, sampling has expanded into the Yaak drainage and project objectives now include: observations of females with young, sex ratio of captured bears, relatedness as well as genetic diversity measures of captured bears, and evidence of interpopulation movements of individuals.

Sampling occurred from May–October of 2002–2021 in the CYE in Idaho and Montana following standard hair snagging techniques (Woods *et al.* 1999). Sampling sites were established based on location of previous sightings, sign, and radio telemetry from bears in the CYE. A 5 km x 5 km grid (25 km$^2$) was used to distribute sample sites across the Cabinet Mountains in 2003 ($n$ =184). Each grid cell contained a single sample point near the center of the cell. Actual site location was modified on the basis of access to the site and habitat quality near the site. Sites were baited with 2 liters of a blood and fish mixture to attract bears across a barbwire perimeter placed to snag hair. Sites were deployed for 2 weeks prior to hair collection. One third of sites were sampled during each of the months of June, July, and August. Sample sites were stratified by elevation with lowest elevation sites sampled in June and highest elevation sites sampled in August. Trail cameras were used at some sites. Hair was collected and labeled to indicate: number and color of hairs, site location, date, and barb number. These data aided sorting hair to minimize lab costs. Solid black hairs were judged to be from black bears and not analyzed further. Samples collected as a part of this effort and other hair samples collected in previous years either from known grizzly bears or samples that outwardly appeared to be grizzly bear were sent to Wildlife Genetics International Laboratory in Nelson, British Columbia for DNA extraction and genotyping. Hairs visually identified as black bear hair by technicians at the Laboratory were not processed and hairs processed and determined to be black bear were not genotyped. Dr. Michael Proctor (Birchdale Ecological) is a cooperator on this project and assisted with genetic interpretations. He has previously analyzed genetic samples from the Yaak portion of this recovery zone (Proctor 2003). Hair snag sampling effort during 2012 was altered and reduced to avoid conflicts with a US Geological Survey (USGS) study to estimate CYE grizzly bear population size (Kendall *et al.* 2015). USGS was concerned that our sample sites might influence capture success at their sites.

The USGS study established and sampled 1,373 rub trees across the CYE during 2012. The study made preliminary data available regarding the success of this effort by providing us coordinates of all trees and those trees that produced grizzly bear samples. Sites that produced grizzly bear hair and adjacent sites that were easily sampled in conjunction with successful sites were resampled 2–4 times during 2013–2021. Collected hairs were evaluated by study personnel and samples not judged to be probable black bear were sent to Wildlife Genetics International Laboratory in Nelson, BC for DNA extraction and genotyping.

Movements of radio-collared bears, multiple locations of genetically marked bears, and maternity/paternity analysis were typically used to identify migrants between various bear populations. In the absence of this type of data, we used methods as applied in Proctor *et al.* (2005) and further used in Proctor *et al.* (2012) where program GeneClass uses an algorithm to assign a probability of being a migrant by translating log ratio of assignment to each population into probabilities with thresholds using realistic Type I error rates (Piry et al. 2004, Paetkau et al. 2004). The use of TYPE I error rate in this algorithm is important as it allows researchers to differentiate true migrants from those who might appear as migrants by chance. A bear is determined to be a migrant when it has a very high probability of being born in a population other than the one it was captured in, but also when it is beyond the number of 'putative migrants' who cross assign by chance (the TYPE I error rate). For more detailed treatment of this process see Proctor *et al.* (2005).

13

FS-005701

We used bears that were DNA sampled prior to 2006, after which population interchange increased and reduced precision in determining population of origin. More specifically, we used a sample of bears from each population: the South Selkirk ($n$ = 49), Yahk ($n$ = 33, south of Highway 3) and South Purcells ($n$ = 23, north of BC Highway 3) where we were certain of their origin. This contained 2 sets of bears,

- those captured prior to 2005 as this is when we determined inter-population exchange started to increase (Proctor *et al.* 2018) and
- those whose population of origin was known because the offspring were in a perfectly matched triad: mother – father – offspring where the offspring shared an allele at each of 21 loci with each parent and the parents were captured prior to 2005.

Then we added individual bear suspected of being migrants into the analysis dataset, to assess what their probability of origin was, relative to bears of known origin. Migrants we determined to be real had the highest log ratios, of all 'putative' migrants and they were beyond the number of expected 'chance migrants' (the TYPE I error rate). For example, using an alpha value of 0.01 means that 1 in 100 of samples would appear as a migrant by chance alone, and thus would not be real. So, if our analysis identified 4 migrants in a sample of 100 bears, we could then conclude that 3 were likely real migrants as 1 was a migrant by chance (the TYPE I error rate). We would then take the 3 putative migrants with the greatest log ratio and probability of being a migrant and call them real migrants. In practice, the log ratios of these real migrants typically reflect probabilities that are 100–10000 times higher probabilities being a migrant than a resident.

**Radio Monitoring**

Attempts were made to obtain aerial radiolocations on all instrumented grizzly bears at least once each week during the 7–8 month period in which they were active. GPS collars were programmed to attempt a location fix every 1–4 hours. Collar releases were programmed to drop in early October for retrieval. Expected collar life varied from 1–3 field seasons over the course of the study depending upon model of collar, programming, and size and age-class of the bear. Augmentation bears were monitored daily following release for at least the first two weeks and usually three times per week following. In addition, efforts were made to obtain as many ground locations as possible on all bears, usually by triangulating from a vehicle. Life home ranges (minimum convex polygons; Hayne 1959) were calculated for grizzly bears during the study period. We generated home range polygons using ArcGISPro 2.3.3.

Grizzly and black bears were collared with GPS collars during 2004–2010 to study movements across the Moyie River Valley and Highway 3 in British Columbia. Black bears were tested for their potential to act as surrogates that would predict grizzly bear movements. Collars attempted locations every 1–2 hours depending on configuration and data were stored within the collar. Weekly aircraft radio monitoring was conducted to check for mortality signals and approximate location. From 2004 to 2007, black bears were fitted with similar GPS radio collars to study movements across the Kootenai River Valley and Highway 2 in Montana, as part of linkage monitoring between the Yaak River and Cabinet Mountains. In 2008–2012, black bears were fitted with GPS collars in the Yaak River study area and along the Clark Fork River on the south end of the Cabinet Mountains study area.

**Scat analysis**

Bear scats were collected, tagged, and either dried or frozen between 1981 and 1992. We only considered scats associated with definite grizzly bear sign (tracks, hair, and radio location of instrumented bear) as from grizzly bears. Food habits analysis was completed by William Callaghan (Florence, MT) and Kevin Frey (Bozeman, MT). Samples were rinsed with hot and cold water over 2 different size mesh screens (0.40 and 0.24 cm). The retained

14

contents were identified to species with the aid of microscopes. We recorded plant part and visually estimated percent volume. We corrected scat volumes with correction factors that incorporate different digestibility of various food items (Hewitt and Robbins 1996).

**Isotope analysis**

Hair samples from known age, captured grizzly bears were collected and analyzed for stable isotopic ratios. Stable isotope signatures indicate source of assimilated (i.e., digested) diet of grizzly bears. Nitrogen stable isotope ratios ($^{15}$N) indicate trophic level of the animal; an increased amount of ingested animal matter yields higher nitrogen isotope ratios while lower values tie to more plant-based diets. In our ecosystem, carbon isotope signatures vary depending on the amount of native C3 vs. C4 plant matter ingested. Corn, a C4 plant, has elevated $^{13}$C/$^{12}$C ratios relative to native C3 plants. Because much of the human food stream is composed of corn, carbon stable isotope signatures allow for verification or identification of human food conditioned bears.

Hair samples were rinsed with a 2:1 chloroform:methanol solution to remove surface contaminants. Samples were then ground in a ball mill to homogenize the sample. Powdered hair was then weighed and sealed in tin boats. Isotope ratios of $\delta^{13}$C and $\delta^{15}$N were assessed by continuous flow methods using an elemental analyzer (ECS 4010, Costech Analytical, Valencia, California) and a mass spectrometer (Delta PlusXP, Thermofinnigan, Bremen, Germany) (Brenna *et al.* 1997, Qi *et al.* 2003).

**Berry Production**

Quantitative comparisons of annual fluctuations and site-specific influences on fruit production of huckleberry and buffaloberry were made using methods similar to those established in Glacier National Park (Kendall 1986). Transect line origins were marked by a painted tree or by surveyors' ribbon. A specific azimuth was followed from the origin through homogenous habitat. At 0.5 m intervals, a 0.04 m$^2$ frame (2 x 2 decimeter) was placed on the ground or held over shrubs and all fruits and pedicels within the perimeter of the frame were counted. If no portion of a plant was intercepted, the frame was advanced at 0.5 m intervals and empty frames were counted. Fifty frames containing the desired species were counted on each transect. Timbered shrub fields and mixed shrub cutting units were the primary sampling areas to examine the influence of timber harvesting on berry production within a variety of aspects and elevations. Notes on berry phenology, berry size, and plant condition were recorded. Service berry, mountain ash, and buffaloberry production was estimated from 10 marked plants at several sites scattered across the recovery area. Since 1989 several sites have been added or relocated to achieve goals for geographic distribution. Some transects were eliminated because plant succession or fire had affected production. Monitoring goals identified an annual trend of berry production and did not include documenting the effects of succession.

Huckleberry sampling began in 1989 at 11 transect sites. Fourteen sites were sampled in 2021. Buffaloberry sampling began in 1990 at 5 sites. Due to the dioecious (separate male and female plants) nature of buffaloberry, all frame count transects were dropped in 2007 in favor of marking 10 plants per site and counting the berries on marked plants. Two sites were sampled in 2021. Serviceberry productivity was estimated by counting berries on 10 marked plants at 5 sample sites beginning in 1990. Four sites were sampled in 2021. In 2001, three new plots were established to document berry production of mountain ash (*Sorbus scopulina*). Ten plants were permanently marked at each site for berry counts, similar to the serviceberry plots. Production counts occurred at 2 sites in 2021.

Temperature and relative humidity data recorders (LogTag®, Auckland, New Zealand) were placed at sites beginning in 2011. These devices record conditions at 90-minute intervals and will be retrieved, downloaded, and replaced at annual intervals. We used a berries/plot or berries/plant calculation as an index of berry productivity. Transects were treated as the

15

FS-005703

independent observation unit. For each year observed, mean numbers of berries/plant (berries/plot) were used as our transect productivity indices. For each year, we indicate whether berry productivity is above average (annual 95% confidence interval falls above study-wide mean), average (confidence interval encompasses the study-wide mean), or below average (confidence interval falls below study-wide mean).

### Body Condition

Field measurements and bioelectric impedance analysis (BIA) of captured bears allows us to estimate body condition of grizzly bears in the Cabinet-Yaak (Farley and Robbins 1994). More specifically, these methods allow for estimation of body fat content, an important indicator of quality of food resources and a predictor of cub production for adult females. We attempted estimation on captured bears, characterized by sex-age class, reproductive status, area of capture, and management status. ANOVA and post-hoc Tukey-HSD tests were performed to test for differences in body fat content across factors (management status, sex, and month of capture). Body condition (primarily, body fat content) of reproductive-aged females offers an *indirect* metric of whether females were of a physiological condition that supports cub production (Robbins *et al.* 2012).

### RESULTS AND DISCUSSION

Research and monitoring with telemetry and full-time personnel were present since 1983 and therefore this date represents the most intense period of data collection. All tables and calculations are updated when new information becomes available. For instance, genetic analysis determined the sex of a previously unknown mortality (2012) and a bear originally identified as a probable mortality (2003) was removed when genetic evidence later indicated that the bear survived that incident. Covid-19 protocols reduced the monitoring effort substantially during 2020 and a lesser extent during 2021.

### Grizzly Bear Observations and Recovery Plan Targets

Grizzly bear observations and mortality from public and agency sightings or records were appended to databases. These databases include information from the U.S. and Canada from 1982-2021. The file includes over 2,100 credible sightings, tracks, scats, digs, hair, and trail camera photographs dating from 1960 (Fig. 3) and over 135 mortalities dating from 1949 (Table 1, Appendix Table 2, Fig. 3). These detections were combined with more than 300 corral or rub photographs of bears collected by this study. Credible sightings were those rating 4 or 5 on the 5-point scale (see page 9). Sixty-three instances of grizzly bear mortality were detected inside or within 10 mi (16 km) of the CYE during 1982–2021 (Table 1). Eighty-one credible sightings were reported to this study that rated 4 or 5 (most credible) during 2021. Fifty-two of these sightings occurred in the Yaak portion of the CYE and 29 sightings occurred in the Cabinet Mountains portion of the CYE (Table 2 and Fig. 3) during 2021. Sightings of females with young or mortalities that occur outside the recovery zone are counted in the closest BMU. Two grizzly bear cubs believed dead in 2018 when their mother was killed were found to be alive in 2019 and were removed from the mortality list.

Recovery Target 1: 6 females with cubs over a running 6-year average both inside the recovery zone and within a 10-mile area immediately surrounding the recovery zone.
Two credible sightings of a female with cubs occurred during 2021 in Bear Management Unit (BMU) 6 (Tables 2, 3, 4, 5, Fig. 4 and 5). There appeared to be 2 unduplicated females with cubs in the recovery area or within 10 miles during 2021. Twenty-one credible sightings of a female with yearlings or 2-year-olds occurred in BMUs 1, 2, 5, 11, 12, 13, 14, 15, 16, and 17.

16

Females with young identified in the 10-mile buffer were counted in the nearest BMU. Unduplicated sightings of females with cubs (excluding Canada) varied from 2–5 per year and averaged 3.3 per year from 2016–2021 (Tables 3, 4). This target has not been met.

Recovery Target 2: 18 of 22 BMU's occupied by females with young from a running 6-year sum of verified evidence.

Fourteen of 22 BMUs in the recovery zone had sightings of females with young (cubs, yearlings, or 2-year-olds) during 2016–2021 (Figs. 4, 5, Table 6). Occupied BMUs were: 1, 2, 4, 5, 6, 8, 11, 12, 13, 14, 15, 16, 17, and 19. This target has not been met.

Recovery Target 3: The running 6-year average of known, human-caused mortality should not exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. No more than 30 percent shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved.

There was no known human-caused mortality during 2021. Six known or probable human caused mortalities of grizzly bears have occurred in or within 10 miles of the CYE in the U.S. during 2016–2021 (Table 1), including 3 females (BMUs 5, 11, 14) and 3 males (BMUs 2, 13, and 17). These mortalities included three adult females (two under investigation and a self-defense), one adult male (management), and two subadult males (mistaken identity, and human caused under investigation). We estimated minimum population size by dividing observed females with cubs during 2019–2021 (9) minus any human-caused adult female mortality (2) by 0.6 (sightability correction factor as specified in the recovery plan) then divide the resulting dividend by 0.284 (adult female proportion of population, as specified in the recovery plan) (Tables 3, 4) (USFWS 1993). This resulted in a minimum population of 41 individuals. The recovery plan stated, "any attempt to use this parameter to indicate trends or precise population size would be an invalid use of these data". Applying the 4% mortality limit to the minimum calculated population resulted in a total mortality limit of 1.6 bears per year. The female limit is 0.5 females per year (30% of 1.6). Average annual human-caused mortality for 2016–2021 was 1.0 bears/year and 0.5 females/year. The mortality levels for total bears and females were at or less than the calculated limit during 2016–2021. The recovery plan established a goal of zero human-caused mortality for this recovery zone due to the initial low number of bears, however it also stated, "In reality, this goal may not be realized because human bear conflicts are likely to occur at some level within the ecosystem." Therefore, even if the goal of zero mortality is not met, it is important to evaluate the targets to determine if we are making progress towards recovery. During the 2016–2021 reporting period, total and female mortality met the target. All tables and calculations were updated as new information becomes available.

Table 1. Known and probable grizzly bear mortality in or within 16 km of the Cabinet-Yaak grizzly bear recovery zone (including Canada). Includes all radio collared bears regardless of location, 1982–2021.

| Mortality Date | Tag # | Sex | Age | Mortality Cause | Location | Open Road <500 m | Public Reported | Owner[1] |
|---|---|---|---|---|---|---|---|---|
| October, 1982 | None | M | AD | Human, Poaching | Grouse Creek, ID | No | Yes | USFS |
| October, 1984 | None | Unk | Unk | Human, Mistaken Identity, Black bear | Harvey Creek, ID | Yes | Yes | USFS |
| 9/21/1985 | 14 | M | AD | Human, Self Defense | Lyons Gulch, MT | No | Yes | USFS |
| 7/14/1986 | 106 cub | Unk | Cub | Natural | Burnt Creek, MT | Unk | No | USFS |
| 10/25/1987 | None | F | Cub | Human, Mistaken Identity, Elk | Flattail Creek, MT | No | Yes | USFS |
| 5/29/1988[1] | 134 | M | AD | Human, Legal Hunter kill | Moyie River, BC | Yes | Yes | BC |
| 10/31/1988 | None | F | AD | Human, Self Defense | Seventeen Mile Creek, MT | No | Yes | USFS |
| 7/6/1989 | 129 | F | 3 | Human, Research | Burnt Creek, MT | Yes | No | USFS |
| 1990 | 192 | M | 2 | Human, Poaching | Poverty Creek, MT | Yes | Yes | USFS |
| 1992 | 678 | F | 37 | Unknown | Trail Creek, MT | No | Yes | USFS |

17

FS-005705

| Mortality Date | Tag # | Sex | Age | Mortality Cause | Location | Open Road <500 m | Public Reported | Owner[1] |
|---|---|---|---|---|---|---|---|---|
| 7/22/1993 | 258[2] | F | 7 | Natural | Libby Creek, MT | No | No | USFS |
| 7/22/1993 | 258-cub | Unk | Cub | Natural | Libby Creek, MT | No | No | USFS |
| 10/4/1995[1] | None | M | AD | Human, Management | Ryan Creek, BC | Yes | Yes | PRIV |
| 5/6/1996 | 302 | M | 3 | Human, Undetermined | Dodge Creek, MT | Yes | No | USFS |
| October, 1996[1] | 355 | M | AD | Human, Undetermined | Gold Creek, BC | Yes | No | BC |
| June? 1997 | None | M | AD | Human, Poaching | Libby Creek, MT | Unk | Yes | PRIV |
| 6/4/1999 | 106 | F | 21 | Natural, Conspecific | Seventeen Mile Creek, MT | No | No | USFS |
| 6/4/1999 | 106-cub | M | Cub | Natural, Conspecific | Seventeen Mile Creek, MT | No | No | USFS |
| 6/4/1999 | 106-cub | F | Cub | Natural, Conspecific | Seventeen Mile Creek, MT | No | No | USFS |
| 10/12/1999[1] | 596 | F | 2 | Human, Self Defense | Hart Creek, BC | Yes | Yes | BC |
| 11/15/1999 | 358 | M | 15 | Human, Management | Yaak River, MT | Yes | Yes | PRIV |
| 6/1/2000[1] | 538-cub | Unk | Cub | Natural | Hawkins Creek, BC | Unk | No | BC |
| 6/1/2000[1] | 538-cub | Unk | Cub | Natural | Hawkins Creek, BC | Unk | No | BC |
| 7/1/2000 | 303-cub | Unk | Cub | Natural | Fowler Creek, MT | Unk | No | USFS |
| 11/15/2000 | 592 | F | 3 | Human, Undetermined | Pete Creek MT | Yes | No | USFS |
| 5/5/2001 | None | F | 1 | Human, Mistaken Identity, Black Bear | Spread Creek, MT | Yes | Yes | USFS |
| 6/18/2001[1] | 538-cub | Unk | Cub | Natural | Cold Creek, BC | Unk | No | BC |
| 6/18/2001[1] | 538-cub | Unk | Cub | Natural | Cold Creek, BC | Unk | No | BC |
| 9/6/2001 | 128 | M | 18 | Human, Undetermined | Swamp Creek, MT[3] | Yes | No | PRIV |
| October, 2001 | None | F | AD | Human, Train collision | Elk Creek, MT | Yes | Yes | MRL |
| 6/24/2002[1] | None | M | Unk | Human, Mistaken Identity, Hounds | Bloom Creek, BC | Yes | Yes | BC |
| 7/1/2002 | 577 | F | 1 | Natural | Marten Creek, MT | Yes | No | USFS |
| 10/28/2002 | None | F | 4 | Human, Undetermined | Porcupine Creek, MT | Yes | No | USFS |
| 11/18/2002 | 353/584 | F | 7 | Human, Poaching | Yaak River, MT | Yes | Yes | PRIV |
| 11/18/2002 | None | F | Cub | Human, Poaching | Yaak River, MT | Yes | Yes | PRIV |
| 11/18/2002 | None | Unk | Cub | Human, Poaching | Yaak River, MT | Yes | No | PRIV |
| 10/15/2004[1] | None | F | AD | Human, Management | Newgate, BC | Yes | Yes | PRIV |
| 2005? | 363 | M | 14 | Human, Undetermined | Curley Creek, MT | Yes | Yes | PRIV |
| 10/9/2005 | 694 | F | 2 | Human, Undetermined | Pipe Creek, MT | Yes | No | PCT |
| 10/9/2005 | None | F | 2 | Human, Train collision | Government Creek, MT | Yes | Yes | MRL |
| 10/19/2005 | 668 | M | 3 | Human, Mistaken Identity, Black bear | Yaak River, MT | Yes | Yes | PRIV |
| 5/28/2006[1] | None | F | 4 | Human, Research | Cold Creek, BC | Yes | No | BC |
| 6/1/2006[1] | 292 | F | 5 | Human, Management | Moyie River, BC | Yes | Yes | PRIV |
| 9/22/2007 | 354 | F | 11 | Human, Self Defense | Canuck Creek, MT | Yes | Yes | USFS |
| 9/24/2008 | ? | M | 3 | Human, Under Investigation | Fishtrap Creek, MT | Yes | Yes | PCT |
| 10/20/2008[2] | 790 | F | 3 | Human, Poaching | Clark Fork River. MT | Yes | Yes | PRIV |
| 10/20/2008[2] | 635 | F | 4 | Human, Train collision | Clark Fork River. MT | Yes | Yes | MRL |
| 11/15/2008[1] | 651 | M | 13 | Human, Mistaken Identity, Wolf Trap | NF Yahk River, BC | Yes | Yes | BC |
| 6/5/2009 | 675-cub | Unk | Cub | Natural | Copper Creek, ID | Unk | No | USFS |
| 6/5/2009 | 675-cub | Unk | Cub | Natural | Copper Creek, ID | Unk | No | USFS |
| 6/7/2009[3] | None | M | 3-4 | Human, Mistaken Identity, Black bear | Bentley Creek, ID[3] | Yes | Yes | PRIV |
| 11/1/2009 | 286 | F | Adult | Human, Self Defense | EF Bull River, MT | No | No | USFS |
| 6/25/2010 | 675-cub | Unk | Cub | Natural | American Creek, MT | Unk | No | USFS |
| 7/7/2010 | 303-cub | Unk | Cub | Natural | Bearfite Creek, MT | Unk | No | USFS |
| 9/6/2010[1] | 1374 | M | 2 | Human, Under Investigation | Hawkins Creek, BC | Yes | No | BC |
| 9/24/2010[1] | None | M | 2 | Human, Wolf Trap, Selkirk Relocation | Cold Creek, BC | Yes | Yes | BC |
| 10/11/2010 | None | M | AD | Human, Under Investigation | Pine Creek, MT | No | Yes | USFS |
| 2011 | None | F | 1 | Unknown | EF Rock Creek, MT | No | Yes | USFS |
| 9/16/2011 | None | M | AD | Human, Mistaken Identity | Faro Creek, MT | Yes | Yes | USFS |
| 11/13/2011 | 799 | M | 4 | Human, Mistaken Identity | Cherry Creek, MT | Yes | Yes | USFS |
| 11/24/2011 | 732 | M | 3 | Human, Defense of life | Pipe Creek, MT | Yes | Yes | PRIV |
| November 2011 | 342 | M | 19 | Human, Under Investigation | Little Creek, MT | Yes | Yes | PRIV |
| 5/18/2012 | None | F | AD | Human, Under Investigation | Mission Creek, ID | Yes | Yes | USFS |
| 5/18/ 2012 | None | M | Cub | Human, Under Investigation | Mission Creek, ID | Yes | Yes | USFS |
| 4/30/2012[1] | 5381 | M | 8 | Human, Management | Duck Creek, BC | Yes | Yes | PRIV |
| 10/26/2014 | 79575279 | M | 6 | Human, Self defense | Little Thompson River, MT | Yes | Yes | PRIV |
| 5/15/2015[1] | 552-ygl | Unk | 1 | Natural | Linklater Creek, BC | Unk | No | BC |
| 5/23/2015[2] | 921 | F | 3 | Natural | NF Ross Creek, MT | No | No | USFS |
| 5/24/2015 | None | M | 4? | Human, Poaching | Yaak River, MT | Yes | Yes | USFS |

18

FS-005706

| Mortality Date | Tag # | Sex | Age | Mortality Cause | Location | Open Road <500 m | Public Reported | Owner[1] |
|---|---|---|---|---|---|---|---|---|
| 8/12/2015 | 818 | M | 2 | Human, Self Defense | Moyie River, ID | Yes | Yes | PRIV |
| 9/30/2015[2] | 924 | M | 2 | Human, Mistaken Identity | Beaver Creek, ID[3] | Yes | Yes | PRIV |
| 10/11/2015 | 1001 | M | 6 | Human, Under Investigation | Grouse Creek, ID | Yes | No | PRIV |
| 9/1/2017[1] | 922 | M | 5 | Human, Self defense | Porthill Creek, BC | Yes | Yes | BC |
| 4/16/2018 | 821 | M | 4 | Unknown probable | Pine Creek, MT | Yes | Yes | PRIV |
| 5/21/2018 | 9077 | M | 3 | Human, Under Investigation | Bristow Creek, MT | Yes | No | USFS |
| 9/5/2018 | 810 | F | 15 | Human, Under Investigation | Spruce Creek, ID | Yes | No | USFS |
| 5/24/2019 | None | Unk | Cub | Natural | Skin Creek, MT | No | No | USFS |
| 5/24/2019 | None | Unk | Cub | Natural | Skin Creek, MT | No | No | USFS |
| 8/2/2019 | None | F | Adult | Human, Self Defense | EF Bull River, MT | Yes | Yes | USFS |
| 11/10/2019 | 770 | M | 25 | Human, Management | Libby Creek, MT | Yes | Yes | PRIV |
| 5/22/2020[1] | 675 | F | 18 | Human, Self Defense | Cold Creek, BC | Yes | Yes | BC |
| 8/31/2020 | BC 4-121 | M | 3 | Human, Mistaken Identity | Deer Creek, ID | No | Yes | USFS |
| 11/19/2020 | 729 | F | 10 | Human, Under Investigation | Clay Creek, MT | Yes | No | PRIV |
| July 2021 | None | M | 1 | Natural | 4th of July, MT | Unk | No | USFS |
| 5/22/2021 | None | M | Unk | Human, Self defense, hounds | Bloom Creek, BC | No | Yes | BC |

[1]The recovery plan (USFWS 1993) specifies that human-caused mortality or female with young sightings from Canada will not be counted toward recovery goals in the CYGBRZ.  BC – British Columbia, MRL – Montana Rail Link, PRIV – Individual Private, PCT – Plum Creek Timber Company, USFS – U.S. Forest Service.
[2]Bears transplanted to the Cabinet Mountains under the population augmentation program were counted as mortalities in their place of origin and are not counted toward recovery goals in this recovery zone.
[3]Bear Killed more than 10 miles outside recovery zone in the US and not counted in recovery calculations.

19

FS-005707

Table 2.  Credible grizzly bear sightings, credible female with young sightings, and known human caused mortality by bear management unit (BMU) or area, 2021.

| BMU OR AREA | 2021 Credible Grizzly Bear Sightings | 2021 Sightings of Females with Cubs (Total) | 2021 Sightings of Females with Cubs (Unduplicated) | 2021 Sightings of Females with Yearlings or 2-year-olds (Total) | 2021 Sightings of Females with Yearlings or 2 year-olds (unduplicated) | 2021 Human Caused Mortality |
|---|---|---|---|---|---|---|
| 1 | 1 | 0 | 0 | 1 | 1 | 0 |
| 2 | 2 | 0 | 0 | 1 | 0 | 0 |
| 3 | 0 | 0 | 0 | 0 | 0 | 0 |
| 4 | 3 | 0 | 0 | 0 | 0 | 0 |
| 5 | 12 | 0 | 0 | 1 | 1 | 0 |
| 6 | 2 | 1 | 1 | 0 | 0 | 0 |
| 7 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 0 | 0 | 0 | 0 | 0 | 0 |
| 9 | 0 | 0 | 0 | 0 | 0 | 0 |
| 10 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11 | 2 | 0 | 0 | 1 | 0 | 0 |
| 12 | 12 | 0 | 0 | 3 | 1 | 0 |
| 13 | 13 | 0 | 0 | 4 | 1 | 0 |
| 14 | 10 | 0 | 0 | 3 | 1 | 0 |
| 15 | 3 | 0 | 0 | 3 | 0 | 0 |
| 16 | 2 | 0 | 0 | 1 | 1 | 0 |
| 17 | 1 | 0 | 0 | 1 | 1 | 0 |
| 18 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | 1 | 0 | 0 | 0 | 0 | 0 |
| 20 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21 | 0 | 0 | 0 | 0 | 0 | 0 |
| 22 | 0 | 0 | 0 | 0 | 0 | 0 |
| BC Yahk GBPU[3] | 0 | 0 | 0 | 0 | 0 | 1 |
| Cabinet Face | 6 | 0 | 0 | 2 | 0 | 0 |
| Mission-Moyie | 7 | 0 | 0 | 0 | 0 | 0 |
| Fisher | 1 | 1 | 1 | 0 | 0 | 0 |
| South Clark Fork | 1 | 0 | 0 | 0 | 0 | 0 |
| Troy | 0 | 0 | 0 | 0 | 0 | 0 |
| West Kootenai | 2 | 0 | 0 | 0 | 0 | 0 |
| 2021 TOTAL | 81 | 2 | 2 | 21 | 7 | 0 |

[1]Credible sightings are those rated 4 or 5 on a 5 point scale (see methods).
[2]Sightings may duplicate the same animal in different locations. Only the first sighting of a duplicated female with cubs is counted toward total females (Table 3), however subsequent sighting contribute toward occupancy (Table 8).
[3]Areas in Canada outside of Cabinet-Yaak recovery zone that do not count toward recovery goals.
[4]Areas with portions <16 km outside the Cabinet-Yaak recovery zone that do not count toward recovery goals.

20

FS-005708



Figure 3. Grizzly bear observations (1959–2021) and known or probable mortalities from all causes (1949–2021) in and around the Cabinet-Yaak recovery area.

21

Table 3.  Status of the Cabinet-Yaak recovery zone during 2016–2021 in relation to the demographic recovery targets from the grizzly bear recovery plan (USFWS 1993).

| Recovery Criteria | Target | 2016–2021 |
|---|---|---|
| Females w/cubs (6-yr avg) | 6 | 3.3 (20/6) |
| Human Caused Mortality limit (4% of minimum estimate)[1] | 1.6 | 1.0 (6 yr avg) |
| Female Human Caused mortality limit (30% of total mortality)[1] | 0.5 | 0.5 (6 yr avg) |
| Distribution of females w/young | 18 of 22 | 14 of 22 |

[1] The grizzly bear recovery plan states "Because of low estimated population and uncertainty in estimates, the current human-caused mortality goal to facilitate recovery of the population is zero. In reality, this goal may not be realized because human bear conflicts are likely to occur at some level within the ecosystem".

Table 4.  Annual Cabinet-Yaak recovery zone (excluding Canada) grizzly bear unduplicated counts of females with cubs (FWC's) and known human-caused mortality, 1993–2021.

| YEAR | ANNUAL FWC'S | ANNUAL HUMAN CAUSED ADULT FEMALE MORTALITY | ANNUAL HUMAN CAUSED ALL FEMALE MORTALITY | ANNUAL HUMAN CAUSED TOTAL MORTALITY | 4% TOTAL HUMAN CAUSED MORTALITY LIMIT | 30% ALL FEMALE HUMAN CAUSED MORTALITY LIMIT | TOTAL HUMAN CAUSED MORTALITY 6 YEAR AVERAGE | FEMALE HUMAN CAUSED MORTALITY 6 YEAR AVERAGE |
|---|---|---|---|---|---|---|---|---|
| 1993 | 2 | 0 | 0 | 0 | 0.9 | 0.3 | 0.5 | 0.3 |
| 1994 | 1 | 0 | 0 | 0 | 0.9 | 0.3 | 0.3 | 0.2 |
| 1995 | 1 | 0 | 0 | 0 | 0.9 | 0.3 | 0.2 | 0.0 |
| 1996 | 1 | 0 | 0 | 1 | 0.7 | 0.2 | 0.2 | 0.0 |
| 1997 | 3 | 0 | 0 | 1 | 1.2 | 0.4 | 0.3 | 0.0 |
| 1998 | 0 | 0 | 0 | 0 | 0.9 | 0.3 | 0.3 | 0.0 |
| 1999 | 0 | 0 | 0 | 1 | 0.7 | 0.2 | 0.5 | 0.0 |
| 2000 | 2 | 0 | 1 | 1 | 0.5 | 0.1 | 0.7 | 0.2 |
| 2001 | 1 | 1 | 2 | 2 | 0.5 | 0.1 | 1.0 | 0.5 |
| 2002 | 4 | 1 | 4 | 4 | 1.2 | 0.4 | 1.5 | 1.2 |
| 2003 | 2 | 0 | 0 | 0 | 1.2 | 0.4 | 1.3 | 1.2 |
| 2004 | 1 | 0 | 0 | 0 | 1.4 | 0.4 | 1.3 | 1.2 |
| 2005 | 1 | 0 | 2 | 4 | 0.9 | 0.3 | 1.8 | 1.5 |
| 2006 | 1 | 0 | 0 | 0 | 0.7 | 0.2 | 1.7 | 1.3 |
| 2007 | 4 | 1 | 1 | 1 | 1.2 | 0.4 | 1.5 | 1.2 |
| 2008 | 3 | 0 | 0 | 1 | 1.6 | 0.5 | 1.0 | 0.5 |
| 2009 | 2 | 1 | 1 | 1 | 1.6 | 0.5 | 1.2 | 0.7 |
| 2010 | 4 | 0 | 0 | 1 | 1.9 | 0.6 | 1.3 | 0.7 |
| 2011 | 1 | 0 | 0 | 4 | 1.4 | 0.4 | 1.3 | 0.3 |
| 2012 | 3 | 1 | 1 | 2 | 1.6 | 0.5 | 1.7 | 0.5 |
| 2013 | 2 | 0 | 0 | 0 | 1.2 | 0.4 | 1.5 | 0.3 |
| 2014 | 3 | 0 | 0 | 1 | 1.6 | 0.5 | 1.5 | 0.3 |
| 2015 | 2 | 0 | 0 | 3 | 1.6 | 0.5 | 1.8 | 0.2 |
| 2016 | 3 | 0 | 0 | 0 | 1.9 | 0.6 | 1.7 | 0.2 |
| 2017 | 3 | 0 | 0 | 0 | 1.9 | 0.6 | 1.0 | 0.2 |
| 2018 | 5 | 1 | 2 | 4 | 2.3 | 0.7 | 1.3 | 0.3 |
| 2019 | 2 | 1 | 1 | 2 | 1.9 | 0.6 | 1.7 | 0.5 |
| 2020 | 5 | 1 | 1 | 2 | 2.1 | 0.6 | 1.5 | 0.5 |
| 2021 | 2 | 0 | 0 | 0 | 1.6 | 0.5 | 1.0 | 0.5 |

22

FS-005710



Figure 4. Female with young occupancy and known or probable mortality within Bear Management Units (BMUs) in the Cabinet-Yaak recovery zone 2016–2021. (FWY is occupancy of a female with young and sex of any mortality is in parentheses).

23

Table 5. Credible observations of females with young in or within 10 miles of the Cabinet-Yaak recovery zone, 1988–2021. Canadian credible observations shown in parentheses.

| Year | Total credible[1] sightings females with young | Unduplicated females with cubs | Unduplicated females with yearlings or 2-year-olds | Unduplicated adult females without young | Minimum probable adult females[2] |
|------|------|------|------|------|------|
| 1990 | 9 | 1 | 2 | 0 | 3 |
| 1991 | 4 | 1 | 1 | 1 | 2 |
| 1992 | 8 | 1 | 5 | 1 | 6 |
| 1993 | 6 | 2 | 1 | 0 | 3 |
| 1994 | 5 | 1 | 2 | 0 | 3 |
| 1995 | 8 | 1 | 2 | 0 | 3 |
| 1996 | 5 | 1 | 1 | 0 | 2 |
| 1997 | 14 (1) | 3 | 4 | 0 | 7 |
| 1998 | 6 (1) | 0 | 2 (1) | 2 | 2 (1) |
| 1999 | 2 | 0 | 2 | 3 | 2 |
| 2000 | 6 (1) | 2 (1) | 1 | 0 | 3 (1) |
| 2001 | 5 (2) | 1 (1) | 3 | 0 | 4 (1) |
| 2002 | 10 (1) | 4 (1) | 1 | 0 | 5 (1) |
| 2003 | 11 | 2 | 4 | 0 | 6 |
| 2004 | 11 | 1 | 4 | 0 | 5 |
| 2005 | 10 (1) | 1 | 4 (1) | 1 | 5 (1) |
| 2006 | 7 (1) | 2 (1) | 2 | 1 | 4 (1) |
| 2007 | 17 | 4 | 2 | 2 | 6 |
| 2008 | 7 (1) | 3 (1) | 3 | 1 | 6 (1) |
| 2009 | 5 (0) | 2 (0) | 2 (0) | 1 | 4 (0) |
| 2010 | 14 (0) | 4 (0) | 2 (0) | 1 | 6 (0) |
| 2011 | 4 (0) | 1 (0) | 1 (0) | 1 | 2 (0) |
| 2012 | 12 (0) | 3 (0) | 3 (0) | 0 | 6 (0) |
| 2013 | 9 (0) | 2 (0) | 5 (0) | 0 | 7 (0) |
| 2014 | 20 (1) | 3 (0) | 3 (0) | 1 | 7 (0) |
| 2015 | 19 (1) | 2 (0) | 5 (0) | 2 | 9 (0) |
| 2016 | 11 (0) | 3 (0) | 3 (0) | 2 | 8 (0) |
| 2017 | 8 (0) | 3 (0) | 3 (0) | 2 | 8 (0) |
| 2018 | 20 (0) | 5 (0) | 2 (0) | 1 | 8 (0) |
| 2019 | 10 (0) | 2 (0) | 5 (0) | 1 | 8 (0) |
| 2020 | 14 (1) | 5 (0) | 4 (0) | 1 | 10 (0) |
| 2021 | 23 (0) | 2 (0) | 7 (0) | 1 | 10 (0) |

[1]Credible sightings are those rated 4 or 5 on a 5-point scale (see page 8).
[2]Minimum does not count females detected by mortality.



Figure 5. Credible observations of females with cubs in or within 10 miles of the Cabinet-Yaak recovery zone (excluding Canada), 1988–2021. Credible sightings rated 4 or 5 on a 5-point scale.

24

FS-005712

Table 6.  Occupancy of bear management units by grizzly bear females with young in the Cabinet-Yaak recovery zone 1990–2021.

| | 1 - CEDAR | 2 - SNOWSHOE | 3 - SPAR | 4 - BULL | 5 - ST. PAUL | 6 - WANLESS | 7 - SILVER BUTTE | 8 - VERMILION | 9 - CALLAHAN | 10 - PULPIT | 11 - RODERICK | 12 - NEWTON | 13 - KENO | 14 - NW PEAK | 15 - GARVER | 16 - E FORK YAAK | 17 - BIG CREEK | 18 - BOULDER | 19 - GROUSE | 20 - N LIGHTNING | 21 - SCOTCHMAN | 22 - MT HEADLEY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1988 | N | N | N | N | N | N | N | N | N | N | N | Y | N | Y | Y | Y | N | N | N | N | N | N |
| 1989 | N | N | N | Y | N | N | Y | N | N | N | Y | N | Y | Y | Y | Y | N | N | N | N | N | N |
| 1990 | N | Y | N | N | N | N | N | Y | N | N | Y | N | Y | Y | Y | N | N | N | N | N | N | Y |
| 1991 | N | N | N | N | N | N | N | N | N | N | Y | N | Y | N | N | N | Y | N | N | N | N | N |
| 1992 | N | N | N | N | N | Y | N | N | N | N | Y | N | Y | N | N | N | Y | N | N | Y | N | N |
| 1993 | N | N | N | N | Y | Y | N | N | N | N | Y | N | Y | N | N | N | Y | N | N | N | N | N |
| 1994 | N | N | N | N | N | N | N | N | N | N | Y | N | Y | N | Y | N | N | N | N | N | N | N |
| 1995 | N | N | N | N | N | N | N | N | N | N | Y | N | Y | Y | Y | N | N | N | N | N | N | N |
| 1996 | N | N | N | N | N | Y | N | N | N | N | Y | Y | Y | N | N | N | N | N | N | N | N | N |
| 1997 | N | Y | N | Y | N | Y | Y | N | N | N | N | N | Y | Y | Y | N | N | N | N | N | Y | N |
| 1998 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| 1999 | N | N | N | N | N | N | N | N | N | N | N | N | N | Y | Y | N | N | N | N | N | N | N |
| 2000 | N | N | N | N | Y | N | N | N | N | N | N | Y | N | N | N | N | Y | N | N | N | N | N |
| 2001 | N | N | N | N | N | N | N | N | N | N | Y | Y | N | N | Y | N | N | N | N | N | N | N |
| 2002 | N | Y | N | N | N | N | N | N | N | N | Y | Y | Y | Y | Y | Y | N | N | N | N | N | N |
| 2003 | N | N | N | N | N | N | N | N | N | N | N | Y | N | Y | N | Y | N | Y | N | N | N | N |
| 2004 | N | Y | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| 2005 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| 2006 | N | Y | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N |
| 2007 | N | N | Y | Y | N | Y | N | N | N | N | N | N | Y | N | Y | N | N | N | N | N | N | N |
| 2008 | N | N | N | N | N | Y | N | N | N | N | N | N | N | N | N | N | Y | N | Y | N | N | N |
| 2009 | N | N | N | Y | N | N | N | N | N | N | N | N | N | Y | N | N | N | N | N | N | N | N |
| 2010 | N | N | Y | N | Y | N | Y | N | N | N | N | N | Y | Y | N | N | N | N | Y | N | N | N |
| 2011 | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | N | Y | N | N | N | N | N |
| 2012 | N | Y | N | N | N | N | N | N | N | N | N | N | Y | N | N | Y | N | Y | N | N | N | N |
| 2013 | N | N | N | N | N | Y | N | N | N | N | N | N | Y | Y | Y | N | N | N | N | N | N | N |
| 2014 | N | N | N | N | Y | Y | N | N | N | N | N | N | Y | N | Y | Y | N | Y | N | N | N | N |
| 2015 | N | N | N | N | Y | Y | N | N | N | N | N | N | N | Y | Y | Y | N | Y | N | N | N | N |
| 2016 | N | N | N | N | N | N | N | Y | N | N | N | N | N | Y | Y | Y | N | Y | N | N | N | N |
| 2017 | N | N | N | N | N | Y | N | N | N | N | N | N | N | N | N | N | Y | N | Y | N | N | N |
| 2018 | N | N | N | N | N | Y | N | N | N | N | N | N | N | N | N | N | Y | N | N | N | N | N |
| 2019 | N | N | Y | N | N | N | N | N | N | N | N | N | Y | N | Y | N | N | N | N | N | N | N |
| 2020 | N | Y | N | Y | N | Y | N | N | N | N | N | Y | Y | Y | Y | Y | Y | Y | N | Y | N | N |
| 2021 | Y | Y | N | N | Y | Y | N | N | N | N | Y | Y | Y | Y | Y | Y | Y | N | N | N | N | NN |

## Cabinet Mountains Population Augmentation

No bears were transported into the Cabinet Mountains during 2021.  The Flathead River drainage capture area experienced hot weather and wildfires that precluded capture efforts. A female released in 2019 as a two-year-old was monitored during 2021 until she lost her radio collar in early July.  Her movements during 2019–2021 encompassed much of the West Cabinet Mountains in Idaho and Montana.

In summary, four female grizzly bears were captured in the Flathead River of British Columbia and released in the Cabinet Mountains from 1990–1994 (Table 7).  Twenty-two different grizzly bears were captured during 840 trap-nights to obtain the 4 subadult females. Capture rates were 1 grizzly bear/38 trap-nights and 1 suitable subadult female/210 trap-nights. One transplanted bear and her cub died of unknown causes one year after release.  The remaining three bears were monitored until collars dropped.  The program was designed to determine if transplanted bears would remain in the target area and ultimately contribute to the population through reproduction.  Three of four transplanted bears remained in the target area

25

for more than one year. One of the transplanted bears produced a cub but had likely bred prior to translocation and did not satisfy our criteria for reproduction with resident males. One other female was known to have reproduced. In 2005 the augmentation program was reinitiated through capture by MFWP personnel and monitoring by this project. During 2005–2021, 10 female and 8 male grizzly bears were released in the Cabinet Mountains (Table 7).

Of 22 bears released through 2021, eight are known to have left the target area (one was recaptured and brought back, two returned in the same year, and one returned a year after leaving), three were killed within 4 months of release, one was killed within 10 months of release, and one was killed 16 years after release (Figure 6). One animal was known to have produced at least 10 first-generation offspring, 16 second-generation offspring, and one third-generation offspring. Another female was known to have produced three offspring and a male was known to have produced one offspring. The genetic results in this report have more details.

Table 7. Sex, age, capture date, capture location, release location, and fate of augmentation grizzly bears moved to the Cabinet Mountains, 1990–2021.

| Bear | Sex | Age | Capture date | Capture Location | Cabinet Mtns Release Location | Fate |
|------|-----|-----|--------------|------------------|-------------------------------|------|
| 218 | F | 5 | 7/21/1990 | NF Flathead R, BC | EF Bull River | Den Cabinet Mtns 1990, Lost collar Aug. 1991, observed July 1992. |
| 258 | F | 6 | 7/21/1992 | NF Flathead R, BC | EF Bull River | Den Cabinet Mtns 1992 Produced 1 cub 1993, Natural mortality July 1993. |
| 286 | F | 2 | 7/14/1993 | NF Flathead R, BC | EF Bull River | Den Cabinet Mtns 1993–95 Lost collar at den Apr. 1995, hair snag 2004–2009, self-defense mortality November 2009. |
| 311 | F | 3 | 7/12/1994 | NF Flathead R, BC | EF Bull River | Lost collar July 1994, recaptured Oct. 1995 south of Eureka, MT, released EF Bull River, Signal lost Nov. 1995. |
| A1 | F | 7-8 | 9/30/2005 | NF Flathead R, MT | Spar Lake | Den West Cabinet Mtns 2005–06, Lost collar Sept. 2007. |
| 782 | F | 2 | 8/17/2006 | SF Flathead R, MT | Spar Lake | Den West Cabinet Mtns 2006–07, Lost collar Aug. 2008. |
| 635 | F | 4 | 7/23/2008 | Stillwater R, MT | EF Bull River | Killed by train near Heron, MT Oct. 2008. |
| 790 | F | 3 | 8/7/2008 | Swan R, MT | EF Bull River | Illegally killed near Noxon, MT Oct. 2008. |
| 715 | F | 10 | 9/17/2009 | NF Flathead R, MT | Spar Lake | Den West Cabinet Mtns 2009–10, returned to NF Flathead R, May 2010. Lost collar June 2010. |
| 713 | M | 5 | 7/18/2010 | NF Flathead R, MT | Spar Lake | Den Cabinet Mtns 2010, Lost collar Sept. 2011. |
| 714 | F | 4 | 7/24/2010 | NF Flathead R, MT | Silverbutte Cr | Returned to NF Flathead July 2010. Lost collar Oct. 2013. |
| 725 | F | 2 | 7/25/2011 | MF Flathead R, MT | Spar Lake | Moved to Glacier National Park, Sept. 2011 den, returned to Cabinet Mtns Aug. 2012 and den, moved to Glacier National Park and returned to Cabinet Mtns, lost collar Oct. 2013 |
| 723 | M | 2 | 8/18/2011 | Whitefish R, MT | Spar Lake | Den Cabinet Mtns 2011. Lost collar June 2012. |
| 918 | M | 2 | 7/6/2012 | Whitefish R, MT | EF Bull River | Den Cabinet Mtns 2012—13. Lost collar Oct. 2014. |
| 919 | M | 4 | 7/30/2013 | NF Flathead R, MT | Spar Lake | Den Cabinet Mtns 2013. Lost collar Aug. 2014. |
| 920 | F | 2 | 6/18/2014 | NF Flathead R, MT | Spar Lake | Den Cabinet Mtns 2014–15. |
| 921 | F | 2 | 6/18/2014 | NF Flathead R, MT | Spar Lake | Den West Cabinet Mtns 2014. Died of unknown cause May 2015. |
| 924 | M | 2 | 7/25/2015 | SF Flathead R, MT | Spar Lake | Mistaken identity mortality Sept. 2015 |
| 926 | M | 3 | 7/25/2016 | SF Flathead R, MT | Spar Lake | Den Cabinet Mtns 2016. Lost collar July 2017 |
| 927 | M | 2 | 7/20/2018 | NF Flathead R, MT | Spar Lake | Den West Cabinet Mtns 2018 and Cabinet Mtns 2019, lost collar August 2020 |

26

| Bear | Sex | Age | Capture date | Capture Location | Cabinet Mtns Release Location | Fate |
|------|-----|-----|--------------|------------------|-------------------------------|------|
| 923 | F | 2 | 7/12/2019 | NF Flathead R, MT | Spar Lake | Den West Cabinet Mtns 2019, 2020, and 2021. Lost collar July 2021 |
| 892 | M | 3 | 7/14/2019 | NF Flathead R, MT | Spar Lake | Den Cabinet Mtns 2019, killed June of 2020 near Whitefish, MT |



Figure 6. Movements of Cabinet Mountains augmentation bears, 1990-2021.

## Cabinet-Yaak Hair Sampling and DNA Analysis

Hair snag sampling occurred at barb wire corrals baited with a scent lure during 2000–2021 (Table 8 and Fig. 7). Sampling occurred from May–October but varied within years. Sites were selected based on prior grizzly bear telemetry, sightings, and access. Remote cameras

27

supplemented hair snagging at most sites and were useful in identifying family groups and approximate ages of sampled bears. Genetic analysis from 2021 field collected samples is not yet complete; we will report on these results in the 2022 report. In 2002, study personnel assisted a MFWP black bear population estimate effort that sampled 285 sites in the Yaak River portion of the CYE. During 2003, 184 sites on a 5 km$^2$ grid were sampled on 4,300 km$^2$ in the Cabinet Mountains portion of the CYE. In 2009, 98 sites were sampled south of the Clark Fork River. In 2012, United States Geological Survey (USGS) researchers completed an ecosystem-wide mark-recapture population estimate using DNA from hair collected at more than 850 corrals. Other years had much lower numbers of sampled sites. Collectively, USFWS, USGS, and MFWP crews have sampled 2,085 corral traps from 2000–2021 (Table 8 and Fig. 7). Through 2020, corral traps alone were successful during seven percent of site visits and provided hair from at least 81 grizzly bears.

Table 8. Hair snagging corrals and success in the Cabinet-Yaak study area, 2000–2021. DNA genetic results not yet complete for 2021 samples.

| Year | Number of corral sessions[1] | Sessions with grizzly bear DNA(%[2]) | Sessions with grizzly bear photos or DNA(%[2]) | Individual grizzly bear genotypes | BMUs with grizzly bear pictures or hair | Comments |
|------|------|------|------|------|------|------|
| 2000 | 1 | 0 | 0 | 0 | | |
| 2001 | 3 | 0 | 0 | 0 | | |
| 2002 | 319 | 9 (3) | 10 (3) | 9 | BMUs 2, 5, 6, 12, 14, 16, 17 | |
| 2003 | 184 | 1 (1) | 1 (1) | 1 | BMUs 5, 6 | |
| 2004 | 14 | 2 (14) | 2 (14) | 3 | BMU 5 | |
| 2005 | 17 | 1 (6) | 2 (12) | 1 | BMU 5 | |
| 2006 | 19 | 3 (16) | 3 (16) | 3 | BMUs 3, 5, 7 | |
| 2007 | 36 | 4 (11) | 5 (14) | 9 | BMUs 5, 11, 13 | Female with young BMU 5 |
| 2008 | 21 | 1 (5) | 1 (5) | 1 | BMU 5 | |
| 2009 | 125 | 2 (2) | 4 (3) | 4 | BMUs 5, 6, 9 | Female with young BMU 5 |
| 2010 | 27 | 3 (11) | 4 (15) | 5 | BMUs 3, 5, 6 | Female with young BMU 5 |
| 2011 | 72 | 9 (13) | 12 (17) | 13 | BMUs 3, 4, 5, 6, 11, 13, 14, 15, 16, 17 | Female with young BMU 16 |
| 2012 | 854 | 48 (6) | 48 (6) | 29 | BMUs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20 | |
| 2013 | 5 | 2 (40) | 2 (40) | 2 | BMUs 2, 3, 5, 6, 7, 11, 13, 14, 15, 16, 17 | Female with young BMU 6 |
| 2014 | 42 | 3 (7) | 8 (7) | 4 | BMUs 1, 2, 3, 5, 6, 11, 12, 13, 14, 15, 16, 17, 19 | Female with young BMU 13 |
| 2015 | 73 | 5 (7) | 12 (17) | 7 | BMUs 2, 3, 4, 5, 6, 10, 11, 12, 13, 14, 15, 16, 17 | Female with young BMU 13 / Female with cubs BMU 5 |
| 2016 | 39 | 6 (15) | 9 (23) | 10 | BMUs 2, 3, 5, 6, 7, 10, 11, 13, 14, 15, 16, 17, 19 | Female with young BMU 13, 5 / Female with cub BMU 16 |
| 2017 | 82 | 18 (22) | 18 (22) | 18 | BMUs 1, 2, 3, 5, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17 | Female with cubs BMU 5 / Female with young BMU 5 |
| 2018 | 48 | 13 (27) | 16 (33) | 17 | BMUs 1, 2, 3, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 17 | Female with cubs BMU 5, 13, 14 / Female with young BMU 6 |
| 2019 | 49 | 6 (12) | 11 (22) | 6 | BMUs 4, 5, 6, 8, 10, 13 | Female with young BMU 13 |
| 2020 | 40 | 9 (23) | 13 (33) | 10 | BMUs 5, 8, 11, 12, 13, 14, 16 | Female with cubs BMU 12 / Female with young BMU 11,13, 16 |
| 2021 | 73 | -- | 16 (22)[3] | -- | BMUs 5, 12, 13, 14, 16 | Female with young BMU 13 |
| Total | 2143 | 145 (7) | 197 (9) | 81[4] | | |

[1]Some corral sites were deployed for multiple sessions per year. A "session" is typically 3-4 weeks long and defined as the interval between site set-up and revisits to collect samples and photos.
[2]Percent success at all corral sessions
[3]Sites with photos only. Awaiting 2021 genetic results.
[4]Some individuals captured multiple times among years.

In 2021, we collected 2113 samples from 1702 visits to 763 individual rub trees (Table 9). Samples were evaluated during cataloging and 1817 were judged to be black bears (based on solid black coloration), leaving 296 to be sent to Wildlife Genetics International Laboratory in Nelson, British Columbia for DNA extraction and genotyping. Lab analysis on 2021 samples is still in progress, and we will report on results in the 2022 report. From 2013–2020, we genetically identified 82 individual grizzly bears (52 males, 30 females) from 16,203 samples collected via rub effort alone.



Figure 7. Location of hair snag sample sites in the Cabinet-Yaak Ecosystem study area, 2013–2021. Sites with grizzly bear DNA are identified (2013–2020).

29

Table 9.  Grizzly bear hair rubs and success in the Cabinet-Yaak study area, 2012–2021.

| Year | Number of rubs checked[4] | Number of samples collected (%GB[1]) | Number of samples sent to Lab (%GB[1]) | Number of rubs with grizzly DNA | Individual grizzly bear genotypes | Males | Females |
|------|------|------|------|------|------|------|------|
| 2012[2] | 1376 | 8356 (2) | 4639 (3) | 85 | 33 | 19 | 14 |
| 2013 | 488 | 1038 (6) | 480 (12) | 33 | 17 | 9 | 8 |
| 2014 | 583 | 1894 (7) | 708 (19) | 50 | 25 | 14 | 11 |
| 2015 | 693 | 2258 (6) | 622 (22) | 76 | 30 | 20 | 10 |
| 2016 | 780 | 3779 (5) | 1511 (13) | 90 | 30 | 18 | 12 |
| 2017 | 828 | 2958 (13) | 676 (55) | 147 | 37 | 23 | 14 |
| 2018 | 775 | 2265 (8) | 481 (38) | 96 | 42 | 26 | 16 |
| 2019 | 839 | 2154 (7) | 466 (33) | 87 | 30 | 25 | 5 |
| 2020 | 344 | 415 (15) | 153 (41) | 40 | 24 | 17 | 7 |
| 2021 | 763 | 2113 (--) | 296 (--) | -- | -- | -- | -- |
| Total[3] | 1701[4] | 25117 (6) | 9736 (15) | 345[4] | 89[5] | 58[5] | 31[5] |

[1] Percentage of samples yielding a grizzly bear DNA genotype.

[2] 2012 results from USGS population estimation study (Kendall et al. 2016). 2013-21 efforts are from USFWS-coordinated efforts.

[3] Totals are through 2020.  2021 genetic results from the lab are not yet complete.

[4] Unique rub locations. Some rub locations visited multiple times among years.

[5] Some individuals captured multiple times among years.

## Grizzly Bear Genetic Sample Summary

We provide data leading up to and including 2020; 2021 sample results have not been completed by the laboratory.  Using all methods (capture, collared individuals, all sources of DNA sampling, photos, credible observations), we detected a minimum of 45 individual grizzly bears alive in the CYE grizzly bear population at some point during 2020.  Three of these bears were known dead by end of 2020.  Eighteen bears were detected in the Cabinets (11 male, 6 female, 1 unknown sex).  Twenty-nine bears were detected in the Yaak (18 male, 8 female, 3 unknown sex).  It is biologically inappropriate to infer changes from year to year as changes in total population size.  These minimum counts are influenced by the level of effort available each year.  Effort is influenced by funding, number of personnel, area of emphasis, and most recently COVID-19.  All of these factors have varied in recent years and have contributed to variable minimum counts.  Hence, we use the word "minimum" rather than "total" population size. See population trend discussion later in this report.

Using all DNA sampling sources, ninety-two unique individuals were genotyped within the CYE study area during the six-year period 2015–2020 (34 female, 58 male).  Fifty-two of these bears (57%) had been handled (capture, mortality) at some point in their past.  Eighty-two bears (89%) had been DNA sampled at one or more corral or rub sites during same period, 2015–2020.  Fourteen were known dead, and another eight bears are known to have emigrated outside the Cabinet-Yaak by the end of 2020.  Assuming no additional mortality or emigration, this leaves 70 bears for the six-year period.  This accounting does not include 1) unknown, unreported mortality, 2) unknown emigration, or 3) undetected individuals.  Sex-age class proportions of the remaining sample (as of 2020) were as follows:  30% adult females, 7% subadult females, 37% adult males, 16% subadult males, and 10% dependents (less than 2 years old).

We determined parent-offspring relationships of Yaak grizzly bears using sample genotypes from 1986–2020.  A majority of our detected sample in the Yaak descends from female grizzly bear 106 (Figure 8).  She produced five known litters, and her matrilines tie to 58 known first, second, and third generation offspring.  In 2018, we identified her first fourth generation offspring, male Y38004M, presumed dead in 2019.  In 2019, two more fourth

30

FS-005718

generation cubs were detected (cub-of-the-year offspring of female 842). Both died in 2019 (natural mortality). In 2020, four more 4th generation offspring were born; 2 male cubs of female 842 (one dead in 2021, other captured as bear #882 in 2021) and 2 cubs of female 822 (one male captured in 2021 as #848 and other of unknown sex). Since 1986, we have genetically detected 41 female grizzly bears in the US Yaak and BC Yahk, 29 (71%) of which are maternal descendants of bear 106. Since 2014, all female bears detected in the US Yaak are her maternal descendants. In 2015–2020, we detected 1 daughter, 7 granddaughters, and 7 great-granddaughters of 106.



Figure 8. Most likely pedigree displaying matrilineal ancestry of female grizzly bear 106 in the Yaak River, 1986–2021. Squares indicate males and circles represent females. Lines indicate a parent-offspring relationship. F0 is the initial generation, F1 the first generation, F2 the second generation, and F3 the third generation. Numbers along lines indicate when the descendant litter was produced.

Claws from a grizzly bear were discovered in Baree Creek of the Cabinet Mountains in 1993. Analysis of DNA from these claws matched bear 678 originally captured in the Cabinet Mountains in 1983 when 28 years old. Tissue present on the claws suggested that she died no earlier than 1992. Bear 678 would have been at least 37 years old at the estimated time of death. Pedigree analysis also indicated that the three bears captured in the Cabinet Mountains from 1983–1988 were a triad with bear 680 being the offspring of bears 678 and 14.

The Cabinet Mountains population was estimated to be 15 bears or fewer in 1988 on the basis of independent tracks, sightings, and expert opinion (Kasworm and Manley 1988). However, lack of resident bears identified since 1989 suggests the population was well below 15 individuals. Genetic samples from the Cabinet Mountains (1983–2020) were determined to

31

originate from 78 different grizzly bears. Three of these were from captures during 1983–1988, 21 were from augmentation bears during 1990–2019 (1 augmentation bear 218 genetically unmarked), and 56 from captures, mortalities, or hair snagging during 1997–2020.

One of these genotypes identified by hair snagging was from grizzly bear 286. She was released in the Cabinet Mountains as part of population augmentation in 1993 as a 2-year-old (Kasworm *et al.* 2007). She was 13 years old when the first hair sample was obtained during 2004. Pedigree analysis indicates she has produced at least 10 first generation offspring, 23 second generation offspring, and 4 third generation offspring. Six of those first-generation offspring were females, and all 6 are known to have reproduced (Fig. 9). Bear 286 was killed in a self-defense incident with a hunter in November of 2009.

Four other augmentation bears have successfully produced young in the Cabinet Mountains. Female 782, released as a 2-year-old in 2006, has produced at least 3 offspring. Female 920, released as a 2-year-old in 2014, has produced 2 offspring (both sired by augmentation male 723). In an effort to bolster genetic diversity, male augmentation bears have been added to the Cabinet Mountains. Males 723 (3 total offspring) and 919 (1 offspring) have recently been documented as successful breeders. In total, 42 bears are known to be direct or descendant offspring of augmentation bears.

The augmentation effort appears to be the primary reason grizzly bears remain and are increasing in the Cabinet Mountains. Only 15 genotyped bears not known to be augmentation bears or their offspring have been identified in the Cabinet Mountains since 1990 and seven are known dead. The following describes each individual and fate. Two are adult males that bred with 286 to produce first generation of augmentation offspring, both are known dead. Four are a family group (adult female with 3 cubs) identified south of the Clark Fork River in 2002. The adult female and one of the young are known dead. Three are males with past human-bear conflict histories in the Northern Continental Divide population (NCDE) to the northeast and subsequently traveled to the CYE in 2014–2018, including: 1) an adult male killed in self-defense in the Little Thompson River in 2014; 2) a subadult male caught in Flathead Valley in spring of 2016, traveled to Cabinets fall 2016 or spring 2017; and traveled back toward NCDE and died by poaching in May 2017; and 3) subadult male caught spring 2018 between the NCDE and Cabinets, relocated into the Yaak and soon thereafter died by human-cause (under investigation) in May 2018. One bear was a subadult male captured near Thompson Falls in 2011 in an incident involving livestock depredation, unknown status thereafter. Two bears were male migrants from the Selkirk Mountains: 1) identified in 2012, who is now known to have moved back to the Selkirks before breeding, has bred and remains in Selkirks in 2020; and 2) a collared subadult male with movement in 2018 but lost collar in fall 2018. One bear was a subadult male migrant from the NCDE with no conflict history, caught in 2019 in Cabinets, and spent much time in the Salish range before casting collar, fate unknown. The remaining two bears were adult males born in 2008 and 2009 in the Yaak and identified in the Cabinets in 2016 and 2019.

32



Figure 9. Most likely pedigree resulting from translocated female grizzly bears 286, 920, and 782 in the Cabinet Mountains, 1993–2021. Squares indicate males and circles represent females. Lines indicate a parent-offspring relationship. Founders is the initial founding generation, F1 is the first generation of offspring for translocated females, F2 is the second generation and F3 is the third generation.

### Grizzly Bear Movements and Gene Flow Within and Between Recovery Areas

Population linkage is a goal of the CYE recovery plan (USFWS 1993). The population goal of approximately 100 animals requires genetic connectivity to maintain genetic health over time. Movement data from telemetry or genetic methods may be a precursor of linkage, but gene flow through reproduction by immigrant individuals is the best measure of connectivity.

Capture, telemetry, and genetic data were analyzed to evaluate movement and subsequent reproduction resulting in gene flow into and out of the CYE. Forty-one grizzly bears were identified as immigrants or emigrants to or from the CYE from 1983–2021 (Appendix Table T4). While movement and gene flow out of the CYE may benefit other populations, gene flow into the CYE is most beneficial to genetic health. Twenty-seven individuals (24 males and 3 females) are known to have moved into the CYE from adjacent populations; however, eleven of these were killed, removed, or emigrated out of the CYE prior to any known gene flow (Figure 10). Seventeen of these immigrants originated from the North Purcells (3 known mortalities), five from the NCDE (three known mortalities), and seven from the South Selkirks (two known mortality, 2 subsequently left Cabinet-Yaak). Gene flow has been identified through reproduction by four immigrants from the North Purcells (four males and one female) resulting in 14 offspring in the CYE. We have no evidence of gene flow from any other population.

33



Figure 10. Known immigration or emigration events (black arrows) and gene flow (green arrows) in the Cabinet-Yaak, 1988–2021.

### Known Grizzly Bear Mortality

There were two instances of known or probable grizzly bear mortality in or within 10 mi (16) km of the CYE (including BC) during 2021 (one yearling of unknown sex and one adult male). The adult male mortality was the result of defense of property by hound hunters in BC. The yearling was a probable natural mortality in the Yaak River. Two cubs classified as mortalities in 2018 when their mother was killed, were removed from the mortality list after it was determined that they survived into 2019 based on photographic and genetic evidence. Sixty-three instances of known and probable grizzly bear mortality from all causes were detected inside or near the CYE (excluding Canada) during 1982–2021 (Tables 1 and 10, Fig. 11). Forty-six were human-caused, 14 were natural mortality, and 3 were unknown cause. There were 20 instances of known grizzly bear mortality in Canada within 10 mi (16 km) of the CYE in the Yahk and South Purcell population units from 1982–2021 (Tables 1 and 10, Fig. 11). Fifteen were human-caused and 5 were natural mortalities.

34

Table 10.  Cause, timing, and location of known and probable grizzly bear mortality in or within 10 mi (16) km of the Cabinet-Yaak recovery zone (including Canada), 1982–2021.  Radio collared bears included regardless of mortality location.

| Country/ age / sex / season / ownership | Defense of life | Legal Hunt | Hound hunting | Management removal | Mistaken identity | Natural | Poaching | Trap predation | Vehicle collision | Unknown, human | Unknown | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S.** | | | | | | | | | | | | |
| **Age / sex** | | | | | | | | | | | | |
| Adult female | 4 | | | | | 2 | | | 1 | 3 | 1 | 12 |
| Subadult female | | | | | | 1 | 1 | 1 | 2 | 3 | | 8 |
| Adult male | 2 | | | 2 | 1 | | 2 | | | 4 | | 11 |
| Subadult male | 2 | | | 3 | | | 2 | | | 4 | 1 | 12 |
| Yearling | | | | 1 | 2 | | | | | | 1 | 4 |
| Cub | | | | 1 | | 9 | 2 | | | 3 | | 15 |
| Unknown | | | | 1 | | | | | | | | 1 |
| Total | 8 | | 2 | 7 | | 14 | 8 | 1 | 3 | 17 | 3 | 63 |
| **Season[1]** | | | | | | | | | | | | |
| Spring | | | | | | 1 | 3 | 1 | | 4 | 1 | 10 |
| Summer | 1 | | | | | 11 | 1 | 1 | | 1 | | 15 |
| Autumn | 7 | | 2 | 5 | | | 5 | | 3 | 12 | | 34 |
| Unknown | | | | | | 1 | | | | 1 | 2 | 4 |
| **Ownership** | | | | | | | | | | | | |
| US Private | 3 | | | 2 | 2 | | 5 | | 3 | 6 | 1 | 22 |
| US Public | 5 | | | 5 | 1 | | 3 | 1 | | 11 | 2 | 41 |
| | | | | | | | | | | | | |
| **Canada** | | | | | | | | | | | | |
| Adult female | 1 | | | 2 | | | | | | | | 3 |
| Subadult female | 1 | | | | | | 1 | | | | | 2 |
| Adult male | 1 | 1 | 1 | 2 | 1 | | | | | 1 | | 7 |
| Subadult male | | | | 1 | | | | | | 1 | | 2 |
| Yearling | | | | | | 1 | | | | | | 1 |
| Cub | | | | | | 4 | | | | | | 4 |
| Unknown | | | 1 | | | | | | | | | 1 |
| Total | 3 | 1 | 2 | 5 | 1 | 5 | 1 | | | 2 | | 20 |
| **Season[1]** | | | | | | | | | | | | |
| Spring | 1 | 1 | | 2 | | 1 | 1 | | | | | 7 |
| Summer | | | 1 | 1 | | 4 | | | | | | 6 |
| Autumn | 2 | | | 2 | 1 | | | | | 2 | | 7 |
| Unknown | | | | | | | | | | | | |
| **Ownership** | | | | | | | | | | | | |
| BC Private | | | | 4 | | | | | | | | 4 |
| BC Public | 3 | 1 | 2 | 1 | 1 | 5 | | 1 | | 2 | | 16 |

[1]Spring = April 1 – May 31, Summer = June 1 – August 31, Autumn = September 1 – November 30

Sixty-four percent (16 of 25) of known human-caused mortalities occurring on the US National Forests were <500m of an open road from 1982–2021.  Thirty-six percent (9 of 25) of known human-caused mortalities occurring on National Forests were located within core habitat (area greater than 500m from an open or gated road).

Mortality rates were examined by breaking the data into periods of increase (1982–1998, 2007–2020) and decrease (1999–2006) in population trend.  From 1982–1998, 16 instances of known mortality occurred in the U.S. and Canada, with 12 (75%) of these mortalities being human-caused (Table 1).  The annual rate of known human-caused mortality was 0.71 mortalities per year.  Twenty-seven instances of known mortality occurred during 1999–2006 with 18 (67%) of these human-caused.  Annual rate of known human-caused mortality was 2.25 per year.  Forty-one instances of known mortality occurred from 2007–2021 with 31 (76%) of these human-caused.  Annual rate of known human-caused mortality was 2.073 per year.  Though the rate of known human-caused mortality declined slightly between the two most recent time periods, it is important to consider the rate of female mortality.  The loss of females

35

is the most critical factor affecting the trend because of their reproductive contribution to current and future growth. The rate of known female mortality was 0.29 and human-caused female mortality was 0.18 during 1982–1998. Both total known female and human-caused female mortality rate increased from 1982–1998 to 1999–2006 periods. Total known female mortality rate decreased from 1.88 during 1999–2006 to 0.8 during 2007–2021 and human-caused female mortality rate decreased from 1.5 to 0.6. This decline of female mortality is largely responsible for the improving population trend from 2007–2021 (Pages 39–42). Efforts to detect mortality were probably lowest during 1982–1998 because of fewer collared bears and less personnel presence in the Yaak portion of the recovery zone. Comparisons involving the two most recent time periods represent more similar amounts of effort to detect mortality.

The increase in total known mortality beginning in 1999 may be linked to poor food production during 1998–2004 (Fig. 11). Huckleberry production during these years was about half the long-term average. Poor berry production years can be expected at various times, but in this case, there were several successive years of poor production. Huckleberries are the major source of late summer food that enables bears to accumulate sufficient fat to survive the denning period and females to produce and nurture cubs. Poor nutrition may not allow females to produce cubs in the following year and cause females to travel further for food, exposing young to greater risk of mortality from conflicts with humans, predators, or accidental deaths. One female bear lost litters of 2 cubs each during spring of 2000 and 2001. Another mortality incident involved a female with 2 cubs that appeared to have been killed by another bear in 1999. The effect of cub mortality may be greatest in succeeding years when some of these animals might have been recruited to the reproductive segment of the population.



Figure 11. Known grizzly bear annual mortality from all causes in or within 16 km of the Cabinet-Yaak recovery zone (including Canada) and all radio-collared bears by cause, 1982–2020 and huckleberry production counts, 1989–2020.

Using counts of known human-caused mortality probably under-estimates total human-caused mortality. Numerous mortalities identified by this study were reported only because animals wore a radio-collar at death. The public reporting rate of bears wearing radio-collars can be used to develop a correction factor to estimate unreported mortality (Cherry *et al.* 2002).

36

Correction factors were not applied to natural mortality, management removals, mortality of radio-collared bears or bears that died of unknown causes (Table 11). All radioed bears used to develop the unreported mortality correction were >2 years-old and died from human related causes. Twenty radio-collared bears died from human causes during 1982–2021. Eleven of these were reported by the public (55%) and 9 were unreported (45%). The Bayesian statistical analysis described by Cherry *et al.* (2002) was used to calculate unreported mortality in 3 year running periods in the Yellowstone ecosystem, but samples sizes in the CYE are much smaller, so we grouped data based on the cumulative population trend ($\lambda$, Fig. 11). The unreported estimate added 24 mortalities to the 85 known mortalities from 1982–2021. The unreported estimate includes bears killed in BC which are not counted in recovery criteria (USFWS 1993).

Table 11. Annual human-caused grizzly bear mortality in or within 16 km of the Cabinet-Yaak recovery zone (including Canada) and estimates of unreported mortality, 1982–2021 (including all radio-collared bears regardless of mortality location).

| Years | Population trend | Natural | Management or research | Radio monitored | Unknown cause | Public reported | Unreported estimate | Total |
|---|---|---|---|---|---|---|---|---|
| 1982-1998 | Improving | 3 | 2 | 4 | 1 | 6 | 5 | 21 |
| 1999-2006 | Declining | 9 | 4 | 7 | 0 | 7 | 5 | 32 |
| 2007-2021 | Improving | 9 | 3 | 11 | 2 | 17 | 14 | 56 |
| Total | | 21 | 9 | 22 | 3 | 30 | 24 | 109 |

**Grizzly Bear Survival, Reproduction, Population Trend, and Population Estimate**

This report segment updates information on survival rates, cause-specific mortality, and population trend following the methods used in Wakkinen and Kasworm (2004).

Grizzly Bear Survival and Cause-Specific Mortality

Kaplan-Meier survival and cause-specific mortality rates were calculated for 6 sex and age classes of native grizzly bears from 1983–2021 (Table 12). We calculated survival and mortality rates for augmentation and management bears separately (see below).

Table 12. Survival and cause-specific mortality rates of native grizzly bear sex and age classes based on censored telemetry data in the Cabinet–Yaak recovery zone, 1983–2021.

| Parameter | Demographic parameters and mortality rates | | | | | |
|---|---|---|---|---|---|---|
| | Adult female | Adult male | Subadult female | Subadult male | Yearling | Cub |
| Individuals / bear-years | 19 / 53.5 | 29 / 39.0 | 21 / 25.8 | 27 /21.4 | 36 / 18.8 | 46 / 46[a] |
| Survival[b] (95% CI) | 0.928 (0.862–0.995) | 0.876 (0.777–0.976) | 0.852 (0.719–0.986) | 0.861 (0.723–0.998) | 0.902 (0.775–1.0) | 0.632 (0.481–0.783) |
| Mortality rate by cause | | | | | | |
| Legal Hunt Canada | 0 | 0.029 | 0 | 0 | 0 | 0 |
| Natural | 0.020 | 0 | 0 | 0 | 0.097 | 0.319 |
| Defense of life | 0 | 0.048 | 0.036 | 0.036 | 0 | 0 |
| Mistaken ID | 0 | 0 | 0 | 0 | 0 | 0 |
| Poaching | 0.034 | 0 | 0 | 0.041 | 0 | 0.049 |
| Trap predation | 0 | 0 | 0.042 | 0 | 0 | 0 |
| Unknown human | 0.019 | 0.046 | 0.070 | 0.063 | 0 | |

[a]Cub survival based on counts of individuals alive and dead.
[b]Kaplan-Meier survival estimate which may differ from BOOTER survival estimate.

Mortality rates of all sex and age classes of resident non-management radio-collared grizzly bears ≥2 years old were summarized by cause and location of death (Table 13). Rates

37

FS-005725

were categorized by public or private land and human or natural causes. Rates were further stratified by death locations in BC or U.S. and broken into three time periods. The three periods (1983–1998, 1999–2006, and 2007–2021) correspond to a period of population increase followed by a period of decline followed by a period of increase in long term population trend ($\lambda$). Grizzly bear survival of all sex and age classes decreased from 0.899 during 1983–1998 to 0.792 during 1999–2006 and then rose to 0.920 during 2007–2021. Some of this decrease in the 1999–2006 period could be attributed to an increase in natural mortality probably related to poor berry production during 1998–2004. Mortality on U.S. private lands increased during this period, suggesting that bears were searching more widely for foods to replace the low berry crop. Several mortalities occurring during 1999–2006 were associated with sanitation issues on private lands. Declines in mortality rate on private lands beginning in 2007 correspond to and may be the result of the initiation of the MFWP bear management specialist position. Several deaths of management bears occurred on private lands but were not included in this calculation due to capture biases (traps were set only once a conflict occurred and removed after capture). Point estimates for human-caused mortality occurring on public lands in the U.S. and BC decreased from 1983–1998 to 1999–2006 and again from 1999–2006 to 2007–2021. Implementation of access management on U.S. public lands could be a factor in this apparent decline.

Table 13. Survival and cause-specific mortality rates of native radio-collared grizzly bears ≥2 years old by location of death based on censored telemetry data in the Cabinet–Yaak recovery zone, 1983–2021.

| Parameter | 1983–1998 | 1999–2006 | 2007–2021 |
|---|---|---|---|
| Individuals / bear-years | 23 / 48.9 | 21 / 20.3 | 51 / 70.2 |
| Survival[b] (95% CI) | 0.899 (0.819–0.979) | 0.792 (0.634–0.950) | 0.920 (0.857–0.983) |
| Mortality rate by location and cause | | | |
| Public / natural | 0 | 0.059 | 0 |
| U.S. public / human | 0.061 | 0.036 | 0.0267 |
| U.S. private / human | 0 | 0.075 | 0.054 |
| B.C. public / human | 0.040 | 0.038 | 0 |
| B.C. private / human | 0 | 0 | 0 |

Augmentation Grizzly Bear Survival and Cause-Specific Mortality

Kaplan-Meier survival rates were calculated for 22 augmentation grizzly bears from 1990–2021. Fourteen female and eight male bears ranged in age from 2–10. Survival was calculated based on release week for each individual, as the common starting point and progressing by week until death or censor. Bears that left the target area were censored during that week from the survival calculation to obtain survival rates indicative of CYGBE conditions. Four females are known to have left the target area, but one returned while radio collared. Four females are known to have died within the target area. None of the augmentation males died within the target area. Four are known to have left the target area and two are known to have died outside the target area. All known female and male mortality occurred within the first-year post release.

First year annual survival rate for augmentation females was 0.600 (95% CI=0.296–0.904, $n$ =14) with a natural mortality, a poaching, a train collision, and an unknown cause. The natural mortality occurred during spring, the unknown mortality occurred during summer, and the poaching, mistaken identity, and train mortality occurred during autumn. The female that died of unknown cause produced a cub before her death and it is assumed the cub died. Female survival for all years radio monitored was 0.784 (95% CI=0.611–0.957, $n$ =14. No males died within the target area during their first year though two males were known to have died

38

FS-005726

outside the target area (mistaken identification and a self-defense). Male survival for all years radio monitored was 0.771 (95% CI=0.531–1.0 $n$ =8).

Management Grizzly Bear Survival and Cause-Specific Mortality

Kaplan-Meier survival rates were calculated for 14 management grizzly bears captured at conflict sites from 2003–2021. Twelve bears were males and two were females aged 2–25. None of the females died during monitoring. Male survival rate was 0.484 (95% CI=0.257–0.711, $n$ =12) with an instance of mistaken identity, two management removals, and one unknown but human-caused mortality among 14 radio-collared bears monitored for 7.6 bear-years. Two mortalities occurred during spring and four occurred during autumn.

Grizzly Bear Reproduction

Reproductive parameters originated from all bears monitored 1983–2021. Mean age of first parturition among native grizzly bears was 6.3 years (95% CI=5.9–6.7, $n$ =14, Table 14). Five bears used in the calculation were radio-collared from ages 2–8. One individual was captured with a cub at age 6 years old. We assumed this was a first reproductive event given her age. Eight other first ages of reproduction were established through genetic parentage analysis and known age of offspring. Twenty-eight litters comprised of 61 cubs were observed through both monitoring radio-collared bears and known genetic parentage analysis paired with remote camera observation, for a mean litter size of 2.18 (95% CI=2.00–2.36, $n$ =28, Table 14). Twenty-six reproductive intervals were determined through monitoring radio-collared bears and known genetic parentage analysis paired with remote camera observation (Table 14). Mean inter-birth interval was calculated as 2.85 years (95% CI=2.43–3.27, $n$ =26). Booter software provides several options to calculate reproductive rate ($m$) and we selected unpaired litter size and birth interval data with sample size restricted to the number of females. The unpaired option allows use of bears from which accurate counts of cubs were not obtained but interval was known, or instances where litter size was known but radio failure or death limited knowledge of birth interval. Estimated reproductive rate using the unpaired option was 0.390 female cubs/year/adult female (95% CI=0.314–0.504, $n$ =15 adult females, Table 15). Sex ratio of cubs born was assumed to be 1:1. Reproductive rates do not include augmentation bears.

Table 14. Grizzly bear reproductive data from the Cabinet-Yaak 1983–2021.

| Bear | Year | Age at first reproduction | Reproductive Interval[1] | Cubs | Cubs (relationship and fate, if known) |
|---|---|---|---|---|---|
| 106 | 1986 | | 2 | 2 | 1 dead in 1986, ♀ 129 dead in 1989 |
| 106 | 1988 | | 3 | 3 | ♂ 192 dead in 1991, ♂ 193, ♀ 206 |
| 106 | 1991 | | 2 | 2 | 2 cubs 1 male other unknown sex and fate |
| 106 | 1993 | | 2 | 2 | ♂ 302 dead in 1996, ♀ 303 |
| 106 | 1995 | | 4 | 2 | ♀ 353 dead in 2002, ♀ 354 dead in 2007 |
| 106 | 1999 | | | 2 | ♀ 106 and 2 cubs dead in 1999 |
| 206 | 1994 | 6 | 3 | 2 | ♀ 505 |
| 206 | 1997 | | | 2 | ♀ 596 dead in 1999, ♀ 592 dead in 2000 |
| 538 | 1997 | 6 | 3 | | 1 yearling separated from ♀ 538 in 1998 |
| 538 | 2000 | | 1 | 2 | 2 cubs dead in 2000 |
| 538 | 2001 | | 1 | 2 | 2 cubs dead in 2001 |
| 538 | 2002 | | | 2 | 2 cubs of unknown sex and fate |
| 303 | 2000 | 7 | 3 | 2 | 1 cub dead in 2000, ♀ 552 |
| 303 | 2003 | | 4 | | At least 2 cubs |
| 303 | 2007 | | 3 | | |
| 303 | 2010 | | | 3 | 1 cub dead in 2010 |
| 303 | 2013 | | | | Observed with courting male in May 2014 |

39

| Bear | Year | Age at first reproduction | Reproductive Interval[1] | Cubs | Cubs (relationship and fate, if known) |
|---|---|---|---|---|---|
| 303 | 2016 | | | | 1 yearling observed in 2016 |
| 354 | 2000 | 5 | 3 | | Genetic data indicated reproduction of at least two cubs in 2000 |
| 354 | 2003 | | 3 | | At least 2 cubs |
| 354 | 2006 | | | | At least 2 cubs |
| 353 | 2002 | 7 | | 3 | ♀ 353 dead in 2002, 3 cubs (1 female) all assumed dead in 2002 |
| 772 | 2003 | 6 | 4 | | Genetic data indicated reproduction of at least one cub in 2003 |
| 772 | 2007 | | | 2 | ♀789, ♂791 |
| 675 | 2009 | 7 | 1 | 2 | 2 cubs dead in 2009 |
| 675 | 2010 | | | 1 | 1 cub dead in 2010 |
| 552 | 2011 | | 3 | 2 | ♀ 2011049122, ♂ 2011049118 |
| 552 | 2014 | | | 3 | 3 cubs, 2 males and one of unknown sex |
| 784 | 2013 | 7 | | | At least 2 cubs |
| 784 | 2018 | | | | At least one cub |
| 810 | 2010 | 7 | 4 | | At least one cub |
| 810 | 2014 | | 4 | 2 | 2 cubs observed at camera site, August 2014 |
| 810 | 2018 | | | 2 | 2 cubs observed June 2018 |
| 820 | 2009 | 6 | 4 | | At least one cub |
| 820 | 2013 | | | 2 | 2 cubs ♀ 842, ♂ 818, 818 dead in 2015 |
| 820 | 2018 | | 5 | 2 | 2 cubs observed July 2018 |
| 831 | 2004 | 7 | 3 | | At least 1 cub |
| 831 | 2007 | | | 2 | 2 cubs ♂ 799 and ♀ C20072F |
| 831 | 2012 | | | 3 | 3 cubs, ♂ 839, ♀ 900933, ♀ 925063 |
| 831 | 2017 | | | 3 | Photo with 3 cubs July 2017 |
| 731 | 2013 | 6 | 3 | | At least one cub ♂ 17139 |
| 731 | 2016 | | | | At least one cub ♀Y29503F |
| 731 | 2019 | | 3 | | At least one cub |
| 822 | 2018 | 5 | 2 | 1 | one cub ♂ Y38004M. Photo June 2018 |
| 822 | 2020 | | | 2 | 2 cubs observed July |
| 842 | 2019 | 6 | 1 | 2 | 2 cubs dead in 2019 |
| 842 | 2020 | | | 2 | 2 cubs observed October |

[1]Number of years from birth to subsequent birth.

Population Trend

Approximately 95% of the survival data and 85% of the reproductive data used in population trend calculations came from bears monitored in the Yaak River portion of this population, hence this result is most indicative of that portion of the recovery area. However, only the Kootenai River divides the Cabinet Mountains from the Yaak River and the trend produced from this data would appear to be applicable to the entire population of native bears in the absence of population augmentation. We have no data to suggest that mortality or reproductive rates are different between the Yaak River and the Cabinet Mountains. The Cabinet Mountains portion of the population was estimated to be <15 in 1988 (Kasworm and Manley 1988) and subsequent lack of identification of resident bears through genetic techniques would suggest the population was possibly 5–10. Population augmentation has added 22 bears into this population since 1990 and a mark recapture population estimate from 2012 indicated the population was 22–24 individuals (Kendall *et al.* 2016). These data indicate the Cabinet Mountains population has increased by 2–4 times since 1988, but this increase is largely a product of the augmentation effort with reproduction from that segment.

40

FS-005728

The estimated finite rate of increase ($\lambda$) for 1983–2021using Booter software with the unpaired litter size and birth interval data option was 1.019 (95% CI=0.942–1.087, Table 15). Finite rate of change over the same period was an annual 1.9% (Caughley 1977).  Subadult female survival and adult female survival accounted for most of the uncertainty in $\lambda$, with reproductive rate, yearling survival, cub survival, and age at first parturition contributing much smaller amounts.  The sample sizes available to calculate population trend are small and yielded wide confidence intervals around our estimate of trend (i.e., $\lambda$).  The probability that the population was stable or increasing was 70%.  Utilizing the entire survival and reproductive data set from 1983–2021 is partially the product of small sample sizes but also produces the effect of smoothing the data over time and results in a more conservative estimate of population trend. The Booter technique has been published in at least three different peer reviewed journals (Hovey and McLellan 1996, Mace and Waller 1998, Wakkinen and Kasworm 2004).

Finite rates of increase calculated for the period 1983–1998 ($\lambda$ = 1.067) suggested an increasing population (Wakkinen and Kasworm 2004).  Lack of mortality in specific sex-age classes limited calculations for many time periods other than those shown here (Fig. 12). Annual survival rates for adult and subadult females were 0.948 and 0.901 respectively, during 1983–1998, and then declined to 0.926 and 0.740 for the period of 1983–2006, respectively. Cumulative lambda calculations reached the lowest point in 2006 (Fig. 12).  Human-caused mortality has accounted for much of this decline in annual survival rates and population trend. Improved adult female survival and subadult female survival rates resulted in an improving population trend estimate since 2006  Improving survival by reducing human-caused mortality is crucial for recovery of this population (Proctor *et al*. 2004).

Table 15. Booter unpaired method estimated annual survival rates, age at first parturition, reproductive rates, and population trend of native grizzly bears in the Cabinet–Yaak recovery zone, 1983–2021.

| Parameter | Sample size | Estimate (95% CI) | SE | Variance (%)[a] |
|---|---|---|---|---|
| Adult female survival[b] ($S_a$) | 19 / 53.1[c] | 0.930 (0.845–0.985) | 0.036 | 32.3 |
| Subadult female survival[b] ($S_s$) | 21 / 25.5[c] | 0.852 (0.704–0.966) | 0.069 | 52.6 |
| Yearling survival[b] ($S_y$) | 36 / 18.7[c] | 0.900 (0.750–1.0) | 0.068 | 2.5 |
| Cub survival[b] ($S_c$)[d] | 46/46 | 0.652 (0.500–0.783) | 0.070 | 5.1 |
| Age first parturition (*a*) | 14 | 6.3 (5.9–6.6) | 0.189 | 0.6 |
| Maximum age (*w*) | Fixed | 27 | | |
| Unpaired Reproductive rate (*m*)[e] | 15/26/30[f] | 0.390 (0.314–0.504) | 0.049 | 6.9 |
| Unpaired Lambda ($\lambda$) | 5000 bootstrap runs | 1.019 (0.942–1.087) | 0.040 | |

[a] Percent of lambda explained by each parameter
[b]Booter survival calculation which may differ from Kaplan-Meier estimates in Table 13.
[c]individuals / bear-years
[d]Cub survival based on counts of individuals alive and dead
[e]Number of female cubs produced/year/adult female.  Sex ratio assumed to be 1:1.
[f]Sample size for individual reproductive adult females / sample size for birth interval / sample size for litter size from Table 14.

41

FS-005729



Figure 12.  Point estimate and 95% confidence intervals for cumulative annual calculation of population rate of change for native grizzly bears in the Cabinet-Yaak recovery area, 1983–2021. Each entry represents the annual rate of change from 1983 to that date.

Population Estimate

During 2012, USGS used mark-recapture techniques to estimate the CYE grizzly bear population at 48–50 (95% CI = 44–62) (Kendall *et al.* 2016).  Using the midpoint of this estimate (49), the calculated rate of increase (1.9%), results in a gain of 10 bears through 2021 to a population of 59.  The augmentation program added 8 bears since 2012 but four of those have either left the target area or are known dead.  Based on this information, a population estimate of about 60-65 bears would seem reasonable.

**Capture and Marking**

Five grizzly bears were captured within the Cabinet and Yaak study area (1 sub-adult female, 3 sub-adult males, and 1 adult male) during research capture effort in 2021.  Three grizzly bears were captured within the Cabinet and Yaak study area in management non-conflict situations (2 sub-adult males and 1 sub-adult female) in 2021.  One-hundred four individual grizzly bears have been captured 157 times as part of this monitoring program since 1983 (Tables 16 and 17).  One-hundred thirty-one captures occurred for research purposes, 7 captures occurred for management non-conflict purposes, and 19 captures occurred for management conflict purposes.

Cabinet Mountains

Research trapping was conducted in the Cabinet Mountains portion of the CYE from 1983–1987.  Three adult grizzly bears were captured during this effort (1 female and 2 males). No trapping occurred from 1988–1994 as effort was directed toward the Yaak River.  In 1995 an effort was initiated to recapture augmentation bears to determine success of the program and capture any native bears in the Cabinet Mountains.  During 1983–2021, 7,747 research trap-

42

FS-005730

nights were expended to capture 13 known individual grizzly bears and 323 individual black bears (Table 16 and 17, Fig. 13). Rates of capture by individual were 1 grizzly bear/596 trap-nights and 1 black bear/24 trap-nights. A trap-night was defined as one site with one or more snares set for one night. One augmentation bear was captured during subsequent trapping efforts

### Yaak River, Purcell Mountains South of BC Highway 3

Trapping was conducted in the Yaak portion of the CYE during 1986–1987 as part of a black bear graduate study (Thier 1990). Research trapping was continued from 1989–2021 by USFWS. One-hundred eighteen captures of 64 individual grizzly bears and 566 captures of 479 individual black bears were made during 12,115 trap-nights during 1986–2021 (Tables 16 and 17, Fig. 13). Rates of capture by individual were 1 grizzly bear/189 trap-nights and 1 black bear/25 trap-nights. Trapping effort was concentrated in home ranges of known bears during 1995–2021 to recapture adult females with known histories. Much of the effort involved using horses and bicycles in areas inaccessible to vehicles, such as trails and closed roads.

### Moyie River and Goat River Valleys North of Highway 3, British Columbia

Eight grizzly bears and 32 black bears were captured in the Moyie and Goat River valleys north of Highway 3 in BC in 2004–2008 (Table 16 and Fig. 13). Trapping was conducted in cooperation with M. Proctor (Birchdale Ecological Consultants, Kaslo, BC) and BC Ministry of Environment. Rates of capture by individual were 1 grizzly bear/32 trap-nights and 1 black bear/8 trap-nights.

Table 16. Research capture effort and success for grizzly bears and black bears within study areas, 1983–2021.

| Area / Year(s) | Trap-nights | Grizzly Bear Captures | Black Bear Captures | Trap-nights / Grizzly Bear | Trap-nights / Black Bear |
|---|---|---|---|---|---|
| Cabinet Mountains,1983–2021 | | | | | |
|   Total Captures | 7747 | 16 | 441 | 484 | 18 |
|   Individuals[1] | 7747 | 13 | 323 | 596 | 24 |
| | | | | | |
| | | | | | |
| Yaak River South Hwy 3, 1986–21 | | | | | |
|   Total Captures | 12115 | 118 | 566 | 103 | 21 |
|   Individuals[1] | 12115 | 64 | 479 | 189 | 25 |
| | | | | | |
| Purcells N. Hwy 3, BC 2004–09 | | | | | |
|   Total Captures | 390 | 10 | 37 | 39 | 11 |
|   Individuals[1] | 390 | 9 | 32 | 43 | 12 |

[1]Only captures of individual bears included. Recaptures are not included in summary.

Table 17. Grizzly bear capture information from the Cabinet-Yaak and Purcell populations, 1983–2021. Multiple captures of a single bear in a single year are not included.

| Bear | Capture Date | Sex | Age (Est.) | Mass kg (Est.) | Location | Capture Type |
|---|---|---|---|---|---|---|
| 678 | 6/29/83 | F | 28 | 86 | Bear Cr., MT | Research |
| 680 | 6/19/84 | M | 11 | (181) | Libby Cr., MT | Research |
| 680 | 5/12/85 | M | 12 | (181) | Bear Cr., MT | Research |
| 678 | 6/01/85 | F | 30 | 79 | Cherry Cr., MT | Research |
| 14 | 6/19/85 | M | 27 | (159) | Cherry Cr., MT | Research |
| 101 | 4/30/86 | M | (8) | (171) | N Fk 17 Mile Cr., MT | Research |
| 678 | 5/21/86 | F | 31 | 65 | Cherry Cr., MT | Research |

43

| Bear | Capture Date | Sex | Age (Est.) | Mass kg (Est.) | Location | Capture Type |
|---|---|---|---|---|---|---|
| 106 | 5/23/86 | F | 8 | 92 | Otis Cr., MT | Research |
| 128 | 5/10/87 | M | 4 | (114) | Lang Cr., MT | Research |
| 129 | 5/20/87 | F | 1 | 32 | Pheasant Cr., MT | Research |
| 106 | 6/20/87 | F | 9 | (91) | Grizzly Cr., MT | Research |
| 134 | 6/24/87 | M | 8 | (181) | Otis Cr., MT | Research |
| 129 | 7/06/89 | F | 3 | (80) | Grizzly Cr., MT | Research |
| 192 | 10/14/89 | M | 1 | 90 | Large Cr., MT | Research |
| 193 | 10/14/89 | M | 1 | 79 | Large Cr., MT | Research |
| 193 | 6/03/90 | M | 2 | 77 | Burnt Cr., MT | Research |
| 206 | 6/03/90 | F | 2 | 70 | Burnt Cr., MT | Research |
| 106 | 9/25/90 | F | 12 | (136) | Burnt Cr., MT | Research |
| 206 | 5/24/91 | F | 3 | 77 | Burnt Cr., MT | Research |
| 244 | 6/17/92 | M | 6 | 140 | Yaak R., MT | Research |
| 106 | 9/04/92 | F | 14 | 144 | Burnt Cr., MT | Research |
| 34 | 6/26/93 | F | (15) | 158 | Spread Cr., MT | Research |
| 206 | 10/06/93 | F | 5 | (159) | Pete Cr., MT | Research |
| 505 | 9/14/94 | F | Cub | 45 | Jungle Cr., MT | Research |
| 302 | 10/07/94 | M | 1 | 95 | Cool Cr., MT | Research |
| 303 | 10/07/94 | F | 1 | 113 | Cool Cr., MT | Research |
| 106 | 9/20/95 | F | 17 | (169) | Cool Cr., MT | Research |
| 353 | 9/20/95 | F | Cub | 43 | Cool Cr., MT | Research |
| 354 | 9/20/95 | F | Cub | 47 | Cool Cr., MT | Research |
| 302 | 9/24/95 | M | 2 | 113 | Cool Cr., MT | Research |
| 342 | 5/22/96 | M | 4 | (146) | Zulu Cr., MT | Research |
| 363 | 5/27/96 | M | 4 | (158) | Zulu Cr., MT | Research |
| 303 | 5/27/96 | F | 3 | (113) | Zulu Cr., MT | Research |
| 355 | 9/12/96 | M | (6) | (203) | Rampike Cr., MT | Research |
| 358 | 9/22/96 | M | 8 | (225) | Pete Cr., MT | Research |
| 353 | 9/23/96 | F | 1 | 83 | Cool Cr., MT | Research |
| 354 | 9/23/96 | F | 1 | 88 | Cool Cr., MT | Research |
| 384 | 6/12/97 | M | 7 | (248) | Zulu Cr., MT | Research |
| 128 | 6/15/97 | M | 14 | (270) | Cool Cr., MT | Research |
| 386 | 6/20/97 | M | 5 | (180) | Zulu Cr., MT | Research |
| 363 | 6/26/97 | M | 5 | (180) | Cool Cr., MT | Research |
| 538 | 9/25/97 | F | 6 | (135) | Rampike Cr., MT | Research |
| 354 | 9/27/97 | F | 2 | 99 | Burnt Cr., MT | Research |
| 354 | 8/20/98 | F | 3 | (90) | Cool Cr., MT | Research |
| 106 | 8/29/98 | F | 20 | (146) | Burnt Cr., MT | Research |
| 363 | 8/30/98 | M | 6 | (203) | Burnt Cr., MT | Research |
| 342 | 9/17/98 | M | 6 | (203) | Clay Cr., MT | Research |
| 303 | 9/21/98 | F | 5 | (113) | Clay Cr., MT | Research |
| 592 | 8/17/99 | F | 2 | (91) | Pete Cr., MT | Research |
| 596 | 8/23/99 | F | 2 | (91) | French Cr., MT | Research |
| 358 | 11/15/99 | M | 11 | 279 | Yaak R., MT | Management, conflict |
| 538 | 7/16/00 | F | 9 | (171) | Moyie River, BC | Research |
| 552 | 7/16/01 | F | 1 | (36) | Copeland Cr., MT | Research |
| 577 | 5/22/02 | F | 1 | 23 | Elk Cr., MT | Management, pre-emptive move |
| 578 | 5/22/02 | M | 1 | 23 | Elk Cr., MT | Management, pre-emptive move |
| 579 | 5/22/02 | M | 1 | 30 | Elk Cr., MT | Management, pre-emptive move |
| 353 | 6/15/02 | F | 7 | (136) | Burnt Cr., MT | Research |
| 651 | 9/25/02 | M | 7 | (227) | Spread Cr., MT | Research |
| 787 | 5/17/03 | M | 3 | 71 | Deer Cr. ID | Management, conflict |
| 342 | 5/23/03 | M | 11 | (227) | Burnt Cr., MT | Research |
| 648 | 8/18/03 | F | 5 | (159) | McGuire Cr., MT, Salish Mtns. | Research |
| 244 | 9/25/03 | M | 17 | (205) | N Fk Hellroaring Cr., MT | Research |
| 10 | 6/17/04 | F | 11 | (159) | Irishman C., BC | Research |
| 11 | 6/20/04 | M | 7 | (205) | Irishman C., BC | Research |
| 12 | 7/22/04 | F | 11 | (148) | Irishman C., BC | Research |
| 576 | 10/21/04 | M | 2 | (114) | Young Cr., MT | Management, conflict |
| 675 | 10/22/04 | F | 2 | 100 | Young Cr., MT | Management, pre-emptive move |
| 677 | 5/13/05 | M | 6 | 105 | Canuck Cr., BC | Research |

44

FS-005732

| Bear | Capture Date | Sex | Age (Est.) | Mass kg (Est.) | Location | Capture Type |
|------|------|------|------|------|------|------|
| 688 | 6/13/05 | M | 3 | 93 | EF Kidd Cr., BC | Research |
| 576 | 6/17/05 | M | 3 | 133 | Teepee Cr., BC | Research |
| 690 | 6/17/05 | F | 1 | 52 | EF Kidd Cr., BC | Research |
| 17 | 6/18/05 | M | 8 | 175 | Norge Pass, BC | Research |
| 2 | 6/20/05 | M | 7+ | 209 | EF Kidd Cr., BC | Research |
| 292 | 7/6/05 | F | 4 | (114) | Mission Cr., ID | Research |
| 694 | 7/15/05 | F | 2 | 73 | Kelsey Cr., MT | Research |
| 770 | 9/20/05 | M | 11 | (250) | Chippewa Cr., MT | Research |
| M1 | 10/4/05 | M | (2) | (80) | Pipe Cr., MT | Management, conflict garbage feeding |
| 668 | 10/11/05 | M | 3 | 120 | Yaak R., MT | Management, conflict garbage feeding |
| 103 | 5/23/06 | M | 3 | 125 | Canuck Cr., BC | Research |
| --- | 5/28/06 | F | 4 | (125) | Cold Cr., BC  (Trap predation) | Research |
| 5381 | 6/6/06 | M | 4 | (200) | Hellroaring Cr., ID | Research |
| 651 | 6/28/06 | M | 11 | 198 | Cold Cr., BC | Research |
| 780 | 9/22/06 | M | 6 | (250) | S Fk Callahan Cr., MT | Research |
| 130 | 6/18/07 | F | 26 | 113 | Arrow Cr., BC | Research |
| 131 | 6/28/07 | F | (5) | (80) | Arrow Cr., BC | Research |
| 784 | 9/23/07 | F | 1 | (80) | Spread Cr., MT | Research |
| 772 | 9/18/07 | F | 10 | 116 | Pilgrim Cr., MT | Management, preemptive, fruit trees |
| 789 | 9/18/07 | F | Cub | 36 | Pilgrim Cr., MT | Management, preemptive, fruit trees |
| 791 | 9/18/07 | M | Cub | 39 | Pilgrim Cr., MT | Management, preemptive, fruit trees |
| 785 | 10/15/07 | F | 1 | 75 | Pete Cr., MT | Research |
| 675 | 5/23/09 | F | 7 | 89 | Elmer Cr. BC | Research |
| 784 | 7/24/09 | F | 3 | (136) | Hensley Cr., MT | Research |
| 731 | 9/17/09 | F | 2 | (125) | Fowler Cr., MT | Research |
| 5381 | 11/21/09 | M | 4 | (273) | Kidd Cr., BC | Research |
| 799 | 5/21/10 | M | 3 | (102) | Rock Cr., MT | Research |
| 737 | 7/21/10 | M | 4 | 129 | Messler Cr., MT | Research |
| 1374 | 8/30/10 | M | 2 | 98 | Young Cr., MT | Management, conflict garbage feeding |
| 726 | 5/24/11 | M | 2 | 77 | Meadow Cr., MT | Research |
| 722 | 5/31/11 | M | 12 | 261 | Otis Cr., MT | Research |
| 729 | 6/18/11 | F | 1 | 33 | Beulah Cr., MT | Research |
| 724 | 7/13/11 | M | 2 | 159 | Graves Cr., MT | Management, conflict killed pigs |
| 732 | 10/27/11 | M | 5 | 139 | Otis Cr., MT | Management, killed chickens |
| 729 | 6/26/12 | F | 2 | (80) | Pipe Cr., MT | Research |
| 737 | 9/19/12 | M | 6 | (159) | Basin Cr., MT | Research |
| 552 | 9/24/12 | F | 12 | (136) | Basin Cr., MT | Research |
| 826 | 6/28/13 | M | (5) | (136) | Pipe Cr., MT | Research |
| 303 | 7/23/13 | F | 20 | 132 | Pipe Cr., MT | Research |
| 831 | 6/21/14 | F | 14 | 81 | Libby Cr., MT | Research |
| 807 | 6/24/14 | M | 4 | 111 | Canuck Cr., ID | Research |
| 808 | 6/27/14 | M | 4 | 130 | Spruce Cr., ID | Research |
| 722 | 8/21/14 | M | 15 | (182) | Hellroaring Cr., MT | Research |
| 835 | 8/24/14 | M | 12 | 185 | Hellroaring Cr., MT | Research |
| 836 | 9/19/14 | F | 1 | 75 | Hellroaring Cr., MT | Research |
| 837 | 9/29/14 | M | 6 | (227) | Hellroaring Cr., MT | Research |
| 729 | 5/19/15 | F | 5 | 107 | Cool Cr., MT | Research |
| 839 | 6/19/15 | M | 4 | 78 | Bear Cr., MT | Research |
| 810 | 7/16/15 | F | 12 | 120 | Hellroaring Cr., MT | Research |
| 818 | 7/18/15 | M | 2 | 82 | Meadow Cr., MT | Research |
| 820 | 8/20/15 | F | 12 | 149 | Hellroaring Cr., MT | Research |
| 726 | 10/5/15 | M | 6 | 227 | Libby Cr., MT | Management, conflict beehives |
| 836 | 7/18/16 | F | 3 | 87 | Hellroaring Cr., MT | Management, conflict beehives |
| 822 | 8/15/16 | F | 3 | 92 | Hellroaring Cr., MT | Research |
| 824 | 8/18/16 | M | (12) | 197 | Hellroaring Cr., MT | Research |
| 9811 | 8/19/16 | M | (2) | (91) | Hellroaring Cr., MT | Research |
| 821 | 8/27/16 | M | 2 | 127 | Hellroaring Cr., MT | Research |
| 853 | 9/21/16 | M | 5 | 120 | Boulder Cr., MT | Research |
| 722 | 9/29/16 | M | 17 | 238 | 17 Mile Cr., MT | Management, conflict pigs and chickens |
| 922 | 10/10/16 | M | 2 | 130 | Upper Yaak R., MT | Management, conflict chicken feed |
| 726 | 6/18/17 | M | 8 | (195+) | Beulah Cr., MT | Research |

45

| Bear | Capture Date | Sex | Age (Est.) | Mass kg (Est.) | Location | Capture Type |
|---|---|---|---|---|---|---|
| 1026 | 6/21/17 | F | 2 | 63 | Upper Yaak R., MT | Management, conflict habituated |
| 1028 | 6/21/17 | F | 2 | 64 | Upper Yaak R., MT | Management, conflict habituated |
| 861 | 6/25/17 | M | 2 | 55 | Bear Cr., MT | Research |
| 840 | 6/26/17 | F | 2 | 53 | Cruien Cr., MT | Research |
| 842 | 7/25/17 | F | 4 | 93 | Fourth of July Cr., MT | Research |
| 810 | 9/18/17 | F | 14 | 150 | Hellroaring Cr., MT | Research |
| 9077 | 4/30/18 | M | 3 | 112 | Thompson R., MT | Management |
| 927 | 9/5/18 | M | (2) | 92 | Dry Cr., ID | Management, conflict Black Bear Bait |
| 722 | 9/23/18 | M | 19 | 238 | Hellroaring Cr., MT | Research |
| 844 | 6/22/19 | M | 4 | 122 | Pipe Cr, MT | Research |
| 866 | 6/25/19 | M | 4 | 134 | Bear Cr, MT | Research |
| 835 | 7/23/19 | M | 17 | 175 | Canuck Cr, MT | Research |
| 822 | 7/25/19 | F | 6 | 109 | Canuck Cr, MT | Research |
| 770 | 10/11/19 | M | 25 | 207 | Bear Cr,MT | Management, conflict Livestock feed |
| 930 | 6/23/20 | M | 2 | 78 | Whitetail Cr.,MT | Research |
| 784 | 7/24/20 | F | 14 | 115 | Hellroaring Cr.,MT | Research |
| 729 | 9/21/20 | F | 10 | 158 | Burnt Cr.,MT | Research |
| 718 | 5/24/21 | M | 4 | 147 | SF Meadow Cr, MT | Research |
| 848 | 7/17/21 | M | 1 | (50) | Copper Cr, ID | Research |
| 890 | 7/27/21 | F | 5 | 108 | Silta Cr, MT | Management, Preemptive |
| 835 | 8/17/21 | M | 19 | 169 | 4th July Cr, MT | Research |
| 939 | 8/20/21 | F | 3 | 107 | Hellroaring Cr, MT | Research |
| 882 | 8/24/21 | M | 1 | 62 | Cyclone Cr, MT | Research |
| 884 | 9/10/21 | M | 3 | 150 | Rapid Lightning Cr, ID | Management, Preemptive |
| 940 | 10/28/21 | M | (3) | 130 | Parmenter Cr, MT | Management, Preemptive |

46

FS-005734



Figure 13. Trap site locations in the Cabinet-Yaak study areas 1983–2021. Red dots represent sites with ≥ one grizzly bear capture.

**Grizzly Bear Monitoring and Home Ranges**

Thirteen grizzly bears were monitored with radio-collars during portions of 2021. Research monitoring included four females (two adults and two subadult) and eight males (two adult and six subadults) in the CYE. One female was from the Cabinet Mountains augmentation program. Two males and one female bear were collared for preemptive purposes. One adult male bear was collared for conflict management purposes.

Aerial telemetry locations and GPS collar locations were used to calculate home ranges. The convex polygon life ranges were computed for bears monitored during 1983–2021 (Table 18 and Appendix 4 Figs. A1-A108). Resident, non-augmentation bears with life range estimates for bears with ≥ 5 months of telemetry were used to calculate basic statistics. Adult male life range averaged 2,142 km$^2$ (95% CI ± 478, $n$ = 33) and adult female life range averaged 597 km$^2$ (95% CI ± 156, $n$ = 20) using the minimum convex polygon estimator.

Young female bears typically utilize home ranges adjacent to or a part of their mother's home range. The minimum convex polygon estimator for bear 106 was 852 km$^2$ during her 1986–1999 lifetime (Fig. 14). Her home range was smallest during the five years that she had cubs. Four known female offspring of bear 106 established home ranges around their maternal range (Fig. 14). Bear 206 has established a home range adjacent to and north of her mother's home range. Bear 303 has established a home range east of her mother's home range and female 354 may have established her home range west of her mothers. Bear 353 lived within her mother's old range, before her death. Second-generation female offspring of 106 occupied habitats east and west of first-generation offspring. In recent years, third-generation females have established home ranges south of second-generation females (Fig. 14).

Home ranges of collared grizzly bears overlap extensively on a yearly and lifetime basis. However, bears typically utilize the same space at different times. Male home ranges overlap several females to increase breeding potential, but males and females consort only during the brief period of courtship and breeding. Adult male bears, whose home ranges overlap, seldom use the same habitat at the same time to avoid conflict.

Table 18. Home range sizes of native (independent or family groups) and transplanted grizzly bears in the Cabinet-Yaak recovery zone, Purcell Mountains and Salish Mountains 1983–2021.

| Bear | Sex | Age (Est) | Years | Collar Type | Number of fixes | 100% Convex polygon (km²) | Area of use |
|---|---|---|---|---|---|---|---|
| 678 | F | 28-34 | 1983-89 | VHF | 173 | 658 | Cabinet Mtns, MT |
| 680 | M | 11-12 | 1984-85 | VHF | 75 | 1,947 | Cabinet Mtns, MT |
| 14 | M | 27 | 1985 | VHF | 23 | 589 | Cabinet Mtns, MT |
| 101 | M | 8 | 1986 | VHF | 38 | 787 | Yaak River, MT |
| 106 | F | 8-20 | 1986-99 | VHF | 379 | 852 | Yaak River, MT |
| 128 | M | 4-14 | 1987-97 | VHF | 204 | 2,895 | Yaak River, MT |
| 129 | F | 1-3 | 1987-89 | VHF | 42 | 60 | Yaak River, MT |
| 134 | M | 8-9 | 1987-88 | VHF | 20 | 594 | Yaak River, MT |
| 192 | M | 2 | 1990 | VHF | 10 | 574 | Yaak River, MT |
| 193 | M | 2 | 1990 | VHF | 34 | 642 | Yaak River, MT |
| 206 | F | 2-7 | 1990-95 | VHF | 208 | 1,332 | Yaak River, MT |
| 218[1] | F | 5-6 | 1990-91 | VHF | 95 | 541 | Cabinet Mtns, MT |
| 244 | M | 6-18 | 1992-04 | VHF | 158 | 1,406 | Yaak River, MT |
| 258[1] | F | 6-7 | 1992-93 | VHF | 54 | 400 | Cabinet Mtns, MT |
| 286[1] | F | 2-3 | 1993-94 | VHF | 82 | 266 | Cabinet Mtns, MT |
| 311[1] | F | 3-4 | 1994-95 | VHF | 16 | 209 | Cabinet Mtns, MT |
| 302 | M | 1-3 | 1994-96 | VHF | 60 | 514 | Yaak River, MT |
| 303 | F | 1-22 | 1994-01, 2011-16 | GPS & VHF | 12,177 | 605 | Yaak River, MT |
| 342 | M | 4-12 | 1996-04 | VHF | 134 | 1,653 | Yaak River, MT |
| 355 | M | (6) | 1996 | VHF | 5 | N/A | Yaak River, MT & BC |
| 358 | M | 8-10 | 1996-98 | VHF | 55 | 1,442 | Yaak River, MT & BC |
| 363 | M | 4-7 | 1996-99 | VHF | 120 | 538 | Yaak River, MT |

48

FS-005736

| Bear | Sex | Age (Est) | Years | Collar Type | Number of fixes | 100% Convex polygon (km²) | Area of use |
|---|---|---|---|---|---|---|---|
| 386 | M | 5-6 | 1997-98 | VHF | 29 | 1,895 | Yaak River, MT |
| 354 | F | 2-4 | 1997-99 | VHF | 70 | 537 | Yaak River, MT |
| 538 | F | 6-11 | 1997-02 | VHF | 232 | 835 | Yaak River, MT & BC |
| 592 | F | 2-3 | 1999-00 | VHF | 59 | 471 | Yaak River, MT & BC |
| 596 | F | 2 | 1999 | VHF | 10 | 283 | Yaak River, MT & BC |
| 552 | F | 1-15 | 2001, 2012-15 | GPS & VHF | 1,431 | 1,210 | Yaak River, MT |
| 577 | F | 1 | 2002 | VHF | 11 | 2 | Cabinet Mtns, MT |
| 578 | M | 1 | 2002 | VHF | 3 | N/A | Cabinet Mtns, MT |
| 579 | M | 1 | 2002 | VHF | 10 | 5 | Cabinet Mtns, MT |
| 353 | F | 7 | 2002 | VHF | 37 | 119 | Yaak River, MT |
| 651 | M | 7-11 | 2002-03,06 | GPS & VHF | 1,827 | 1,004 | Yaak River, MT & BC |
| 787[2] | M | 3-4 | 2003-04 | VHF | 84 | 1,862 | Yaak River, MT |
| 648 | F | 5-7 | 2003-05 | VHF | 85 | 948 | Salish Mtns, MT |
| 576[2] | M | 3-4 | 2005-06 | GPS & VHF | 2,290 | 1,320 | Yaak River, MT & BC |
| 675 | F | 2-8 | 2004-10 | GPS & VHF | 1,827 | 714 | Yaak River, MT & BC |
| 10 | F | 11 | 2004 | GPS | 1,977 | 176 | Moyie River, BC |
| 11 | M | 7 | 2004 | GPS | 894 | 1,453 | Moyie River, BC |
| 12 | F | 11 | 2004 | GPS | 1,612 | 333 | Moyie River, BC |
| 17 | M | 8 | 2005 | GPS | 1,903 | 3,074 | Yaak River, MT & BC |
| 677 | M | 6 | 2005 | GPS | 519 | 3,361 | Yaak River, MT & BC |
| 688 | M | 3-4 | 2005-06 | GPS | 3,421 | 1,544 | Moyie & Goat River, BC |
| 694 | F | 2 | 2005 | VHF | 11 | 89 | Yaak River, MT |
| 292 | F | 4 | 2005 | GPS | 7,062 | 253 | Moyie & Goat River, BC & ID |
| 770 | M | 11-12,25 | 2005-06,19 | VHF & GPS | 1,039 | 524 | Cabinet Mtns, MT |
| 2 | M | (7-9) | 2005-06 | GPS | 1,337 | 2,860 | Moyie / Yahk, BC |
| A1[1] | F | (8-10) | 2005-07 | VHF | 73 | 725 | Cabinet Mtns, MT |
| 782[1] | F | 2-5 | 2006-08 | GPS | 1,126 | 1,932 | Cabinet Mtns, MT |
| 780 | M | 6-8 | 2006-08 | VHF | 56 | 1,374 | Cabinet Mtns, MT |
| 103 | M | 2-4 | 2006-07 | GPS | 4,872 | 6,545 | Kootenai, & Pend Oreille River, BC, ID, & WA |
| 5381 | M | 4-5 | 2006-07 | GPS | 11,491 | 1,949 | Moyie & Goat River, BC & ID |
| 130 | F | 26-27 | 2007-08 | GPS | 3,986 | 281 | Goat River, BC |
| 131 | F | (5) | 2007-08 | GPS | 3,270 | 276 | Goat River, BC |
| 784 | F | 1-3,14-15 | 2007-09,20-21 | GPS | 3,478 | 659 | Yaak River, MT |
| 785 | F | 1-2 | 2007-08 | GPS | 362 | 207 | Yaak River, MT |
| 772 | F | 10 | 2007 | VHF | 14 | 446 | Cabinet Mtns, MT |
| 635[1] | F | 4 | 2008 | GPS | 285 | 451 | Cabinet Mtns, MT |
| 790[1] | F | 3 | 2008 | GPS | 227 | 423 | Cabinet Mtns, MT |
| 715[1] | F | (10-11) | 2009-10 | GPS | 437 | 6,666 | Cabinet Mtns, MT |
| 731 | F | 2-4 | 2009-11 | GPS | 1,652 | 852 | Yaak River, MT |
| 799 | M | 2-4 | 2010-11 | GPS | 1,422 | 805 | Cabinet Mtns, MT |
| 713[1] | M | 5-6 | 2010-11 | GPS & VHF | 562 | 5,999 | Cabinet Mtns, MT |
| 714[1] | F | 5-6 | 2010-12 | GPS | 1,684 | 2,389 | Cabinet Mtns & Flathead, MT |
| 737 | M | 4-7 | 2010-13 | GPS & VHF | 1,626 | 2,667 | Yaak River, MT & BC |
| 1374 | M | 2 | 2010 | GPS | 14 | 381 | Yaak River, MT & BC |
| 722[2] | M | 12-19 | 2011-19 | GPS | 3,523 | 4,282 | Yaak River, MT & BC |
| 723[1] | M | 1-3 | 2011-12 | GPS | 430 | 1,063 | Cabinet Mtns, MT |
| 724[2] | M | 1-3 | 2011-12 | VHF | 29 | 873 | Cabinet Mtns, MT |
| 725[1] | F | 2-4 | 2011-13 | GPS | 3,194 | 3,314 | Cabinet Mtns & Flathead, MT |
| 726 | M | 2-3,6-8 | 2011-12,15-17 | GPS | 6,335 | 3,751 | Kootenai & Yaak River, MT |
| 729 | F | 1-7,10 | 2011-13, 15-17,20 | GPS | 17,952 | 560 | Yaak River, MT |
| 732[2] | M | 5 | 2011 | GPS | 875 | 458 | Yaak River, MT |
| 918[1] | M | 2-4 | 2012-14 | GPS | 1,192 | 587 | Cabinet Mtns, MT |
| 826 | M | 5 | 2013 | GPS | 164 | 1,820 | Yaak& Kootenai River, MT & BC |
| 919[1] | M | 4-5 | 2013-14 | GPS | 792 | 2,974 | Cabinet Mtns, MT |
| 808 | M | 4-5 | 2014-15 | GPS | 1,273 | 1,722 | Yaak River, MT |
| 831 | F | 14 | 2014 | GPS | 434 | 218 | Yaak River, MT |
| 835 | M | 12-14,17-19 | 2014-16,19-21 | GPS | 5,203 | 6,148 | Yaak River, MT, Selkirks, ID, Cabinets, ID |
| 836 | F | 1-4 | 2014--17 | GPS | 3,772 | 1,816 | Yaak River, MT |
| 837 | M | 6-8 | 2014-16 | GPS | 1,173 | 1,553 | Yaak River, MT |

49

| Bear | Sex | Age (Est) | Years | Collar Type | Number of fixes | 100% Convex polygon (km²) | Area of use |
|------|-----|-----------|-------|-------------|-----------------|---------------------------|-------------|
| 920[1] | F | 3-5 | 2014-16 | GPS | 5,108 | 913 | Cabinet Mtns, MT |
| 921[1] | F | 2-3 | 2014-15 | GPS | 2,033 | 259 | Cabinet Mtns, MT |
| 810 | F | 12,14-15 | 2015,2017-18 | GPS | 3,150 | 413 | Yaak River, MT |
| 818 | M | 2 | 2015 | GPS | 461 | 225 | Yaak River, MT |
| 839 | M | 3-4 | 2015-16 | GPS & VHF | 2,595 | 6,819 | Cabinet & Whitefish Mtns, MT |
| 820 | F | 12-14 | 2015-18 | GPS | 2,537 | 295 | Yaak River, MT |
| 924[1] | M | 2 | 2015 | GPS | 741 | 2,068 | Cabinet Mtns, MT |
| 1001 | M | 6 | 2015 | GPS | 1,352 | 1,357 | Selkirk Mtns, BC |
| 807 | M | 4-7 | 2014-17 | GPS | 2,568 | 3,319 | Selkirk Mtns, ID &Yaak River, MT |
| 821 | M | 2-3 | 2016-17 | GPS | 2,467 | 4,405 | Yaak River, MT |
| 822 | F | 3,6-8 | 2016,19-21 | GPS | 5,371 | 1,188 | Yaak River, MT |
| 824 | M | (12-13) | 2016-14 | GPS | 455 | 884 | Yaak River, MT & BC |
| 853 | M | 5-6 | 2016-17 | GPS | 938 | 736 | Kootenay River, BC |
| 9811 | M | (2-4) | 2016-18 | GPS | 3,135 | 1,210 | Moyie River, MT, ID, BC |
| 922[2] | M | 4-5 | 2016-17 | GPS | 938 | 2,148 | Kootenai River., ID Yaak Rr, MT |
| 926[1] | M | 4-5 | 2016-17 | GPS | 2,834 | 3,328 | Cabinet Mtns, MT |
| 840 | F | 2-4 | 2017-19 | GPS | 2,987 | 627 | Pipe Cr., MT |
| 842 | F | 4-6, 8 | 2017-19, 21 | GPS | 3,418 | 774 | Yaak River, MT |
| 861 | M | 2-4 | 2017-19 | GPS | 2,376 | 669 | Cabinet Mtns, MT |
| 1026[2] | F | 2 | 2017 | GPS | 3,435 | 1,556 | Creston Valley, BC Yaak Rr., MT |
| 1028[2] | F | 2 | 2017 | GPS | 1,639 | 708 | Yaak River.,MT St. Mary's River. ,BC |
| 927[1] | M | 2-4 | 2018-20 | GPS | 9,011 | 29,583 | Cabinet & Bitterroot Mtns, MT, ID |
| 9077[2] | M | 3 | 2018 | GPS | 193 | 1,155 | Cabinet Mtns, Yaak River, MT |
| 1006 | M | 2-3 | 2017-18 | GPS | 1,921 | 8,092 | Selkirk & Cabinet Mtns, Yaak River MT |
| 844 | M | 4-5 | 2019-20 | GPS | 4,082 | 5,448 | Yaak and Kootenai River.,MT |
| 866 | M | 4-5 | 2019-20 | GPS | 3,038 | 3,758 | Salish & Cabinet Mtns, MT |
| 892[1] | M | (3) | 2019-20 | GPS | 1,845 | 5,127 | Cabinet Mtns ID, MT & Kootenai Rv., MT |
| 923[1] | F | 2-4 | 2019-21 | GPS | 3,284 | 769 | Cabinet Mtns ID & MT |
| 930 | M | 2-3 | 2020-21 | GPS | 2,288 | 769 | Yaak River, MT, ID, BC |
| 718 | M | 4 | 2021 | GPS | 2,391 | 1,684 | Yaak River, MT & Selkirks Mtns, ID |
| 884[3] | M | 3 | 2021 | GPS | 619 | 1,484 | Cabinets, MT & ID and Selkirks Mtns |
| 890[3] | F | 5 | 2021 | GPS | 1,863 | 475 | Cabinets & Bitterroot Mtns, MT & ID |
| 939 | F | 4 | 2021 | GPS | 763 | 238 | Yaak River, MT & ID |
| 940[3] | M | (3) | 2021 | GPS | 101 | 75 | Cabinets Mtns, MT |

[1]Augmentation bears.

[2]Management bears.

[3]Preemptive bears.

50



**Figure 14. Generational home ranges of female grizzly bears in the Yaak River descended from bear 106 that characterize female range expansion, 1986–2021.**

### Grizzly Bear Denning Chronology

We summarized den entry and exit dates of radio-collared grizzly bears using primarily VHF and GPS location data (1983–2021). Radio-collars deployed since the late 2000s include an activity monitoring device (i.e., accelerometer), which allows an additional, more detailed assessment of den entrance and exit and activity during the denning period.

Den entry dates ($n$ = 133) ranged from the third week of October to the last week of December. Ninety-five percent (122) of entries occurred between the 4th week of October and the 3rd week of December (Fig. 15). Grizzly bears in the Cabinet Mountains (median entry in 2nd week of November) entered dens 2 weeks earlier than bears in the Yaak River drainage (median entry during 4th week of November). Males generally entered dens later than females. Female-offspring family groups tended to enter dens later than independent adult females (Fig. 16). By December 1, 38% of Cabinet and Yaak grizzly bears had not yet entered winter dens (21% females and 60% of males, Fig. 17).

51

FS-005739



Figure 15. Month and week of den entry for male and female radio-collared grizzly bears in the Cabinet-Yaak grizzly bear recovery zone, 1983–2021.



Figure 16. Month and week of den entry for adult female, radio-collared grizzly bears in the Cabinet-Yaak grizzly bear recovery zone, 1983–2021.

52



Figure 17. Cumulative proportion of den entries for female and male, radio-collared grizzly bears in the Cabinet-Yaak grizzly bear recovery zone, by month and week, 1983–2021.

Den exit dates ($n$ = 125) ranged from the first week of March to the third week of May (Fig. 18).  Ninety-six percent (116) of exit dates occurred from the 2nd week of March through the 2nd week of May.  Grizzly bears in the Cabinet Mountains generally exited dens one week later than bears in the Yaak river drainage.  Males tended to exit dens two weeks earlier than females.  Sixty-eight percent of den exits occurred during the month of April.  By May 1, 14% of Cabinet and Yaak grizzly bears were still in dens, well over half of which were females with cubs.  Females with cubs generally exit dens later than other adult females (median exit during 1st week of May; Fig. 19).  All adult females with cubs remained at dens until at least April 15.



Figure 18. Month and week of den exit for male and female radio-collared grizzly bears in the Cabinet-Yaak grizzly bear recovery zone, 1983–2021.

53

FS-005741



Figure 19. Month and week of den exit for adult female, radio-collared grizzly bears (with and without cubs) in the Cabinet-Yaak grizzly bear recovery zone, 1983–2021.

**Grizzly Bear Habitat Analysis**

Resource selection functions were utilized to develop seasonal habitat use maps for the Cabinet-Yaak and Selkirk Mountains recovery area zones and surrounding area based on telemetry locations collected from 2004–2015. See Appendix 5 for methodology and maps. The following habitat analysis will discuss both recovery areas.

**Grizzly Bear Use by Elevation**

Differences in elevation between the Cabinet-Yaak and Selkirk Mountains are reflected in individual bear's radio location data (GPS &VHF) from both areas. To account for differences in sample size between VHF and GPS collared bears, monthly mean elevation for each bear was first calculated. These means were then averaged. Only bears with at least four locations per month were utilized. Grizzly bears in all three study areas exhibited the same general pattern of elevation use (Figure 20). In spring, bears are at lower elevations accessing early green vegetation. As the year progresses, bears move to higher elevations to utilize a variety of berry species. Yaak River bear's decrease in elevation during October and November correspond to the Montana general hunting season. Bears may be utilizing wounded animals and gut piles. Selkirk bears do show an increase in meat consumption later in the year, but by the first week of November 50% of bears have entered dens and may not have the ability to respond to the presence of this protein source. The difference in Idaho and Montana's hunt season structure may account for some of the differences in fall elevation use.

54

8-ER-1953



Figure 20. Mean monthly use of elevation for bears in the Cabinet Mountains ($n$ = 15) from 1983–2021, the Yaak River ($n$ = 56) from 1986–2021, and the Selkirk Mountains ($n$ = 103) from 1986–2021 for VHF and GPS collared bears. Error bars represent 95% CI.

**Grizzly Bear Use by Aspect**

Annual grizzly bear VHF and GPS location summary indicates that Cabinet bears ($n$ = 9,476) utilize north facing slopes more so than bears in other study areas (Figure 21). Bears in the Yaak River ($n$ = 107,559) and Selkirk ($n$ = 104,062) exhibit similar use of aspect, using east the most and north the least.

Bear dens in the Yaak River ($n$ = 100) and Selkirk study area ($n$ = 96) occurred on east facing slopes more than other aspects (Figure 22). Yaak River bear dens occurred on north slopes more than other study areas. Cabinet bear dens ($n$ = 40) utilized east and south facing slopes to the same degree and north facing slopes the least. These differences may be a result of varying topography among study areas and where snowpack is present.

55



Figure 21.  Yearly proportional use of aspect for grizzly bear VHF and GPS locations in the Yaak River from 1986–2021, the Cabinet Mountains from 1986–2021, and the Selkirk Mountains from 1986–2021.



Figure 23.  Aspect of grizzly bear dens in the Yaak River (n=100) from 1986–2021, the Cabinet Mountains (n=40) from 1983–2021, and the Selkirk Mountains (n=96) from 1986–2021.

56

FS-005744

**Grizzly Bear Spring Habitat Description**

After den emergence in spring, bears seek sites that melt snow early and produce green vegetation. These sites can often overlap with ungulate winter range and provide winterkill carrion. Spring habitat use in both study areas (April and May) indicated use of low elevation sites. Cabinet Mountain radio locations indicated most use below 1,600 m with primary use of southerly facing snow chutes, alder shrub fields, grassy sidehill parks, and closed timber. Yaak River radio locations indicated most use below 1,400 m with primary use of closed timber, timbered shrub fields, cutting units, and grassy sidehill parks on virtually all aspects. Lower elevation of the Yaak River area may allow snow to melt and vegetation to green-up earlier.

**Inter-ecosystem Isotope Analysis**

We are using isotope analysis to compare grizzly bear food use (plant vs. animal matter) between ecosystems, among sex-age classes, and across management status. Samples currently analyzed are only from grizzly bears of known sex and age. The majority of samples come from capture events; future analysis will include samples from known grizzly bears at hair rub and hair corral sites. To date, we have obtained carbon ($\delta^{13}C$) and nitrogen ($\delta^{15}N$) isotope ratios from 237 grizzly bear hair and blood samples between 1984 and 2015 from the CYE and Selkirk ecosystems. Across the Selkirk and CYE ecosystems, adult males consume slightly more animal matter (22%) than adult females (14%) and subadults (13%). Adult females in the Yaak River consume higher proportions of animal matter (22%) than do adult females in the Cabinets (10%) and the Selkirks (6%).

We estimate that 14% of the annual diet of Cabinet Mountain grizzly bears ($n = 19$ hair samples from non-management bears) is derived from animal matter. Adult males had slightly higher $\delta^{15}N$ stable isotope signatures (4.2‰) than adult females (3.1‰), indicating greater use of available animal matter (24% vs. 10% animal matter, respectively).

Yaak grizzly bear diets contained nearly 22% animal matter ($n = 84$ hair samples). Adult female use of animal matter varied widely; $\delta^{15}N$ and diet values ranged as low as 2.3‰ (~6% animal matter) to as high as 7.2‰ (~80% animal matter).

Sampled grizzly bears in the Selkirk ecosystem consumed less animal matter than Cabinet and Yaak bears (12%; $n = 36$ hair samples). Diets of non-management, adult female bears include only 7% animal matter. However, one adult female captured in a management incident in the Creston Valley fed on animal matter at a rate of 82%. We suspect bears such as her likely gain meat from bone piles or dead livestock at nearby dairy operations.

Across ecosystems, management bears had slightly higher proportions of meat (26%) in assimilated diets than research bears (17%). Management bears did not necessarily have higher $\delta^{13}C$ signatures as would indicate a more corn-based or anthropogenic food source (-23‰ for both research and management bears). In fact, highest $\delta^{13}C$ in our dataset came from a research female caught in Corn Creek of the Creston Valley, BC in 2008. By all indications, she likely fed extensively on corn from nearby fields without human conflict.

By analyzing different hair types that initiate growth at different times of the year, we have observed increases in proportion of animal matter in bear diets as they transition from summer months (diet estimated from guard hairs) to fall months (diet from underfur). Previous studies have emphasized the importance of splitting these hair types due to temporal differences in growing period (Jones *et al*. 2006). We currently have 45 bear capture events with paired guard hair and underfur samples collected at capture. In all cases, grizzly bears have either 1) the same dietary meat proportion in summer vs. fall or 2) have higher amounts of meat in their fall diet. On average, grizzly bears meat consumption nearly doubles from summer to fall (10.7% summer to 17.6% fall). Fall shifts toward meat use were not isolated to a specific sex-age class. Larger shifts include: an adult male (4327) shifting from 31% meat in summer to 82% meat in fall, an adult female (mortality 5/18/2012) consuming 14% in spring, then 38% in the fall, and a subadult female grizzly (675) with a summer diet consisting of 6%

57

FS-005745

meat and fall diet of 16% meat.  We suspect that wounding loss and gut piles from hunted ungulates contribute to observed increases in meat use by grizzly bears in fall months.

**Food Habits from Scat Analysis**

   Grizzly bear scats (*n* =180) were collected in the Cabinet-Yaak between 1981 and 1992. Graminoids (grasses and sedges) were consumed frequently (43% of scats) by grizzly bears in May.  Additionally, meat, presumably from winter-killed deer and moose, accounted for 40% of all dry matter consumed in April and May (Fig. 24).  In June, the use of forbs increased markedly, yet grasses and sedges were still a dominant food category.  Cow parsnip (*Heracleum lanatum*), clover (*Trifolium spp.*), and dandelion (*Taraxacum officinale*) were commonly used in June; over half (52%) of scats in June included parts of at least one of these three forbs.  By July, forbs (mainly *Heracleum*) comprised 32% of dry matter consumed by grizzly bears.  Only 8% of dry matter consumed in July came from grasses and sedges; graminoids begin to cure in July and provide far less digestible nutrition.  Grizzly bears began to feed upon berries (huckleberry and whortleberry [*Vaccinium spp.*], serviceberry [*Amelanchier alnifolia*]) and insects (mainly ants) in July.  Food habits during August and September were dominated by use of berries (*Vaccinium* spp., in particular), yet September habits include an increased use of animal matter.  Unlike black bears, grizzly bears targeted animal matter (deer, elk, moose) in October.  We suspect hunter-discarded gut piles or other remains account for a fair amount of the available animal meat.  Fall regrowth of forbs (mainly clover) and graminoids contributed 25% of dry matter consumed by sampled grizzly bears in October.  Mammal and berries (i.e., the most calorie-dense foods available) in fall constitute 64% of total dry matter consumed annually by grizzly bears.



Figure 24.  Monthly percent of total dry matter of foods consumed by grizzly bears in the Cabinet Mountains and Yaak River, 1981–1992.

   Black bear scats (*n* =618) were collected between 1984 and 1992.  Relative use of foods was quite similar to that of grizzly bears between April and August (Fig. 25).  However, black bear food habits in September and October were quite different from grizzly bears.  Black bears tend to use berries (*Vaccinium* spp., *Sorbus* spp. [mountain-ash], *Amelanchier alnifolia,* and

58

FS-005746

*Arctostaphylos* spp. [bear berry]) more frequently as fall progresses (percent dry matter consumed, August = 74%; September = 82%; October = 91%). In October, black bears fed heavily on mountain-ash. In contrast, grizzly bears increase relative dry matter consumption of animal meat in fall months (August = 12%, September = 24%; October = 68%). We suggest this difference in food use may be explained by either 1) early den entrance dates for black bears (i.e., den entrance before open of big game hunting season), 2) higher energetic demand of larger grizzly bears (i.e., consumption of calorie-dense foods is metabolically preferred by larger bears; Welch *et al*. 1997), 3) interspecific exclusion of black bears by grizzly bears (i.e., exploitative competition), and/or 4) differences in risk behavior between the two species. On an annual basis, black bears consumed less high-quality, calorie-dense foods (meat and berries; 42%) relative to lower-quality foods such as graminoids and forbs (46%).



Figure 25. Monthly percent of total dry matter of foods consumed by black bears in the Cabinet Mountains and Yaak River, 1984–1992.

**Berry Production**

Production of four fruiting plant species was estimated at sampling transects across the Cabinet-Yaak ecosystem (CYE). Huckleberry production during 2021 was greater than the long-term average. Mountain ash production was similar to the long-term average. Serviceberry and buffaloberry both had below average production at sampling transects. Because of its relatively far-ranging distribution in the CYE and life history of inhabiting larger areas (e.g., shrub fields) when compared with other berry-producing plants, huckleberries appear to provide a greater amount of food for bears in the CYE. However, serviceberry and mountain ash may provide significant secondary food sources in some years when huckleberry crops have failed (e.g., 2001 and 2003). Mountain ash may be particularly valuable to bears in years of low food production because the berries persist and remain on the plants until after frost and leaf drop. Low berry counts for all three of these species would prove most detrimental for bears attempting to store fat for winter denning (e.g., 2002, 2004, and 2015). Because of its sparse distribution, buffalo berries appear to be the least-available berry food for grizzly bears in the CYE. Below-average production among all species surveyed occurred in 1992, 1998–2000, 2002, 2004, and 2015. The 2015 berry season marked the first time we have observed below

59

average counts for all four berry species in one year.  Sampling sites for each species were selected to best represent landscape level variation of geography, elevation, aspect, and overstory canopy (Fig. 26).

Fluctuations in berry production in the CYE may be influenced by climatic variables. Holden *et al.* (2012) found huckleberry production in the CYE to be highest in years with cool springs and high July diurnal temperature ranges.  Serviceberry production was also highest in years with cool springs and high winter snowpack.  Future changes in climate may influence the availability of these foods to CYE grizzly bears.



Figure 26.  Locations of all serviceberry, buffaloberry, mountain ash, and huckleberry sampling sites within the CYE study area, 1989–2021.  Some locations show multiple berry species sites in close proximity.

60

FS-005748

Huckleberry

We evaluated berry production at a median number of 18 (range=11–23) huckleberry transects per year within the CYE study area from 1989–2021 (Fig. 27). During this study period, the mean number of berries per plot was 1.8 (95% CI ± 0.118). Mean annual berry counts between 1989 and 2021 ranged from 0.5–3.4. Statistically below-average berry counts occurred in 11 years while above average counts occurred in nine years. Highest mean annual counts occurred in 2014. Based upon these production indices at sampled sites, the 9-year period from 1997–2005 was a prolonged stretch of years without above average annual huckleberry production; more recent mean annual counts since 2006 average 105% higher than during the 1997–2005 period (1.1 berries per plot higher). Of interest is whether lower- and higher-than-average production influences population reproduction and survival.



Figure 27. Mean berries per plant (± 95% confidence interval) for huckleberry transects in the Cabinet-Yaak, 1989–2021. Horizontal line indicates study-wide mean production, 1989–2021.

Serviceberry

We evaluated berry production at a median number of six (range = 4–7) serviceberry transects per year from 1990 to 2021 (Fig. 28). The overall mean berry count per plant was 106 (95% CI ± 21) during the study. Mean annual berry counts per plant ranged from 12 to 355 during the 25+ year index. Statistically below-average counts occurred during 14 years and above average counts occurred only in a single year, 1997. Considering the entirety of the data, the past sixteen years have been particularly less productive (2006–2021; 75 berries per plant) when compared to the first 16 (142 berries per plant from 1990–2005).

61



Figure 28. Mean berries per plant (± 95% confidence interval) for serviceberry transects in the Cabinet-Yaak, 1990–2021. Horizontal line indicates study-wide mean production, 1990–2021.

Mountain Ash

Three sites were evaluated for mountain ash production each year, from 2001 to 2021 (Fig. 29). Total mean berry count was 173 berries per plant (95% CI ± 47). Statistically below-average production occurred in six years while above average production occurred in 2 years.



Figure 29. Mean berries per plant (± 95% confidence interval) for mountain ash transects in the Cabinet-Yaak, 2001–2021. Horizontal line indicates study-wide mean production, 2001–2021.

62

FS-005750

Buffaloberry

   Five buffaloberry transects (5 plants at each transect) were evaluated during 1990–1999 and 2002–2003.  No sites were sampled during 2004–2006.  One new transect (10 plants) was established in 2007 and was the only transect sampled.  Another transect (10 plants) was added in 2008.  Two transects were evaluated each year, 2008–2021.  A median of 2 sites were evaluated annually (range 1–5) between 1990 and 2021.  Mean berry count per plant from all transects was 177 (95% CI ± 44) during the study period.  Mean annual berry counts ranged between 15 to 627 berries per plant from 1990 to 2021 (Fig. 30), with statistically below-average counts in ten years and above-average counts occurred in four years.



Figure 30.  Mean berries per plant (± 95% confidence interval) for buffaloberry transects in the Cabinet-Yaak, 1990–2021.  Horizontal line indicates study-wide mean production, 1990–2021.

## Body Condition

   We estimated body fat content of Cabinet-Yaak and Selkirk (CYS) grizzly bears at 99 independent capture instances, May through November 2010–2019.  We assessed whether body fat content of CYS grizzly bears differed by sex (56 males, 43 females), capture type (76 research, 23 management captures), and month of capture.  Researchers in the Greater Yellowstone and Northern Continental Divide Ecosystems have noted that body fat content of grizzly bears varies by month, exhibiting a trend that is presumably dependent on denning (i.e., inactive) season and availability and quality of foods consumed during the active season (Schwartz *et al*. 2014; Teisberg et al. *in prep*).  We similarly partitioned our seasonal data into categorical bins by month, as follows:  May ($n$ = 17), June ($n$ = 39), July ($n$ = 16), August ($n$ = 16), and September–November ($n$ = 1).

   Body fat content of male and female grizzly bears did not differ (P = 0.077; Table 19).  Body fat content of research-captured vs. management-captured grizzly bears also did not differ (P = 0.525; Table 19), suggesting that management bears do not necessarily obtain a more nutritionally rich diet than research-captured bears.  However, body fat content of CYS grizzly bears did differ by month (P < 0.0001; Fig. 31).  Body fat content in September–November was

63

significantly higher than those in all other months, and August fat contents were higher than those in June (Tukey-HSD contrasts; $P<0.05$). With all other months, fat content did not differ. CYS grizzly bears appear to start gaining fat as early as July. These results suggest habitat and foods available to CYS grizzly bears allow for body fat gain, such that bears can attain above-average body fat contents in the months preceding den entrance. Reproductive-aged, female grizzly bears experience 1) delayed implantation of already-fertilized eggs in November and 2) cub birth in the den (Jan–Feb). Studies suggest adult females must reach a pre-denning body fat content more than ~20% to support implantation and winter cub production (Robbins *et al.* 2012).

Table 19. Mean estimates of percent body fat content (kg fat / kg body mass) and effect size (+/- standard error, SE) of Cabinet-Yaak and Selkirk grizzly bears, by factors of interest, 2010–2019.

| Factor / Level | Mean | SE |
|---|---|---|
| Capture Type | | |
|    Research | 17.1 | +/-0.8 |
|    Management | 18.1 | +/-1.3 |
| Sex | | |
|    Female | 16.4 | +/-1.1 |
|    Male | 18.8 | +/-0.9 |
| Month | | |
|    May | 17.1 | +/-1.6 |
|    June | 12.7 | +/-1.1 |
|    July | 15.3 | +/-1.7 |
|    August | 18.1 | +/-1.6 |
|    Sept-Nov | 24.7 | +/-1.9 |

64

FS-005752



Figure 31.  Mean percent body fat content (kg fat / kg body mass) of captured female and male grizzly bears in the Cabinet-Yaak and Selkirk mountains 2010–2019, by month.  Error bars represent 95% confidence intervals.

## ACKNOWLEDGMENTS

Numerous individuals and agencies have contributed to bear research in the CYE area since 1983.  We are indebted to all of the following that have assisted this study.  This study has been aided with administrative assistance from K. Smith, and K. Marks.  We thank field biologists C. Bechtold, C. Bedson, K. Bertelloti, R. Bicandi, K. Boyd, M. Burcham, H. Carriles, B. Crowder, K. Cunningham,  E. Ducharme, J. Durbin, A. Dwornik, J. Ellgren, P. Feinberg, M. Finley, J. Frey, J. Fuller, D. Gatchell, T. Garwood, D. Gay, B. Giddings, M. Gould, T. Graves, S. Greer, M. Grode, B. Hastings, M. Hooker, M. Jacobs, L. Jeakle, S. Johnsen, D. Johnson, S. Johnston, C. Klein, A. Kornak,  K. Kunkel, C. Lockerby, C. Lowe, M. Lucid, N. Maag, M. Madel, D. Marsh, T. Manley, E. Maxted, M. McCollister, G. Miller, M. Miller, C. Miller, E. Morrison, C. Nicks, A. Orlando, H. Palmer, M. Parker, T. Parks, E. Pfalzer, R. Pisciotta, J. Picton, M. Proctor, N. Rice, M. Robbins,  F. Robbins, C. Roberts, K. Roy, C. Schloeder, C. Schwartzkopf, R. Shoemaker, S. Singh, S. Smith, A. Snyder, T. Thier, J. Tillery, T. Vecchiolli, T. Vent, R. Vinkey, A. Welander, C. Whitman, R. Williamson, S. T. Wong, M. Wright, D. Wrobleski, C. Wultsch, R. Yates, and K. Yeager. M. Proctor and D. Paetkau provided genetic analysis and interpretation. Montana Department of Fish, Wildlife and Parks personnel K. Annis, T. Chilton, T. Manley, B. Sterling, T. Thier, and J. Williams provided field and administrative assistance. Idaho Fish and Game personnel W. Wakkinen and B. Johnson provided field support. D. Bennett, N. Cheshire, B. Groom, K. Kinden, D. Parker, and T. Wisberg provided exceptional services as aircraft pilots. Numerous individuals from the U.S. Forest Service have provided agency support and contributed their assistance to this project including: J. Anderson, L. Allen, and J. Carlson.

65

FS-005753

B. McLellan (B.C. Forest Service), M. Proctor (Birchdale Ecological), and G. Mowat (B.C. Fish and Wildlife Branch) provided invaluable assistance in planning, permitting, and trapping.

      The BC Fish Wildlife Compensation Program, BC Habitat Trust Foundation, Columbia Basin Trust, Claiborne-Ortenberg Foundation, Mr. E.O. Smith, Federal Highway Administration, Great Northern Landscape Conservation Cooperative, National Fish and Wildlife Foundation, Idaho Panhandle National Forest, Kootenai National Forest, Montana Department of Fish, Wildlife, and Parks, Nature Conservancy Canada, Northern Lights Incorporated, Turner Endangered Species Fund, U.S. Borax and Chemical Corp., Wilburforce Foundation, Yellowstone to Yukon Conservation Initiative, and the U.S. Fish and Wildlife Service provided funding and support for this project. We wish to extend a special thanks to the citizens of the province of British Columbia for allowing us to remove grizzly bears from the Flathead River drainage to augment populations in the Cabinet Mountains.

## LITERATURE CITED

Alt, G. L. 1984. Cub adoption in the black bear. Journal of Mammalogy 65:511-512.

Alt, G. L. and J. J. Beecham. 1984. Reintroduction of orphaned black bear cubs into the wild. Wildlife Society Bulletin 12:169-174.

Brenna, J. T., T.N. Corso, H.J. Tobias, and R.J. Caimi. 1997. High-precision continuous-flow isotope ratio mass spectrometry. Mass Spectrometry Reviews. 16:227–258.

Caughley, G. 1977. Analysis of vertebrate populations. John Wiley and Sons, New York.

Cherry, S., M.A. Haroldson, J. Robison-Cox, and C.C. Schwartz. 2002. Estimating total human-caused mortality from reported mortality using data from radio-instrumented grizzly bears. Ursus 13:175-184.

Erickson, A. W. 1978. Grizzly bear management in the Cabinet Mountains of western Montana. U.S. Forest Service Contract 242-46, Kootenai National Forest.

Farley, S.D., and C.T. Robbins. 1994. Development of two methods to estimate body composition of bears. Canadian Journal of Zoology 72:220–226.

Hayne, D. W. 1959. Calculation of size of home range. Journal of Mammalogy 30:1-18.

Hellgren, E. C., D. W. Carney, N. P. Garner, and M. R. Vaughn. 1988. Use of breakaway cotton spacers on radio collars. Wildlife Society Bulletin 16:216-218.

Hewitt, D. G., and C. T. Robbins. 1996. Estimating grizzly bear food habits from fecal analysis. Wildlife Society Bulletin 24:547–550.

Holden, Z. A., W. F. Kasworm, C. Servheen, B. Hahn, and S. Dobrowski. 2012. Sensitivity of berry productivity to climatic variation in the Cabinet-Yaak grizzly bear recovery zone, northwest United States, 1989–2010. Wildlife Society Bulletin 36:226–231.

Hovey, F. W. and B. N. McLellan. 1996. Estimating growth of grizzly bears from the Flathead River drainage using computer simulations of reproductive and survival rates. Canadian Journal of Zoology 74:1409-1416.

66

Johnson, K. G. and M. R. Pelton. 1980. Prebaiting and snaring techniques for black bears. Wildlife Society Bulletin 8:46-54.

Jones, E. S., D. C. Heard, and M. P. Gillingham. 2006.Temporal variation in stable carbon and nitrogen isotopes of grizzly bear guardhair and underfur. Wildlife Society Bulletin 34:1320–1325.

Jonkel, J. J. 1993. A manual for handling bears for managers and researchers. Edited by T.J. Thier, U.S. Fish and Wildlife Service, Missoula, Montana.

Kasworm, W. F. and T. Manley. 1988. Grizzly bear and black bear ecology in the Cabinet Mountains of northwest Montana. Montana Department of Fish, Wildlife, and Parks, Helena.

Kasworm, W. F. and T. J. Thier. 1993. Cabinet-Yaak ecosystem grizzly bear and black bear research, 1992 progress report. U.S. Fish and Wildlife Service, Missoula, Montana.

Kasworm, W. F., M. F. Proctor, C. Servheen, and D. Paetkau. 2007. Success of grizzly bear population augmentation in northwest Montana. Journal of Wildlife Management 71:1261-1266.

Kendall, K. C. 1986. Grizzly and black bear feeding ecology in Glacier National Park, Montana. National Park Service Progress Report. 42 pp.

Kendall, K. C., A. C. Macleod, K. L. Boyd, J. Boulanger, J. A. Royle, W. F. Kasworm, D. Paetkau, M. F. Proctor, K. Annis, and T. A. Graves. 2016. Density, distribution, and genetic structure of grizzly bears in the Cabinet-Yaak ecosystem. Journal of Wildlife Management. 80:314-331.

Lewis, J. S. 2007. Effects of human influences on black bear habitat selection and movement patterns within a highway corridor. MS Thesis University of Idaho, Moscow. 152 pp

Mace, R. D. and J. S. Waller. 1998. Demography and Population Trend of Grizzly Bears in the Swan Mountains, Montana. Conservation Biology 12:1005-1016.

McLellan, B. N. 1989. Dynamics of a grizzly bear population during a period of industrial resource extraction. III Natality and rate of increase. Canadian Journal of Zoology 67:1861-1864.

Paetkau, D., R. Slade, M. Burden, and A. Estoup. 2004. Genetic assignment methods for the direct, real-time estimation of migration rate: a simulation-based exploration of accuracy and power. *Molecular Ecology* **13**, 55-65.

Piry, S., A. Alapetite, J.-M. Cornuet, D. Paetkau, L. Baudouin, and A. Estoup. 2004. GeneClass2: A software for genetic assignment and first-generation migrant detection. Journal of Heredity 95:536-539.

Pollock, K. H., S. R. Winterstein, C. M. Bunck, P. D. Curtis. 1989. Survival analysis in telemetry studies: the staggered entry design. Journal of Wildlife Management 53:7-15.

67

Proctor, M.F., 2003. Genetic analysis of movement, dispersal, and population fragmentation of grizzly bears in southwestern Canada. PhD Thesis. University of Calgary. 147 pp.

Proctor, M.F., C. Servheen, S.D. Miller, W.F. Kasworm, and W.L. Wakkinen. 2004. A comparative analysis of management options for grizzly bear conservation in the U.S.-Canada trans-border area. Ursus 15:145-160.

Proctor, M., B.N. McLellan, C. Strobeck, and R. Barclay. 2005. Genetic analysis reveals demographic fragmentation of grizzly bears yielding vulnerably small populations. Proceedings of the Royal Society, London 272:2409-2416.

Proctor, M.F., D. Paetkau, B.N. McLellan, G.B. Stenhouse, K.C. Kendall, R.D. Mace, W.F. Kasworm, C. Servheen, C.L. Lausen, M.L. Gibeau, W.L. Wakkinen, M.A. Haroldson, G. Mowat, C.D. Apps, L.M. Ciarniello, R.M.R. Barclay, M.S. Boyce, C.C. Schwartz, and C. Strobeck. 2012. Population Fragmentation and Inter-Ecosystem Movements of Grizzly Bears in Western Canada and the Northern United States. Wildlife Monographs 180:1-46.

Proctor, M. F., W. F. Kasworm, K. M. Annis, A. G. MacHutchon, J. E. Teisberg, T. G. Radandt, C. Servheen. 2018. Conservation of threatened Canada-USA trans-border grizzly bears linked to comprehensive conflict reduction. Human Wildlife Interactions 12:248-272.

Qi, H., Coplen, T.B., Geilmann, H., Brand, W.A. and Böhlke, J.K. 2003. Two new organic reference materials for δ13C and δ15N measurements and a new value for the δ13C of NBS 22 oil. Rapid Communications in Mass Spectrometry. 17:2483–2487.

Robbins, C. T., M. Ben-David, J. K. Fortin, and O. L. Nelson. 2012. Maternal condition determines birth date and growth of newborn bear cubs. Journal of Mammalogy 93:540–546.

Schwartz, C. C., J. K. Fortin, J. E. Teisberg, M. A. Haroldson, C. Servheen, C. T. Robbins, and F. T. van Manen. 2014. Body and diet composition of sympatric black and grizzly bears in the Greater Yellowstone Ecosystem. Journal of Wildlife Management 78:68–78.

Schwartz, C. C., K. A. Keating, H. V. Reynolds III, V. G. Barnes, Jr., R. A. Sellars, J. E. Swenson, S. D. Miller, B. N. McLellan, J. Keay, R. McCann, M. Gibeau, W. L. Wakkinen, R. D. Mace, W. Kasworm, R. Smith, and S. Herrero. 2003. Reproductive maturation and senescence in the female brown/grizzly bear. Ursus. 14:109-119.

Stoneberg, R. and C. Jonkel. 1966. Age determination in black bears by cementum layers. Journal of Wildlife Management 30:411-414.

Thier, T. J. 1981. Cabinet Mountains grizzly bear studies, 1979-1980. Border Grizzly Project Special Report 50. University of Montana, Missoula.

Thier, T. J. 1990. Population characteristics and the effects of hunting on black bears in a portion of northwestern Montana. M.S. Thesis. University of Montana, Missoula.

U.S. Fish and Wildlife Service. 1993. Grizzly bear recovery plan. U.S. Fish and Wildlife Service, Missoula, Montana.

68

U.S. Forest Service. 1989. Upper Yaak draft environmental impact statement. U.S. Forest Service, Kootenai National Forest.

Wakkinen, W. L. and W. F. Kasworm. 2004. Demographics and population trends of grizzly bears in the Cabinet-Yaak and Selkirk ecosystems of British Columbia, Idaho, Montana, and Washington. Ursus 15 65-75.

Welch, C.A., J. Keay, K.C. Kendall, and C.T. Robbins. 1997. Constraints on frugivory by bears. Ecology 78:1105–1119.

Woods, J.G., D. Paetkau, D. Lewis, B.N. McLellan, M. Proctor, and C. Strobeck. 1999. Genetic tagging of free-ranging black and brown bears. Wildlife Society Bulletin. 27:616-627.

## PUBLICATIONS OR REPORTS INVOLVING THIS RESEARCH PROGRAM

Canepa, S., K. Annis, and W. Kasworm. 2008. Public opinion and knowledge survey of grizzly bears in the Cabinet-Yaak Ecosystem. Cabinet-Yaak and Selkirk Mountains Subcommittee of the Interagency Grizzly bear Committee, Missoula, Montana. 88 pp.

Holden, Z. A., W. F. Kasworm, C. Servheen, B. Hahn, and S. Dobrowski. 2012. Sensitivity of berry productivity to climatic variation in the Cabinet-Yaak grizzly bear recovery zone, northwest United States, 1989–2010. Wildlife Society Bulletin 36:226–231.

Jansen, H.T., T. Leise, G. Stenhouse, K. Pigeon, W. Kasworm, J. Teisberg, T. Radandt, R. Dallmann, S. Brown and C T. Robbins. 2016. The bear circadian clock doesn't 'sleep' during winter dormancy. Frontiers in Zoology 13:42 15 pages.

Kasworm, W. F. and T. L. Manley. 1988. Grizzly bear and black bear ecology in the Cabinet Mountains of Northwest Montana. Montana Department Fish, Wildlife, Parks, Helena.

Kasworm, W. F. 1989. Telling the difference. Wyoming Wildlife. Volume 53, No. 8, pages 28-33.

Kasworm, W. F. and T. L. Manley. 1990. Influences of roads and trails on grizzly bears and black bears in Northwest Montana. International Conference on Bear Research and Management 8:79-84.

Kasworm, W. F. and T. J. Thier. 1994. Adult black bear reproduction, survival, and mortality sources in northwest Montana.  International Conference on Bear Research and Management 9:223-230.

Kasworm, W. F., T. J. Thier, and C. Servheen. 1998. Grizzly bear recovery efforts in the Cabinet-Yaak ecosystem. Ursus 10:147-153.

Kasworm, W. F., M. F. Proctor, C. Servheen, and D. Paetkau. 2007. Success of grizzly bear population augmentation in northwest Montana. Journal of Wildlife Management 71:1261-1266.

Kendall, K. C., A. C. Macleod, K. L. Boyd, J. Boulanger, J. A. Royle, W. F. Kasworm, D. Paetkau, M. F. Proctor, K. Annis, and T. A. Graves. 2016. Density, distribution, and genetic structure of grizzly bears in the Cabinet-Yaak ecosystem. Journal of Wildlife Management. 80:314-331.

69

FS-005757

Knick, S. T. and W. Kasworm. 1989. Shooting mortality in small populations of grizzly bears. Wildlife Society Bulletin 17:11-15.

Mace, R., K. Aune, W. Kasworm, R. Klaver, and J. Claar. 1987. Incidence of Human Conflicts by Research Grizzly Bears. Wildlife Society Bulletin 15:170-173.

McCall, B. S., M.S. Mitchell, M.K. Schwartz, J. Hayden, S.A. Cushman, P. Zager, W.F. Kasworm. 2013. Combined use of mark-recapture and genetic analyses reveals response of a black bear population to changes in food productivity. Journal of Wildlife Management 77:1572-1582.

McLellan, B. N., F. W. Hovey, R. D. Mace, J. G. Woods, D. W. Carney, M. L. Gibeau, W. L. Wakkinen, and W. F. Kasworm. 1999. Rates and causes of grizzly bear mortality in the interior mountains of British Columbia, Alberta, Montana, Washington, and Idaho. Journal of Wildlife Management 63:911-920.

Proctor, M.F., C. Servheen, S.D. Miller, W.F. Kasworm, and W.L. Wakkinen. 2004. A comparative analysis of management options for grizzly bear conservation in the U.S.-Canada trans-border area. Ursus 15:145-160.

Proctor, M. P., D. Paetkau, B. N. Mclellan, G. B. Stenhouse, K. C. Kendall, R. D. Mace, W. F. Kasworm, C. Servheen, C. L. Lausen, M. L. Gibeau, W. L. Wakkinen, M. A. Haroldson, G. Mowat, C. Apps, L. M. Ciarniello, R. M. R. Barclay, M. S. Boyce, C. C. Schwartz, and C. Strobeck. 2012. Population fragmentation and inter-ecosystem movements of grizzly bears in Western Canada and Northern United States. Wildlife Monographs 180:1-46.

Proctor, M. P., Nielson, S. E., W. F. Kasworm, C. Servheen, T. G. Radandt, A. G. Machutchon, and M. S. Boyce. 2015. Grizzly bear connectivity mapping in the Canada–United States trans-border region. Journal of Wildlife Management 79:544-558.

Proctor, M. P., W. F. Kasworm, K. M. Annis, A. G. Machutchon , J. E. Teisberg, T. G. Radandt, , and C. Servheen. 2018. Conservation of threatened Canada-USA trans-border grizzly bears linked to comprehensive conflict reduction. Human–Wildlife Interactions 12(3):348–372.

Romain-Bondi, K.A., R. B. Wielgus, L. Waits, W.F. Kasworm, M. Austin, and W. Wakkinen. 2004. Density and population size estimates for North Cascade grizzly bears using DNA hair-sampling techniques. Biological Conservation 117:417-428.

Schwartz, C. C., K. A. Keating, H. V. Reynolds III, V. G. Barnes, Jr., R. A. Sellers, J. E. Swenson, S. D. Miller, B. N. McLellan, J. Keay, R. McCann, M. Gibeau, W. L. Wakkinen, R. D. Mace, W. F. Kasworm, R. Smith and S. Herrero. 2003. Reproductive maturation and senescence in the female brown bear. Ursus 14:109-119.

Servheen, C., W. Kasworm, and A. Christensen. 1987. Approaches to augmenting grizzly bear populations in the Cabinet Mountains of Montana. International Conference on Bear Research and Management 7:363-367.

Servheen, C., W. F. Kasworm, and T. J. Thier. 1995. Transplanting grizzly bears *Ursus arctos horribilis* as a management tool - results from the Cabinet Mountains, Montana, USA. Biological Conservation 71:261-268.

70

FS-005758

Servheen, C., J. Waller and W. Kasworm. 1998. Fragmentation effects of high-speed highways on grizzly bear populations shared between the United States and Canada. 1998 International Conference on Wildlife Ecology and Transportation, Pages 97-103.

Swensen, J. E., W. F. Kasworm, S. T. Stewart, C. A. Simmons, and K. Aune. 1987. Interpopulation applicability of equations to predict live weight in black bears. International Conference on Bear Research and Management 7:359-362.

Thier, T. J. and W. F. Kasworm. 1992. Recovery of a Grizzly Bear from a Serious Gunshot Wound. The Montana Game Warden 4(1):24-25.

U.S. Fish and Wildlife Service. 1990. Final environmental assessment - grizzly bear population augmentation test, Cabinet-Yaak ecosystem. U.S. Fish and Wildlife Service, Missoula.

Wakkinen, W. L. and W. F. Kasworm. 1997. Grizzly bear and road density relationships in the Selkirk and Cabinet-Yaak recovery zones. U.S. Fish and Wildlife Service, Missoula, MT.

Wakkinen, W. L. and W. F. Kasworm. 2004. Demographics and population trends of grizzly bears in the Cabinet-Yaak and Selkirk ecosystems of British Columbia, Idaho, Montana, and Washington. Ursus 15 65-75.

71

FS-005759

**APPENDIX Table 1. Mortality assignment of augmentation bears removed from one recovery area and released in another target recovery area.**

| # | Scenario | Where Mortality Credited and Year [1] | |
|---|---|---|---|
| | | **Source** | **Target** |
| 1 | Bear stays in Target recovery area[2] past Year 1. | Mortality removal year | No mortality |
| 2 | Bear dies in Target recovery area[2] during Year 1. | Mortality removal year | No mortality |
| 3 | Bear dies in Target recovery area[2] after Year 1. | Mortality removal year | Mortality, Year 2 or later |
| 4 | Bear returns to Source area[2] and dies within Year 1. | Mortality year of death | No mortality |
| 5 | Bear returns to Source area[2] and is alive in Year 1. | No mortality | No mortality |
| 6 | Bear returns to Source area[2] and is alive after Year 1. | No mortality | No mortality |
| 7 | Bear returns to Source area[2] and dies there after Year 1. | Mortality year of death | No mortality |
| 8 | Bear dies outside both Target and Source areas[2] within Year 1. | Mortality removal year | No mortality |
| 9 | Bear dies outside both Target and Source areas[2] after Year 1. | Mortality removal year | No mortality |
| 10 | Collar failure/lost bear in Target area[2] within Year 1. | Mortality removal year | No mortality |
| 11 | Collar failure/lost bear in Target area[2] after Year 1. | Mortality removal year | No mortality |
| 12 | Collar failure/lost bear outside both Target and Source areas[2] within Year 1. | Mortality removal year | No mortality |
| 13 | Collar failure/lost bear outside both Target and Source areas[2] after Year 1. | Mortality removal year | No mortality |

---

[1] Year 1 begins on the day the bear is released in the target area and ends after 365 days. One year was chosen to give the animal an opportunity to locate and use all seasonal habitats. This rule set may conditionally require a bookkeeping correction to remove the mortality in the source area in the year of removal.

[2] Target and Source areas include 10-mile buffer around Recovery Zones. Bears dying in Canada only count against mortality limits in the Selkirk Mountains, where the Recovery Plan defines a Recovery Zone that includes Canada. If an augmentation bear leaves the target recovery area and dies, it counts as source area mortality in the removal year, but it does not count as target area mortality. If an augmentation bear leaves the target recovery area in year 2 or later, it counts as source area mortality in year 1 and target area mortality in year 2 or later if the mortality was human-caused. While this approach counts a bear as dead twice, the second mortality represents a human-caused mortality issue outside of a bear learning a new area and should be counted in the target area. (Mortalities in Canada only count inside the Selkirk recovery zone inside Canada and the 10-mile buffer will not apply to that portion of the Selkirk recovery area in Canada. Areas adjacent to the Canadian Selkirks have more robust, contiguous populations, several of which are hunted, and mortality should not be counted against the Selkirk recovery area. The 10-mile buffer was promoted inside the US because this area was believed to contain animals that spent a portion of their time outside the recovery area but were believed to be part of that recovery area population.)

FS-005760

**APPENDIX Table 2.  Known historic grizzly bear mortality pre-dating project monitoring, in or near the Cabinet-Yaak recovery zone and the Yahk grizzly bear population unit in British Columbia, 1949–1978.**

| YEAR | LOCATION | TOTAL | SEX / AGE | MORTALITY CAUSE |
|---|---|---|---|---|
| 1949 | COPPER CR, MT | 1 | ADULT FEMALE | HUMAN, LEGAL HUNTER KILL |
| 1950 | SQUAW CR, MT | 1 | SUBADULT | UNKNOWN |
| 1951 | PETE CR, MT | 1 | ADULT MALE | HUMAN, MANAGEMENT REMOVAL |
| 1951 | PAPOOSE CR, MT | 2 | SUBADULTS | UNKNOWN |
| 1951 | GOAT CR, MT | 1 | SUBADULT MALE | UNKNOWN |
| 1952 | FELIX CR, MT | 6 | 2 ADULT FEMALES, 4 YEARLINGS | HUMAN, MANAGEMENT REMOVAL |
| 1953 | OBRIEN CR, MT | 1 | SUBADULT MALE | HUMAN, LEGAL HUNTER KILL |
| 1953 | KENELTY MT, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1953 | 20-ODD MT, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1953 | BURNT CR, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1953 | 17-MILE CR, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1954 | N F BULL R, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1954 | S F BULL R, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1954 | CEDAR LK, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1954 | CEDAR LK, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1954 | TAYLOR PK, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1954 | SILVERBUTTE CR, MT | 1 | UNKNOWN | HUMAN, LEGAL HUNTER KILL |
| 1954 | SILVERBOW CR, MT | 1 | ADULT FEMALE | HUMAN, LEGAL HUNTER KILL |
| 1955 | WOLF CR, MT | 1 | ADULT MALE | HUMAN, MANAGEMENT REMOVAL |
| 1955 | MT HEADLEY, MT | 1 | SUBADULT | HUMAN, MANAGEMENT REMOVAL |
| 1955 | BAREE LK, MT | 1 | ADULT MALE | UNKNOWN |
| 1955 | BAREE LK, MT | 1 | ADULT FEMALE | UNKNOWN |
| 1955 | BEAR CR, MT | 1 | SUBADULT MALE | HUMAN, LEGAL HUNTER KILL |
| 1958 | SQUAW CR, MT | 1 | ADULT FEMALE | HUMAN, MANAGEMENT REMOVAL |
| 1959 | E F ROCK CR, MT | 2 | ADULT FEMALE, 1 CUB | HUMAN, LEGAL HUNTER KILL |
| 1959 | W F THOMPSON R, MT | 4 | ADULT FEMALE, 3 CUBS | UNKNOWN |
| 1959 | CLIFF CR, MT | 1 | UNKNOWN | UNKNOWN |
| 1960 | PROSPECT CR, MT | 2 | ADULT FEMALE, 1 CUB | UNKNOWN |
| 1964 | GRAVES CR, MT | 2 | SUBADULTS | UNKNOWN |
| 1964 | WANLESS LK, MT | 3 | SUBADULTS (ADULT WOUNDED) | UNKNOWN |
| 1965 | SNOWSHOE CR, MT | 2 | SUBADULTS | UNKNOWN |
| 1965 | PINKHAM CR, MT | 1 | UNKNOWN | UNKNOWN |
| 1967 | SOPHIE LK, MT | 1 | UNKNOWN | UNKNOWN |
| 1968 | BEAR CR, MT | 1 | ADULT FEMALE | HUMAN, ILLEGAL KILL |
| 1968 | GRANITE CR, MT | 1 | SUBADULT MALE | HUMAN, MANAGEMENT REMOVAL |
| 1969 | PRISCILLA PK, MT | 1 | ADULT FEMALE | UNKNOWN |
| 1970 | THOMPSON R, MT | 1 | UNKNOWN | UNKNOWN |
| 1970 | CAMERON CR, MT | 1 | SUBADULT MALE | UNKNOWN |
| 1970 | SQUAW CR, MT | 2 | ADULT FEMALE, SUBADULT FEMALE | HUMAN, MANAGEMENT REMOVAL |
| 1971 | MURR CR, MT | 1 | ADULT FEMALE | UNKNOWN |
| 1972 | ROCK CR, MT | 1 | SUBADULT | HUMAN, MISTAKEN IDENTITY (Black Bear) |
| 1974 | SWAMP CR, MT | 1 | ADULT MALE | HUMAN, LEGAL HUNTER KILL |
| 1977 | RABBIT CR, MT | 1 | ADULT MALE | HUMAN, DEFENSE OF LIFE BY HUNTER |
| 1978 | MOYIE LAKE, BC | 1 | SUBADULT MALE | HUMAN, MANAGEMENT |

73

FS-005761

**APPENDIX Table 3.  Movement and gene flow to or from the Cabinet-Yaak recovery area.**

| Area[1] Start / Finish | Action | Bear ID | Sex | Age | Year | Basis | Comments |
|---|---|---|---|---|---|---|---|
| Cabs / NCDE | Movement | C403M | M | 2-3 | 2007 | Telemetry, Genetics | Captured Marion, MT 2006 NCDE, traveled to Whitefish, relocated to Whitefish Range. Train kill 2007 |
| NCDE / SPur | Movement | YGB737M | M | 4 | 2010 | Genetics | Captured and monitored 2010-15. Parentage in NCDE by USGS. |
| NCDE / SPur | Movement | 43-44 | F | 3 | 2013 | Capture, Mortality | Management bear relocated at least twice in NCDE. Traveld to SPur, shot after Killing chickens by landowner. |
| NPur / SPur | Movement | P9183M | M | 4-5 | 2004-05 | Genetics | DNA captured NPur and SPur. |
| NPur / SPur | Movement | PKiddM | M | 7 | 2004 | Telemetry | Radio collared June 2004, Travels from NPur to SPur, offspring in SPur. |
| NPur / SPur | Movement | YMarilF | F | 4-5 | 2005-06 | Geneclass, Telemetry, Mortality | Radio collared July 2005 in SPur, Genetic assignment to the NPur. Management removal 2006. |
| NPur / SPur | Movement | Y732M | M | 3 | 2011 | Genetics | Born in NPur and Traveled to SPur. Mortality 2011. |
| NPur / SPur | Movement | 10569F | F | 6 | 2005, 2012 | Genetics, Mortality | Father NPur YVernM, Mother NPur PIrishF, DNA capture NPur 2005, Mortality with cub SPur 2012 |
| NPur / SPur | Gene flow | Y90479M | M | 0.5 | 2012 | Genetics, Mortality | Father Y576M Mother 10569F Mortality 2012 |
| SPur / NCDE | Movement | N323M | M | 13 | 1999 | Genetics | Hair snagged 1999 in SPur.  Hair snagged NCDE USGS 1998-2006. USGS assigned to SPur. |
| SPur / NPur / Salish | Movement | Y128M | M | 4-14, 18 | 1987-92, 1997, 2001 | Telemetry Mortality | Capture 1987 SPur. Monitored 1987-92 and 1997. Monitored NPur and produced offspring. Recapture 2001 in Salish Mortality in 2001 |
| NPur / SPur | Movement | YVernM | M | 7-12 | 1997, 2002 | Geneclass, Telemetry, Genetics | Radio collared SPur 1997.  Hair snag NPur 2002.Sired offspring NPur and SPur. Assigns to NPur |
| SPur / NPur | Movement | YRockyM | M | 8-12 | 2002-06 | Telemetry | Captured and collared SPur 2002. Recapture 2006. Traveled NPur in 2006. |
| SPur / NPur | Movement | 134 | M | 8-9 | 1987-88 | Telemetry | Radio collar in SPur 1987.  Hunter kill 1988 NPur |
| SPur / NPur | Movement | P9190M | M | 4-5 | 2006-07 | Telemetry | Radio collared June 2006 SPur. Traveled to NPur |
| SPur / NPur | Movement | PTerryM | M | 3 | 2005 | Telemetry, Genetics | Father SPS Y178M, Mother SPS Y538F Travel to NPur from SPur. |
| SPur / SSelK | Movement | YHydeM | M | 3 | 2006-07 | Telemetry | Captured in SPur Yaak 2006.  Bear traveled to SSelk 2006-07 |
| SPur / SSelK | Movement | SOsoM | M | 10 | 2009 | Genetics | Hair snagged 2001 SPur. Captured SSelk 2009. Most likely assigns to SPur |
| SSelk / Cabs / SSelk | Movement | 928442 | M | 5 | 2012 | Genetics | Father SSelk S9058aM, Mother SSelk SBettyF, Hair snagged USGS 2012 Cabs and in SSelk 2015 |
| SSelk / SPur | Movement | S31M | M | 6 | 2004-05 | Telemetry, Mortality | Father SSelk SS3KM, Mother SSelk S1MF, Management capture 2003 and Relocated.  Hunter kill 2005 SPur |
| SPur / Cabs / SPur | Movement | Y726M | M | 6 | 2015-16 | Telemetry | Travel from SPur to Cabs and back |
| SPur / SRock | Movement | 922947 | M | 5 | 2013 | Telemetry | Travel north from SPur across Kootenay in BC to SRock and return |
| SPur / SRock | Movement | 928196 | M | 20 | 2015-16 | Telemetry | Travel north from SPur across Kootenay in BC to SRock, then west to Cabs and SSelk |
| SSelk / Cabs | Movement | S1001M | M | 6 | 2015 | Telemetry, Mortality | Travel from SSelk to Cabs. Mortality 2015 |

74

FS-005762

| Area[1] Start / Finish | Action | Bear ID | Sex | Age | Year | Basis | Comments |
|---|---|---|---|---|---|---|---|
| Cabs / NCDE | Movement | 900932 | M | 4 | 2015-16 | Telemetry | Travel east from Cabs to NCDE |
| NPur / SPur | Movement | 958729 | M | 12 | 2016 | Geneclass, Telemetry | Geneclass origin NPur.  Caught and monitored inSPur |
| NPur / SPur SPur / SSelk | Gene flow Movement | Y11048M | M | 4 | 2017 | Telemetry, Mortality | Travel west from SPur to SSelk. Mortality 2017. Offspring of NPur father YU83M and SPur mother 552 |
| NPur / SPur / SSelk | Movement | YGB807M | M | 4 | 2014-17 | Telemetry | Assigns to NPur.  Caught in SPur in 2014. Traveled west  to SSelk in 2015. |
| NPur / SPur SPur / Cabs | Gene flow Movement | Y821M | M | 3 | 2017 | Telemetry | Travel from SPur to Cabs. Offspring of NPur father YU83M and SPur mother 552. Presumed dead 2018 |
| NPur / SPur / Cabs | Movement | YGB837M | M | 6 | 2014 | Genetics Telemetry | Parents both NPur, Father NPur PKiddM, Mother NPur PIrishF |
| NPur / SPur | Gene flow | Y787M | M | 3 | 2003 | Genetics | Father NPur YVernM, Mother SPur Y354F, Origin of father assigns NPur |
| NPur / SPur | Gene flow | YU37F | F | 1 | 2001 | Genetics | Father NPurYVernM, Mother SPur Y354F, Origin of father assigns NPur |
| SSelk / SPur | Movement | 16749 | M | 2 | 2015 | Genetics | Father C134B2V2, Mother JillS226F Both SSelk. Male offspring 16749 SPur |
| NPur / SPur | Movement | 16496 | M | 4 | 2015 | Genetics Telemetry | Assigns to NPur.  Caught and monitored in SPur. Hair snagged in SPur |
| SSelk / SPur | Movement | 16521 | M | 4 | 2018 | Genetics | Father SSelk 928442, Mother SSelk S808F  Male offspring 16521 hair snagged in SPur |
| NCDE / Cabs | Movement | C90467M | M | 6 | 2014 | Genetics, Mortality | Management bear from NCDE traveled to Cabs, mortality 2014 |
| NCDE / Cabs | Movement | C30604M | M | 4 | 2017 | Genetics, Mortality | NCDE Management bear traveled to Cabs 2017 and returned to NCDE mortality 2017 |
| NCDE / Cabs | Movement | C866M | M | 3 | 2019 | Genetics | Genetics identified parents in NCDE, captured in Cabinets |
| NPur / SPur | Movement | P1374M | M | 2 | 2010 | Genetics, Mortality | Hair snag as cub in 2008 NPur? Management capture SPur 2010, relocated, Mortality 2010 |
| SSelk / Cabs / Bitt | Movement | S21285M | M | 0.5-2 | 2016-18 | Genetics, Telemetry | Father NPur SCptHM, Mother SSelk S11675F, S21285M traveled to Cabs in 2018, then dropped collar, hair snagged in Bitterroot |
| NPur / SPur SPur / SRock | Gene flow Movement | 18986 | M | 4 | 2018 | Genetics, Telemetry | Travel north from SPur across Kootenay in BC to SRock (BC mgmt. capture) Offspring of NPur father YU83M SPur mother 810 |
| NPur / SPur | Movement | Y29761M | M | 6 | 2017 | Genetics, Telemetry | Father P9101M, Mother PMaeveF, both NPur. Male offspring Y29761M Captured, monitored, and hair snagged SPur |
| Cabs / Bitt | Movement | C20191F | F | 10 | 2007 | Genetics, Telemetry | Born in Cabinets, mom is 286. Captured south of hwy 200 |
| Cabs / Bitt | Movement | C680M | M | 11-12 | 1984-85 | Genetics, Telemetry | Born in Cabinets, mom is 678.  Bear moved south of hwy 200 |
| Cabs / NCDE | Movement | C36662M | M | 3 | 2020 | Genetics, Telemetry | Born in Cabinets, mom is C20072F. Captured near Whitefish, MT |
| Cabs / SPur | Movement | C31885M | M | 3 | 2018 | Genetics, Telemetry | Born in Cabinets, mom is C10011F. Captured near Athol, ID (mgmt). Relocate to West Cabinets. Den in Spur. Mortality 2019 mgmt removal SSelk |
| NPur / SPur | Movement | YGB808M | M | 4 | 2014 | Genetics, Telemetry | Mother NPur PHannaF.  Captured and monitored in SPur |

75

FS-005763

| Area[1] Start / Finish | Action | Bear ID | Sex | Age | Year | Basis | Comments |
|---|---|---|---|---|---|---|---|
| NPur / SPur | Movement | Y9811M | M | 2 | 2016 | Genetics, Telemetry | Mother NPur P10554F. Captured and monitored in SPur |
| NPur / SPur | Movement | Y40687M | M | Unk | 2019 | Genetics | Mother NPur P9114F. Hair snagged in SPur |
| Cabs / Bitt | Movement | 890 | F | 6 | 2021 | Telemetry | Captured and monitored south of 200 (Bitt) and moved north of 200 (Cabs) |
| NPur / SPur | Movement | YU83M | M | 10 | 2009 | GeneClass, Telemetery | Assigns to NPur. Captured and monitored SPur. Has produced 9 known offspring |
| NPur / SPur | Gene flow | 11008 | M | 0.5 | 2014 | Genetics | NPur father YU83M and SPur mother 810 |
| NPur / SPur | Gene flow | 2011049118 | M | 0.5 | 2011 | Genetics | NPur father YU83M and SPur mother 552 |
| NPur / SPur | Gene flow | 2011049122 | F | 0.5 | 2011 | Genetics | NPur father YU83M and SPur mother 552 |
| NPur / SPur | Gene flow | Y24689F | F | 0.5 | 2015 | Genetics | NPur father YU83M and SPur mother 303 |
| NPur / SPur | Gene flow | Y37217M | M | 0.5 | 2018 | Genetics | NPur father YU83M and SPur mother 784 |
| NPur / SPur | Gene flow | Y729F | F | 0.5 | 2010 | Genetics | NPur father YU83M and SPur mother 303 |
| NPur / SPur | Movement | Y20710M | M | 2-5 | 2017-20 | Geneclass, Telemetry | Assigns to NPur. Captured, monitored, and hair snagged in SPur |
| NPur / SPur | Movement | Y22270M | M | Unk | 2016 | Geneclass, genetics | Assigns to NPur. Hair snagged in SPur |
| NPur / SPur | Gene flow | Y36822M | M | 0.5 | 2018 | Genetics | NPur father 958729 and SPur mother 810 |
| NPur / SPur | Gene flow | Y35465F | F | 0.5 | 2018 | Genetics | NPur father 958729 and SPur mother 810 |
| NPur / SPur | Gene flow | 13082220975203 | F | Unk | 2013 | Genetics | NPur father 958729 and SPur mother 810 |

[1]Cabs – Cabinet Mountains, NCDE – Northern Continental Divide, NPur – Purcell Mountains north of Highway 3, SPur – Purcell Mountains south of Highway 3, SSelk – South Selkirk Mountains south of Nelson, BC

# APPENDIX 4. Grizzly Bear Home Ranges

76



Figure A1. Radio locations and minimum convex (shaded) life range of female grizzly bear 678 in the Cabinet Mountains, 1983–1989.



Figure A2. Radio locations and minimum convex (shaded) life range of male grizzly bear 680 in the Cabinet Mountains, 1984–1985.



Figure A3. Radio locations and minimum convex (shaded) life range of male grizzly bear 14 in the Cabinet Mountains, 1985.



Figure A4. Radio locations and minimum convex (shaded) life range of male grizzly bear 101 in the Yaak River, 1986–1987.

77

FS-005765



Figure A5.  Radio locations and minimum convex (shaded) life range of female grizzly bear 106 in the Yaak River, 1986–1999.



Figure A6.  Radio locations and minimum convex (shaded) life range of male grizzly bear 128 in the Yaak River, 1987–1997.



Figure A7.  Radio locations and minimum convex (shaded) life range of female grizzly bear 129 in the Yaak River, 1987–1989.



Figure A8.  Radio locations and minimum convex (shaded) life range of male grizzly bear 134 in the Yaak River, 1987–1988.

78

FS-005766



Figure A9. Radio locations and minimum convex (shaded) life range of male grizzly bear 192 in the Yaak River, 1990.



Figure A10. Radio locations and minimum convex (shaded) life range of male grizzly bear 193 in the Yaak River, 1990.



Figure A11. Radio locations and minimum convex (shaded) life range of female grizzly bear 206 in the Yaak River, 1991–1994.



Figure A12. Radio locations and minimum convex (shaded) life range of female augmentation grizzly bear 218 in the Cabinet Mountains, 1990–1991.

79



Figure A13. Radio locations and minimum convex (shaded) life range of male grizzly bear 244 in the Yaak River, 1992–2003.



Figure A14. Radio locations and minimum convex (shaded) life range of female augmentation grizzly bear 258 in the Cabinet Mountains, 1992–1993.



Figure A15. Radio locations and minimum convex (shaded) life range of female augmentation grizzly bear 286 in the Cabinet Mountains, 1993–1995.



Figure A16. Radio locations and minimum convex (shaded) life range of female augmentation grizzly bear 311 in the Cabinet Mountains, 1994–1995.

80



Figure A17. Radio locations and minimum convex (shaded) life range of male grizzly bear 302 in the Yaak River, 1994–1996.



Figure A18. Radio locations and minimum convex (shaded) life range of female grizzly bear 303 in the Yaak River, 1994–2001 and 2011–2016.



Figure A19. Radio locations and minimum convex (shaded) life range of male grizzly bear 342 in the Yaak River, 1995–2001.



Figure A20. Radio locations and minimum convex (shaded) life range of male grizzly bear 358 in the Yaak River, 1996–1998.

81



Figure A21.  Radio locations and minimum convex (shaded) life range of male grizzly bear 363 in the Yaak River, 1996–1999.



Figure A22.  Radio locations and minimum convex (shaded) life range of male grizzly bear 386 in the Yaak River, 1997–1999.



Figure A23.  Radio locations and minimum convex (shaded) life range of female grizzly bear 354 in the Yaak River, 1997–1999.



Figure A24.  Radio locations and minimum convex (shaded) life range of female grizzly bear 538 in the Yaak River, 1997–2002.

82



Figure A25. Radio locations and minimum convex (shaded) life range of female grizzly bear 592 in the Yaak River, 1999–2000.



Figure A26. Radio locations and minimum convex (shaded) life range of female grizzly bear 596 in the Yaak River, 1999.



Figure A27. Radio locations and minimum convex (shaded) life range of female grizzly bear 577 in the Cabinet Mountains, 2002.



Figure A28. Radio locations and minimum convex (shaded) life range of male grizzly bear 579 in the Cabinet Mountains, 2002.

83



Figure A29. Radio locations and minimum convex (shaded) life range of female grizzly bear 353 in the Yaak River, 2002.



Figure A30. Radio locations and minimum convex (shaded) life range of male grizzly bear 651 in the Yaak River, 2002–2006.



Figure A31. Radio locations and minimum convex (shaded) life range of male grizzly bear 787 in the Yaak River, 2003–2004.



Figure A32. Radio locations and minimum convex (shaded) life range of female grizzly bear 648 in the Salish Mountains, 2003–2005.

84



Figure A33. Radio locations and minimum convex (shaded) life range of male grizzly bear 576 in the Yaak River, 2004–2006.



Figure A34. Radio locations and minimum convex (shaded) life range of female grizzly bear 675 in the Yaak River, 2004–2010.



Figure A35. Radio locations and minimum convex (shaded) life range of female grizzly bear 10 in the Purcell Mountains, 2004.



Figure A36. Radio locations and minimum convex (shaded) life range of male grizzly bear 11 in the Purcell Mountains, 2004.

85



Figure A37. Radio locations and minimum convex (shaded) life range of female grizzly bear 12 in the Purcell Mountains, 2004.



Figure A38. Radio locations and minimum convex (shaded) life range of male grizzly bear 17 in the Purcell Mountains, 2004.



Figure A39. Radio locations and minimum convex (shaded) life range of male grizzly bear 677 in the Purcell Mountains, 2005.



Figure A40. Radio locations and minimum convex (shaded) life range of male grizzly bear 688 in the Purcell Mountains, 2005–2006.

86



Figure A41. Radio locations and minimum convex (shaded) life range of female grizzly bear 694 in the Yaak River, 2005.



Figure A42. Radio locations and minimum convex (shaded) life range of female grizzly bear 292 in the Purcell Mountains, 2005.



Figure A43. Radio locations and minimum convex (shaded) life range of male grizzly bear 770 in the Cabinet Mountains, 2005–2006, 2019.



Figure A44. Radio locations and minimum convex (shaded) life ranges of male grizzly bear 2 in the Purcell Mountains, 2005.

87



Figure A45. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear A1 in the Cabinet Mountains, 2005–2007.



Figure A46. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 782 in the Cabinet Mountains, 2006–2007.



Figure A47. Radio locations and minimum convex (shaded) life range of male grizzly bear 780 in the Cabinet Mountains, 2006–2008.



Figure A48. Radio locations and minimum convex (shaded) life range of male grizzly bear 103 in the Yaak River, 2006–2007.

88



Figure A49. Radio locations and minimum convex (shaded) life range of male grizzly bear 5381 in the Purcell Mountains, 2006–2007.



Figure A50. Radio locations and minimum convex (shaded) life range of female grizzly bear 130 in the Purcell Mountains, 2007–2008.



Figure A51. Radio locations and minimum convex (shaded) life range of female grizzly bear 131 in the Purcell Mountains, 2007–2008.



Figure A52. Radio locations and minimum convex (shaded) life range of female grizzly bear 784 in the Yaak River, 2007–2009, 2020–2021.

89

8-ER-1988



Figure A53. Radio locations and minimum convex (shaded) life range of female grizzly bear 785 in the Yaak River, 2007–2008.



Figure A54. Radio locations and minimum convex (shaded) life range of female grizzly bear 772 in the Cabinet Mountains, 2007.



Figure A55. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 635 in the Cabinet Mountains, 2008.



Figure A56. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 790 in the Cabinet Mountains, 2008.

90



Figure A57. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 715 in the Cabinet Mountains, 2009–2010.



Figure A58. Radio locations and minimum convex (shaded) life range of female grizzly bear 731 in the Yaak River, 2009–2011.



Figure A59. Radio locations and minimum convex (shaded) life range of male grizzly bear 799 in the Cabinet Mountains, 2009–2010.



Figure A60. Radio locations and minimum convex (shaded) life range of augmentation male grizzly bear 713 in the Cabinet Mountains, 2010–2011.

91



Figure A61. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 714 in the Cabinet Mountains, 2010–2012.



Figure A62. Radio locations and minimum convex (shaded) life range of male grizzly bear 1374 in the Yaak River, 2010.



Figure A63. Radio locations and minimum convex (shaded) life range of male grizzly bear 726 in the Yaak River, 2011–2012, 2015–2017.



Figure A64. Radio locations and minimum convex (shaded) life range of male grizzly bear 722 in the Yaak River, 2011–2012, 2014, 2016–2019.

92



Figure A65. Radio locations and minimum convex (shaded) life range of management male grizzly bear 724 in the Cabinet Mountains, 2011–2012.



Figure A66. Radio locations and minimum convex (shaded) life range of augmentation male grizzly bear 723 in the Cabinet Mountains, 2011–2012.



Figure A67. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 725 in the Cabinet Mountains, 2011–2013.



Figure A68. Radio locations and minimum convex (shaded) life range of management male grizzly bear 732 in the Yaak River, 2011.



Figure A69. Radio locations and minimum convex (shaded) life range of augmentation male grizzly bear 918 in the Cabinet Mountains, 2012–2014.



Figure A70. Radio locations and minimum convex (shaded) life range of female grizzly bear 552 in the Yaak River, 2012–2015.



Figure A71. Radio locations and minimum convex (shaded) life range of male grizzly bear 737 in the Yaak River, 2010–2013.



Figure A72. Radio locations and minimum convex (shaded) life range of female grizzly bear 729 in the Yaak River, 2013–2017, 2020.

94



Figure A73. Radio locations and minimum convex (shaded) life range of male grizzly bear 826 in the Yaak River, 2013.



Figure A74. Radio locations and minimum convex (shaded) life range of augmentation male grizzly bear 919 in the Cabinet Mountains, 2013–2014.



Figure A75. Radio locations and minimum convex (shaded) life range of female grizzly bear 831 in the Cabinet Mountains, 2014.



Figure A76. Radio locations and minimum convex (shaded) life range of male grizzly bear 835 in the Yaak River, 2014–2016, 2019–2021.

95

FS-005783



Figure A77. Radio locations and minimum convex (shaded) life range of male grizzly bear 837 in the Cabinet Mountains, 2014–2016.



Figure A78. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 920 in the Cabinet Mountains, 2014–2016.



Figure A79. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 921 in the Cabinet Mountains, 2014–2015.



Figure A80. Radio locations and minimum convex (shaded) life range of female grizzly bear 836 in the Yaak River, 2014–2017.

96



Figure A81. Radio locations and minimum convex (shaded) life range of male grizzly bear 808 in the Yaak River, 2014–2015.



Figure A82. Radio locations and minimum convex (shaded) life range of male grizzly bear 807 in the Yaak River and Selkirk Mountains, 2014–2017.



Figure A83. Radio locations and minimum convex (shaded) life range of female grizzly bear 810 in the Yaak River, 2015–2018.



Figure A84. Radio locations and minimum convex (shaded) life range of male grizzly bear 818 in the Yaak River, 2015.

97

FS-005785



Figure A85.  Radio locations and minimum convex (shaded) life range of female grizzly bear 820 in the Yaak River, 2015–2018.



Figure A86.  Radio locations and minimum convex (shaded) life range of male grizzly bear 839 in the Cabinet Mountains, 2015–2016.



Figure A87.  Radio locations and minimum convex (shaded) life range of augmentation male grizzly bear 924 in the Cabinet Mountains, 2015.



Figure A88.  Radio locations and minimum convex (shaded) life range of  male grizzly bear 1001 in the Selkirk and Cabinet Mountains, 2015.

98



Figure A89.  Radio locations and minimum convex (shaded) life range of male grizzly bear 821 in the Yaak River, 2016–2017.



Figure A90.  Radio locations and minimum convex (shaded) life range of male grizzly bear 822 in the Yaak River, 2016, 2019–2020.



Figure A91.  Radio locations and minimum convex (shaded) life range of  male grizzly bear 824 in the Yaak River, 2016–2017.



Figure A92.  Radio locations and minimum convex (shaded) life range of  male grizzly bear 853 in the Yaak River, 2016–2017.

99

FS-005787



Figure A93. Radio locations and minimum convex (shaded) life range of male grizzly bear 9811 in the Yaak River, 2016–2018.



Figure A94. Radio locations and minimum convex (shaded) life range of male grizzly bear 922 in the Yaak River, 2016–2017.



Figure A95. Radio locations and minimum convex (shaded) life range of augmentation male grizzly bear 926 in the Cabinet Mountains, 2016–2017.



Figure A96. Radio locations and minimum convex (shaded) life range of female grizzly bear 840 in the Yaak River, 2016–2019.

100



Figure A97. Radio locations and minimum convex (shaded) life range of female grizzly bear 842 in the Yaak River, 2017–2019.



Figure A98. Radio locations and minimum convex (shaded) life range of male grizzly bear 861 in the Cabinet Mountains, 2017–2019.



Figure A99. Radio locations and minimum convex (shaded) life range of management female grizzly bear 1026 in the Yaak River, 2017.



Figure A100. Radio locations and minimum convex (shaded) life range of management female grizzly bear 1028 in the Yaak River, 2017.

101



Figure A101. Radio locations and minimum convex (shaded) life range of augmentaiton male grizzly bear 927 in the Cabinet Mountains, 2018–2020



Figure A102. Radio locations and minimum convex (shaded) life range of male grizzly bear 1006 in the Selkirk, Purcell, and Cabinet Mountains, 2017–2018.



Figure A103. Radio locations and minimum convex (shaded) life range of management male grizzly bear 9077 in the Yaak River, 2018.



Figure A104. Radio locations and minimum convex (shaded) life range of management male grizzly bear 865 in the Kootenai and Yaak River, 2018–2019.

102



Figure A105. Radio locations and minimum convex (shaded) life range of augmentaiton male grizzly bear 844 in the Yaak River, 2019–2020.



Figure A106. Radio locations and minimum convex (shaded) life range of male grizzly bear 866 in the Cabinet Mountains, 2019–2020.



Figure A107. Radio locations and minimum convex (shaded) life range of augmentation female grizzly bear 923 in the Cabinet Mountains, 2019–2021.



Figure A108. Radio locations and minimum convex (shaded) life range of augmentation male grizzly bear 892 in the Cabinet Mountains, 2019–2020.

103



Figure A109. Radio locations and minimum convex (shaded) life range of male grizzly bear 718 in the Yaak River, 2021



Figure A110. Radio locations and minimum convex (shaded) life range of male grizzly bear 848 in the Yaak River, 2021.



Figure A111. Radio locations and minimum convex (shaded) life range of male grizzly bear 882 in the Yaak River, 2021.



Figure A112. Radio locations and minimum convex (shaded) life range of male grizzly bear 884 in the Cabinet Mountains, 2021.

104



Figure A113. Radio locations and minimum convex (shaded) life range of feale grizzly bear 890 in the Cabinet Mountains, 2021.



Figure A114. Radio locations and minimum convex (shaded) life range of male grizzly bear 930 in the Yaak River, 2021.



Figure A115. Radio locations and minimum convex (shaded) life range of female grizzly bear 939 in the Yaak River, 2021.

105

FS-005793

**APPENDIX 5.  Fine scale habitat modeling for the South Selkirk and Cabinet-Yaak ecosystems**

**Trans-border Grizzly Bear Project and the US Fish & Wildlife Service**
**Michael Proctor TBGBP and Wayne Kasworm USFWS**

**BACKGROUND**
This document describes the methods and appropriate interpretation for fine scale habitat modeling of sex-, season- and ecosystem-specific habitat use modeling for grizzly bears.  We modeled habitat use for females and males, in each of 3 seasons (spring, summer, fall) in each of 4 ecosystems, South Purcells in Canada, the international South Selkirks and Yaak, and the US Cabinets.  Here we present the female results.  Females receive priority in grizzly bear conservation management because they are the reproductive engine of a population, they tend to have smaller home ranges and move significantly less than males.  Management that secures important female habitat and food resources may be most efficient for conservation purposes.  Males are important as well and, in some instances, can dominate the very best of food resources.

**METHODS**
We assessed habitat use for female and male bears separately at the scale of each of several ecosystems, including the South Selkirk (international), the Yaak (international), the Cabinets (USA) and the South Purcell (north of Hwy 3 in Canada).  We modelled habitat in each of the 3 non-denning seasons (Spring, den emergence – July 14; Summer berry season, July 15 – Sept 15; and Fall, Sept 16 – October 30).  Methods below are very similar to those employed by Proctor *et al*. 2015.

**Grizzly bear GPS location data**
We deployed GPS-telemetry collars on 38 female grizzly bears in 2004–2015 (22 in the international S Selkirks, 10 in the International Yaak and 6 in the Canadian South Purcells).  Bears were captured with Aldrich foot snares and occasionally with culvert traps.  We used Telonics Inc. (Mesa, Arizona, USA) Spread Spectrum radio-collars (and occasionally store-on-board collars) and remotely downloaded bear locations on a periodic basis.

Most bears were collared in May or June and were monitored for 1–3 years but usually monitoring spanned at least 2 non-denning periods (i.e., spring summer, fall).  Locations were attempted every 1–4 hours depending on collar size (smaller bears carried smaller collars with less battery life), and age of bears (subadult bears carried collars designed to drop off earlier so as to not interfere with neck growth).  Because we used only 2D and 3D fixes, overall fix success (the proportion of 2D and 3D fixes relative to fix attempts) was 84%.  We also assessed potential location bias for canopy closure, which was the variable with the most potential for low fix success rate (Frair *et al*. 2004).  We placed 13 GPS radio collars at ground level in conifer forest with canopy cover from 0 to 75% canopy and found no relationship between fix rate and canopy closure ($R^2 = 0.07$; regression significance, $P = 0.64$).

Because unequal observations among animals can lead to biased population level estimates (Gillies *et al*. 2006) and most bears had 1500–2000 locations, we used a maximum of 1600 locations from most bears by removing every $n^{th}$ location from any one bear with > 1600 locations.

**Grizzly Bear Habitat Modeling**
Female grizzly bear GPS telemetry data were divided into 2 groups for each season and ecosystem.  An 80% random sample was used for model training, while the remaining 20% random samples of bear locations were withheld for model evaluation (Boyce *et al*. 2002,

106

FS-005794

Nielsen *et al*. 2002). We used the GPS telemetry locations and a similar number of available (random) locations from within the composite home ranges of all grizzly bears to develop a resource selection function (RSF, Boyce and McDonald 1999, Manly *et al*. 2002, Nielsen *et al*. 2002). We estimated the parameters of the exponential RSF using logistic regression (Manly *et al*. 2002) and predictions from the RSF were transformed using the logistic function to normalize the right skewing of exponential RSF values and then mapped at a 100-m scale in ArcGIS 10.1 (ESRI, Redlands, CA). Logistic regression was performed using the statistical software package STATA (Intercooled 9.2, College Station, Texas, USA).

Model building was based on the principles of Hosmer and Lemeshow (1989) and more recently referred to as purposeful selection of variables (Bursac *et al*. 2008). We did not use an Information Theoretic approach (Burnham and Anderson 1998) because our goal was predictive ability of grizzly bear habitat use and not testing of broader competing hypotheses (Nielsen *et al*. 2010). All predictor variables were tested for pairwise correlations (Chatterjee *et al*. 2000) and only terrain ruggedness and compound topographic index were correlated. All variables and their quadratic relationships were fit individually (uni-variable analyses) and ranked for their significance and explanatory power (pseudo $R^2$). Multi-variable models were then built by adding non-correlated variables in a forward stepwise fashion starting from higher to lower pseudo $R^2$. Models were compared sequentially after each variable addition; variable significance and explanatory power (pseudo $R^2$) were used to compare models and decide if a variable improved model predictability. When a variable increased the pseudo $R^2$ by at least 5%, we retained that variable in the model; when a variable increased the pseudo $R^2 < 5\%$ we did not retain it to favor a parsimonious model.

We used the Huber-White sandwich estimator in the robust cluster option in Stata to calculate standard errors because non-independent locations can lead to biased standard errors and overestimate significance of model parameters (White 1980, Nielsen *et al*. 2002, 2004b). Because the bears were the unit of replication, they were used to denote the cluster thus avoiding autocorrelation and/or pseudoreplication of locations within individual bears. We assessed the Receiver Operator Characteristic (ROC), a standard technique for summarizing classifier performance (i.e., how well did the model predict habitat and non-habitat correctly) for our most parsimonious models.

### Environmental Variables

We used variables that were most consistently measured across the study area and between Canada and the USA including human-use, terrain, forest cover, and other ecological variables (Table 1). Ecosystem characteristics and human uses in the adjacent south Selkirk and south Purcell Mountains are similar (Meidinger and Pojar 1991) allowing development and prediction of models to these areas. Lowlands are dominated by Cedar-Hemlock (*Thuja plicata - Tsuga heterophylla*) forests and upland forests are dominated by Engelmann Spruce - Sub Alpine Fir (*Picea engelmanni – Abies lasiocarpa*). Douglas fir (*Psuedotsuga mensiezii*) forests are somewhat more common in the southern portions of the Purcell range (Meidinger and Pojar 1991). Human uses are relatively similar across the region and include timber harvest, some mining, ungulate hunting, and other forms of recreation.

Baseline Thematic Mapping land-cover variables (recently logged, alpine, avalanche, and riparian), Vegetation Resource Inventory variables (dominant tree species forest cover types, canopy cover), and backcountry resource roads (i.e., associated with timber harvest, mining) were obtained from the BC Ministry of Forests, Lands, and Natural Resource Operations in Canada. Land-cover information for the USA was from the US Forest Service. Alpine, avalanche, burned, and riparian habitats contain a variety of grizzly bear food resources (Mace *et al*. 1996, McLellan and Hovey 1995, McLellan and Hovey 2001b). Forest cover variables (Table 1) were used because they often have been found to influence grizzly bear habitat selection (Zager *et al*. 1983, Waller and Mace 1997, Apps *et al*. 2004, Nielsen *et al*.

107

FS-005795

2004a).  Greenness, an index of leafy green productivity, correlates with a diverse set of bear food resources and is often found to be a good predictor of grizzly bear habitat use (Mace *et al*. 1996, Nielsen *et al*. 2002).  Greenness was derived from 2005 Landsat imagery using a Tassled Cap transformation (Crist and Ciccone 1984, Manley *et al*. 1992).  Terrain variables of elevation, compound topographic index (CTI), solar radiation, and terrain ruggedness were derived from a digital elevation model (DEM) in ArcGIS.  CTI is an index of soil wetness estimated from a DEM in a GIS using the script from Rho (2002).  Solar radiation was estimated for the summer solstice (day 172), again using a DEM, and in this case the ArcInfo AML from Kumar (1997) that was modified by Zimmerman (2000) called shortwavc.aml.  Finally, terrain ruggedness was estimated from the DEM based on methods from Riley *et al*. (1999) and scripted as an ArcInfo AML called TRI.aml (terrain ruggedness index) by Evans (2004).  These terrain variables have been shown to influence the distribution of grizzly bear foods (Apps *et al*. 2004, Nielsen *et al*. 2004a, 2010) and also affect local human use.  We included elevation as a variable because grizzly bears in our region use high country extensively, which may be for a variety of reasons (e.g., high elevation habitat types, thinner forest cover with more edible ground-based vegetation, human avoidance).  Highway and human developments were digitized from 1:50,000 topographic maps and ortho-photos.  Highway, human developments, and backcountry roads were buffered by 500 m on either side to reflect their influence on grizzly bear habitat use (Mace *et al*. 1996).  The human-use variables have been demonstrated repeatedly to correlate with habitat selection by grizzly bears (Mace *et al*. 1996, 1999, Nielsen *et al*. 2002, Apps *et al*. 2004).  Although none of the predictors were direct measures of food resources or human activities, each factor was thought to correlate with resources and behaviors used by bears or activity of humans (Mace *et al*. 1996, Nielsen *et al*. 2002, 2006, 2009, Apps *et al*. 2004).

## RESULTS

Best models for each season and ecosystem were dominated by greater than expected use for canopy openness and high level of greenness and less than expected use of high road densities (Table 1).  Model predictive ability was greatest in the International South Selkirk area in all 3 seasons, as predictions of habitat use and non-use were all > 0.8 (ROC, Receiver Operator Characteristic measures how well the model predicts habitat use GPS Locations that were in model predicted use areas vs non-used areas).  Because we had very few resident females in the Cabinet population, most were augmented bears from the Rocky Mt region, and the ecology is similar to the S Selkirk region (Proctor *et al*. 2015), we applied our South Selkirk model to the Cabinet area.  These models are similar to the all-season both-sex Resource Selection Function model derived to predict linkage habitat within Proctor *et al*. (2015).  That model was dominated by canopy openness, greenness, riparian, alpine, and elevation.

In the S Selkirk, S Purcell, and Cabinet area, our models were the most predictive with ROC scores usually > 0.75 and even > 0.80 (0.7 is considered a good predictive model).  Models for the international Yaak were less predictive, especially in spring and fall (ROC scores were 0.66 and 0.59 respectively).

Where we had a huckleberry patch model available in the South Purcell area of Canada, it dominated the model along with greenness.  We have a huckleberry patch model throughout this region within Canada.  Therefore, we did not include it in international models in the S Selkirk, Yaak, or Cabinet areas.  Canopy openness is a powerful predictor of huckleberry patches and in models without huckleberry patches, canopy openness plays a similar predictive role.

## DISCUSSION

We envision the usefulness of these habitat models for planning timber harvest, road building, road closing, road decommissioning, and prescribed burns.  As canopy openness and

greenness are two of the better predictors of female habitat use (Mace *et al*. 1996, Nielsen et al. 2002), certain timber harvest and prescribed burning practices may have some potential to improve grizzly bear habitat through opening canopy and promoting deciduous and herbaceous bear foods. In contrast, it might be desirable to plan access controls in areas where habitat quality and use is high, to provide security for female grizzly bears. In that regard, these models may be used to decide where roads might be closed, decommissioned, or left open.

It must also be kept in mind that grizzly bear habitat is dynamic spatially and temporally. Some open-canopy habitats that resulted from past timber harvest may change over time as those canopies fill in with forest regrowth. The same applies to habitat created from past burns. Also, some habitat may have a longer-term state of canopy openness (some higher elevation forests) that may remain desirable over longer time periods. Foresters' on-the-ground knowledge may be able to differentiate these types of habitats and their dynamic potential. Future iterations of these models can be run with updated canopy cover and greenness layers as they are derived from remote sensing.

Note that Riparian habitat was a strong predictor in the South Selkirk (and Cabinet) model. This result was driven by the heavy use of female grizzly bears in the Kootenay River Valley just north of the Canada-US border in the Creston Valley in all 3 seasons. If populations continue to grow, the Kootenay River Valley or other main river valleys may see some increased habitat use by female grizzly bears at least seasonally within the US. We also think that the bears in the Creston Valley are getting a measure of agricultural foods that might be holding them in the valley even in the summer. In Canada and the US, there are developing programs to secure many of these agricultural products from the bears, but it may never all be secured and there will tend to be some bears spending time in these valley bottoms. On the other hand, this is somewhat desirable from the standpoint of female connectivity between the Selkirk and Purcell and Cabinet ranges (Proctor *et al*. 2012, 2015). Subadult female dispersal is usually of a short distance (McLellan and Hovey 2001, Proctor *et al*. 2004) so for female connectivity to develop, it is likely necessary that female grizzly bears spend a portion of their lives in valley bottoms. Conflict reduction efforts become especially important in that regard.

As we modeled each ecosystem separately, thresholds between ecosystems varied. Model outputs have ecosystem-specific thresholds for greater than expected use of specific habitats vs. less than expected use built in. For most planning we would expect use of the summer models or occasionally the spring models. Fall modeling probably represents a time when berry feeding has passed, and bears may be preparing for denning by looking for protein in the form of wounded animals and gut piles from hunters.

## LITERATURE CITED

Apps, C. D., B. N. McLellan, J. G. Woods, and M. F. Proctor. 2004. Estimating grizzly bear distribution and abundance relative to habitat and human influence. Journal of Wildlife Management 68:138–152.

Boyce, M. S., and L. L. McDonald. 1999. Relating populations to habitats using resource selection functions. Trends in Ecology and Evolution 14:268–272.

Boyce, M. S., P. B. Vernier, S. E. Nielsen, and F. K. A. Schmiegelow. 2002. Evaluating resource selection functions. Ecological Modelling 157:281–300.

Boyce, M. S., and J. S. Waller. 2003. Grizzly bears for the Bitterroot: predicting potential abundance and distribution. Wildlife Society Bulletin 31:670–683.

109

Bursac, Z., C. H. Gauss, D. K. Williams, and D. W. Hosmer. 2008. Purposeful selection of variables in logistic regression. Source Code for Biology and Medicine 3:1–8.

Chatterjee, S., A. S.Hadi, and B. Price. 2000. Regression analysis by example. Third edition. John Wiley and Sons, New York, New York, USA.

Crist, E. P., and R. C. Ciccone. 1984. Application of the tasseled Cap concept to simulated thematic mapper data. Photogrammetric Engineering and Remote Sensing 50:343–352.

Evans, J. 2004. Topographic ruggedness index. Available at: <http://arcscripts.esri.com/details.asp?dbid¼12435>. Accessed 15 Nov 2007.

Frair, J. L., S. E. Nielsen, E. H. Merrill, S. R. Lele, M. S. Boyce, R. H. M. Munro, G. B. Stenhouse, and H. L. Beyer. 2004. Removing GPS-collar bias in habitat-selection studies. Journal of Applied Ecology 41:201–212.

Gillies, C. S., M. Hebblewhite, S. E. Nielsen, M. A. Krawchuk, C. L. Aldridge, J. L. Frair, D. J. Saher, C. E. Stevens, and C. L. Jerde. 2006. Application of random effects to the study of resource selection by animals. Journal of Animal Ecology 75:887–898.

Hosmer, D. W., Jr., and S. Lemeshow. 1989. Applied logistic regression. John Wiley and Sons, New York, New York, USA.

Kumar, L., A. K. Skidmore, and E. Knowles. 1997. Modelling topographic variation in solar radiation in a GIS environment. International Journal for Geographical Information Science 11:475–497.

Mace, R. D., J. S. Waller, T. L. Manley, L. J. Lyon, and H. Zuring. 1996. Relationships among grizzly bears, roads, and habitat use in the Swan Mountains, Montana. Journal of Applied Ecology 33:1395– 1404.

Manley, T. L., K. Ake, and R. D. Mace. 1992. Mapping grizzly bear habitat using Landsat TM satellite imagery. Pages 231–240 in J. D. Greer, editor. Remote sensing and natural resource management. American Society of Photogrammetry and Remote Sensing, Bethesda, Maryland, USA.

Manly, B. F. J., L. L. McDonald, D. L. Thomas, T. L. McDonald, and W. P. Erickson. 2002. Resource selection by animals: statistical design and analysis for field studies. Second edition. Kluwer Academic Publishers, Dordrecht, Netherlands.

McLellan, B. N., and F. W. Hovey. 1995. The diet of grizzly bears in the Flathead drainage of southeastern British Columbia. Canadian Journal of Zoology 73:704–712.

McLellan, B. N., and F. W. Hovey. 2001a. Natal dispersal of grizzly bears. Canadian Journal of Zoology 79:838–844.

McLellan, B. N., and F. W. Hovey. 2001b. Habitats selected by grizzly bears in multiple use landscapes. Journal of Wildlife Management 65:92– 99.

110

FS-005798

Meidinger, D. V., and J. Pojar. 1991. Ecosystems of British Columbia. British Columbia Ministry of Forests Special Report Series 6, Victoria, British Columbia, Canada.

Nielsen, S. E., M. S. Boyce, and G. B. Stenhouse. 2004a. Grizzly bears and forestry I. Selection of clearcuts by grizzly bears in west-central Alberta. Forest Ecology and Management 199:51–65.

Nielsen, S. E., G. B. Stenhouse, and M. S. Boyce. 2006. A habitat-based framework for grizzly bear conservation in Alberta. Biological Conservation 130:217–229.

Nielsen, S. E., M. S. Boyce, G. B. Stenhouse, and R. H. M. Munro. 2002. Modeling grizzly bear habitats in the Yellowhead ecosystem of Alberta: taking autocorrelation seriously. Ursus 13:45–56.

Nielsen, S. E., J. Cranston, and G. B. Stenhouse. 2009. Identification of priority areas for grizzly bear conservation and recovery in Alberta, Canada. Journal of Conservation Planning 5:38–60.

Nielsen, S. E., S. Herrero, M. S. Boyce, R. D. Mace, B. Benn, M. L. Gibeau, and S. Jevons. 2004b. Modeling the spatial distribution of human-caused grizzly bear mortalities in the Central Rockies Ecosystem of Canada.Biological Conservation 120:101–113.

Nielsen, S. E., G. McDermid, G. B. Stenhouse, and M. S. Boyce. 2010. Dynamic wildlife habitat models: seasonal foods and mortality risk predict occupancy-abundance and habitat selection in grizzly bears. Biological Conservation 143:1623–1634.

Proctor, M. P., Nielson, S. E., W. F. Kasworm, C. Servheen, T. G. Radandt, A. G. Machutchon, and M. S. Boyce. 2015. Grizzly bear connectivity mapping in the Canada–United States trans-border region. Journal of Wildlife Management 79:544-558.

Proctor, M. F., B. N. McLellan, C. Strobeck, and R. Barclay. 2004a. Gender specific dispersal distances of grizzly bears estimated by genetic analysis. Canadian Journal of Zoology 82:1108–1118.

Proctor, M. F., D. Paetkau, B. N. McLellan, G. B. Stenhouse, K. C. Kendall, R. D. Mace, W. F. Kasworm, C. Servheen, C. L. Lausen, M. L. Gibeau, W. L. Wakkinen, M. A. Haroldson, G. Mowat, C. D. Apps, L. M. Ciarniello, R. M. R. Barclay, M. S. Boyce, C. C. Schwartz, and C. Strobeck. 2012. Population fragmentation and inter-ecosystem movements of grizzly bears in Western Canada and the Northern United States. Wildlife Monographs 180:1–46.

Riley, S. J., S. DeGloria, and R. A. Elliot. 1999. A terrain ruggedness index that quantifies topographic heterogeneity. Intermountain Journal of Sciences 5:1–4.

Rho, P. 2002. Wetness, an avenue script for Arcview 3.2. Available at:<http://arcscripts.esri.com/details.asp?dbid1/412223>. Accessed 5 May 2005.

111

Waller, J. S., and R. D. Mace. 1997. Grizzly bear habitat selection in the Swan Mountains, Montana. Journal of Wildlife Management 61:1032–1039.

White, H. 1980.Aheteroskedasticity-consistent covariance matrix estimator and a direct test for heteroskedasticity. Econometrica 48:817–838.

Zager, P., C. Jonkel, and J. Habeck. 1983. Logging and wildfire influence grizzly bear habitat in northwestern Montana. International Conference on Bear Research and Management 5:124–132.

Zimmerman, N. E. 2000. Shortwavc.aml. Available at: <http://www.wsl.ch/staff/niklaus.zimmermann/programs/aml1_2.html>. Accessed 5May 2005. Associate Editor: Paul Beier.

112

FS-005800

Table 1.  Best female grizzly bear seasonal habitat use models for the Selkirk, S Purcell, Yaak, and Cabinet ecosystems.  Huckleberry patch models were only available in the S Purcell area.

| VARIABLES | Female Selkirk Spring | Female Selkirk Summer | Female Selkirk Fall | Female Yaak Spring | Female Yaak Summer | Female Yaak Fall | Female Cabinet Spring | Female Cabinet Summer | Female Cabinet Fall | Female Purcell Spring | Female Purcell Summer | Female Purcell Fall | Female Canada Spring | Female Canada Summer | Female Canada Fall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| canopy cover | - | + | + | - | + | + | - | + | + | + | | | - | | |
| canopy cover$^2$ | | - | - | | - | - | | - | - | | | | | | |
| greenness | + | + | + | | + | | + | + | + | + | + | + | + | + | + |
| road density | - | - | - | - | | | - | - | - | | | | - | - | - |
| riparian | + | + | + | | | | + | + | + | | | | | + | |
| forest age 100-250 | | | | | | | | | | | - | - | | | |
| forest age 1-20 | | | | | + | | | | | | | | | | |
| forest age 20-60 | | | | | | - | | | | | | | | | |
| forest age 60-80 | | | | | | | | | | | + | | | | |
| alpine | | | | | + | + | | | | | | + | | + | + |
| avalanche | + | | | | | | + | | | | | + | | | |
| deciduous forest | | | | + | + | + | | | | + | | | | | |
| elevation | | + | + | + | + | | | + | + | | | | | | |
| elevation$^2$ | | - | - | - | | | | - | | | | | | | |
| Douglas fir forest | | | | - | + | | | - | | | | | | | - |
| distance to road | | | | | | | | | | | + | | | | |
| buildings | | | | - | - | | | | | | | | | | |
| distance to HuckPatch | | | | | | | | | | | | - | | - | - |
| HuckPatch X Dist2Road | | | | | | | | | | | | | | | + |
| highway | | | - | | | - | | | - | | | | | | - |
| mortality risk | | | | - | | | | | | | | - | | | + |
| recently logged | | | - | | | | | | - | | - | - | | | |
| solar radiation | | | | | | | | | | + | | + | | | |
| terrain ruggedness | | | | | | | | | | + | | | | - | - |
| | | | | | | | | | | | | | | | |
| Pseudo R2 | 0.20 | 0.25 | 0.26 | 0.06 | 0.18 | 0.03 | 0.20 | 0.25 | 0.26 | 0.20 | 0.32 | 0.11 | 0.13 | 0.25 | 0.15 |
| ROC AUC | 0.80 | 0.82 | 0.83 | 0.66 | 0.78 | 0.59 | 0.80 | 0.82 | 0.83 | 0.79 | 0.86 | 0.73 | 0.75 | 0.82 | 0.80 |
| Correct classified | 73% | 74% | 80% | 61% | 70% | 56% | 73% | 74% | 80% | 72% | 78% | 65% | 74% | 75% | 76% |

113

FS-005801

Figure 1a) Spring, b) Summer, and c) Fall female grizzly bear Habitat Use map.

