Nos. 23-2882, 23-2886, 23-3146

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees/Plaintiffs-Appellants*,

and

ALLIANCE FOR THE WILD ROCKIES, et al.,
*Plaintiffs-Appellees/Plaintiffs*,

v.

UNITED STATES FOREST SERVICE, et al.,
*Defendants-Appellants/Defendants/Defendants-Appellees*,

and

KOOTENAI TRIBE OF IDAHO,
*Intervenor-Defendant/Intervenor-Defendant-Appellant/*
*Intervenor Defendant-Appellee.*

Appeal from the United States District Court for the District of Montana
No. 9:22-cv-114 (Hon. Donald W. Molloy)

**JOINT EXCERPTS OF RECORD**
**VOLUME 10 OF 10**

Of Counsel:

ELISE FOSTER
*Attorney*
U.S. Dep't of Agriculture

KATHRYN L. WILLIAMS-SHUCK
SARAH E. MCLAIN
*Attorneys*
U.S. Dep't of the Interior

TODD KIM
*Assistant Attorney General*

THEKLA HANSEN-YOUNG
HAYLEY A. CARPENTER
ERIKA A. FURLONG
JOHN P. TUSTIN
JACOB D. ECKER
*Attorneys*
Environment and Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 305-0466

jacob.ecker@usdoj.gov

*Attorneys for Federal Defendants-Appellants*


Julie A. Weis
HAGLUND KELLEY LLP

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm

*Attorneys for Defendant-Intervenor-Appellant Kootenai Tribe of Idaho*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
CAITLYN F. COOK (MD Bar No. 2112140244)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:     (202) 305-3022 (Tustin)
           (202) 305-0242 (Carpenter)
           (202) 305-0424 (Furlong)
           (202) 305-0269 (Cook)
Fax:       (202) 305-0275

JESSE LASLOVICH
United States Attorney

*Attorneys for Federal Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) ) | Lead Case No. CV 22-114-M-DWM |
| | ) | |
| Plaintiffs, and | ) ) | Member Case No. CV 23-3-M-DWM |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | ) ) ) | **FEDERAL DEFENDANTS' NOTICE OF APPEAL** |
| Consolidated Plaintiffs, | ) ) | |

| | |
|---|---|
| v. | ) |
| | ) |
| U.S. Forest Service, et al. | ) |
| | ) |
| Federal Defendants, | ) |
| | ) |
| KOOTENAI TRIBE OF IDAHO, | ) |
| | ) |
| Defendant-Intervenor, and | ) |
| | ) |
| KRISTEN KAISER, District Ranger, | ) |
| Kootenai National Forest, et al., | ) |
| | ) |
| Consolidated Defendants. | ) |
| | ) |
| | ) |

PLEASE TAKE NOTICE that Federal Defendants—the United States

Forest Service; Chad Benson, in his official capacity as Supervisor of the Kootenai

National Forest; Leanne Marten, in her official capacity as Regional Forester for

the Northern Region of the United States Forest Service; the United States Fish and

Wildlife Service; Debra Haaland, in her official capacity as Secretary of the United

States Department of the Interior; Martha Williams, in her official capacity as

Director of the U.S. Fish and Wildlife Service; and Adam Zerrenner, in his official

capacity as Field Supervisor for the United States Fish and Wildlife Service's

Montana Ecological Services Office—and Consolidated Defendants—Keith

Lannom, in his official capacity as Deputy Regional Forester for the United States

Forest Service Region One; and Kirsten Kaiser, in her official capacity as District

*Federal Defs.' Notice of Appeal*     2
Case No. 9:22-cv-114-M-DWM (Lead); 9:23-cv-00003-M-DWM (Member)

10-ER-2265

Ranger for the Kootenai National Forest—hereby appeal this Court's August 17,

2023, Order and Judgment, ECF Nos. 93, 94, to the United States Court of Appeals

for the Ninth Circuit.

Respectfully submitted this 11th day of October, 2023.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/   Hayley A. Carpenter*
JOHN P. TUSTIN (TX Bar No. 24056458)
Senior Attorney, Natural Resources Section
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorney, Natural Resources Section
ERIKA A. FURLONG (PA Bar No. 319350)
Trial Attorney, Wildlife & Marine Resources Section
CAITLYN F. COOK (MD Bar No. 2112140244)
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone:    (202) 305-3022 (Tustin)
          (202) 305-0242 (Carpenter)
          (202) 305-0424 (Furlong)
          (202) 305-0269 (Cook)
Fax:      (202) 305-0275

JESSE LASLOVICH
United States Attorney

*Attorneys for Federal Defendants*

*Federal Defs.' Notice of Appeal*     3
Case No. 9:22-cv-114-M-DWM (Lead); 9:23-cv-00003-M-DWM (Member)

10-ER-2266

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
Haglund Kelley LLP
2177 SW Broadway
Portland, OR  97201
jweis@hk-law.com
(admitted *pro hac vice*)

*Attorneys for Defendant-Intervenor/Consolidated
Defendant-Intervenor Kootenai Tribe of Idaho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22-114-M-DWM |
| Plaintiffs, | Member Case No. CV 23-3-M-DWM |
| and | **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR KOOTENAI TRIBE OF IDAHO'S NOTICE OF APPEAL** |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | |
| Consolidated Plaintiffs, | |
| vs. | |
| U.S. FOREST SERVICE, et al., | |

**DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S NOTICE OF APPEAL**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

| | |
|---|---|
| Defendants, | |
| and | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, *et al.*, | |
| Consolidated Defendants. | |
| and | |
| KOOTENAI TRIBE OF IDAHO, | |
| Defendant-Intervenor/ Consolidated Defendant-Intervenor. | |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that defendant-intervenor the Kootenai Tribe of Idaho appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's August 17, 2023 Order (ECF No. 93) and Judgment (ECF No. 94). This timely Notice of Appeal is filed within 60 days pursuant to Federal Rule of Appellate Procedure 4(a)(1)(B). This Notice of Appeal also is timely under Federal Rule of Appellate Procedure 4(a)(3).

A representation statement is attached pursuant to Ninth Circuit Rule 3-2(b).

Respectfully submitted this 13th day of October, 2023.

s/ Julie A. Weis

Page 1 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S NOTICE OF APPEAL**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

Julie A. Weis
HAGLUND KELLEY LLP
Portland, Oregon
(admitted *pro hac vice*)

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC

*Attorneys for Defendant-
Intervenor/Consolidated Defendant-
Intervenor Kootenai Tribe of Idaho*

Page 2 – **DEFENDANT-
INTERVENOR/CONSOLIDATED
DEFENDANT-INTERVENOR'S NOTICE OF
APPEAL**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
kris@krismcleanlaw.com
tyson@krismcleanlaw.com

Julie Weis
HAGLUND KELLEY LLP
2177 SW Broadway
Portland, OR  97201
jweis@hk-law.com
(admitted *pro hac vice*)

*Attorneys for Defendant-Intervenor/Consolidated
Defendant-Intervenor Kootenai Tribe of Idaho*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Lead Case No. CV 22-114-M-DWM |
| Plaintiffs, | Member Case No. CV 23-3-M-DWM |
| and | **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S REPRESENTATION STATEMENT** |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | |
| Consolidated Plaintiffs, | |
| vs. | |
| U.S. FOREST SERVICE, et al., | |

**DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S REPRESENTATION STATEMENT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

| | |
|---|---|
| Defendants, | |
| and | |
| KIRSTEN KAISER, District Ranger, Kootenai National Forest, Three Rivers Ranger District, *et al.*, | |
| Consolidated Defendants. | |
| and | |
| KOOTENAI TRIBE OF IDAHO, | |
| Defendant-Intervenor/Consolidated Defendant-Intervenor. | |

Pursuant to Ninth Circuit Rule 3-2(b), defendant-intervenor/consolidated

defendant-intervenor the Kootenai Tribe of Idaho provide the following

Representation Statement of parties and counsel to these consolidated actions:


**Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and Wildearth Guardians:**

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, MT 83455
Phone: 303.854.7748
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY

Page 1 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S REPRESENTATION STATEMENT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

1536 Wynkoop Steet, Suite 421
Denver, CO  80202
Phone: 303.641.3149
tzukoski@biologicaldiversity.org

Rachel G. Inabnit
Law Office of Rachel Inabnit, PLLC
P.O. Box 8846
Missoula, MT  59807
Phone: 406.590.5167
rachel.inabnitlawoffice.com

**Consolidated Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council:**

Rebecca Kay Smith
Public Interest Defense Center
P.O. Box 7584
317 East Spruce Street
Missoula, MT  59807
Phone: 406.531.8133
publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm
P.O. Box 7051
Missoula, MT 59807-7051
Phone: 406.721.1435
tim@bechtoldlaw.net

**Federal Defendants United States Forest Service, Chad Benson, in his official capacity as Supervisor of the Kootenai National Forest, Leanne Marten, in her official capacity as Regional Forester for the Northern Region of the U.S. Forest Service, United States Fish & Wildlife Service, Deb Haaland, in her official capacity as Secretary of the U.S.s Department of the Interior, Martha Williams, in her official capacity as Director of the U.S. Fish and Wildlife Service and Adam Zerrenner, in his official capacity as Field Supervisor for the U.S. Fish and Wildlife Service's Montana Ecological Services Office:**

Page 2 – **DEFENDANT-
INTERVENOR/CONSOLIDATED
DEFENDANT-INTERVENOR'S
REPRESENTATION STATEMENT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
Phone: 202.305.0424
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002
Phone: 202.305.0242
hayley.carpenter@usdoj.gov

John P. Tustin
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. SECTION
Benjamin Franklin Station, P.O. Box 7611
Washington DC  20044-7611
Phone: 202.305.3022
john.tustin@usdoj.gov

Caitlyn Faye Cook
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
Phone: 202.305.0269
caitlyn.cook@usdoj.gov

**Consolidated Federal Defendants Keith Lannom, Deputy Regional Forester, U.S. Forest Service Region One, and Kirsten Kaiser, District Ranger, Kootenai National Forest, Three Rivers Ranger District:**

Erika Furlong

Page 3 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S REPRESENTATION STATEMENT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
Phone: 202.305.0424
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002
Phone: 202.305.0242
hayley.carpenter@usdoj.gov

John P. Tustin
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. SECTION
Benjamin Franklin Station, P.O. Box 7611
Washington DC  20044-7611
Phone: 202.305.3022
john.tustin@usdoj.gov

Caitlyn Faye Cook
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
Phone: 202.305.0269
caitlyn.cook@usdoj.gov

**Defendant-Intervenor/Consolidated Defendant Intervenor Kootenai Tribe of Idaho:**

Julie Weis
Haglund Kelley LLP
2177 SW Broadway
Portland, OR  97201

Page 4 – **DEFENDANT-INTERVENOR/CONSOLIDATED DEFENDANT-INTERVENOR'S REPRESENTATION STATEMENT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

Phone: 503.225.0777
jweis@hk-law.com

Kris McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
Phone: 406.396.9367
kris@krismcleanlaw.com

Tyson A. McLean
Kris A. McLean Law Firm, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
Phone: 406.396.9367
tyson@krismcleanlaw.com

Dated this 13th day of October, 2023.

/s/Julie A. Weis
Julie A. Weis
HAGLUND KELLEY LLP
Portland, Oregon
(admitted *pro hac vice*)

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm, PLLC

*Attorneys for Defendant-
Intervenor/Consolidated Defendant-
Intervenor Kootenai Tribe of Idaho*

Page 5 – **DEFENDANT-
INTERVENOR/CONSOLIDATED
DEFENDANT-INTERVENOR'S
REPRESENTATION STATEMENT**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October, 2023, I caused to be served a true and correct copy of the foregoing document, via CM/ECF on:

Clerk of U.S. District Court

Rebecca Kay Smith
PUBLIC INTEREST DEFENSE CENTER
PO Box 7584
317 East Spruce Street
Missoula, MT 59807
publicdefense@gmail.com

Timothy M. Bechtold
BECHTOLD LAW FIRM
PO Box 7051
Missoula, MT 59087-7051
tim@bechtoldlaw.net

*Attorneys for Plaintiffs Alliance for the Wild Rockies and Native Ecosystems Council*

Andrea Zaccardi
CENTER FOR BIOLOGICAL DIVERSITY
PO Box 469
Victor, MT 83455
azaccardi@biologicaldiversity.org

Edward B. Zukoski
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Steet, Suite 421
Denver, CO  80202
tzukoski@biologicaldiversity.org

Rachel G. Inabnit
Law Office of Rachel Inabnit, PLLC
P.O. Box 8846
Missoula, MT  59807

**CERTIFICATE OF SERVICE**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

rachel.inabnitlawoffice.com

*Attorneys for Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council and WildEarth Guardians*

Erika Furlong
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
erika.furlong@usdoj.gov

Hayley A. Carpenter
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D.
150 M Street NE
Washington, DC 20002
hayley.carpenter@usdoj.gov

John P. Tustin
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. SECTION
Benjamin Franklin Station, P.O. Box 7611
Washington DC  20044-7611
john.tustin@usdoj.gov

Caitlyn Faye Cook
U.S. DEPARTMENT OF JUSTICE –
E.N.R.D. WILDLIFE & MARINE SECTION
150 M Street NE
Washington, DC 20002
caitlyn.cook@usdoj.gov

*Attorneys for Defendants*

By:   /s/ Julie A. Weis

**CERTIFICATE OF SERVICE**

HAGLUND KELLEY LLP
ATTORNEYS AT LAW
2177 SW Broadway
PORTLAND, OR 97201

Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

Edward B. Zukoski (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*., | Lead Case No. 9:22-cv-00114-DWM |
| Plaintiffs, and | Member Case No. 9:23-cv-00003-DWM |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | **PLAINTIFFS' NOTICE OF APPEAL (CROSS APPEAL)** |
| Consolidated Plaintiffs, | |
| vs. | |

1

UNITED STATES FOREST SERVICE, *et al*.

        Federal Defendants,

KOOTENAI TRIBE OF IDAHO,

        Defendant-Intervenor, and

KRISTEN KAISER, District Ranger, Kootenai National Forest, *et al*.,

        Consolidated Defendants.

NOTICE IS HEREBY given that Plaintiffs Center for Biological Diversity, Yaak Valley Forest Council, and WildEarth Guardians hereby appeal this District Court's August 17, 2023, Order (ECF 93) and Judgment (ECF 94), to the United States Court of Appeals for the Ninth Circuit.

This is a cross-appeal.

The first filed appeal of this District Court's Order and Judgment was filed by Federal Defendants U.S. Forest Service et al. on October 11, 2023 (ECF No. 102), and is docketed at the Ninth Circuit Court of Appeals as Appeal No. 23-2882. Defendant-Intervenor Kootenai Tribe of Idaho filed a subsequent appeal on October 13, 2023 (ECF No. 103), which is docketed at the Ninth Circuit Court of Appeals as Appeal No. 23-2886.

Respectfully submitted October 25, 2023.

*/s/ Edward B. Zukoski*
Edward B. Zukoski (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

*/s/ Andrea Zaccardi* (Admitted Pro Hac Vice)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*/s/ Rachel Inabnit*
Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I further certify that a true and accurate copy of the foregoing document will be served on all counsel or parties of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Edward B. Zukoski*
Edward B. Zukoski (Admitted Pro Hac Vice)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

*Attorney for Plaintiffs*

Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

Edward B. Zukoski (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

Andrea Zaccardi (Admitted Pro Hac Vice)
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA,
## MISSOULA DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al*., | Lead Case No. 9:22-cv-00114-DWM |
| Plaintiffs, and | Member Case No. 9:23-cv-00003-DWM |
| ALLIANCE FOR THE WILD ROCKIES and NATIVE ECOSYSTEMS COUNCIL, | **PLAINTIFFS' REPRESENTATION STATEMENT** |
| Consolidated Plaintiffs, | |
| vs. | |

1

UNITED STATES FOREST SERVICE, *et al*.

          Federal Defendants,

KOOTENAI TRIBE OF IDAHO,

          Defendant-Intervenor, and

KRISTEN KAISER, District Ranger, Kootenai National Forest, *et al*.,

          Consolidated Defendants.

The following identifies all parties to the consolidated action and the names, addresses, and telephone numbers of their respective counsel:

**Plaintiffs**

Center for Biological Diversity, Yaak Valley Forest Council, and Wildearth Guardians:

        Edward B. Zukoski
        CENTER FOR BIOLOGICAL DIVERSITY
        1536 Wynkoop Street, Suite 421
        Denver, CO 80202
        Phone: (303) 641-3149
        Email: tzukoski@biologicaldiversity.org

        Andrea Zaccardi
        Center for Biological Diversity
        P.O. Box 469
        Victor, ID 83455
        Phone: (303) 854-7748
        Email: azaccardi@biologicaldiversity.org

**Consolidated Plaintiffs**

Alliance for the Wild Rockies and Native Ecosystems Council:

Rebecca K. Smith
P.O. Box 7584
Missoula, MT 59807
Phone: (406) 531-8133
Email: publicdefense@gmail.com

Timothy M. Bechtold
Bechtold Law Firm, PLLC
P.O. Box 7051
Missoula, MT 59807
Phone: (406) 721-1435
tim@bechtoldlaw.net

**Federal Defendants**

United States Forest Service, Chad Benson, in his official capacity as Supervisor of

the Kootenai National Forest; Leanne Marten, in her official capacity as Regional

Forester for the Northern Region of the U.S. Forest Service; United States Fish &

Wildlife Service; Deb Haaland, in her official capacity as Secretary of the U.S.

Department of the Interior; Martha Williams, in her official capacity as Director of

the U.S. Fish and Wildlife Service; and Adam Zerrenner, in his official capacity as

Field Supervisor for the U.S. Fish and Wildlife Service's Montana Ecological

Services Office:

**Consolidated Defendants**

Keith Lannom, in his official capacity as Deputy Regional Forester for the United

States Forest Service Region One; and Kirsten Kaiser, in her official capacity as

District Ranger for the Kootenai National Forest:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

JOHN P. TUSTIN
Senior Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-3022
Email: john.tustin@usdoj.gov

HAYLEY A. CARPENTER
Trial Attorney, Natural Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0242
Email: hayley.carpenter@usdoj.gov

ERIKA A. FURLONG
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0424
Email: erika.furlong@usdoj.gov

CAITLYN F. COOK
Trial Attorney, Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0269
Email: caitlyn.cook@usdoj.gov

JESSE LASLOVICH
United States Attorney

**Consolidated Defendant Intervenor**

Kootenai Tribe of Idaho:

Julie A. Weis
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
Phone: (503) 225-0777
Email: jweis@hk-law.com

Kris McLean
Kris McLean Law Firm, PLLC
2315 Mcdonald Ave., Suite 106
Missoula, MT 59801
Phone: (406) 396-9367
Email: kris@krismcleanlaw.com

Tyson A. McLean
Kris McLean Law Firm, PLLC
2315 Mcdonald Ave., Suite 106
Missoula, MT 59801
Phone: (406) 396-9367
Email: tyson@krismcleanlaw.com

Respectfully submitted October 25, 2023.

*/s/ Edward B. Zukoski*
Edward B. Zukoski (Admitted Pro Hac Vice)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org

5

*/s/ Andrea Zaccardi* (Admitted Pro Hac Vice)
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
(303) 854-7748
azaccardi@biologicaldiversity.org

*/s/ Rachel Inabnit*
Rachel G. Inabnit
LAW OFFICE OF RACHEL INABNIT,
P.O. Box 8846
Missoula, MT 59807
(406) 201-1305
rachel@inabnitlawoffice.com

*Attorneys for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system. I further certify that a true

and accurate copy of the foregoing document will be served on all counsel or

parties of record via transmission of Notice of Electronic Filing generated by

CM/ECF.

*/s/ Edward B. Zukoski*
Edward B. Zukoski (Admitted Pro Hac Vice)
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
(303) 641-3149
tzukoski@biologicaldiversity.org


*Attorney for Plaintiffs*

**Query    Reports    Utilities    Help    Log Out**

APPEAL,CROSSAPPEAL,LEAD,STAYED

# U.S. District Court
## District of Montana (Missoula)
## CIVIL DOCKET FOR CASE #: 9:22-cv-00114-DWM

Center for Biological Diversity et al v. United States Forest Service et al
Assigned to: Judge Donald W. Molloy
Case in other court: Ninth Circuit, 23-02882
                  Ninth Circuit, 23-02886
                  Ninth Circuit, 23-03146
Cause: 42:4321 Review of Agency Action-Environment

Date Filed: 06/30/2022
Date Terminated: 08/17/2023
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedures Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Center for Biological Diversity**

represented by **Andrea Zaccardi**
Center for Biological Diversity
P.O. Box 469
Victor, ID 83455
303-854-7748
Email: azaccardi@biologicaldiversity.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward B. Zukoski**
Center for Biological Diversity
1536 Wynkoop Street, Suite 421
Denver, CO 80202
303-641-3149
Email: tzukoski@biologicaldiversity.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristine Marie Akland**
AKLAND LAW FIRM, PLLC
317 E. Spruce St.
PO Box 7274
Missoula, MT 59807
406-544-9863
Email: kakland@biologicaldiversity.org
*TERMINATED: 02/14/2023*

**Marla Fox**
Marla Fox LLC
31 Kek Road
Carson, WA 98610
651-434-7737
Email: marla.st.fox@gmail.com
*TERMINATED: 12/05/2022*

*PRO HAC VICE*

**Rachel Glenn Inabnit**
Law Office of Rachel Inabnit, PLLC
PO Box 8846
Missoula, MT 59807
406-590-5167
Email: rachel@inabnitlawoffice.com
*ATTORNEY TO BE NOTICED*

**Ronni M. Flannery**
Ronni M. Flannery
936 S 2nd St W
Missoula, MT 59801
406-214-5700
Email: rflannery@bresnan.net
*TERMINATED: 01/27/2023*

**Sarah K. McMillan**
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
406-549-3895
Email: mcmillan@westernlaw.org
*TERMINATED: 08/03/2022*

**Plaintiff**

**Yaak Valley Forest Council**                    represented by **Andrea Zaccardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward B. Zukoski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristine Marie Akland**
(See above for address)
*TERMINATED: 02/14/2023*

**Marla Fox**
(See above for address)
*TERMINATED: 12/05/2022*
*PRO HAC VICE*

**Rachel Glenn Inabnit**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronni M. Flannery**
(See above for address)
*TERMINATED: 01/27/2023*

**Sarah K. McMillan**
(See above for address)
*TERMINATED: 08/03/2022*

**Plaintiff**

**Wildearth Guardians**                    represented by **Andrea Zaccardi**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Edward B. Zukoski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristine Marie Akland**
(See above for address)
*TERMINATED: 02/14/2023*

**Marla Fox**
(See above for address)
*TERMINATED: 12/05/2022*
*PRO HAC VICE*

**Rachel Glenn Inabnit**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ronni M. Flannery**
(See above for address)
*TERMINATED: 01/27/2023*

**Sarah K. McMillan**
(See above for address)
*TERMINATED: 08/03/2022*

V.

**Consolidated Plaintiff**

**Alliance for the Wild Rockies**            represented by **Rebecca Kay Smith**
PUBLIC INTEREST DEFENSE CENTER
PO Box 7584
317 East Spruce Street
Missoula, MT 59807
406-531-8133
Fax: 406-830-3085
Email: publicdefense@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. Bechtold**
BECHTOLD LAW FIRM
PO Box 7051

Missoula, MT 59807-7051
406-721-1435
Email: tim@bechtoldlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consolidated Plaintiff**

**Native Ecosystems Council**                    represented by    **Rebecca Kay Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. Bechtold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Forest Service**                    represented by    **Erika Furlong**
DOJ-Enrd
U.S. Department of Justice, Environment &
Natural Resources
150 M Street NE
Ste 3.1131
Washington, DC 20002
202-305-0424
Email: erika.furlong@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
DOJ-Enrd
150 M Street NE
Washington, DC 20002
202-305-0242
Email: hayley.carpenter@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
DOJ-Enrd
Wildlife & Marine Resources Section
150 M Street NE
Washington, DC 20002
202-305-0269
Email: caitlyn.cook@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
U.S. Department of Justice
Environment & Natural Resources Division

Natural Resources Section
Benjamin Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
202-305-3022
Fax: 202-305-0506
Email: john.tustin@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Chad Benson**
*in his official capacity as Supervisor of the
Kootenai National Forest*

represented by **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Leanne Marten**
*in her official capacity as Regional Forester
for the Northern Region of the U.S. Forest
Service*

represented by **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**United States Fish and Wildlife Service**

represented by **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deb Haaland**
*in her official capacity as Secretary of the*
*U.S. Department of the Interior*

represented by  **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martha Williams**
*in her official capacity as Director of the*
*U.S. Fish and Wildlife Service*

represented by  **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Adam Zerrenner**
*in his official capacity as Field Supervisor*
*for the U.S. Fish and Wildlife Service's*
*Montana Ecological Services Office*

represented by **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consolidated Defendant**

**Keith Lannom**
*Deputy Regional Forester, US Forest*
*Service Region One*

represented by **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consolidated Defendant**

**Kirsten Kaiser**
*District Ranger, Kootenai National Forest,*
*Three Rivers Ranger District*

represented by **Erika Furlong**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

John P. Tustin
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Kootenai Tribe of Idaho**                     represented by     **Julie A. Weis**
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
503-225-0777
Email: jweis@hk-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kris McLean**
KRIS MCLEAN LAW FIRM, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
406-396-9367
Email: kris@krismcleanlaw.com
*ATTORNEY TO BE NOTICED*

**Tyson A. McLean**
KRIS MCLEAN LAW FIRM, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
406-396-9367
Email: tyson@krismcleanlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/30/2022 | 1 | COMPLAINT against All Defendants, filed by Center for Biological Diversity, Yaak Valley Forest Council, Wildearth Guardians. (Attachments: # 1 Civil Cover Sheet) (APP) (Entered: 06/30/2022) |
| 06/30/2022 | | Filing fee paid: $ 402.00, receipt number AMTDC-2896692 (APP) (Entered: 06/30/2022) |
| 06/30/2022 | 2 | Summons Issued as to Chad Benson, Keith Lannom, United States Forest Service. **(Summons may be downloaded and printed by Plaintiffs' Counsel for service.)** (APP) (Entered: 06/30/2022) |
| 07/01/2022 | 3 | MOTION Marla Fox to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2897483.) Sarah K. McMillan appearing for Plaintiffs Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council (Attachments: # 1 Declaration support PHV) (McMillan, Sarah) (Entered: 07/01/2022) |
| 07/01/2022 | 4 | MOTION Edward Zukoski to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2897485.) Sarah K. McMillan appearing for Plaintiffs Center for Biological |

| | | Diversity, Wildearth Guardians, Yaak Valley Forest Council (Attachments: # 1 Declaration support PHV) (McMillan, Sarah) (Entered: 07/01/2022) |
|---|---|---|
| 07/01/2022 | 5 | MOTION Andrea Zaccardi to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2897616.) Sarah K. McMillan appearing for Plaintiffs Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council (Attachments: # 1 Declaration support PHV) (McMillan, Sarah) (Entered: 07/01/2022) |
| 07/06/2022 | 6 | ORDER granting 3 Motion to Appear Pro Hac Vice for Attorney Marla Fox for Plaintiffs. Acknowledgment of PHV Order due within 15 days. Signed by Judge Donald W. Molloy on 7/6/2022. (NOS) (Entered: 07/06/2022) |
| 07/06/2022 | 7 | ORDER granting 4 Motion to Appear Pro Hac Vice for Attorney Edward B. Zukowski. Acknowledgment of PHV Order due within 15 days. Signed by Judge Donald W. Molloy on 7/6/2022.<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.**<br>(NOS) (Entered: 07/06/2022) |
| 07/06/2022 | 8 | ORDER granting 5 Motion to Appear Pro Hac Vice for Attorney Andrea Zaccardi for Plaintiffs. Acknowledgment of PHV Order due within 15 days. Signed by Judge Donald W. Molloy on 7/6/2022. (NOS) (Entered: 07/06/2022) |
| 07/12/2022 | 9 | NOTICE of Acknowledgment of Pro Hac Vice Order by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council (Zaccardi, Andrea) (Entered: 07/12/2022) |
| 07/13/2022 | 10 | NOTICE of Acknowledgment of Pro Hac Vice Order by Wildearth Guardians (Fox, Marla) (Entered: 07/13/2022) |
| 07/14/2022 | 11 | NOTICE of Acknowledgment of Pro Hac Vice Order by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council re 7 Order on Motion to Appear Pro Hac Vice, (Zukoski, Edward) (Entered: 07/14/2022) |
| 07/19/2022 | 12 | NOTICE of Appearance by Hayley A. Carpenter on behalf of Chad Benson, Keith Lannom, United States Forest Service (Carpenter, Hayley) (Entered: 07/19/2022) |
| 07/25/2022 | 13 | ORDER. The parties shall file a proposed case management plan on or before October 20, 2022. Signed by Judge Donald W. Molloy on 7/25/2022. (NOS) (Entered: 07/25/2022) |
| 08/03/2022 | 14 | NOTICE of Substitution of Counsel by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council (Flannery, Ronni) (Entered: 08/03/2022) |
| 08/03/2022 | 15 | Corporate Disclosure Statement by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. (Flannery, Ronni) (Entered: 08/03/2022) |
| 08/17/2022 | 16 | Joint MOTION *to Set Deadlines for Plaintiffs' Amended Complaint and Defendants' Response* Hayley A. Carpenter appearing for Defendants Chad Benson, Keith Lannom, United States Forest Service (Attachments: # 1 Text of Proposed Order) (Carpenter, Hayley) (Entered: 08/17/2022) |
| 08/18/2022 | 17 | NOTICE of Appearance by Erika Furlong on behalf of All Defendants (Furlong, Erika) (Entered: 08/18/2022) |
| 08/23/2022 | 18 | ORDER. IT IS ORDERED that the parties' joint motion to set deadlines, (Doc. 16 ), is GRANTED. Plaintiffs shall file any amended complaint by September 9, 2022, and Defendants' response to such amended complaint shall be due by October 10, 2022. Signed by Judge Donald W. Molloy on 8/23/2022. (NOS) (Entered: 08/23/2022) |

| | | |
|---|---|---|
| 09/07/2022 | 19 | Unopposed MOTION Joint Motion to Vacate Deadline to File Amended Complaint and Re-set Deadline for Defendants' Response Ronni M. Flannery appearing for Plaintiffs Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council (Attachments: # 1 Text of Proposed Order) (Flannery, Ronni) (Entered: 09/07/2022) |
| 09/07/2022 | 20 | ORDER. IT IS ORDERED that the parties' joint motion to re-set deadlines (Doc. 19 ), is GRANTED. The order dated August 23, 2022, (Doc. 18 ) is VACATED. Defendants shall file a response to the original complaint by September 23, 2022. Signed by Judge Donald W. Molloy on 9/7/2022. (NOS) (Entered: 09/07/2022) |
| 09/22/2022 | 21 | ANSWER to Complaint by Chad Benson, Keith Lannom, United States Forest Service. (Carpenter, Hayley) (Entered: 09/22/2022) |
| 10/20/2022 | 22 | JOINT CASE MANAGEMENT PLAN by Chad Benson, Keith Lannom, United States Forest Service. (Carpenter, Hayley) (Entered: 10/20/2022) |
| 10/21/2022 | 23 | MOTION to Intervene Kris McLean, Tyson A. McLean appearing for Interested Party Kootenai Tribe of Idaho (Attachments: # 1 Text of Proposed Order, # 2 Proposed Motion for PHV_Weis, # 3 Proposed Declaration of Julie Weis, # 4 Proposed Declaration Exhibits, # 5 Proposed Order PHV_Weis, # 6 Proposed Declaration of Gary Aitken, # 7 Proposed Declaration of Scott Soults, # 8 Proposed Answer, # 9 Proposed Corporate Disclosure Statement) (SAC) (Attachments 6, 7, and 8 replaced on 3/7/2023 per Counsel's request to remove blank/illegible pages. (SGN) (Entered: 10/21/2022) |
| 10/21/2022 | 24 | Brief/Memorandum in Support re 23 MOTION to Intervene filed by Kootenai Tribe of Idaho. (SAC) (Entered: 10/21/2022) |
| 10/21/2022 | 25 | Case Management Order: Plaintiffs' amended complaint due by 12/2/22. Forest Service Administrative Record due by 12/7/22. Fish and Wildlife Service Administrative Record due by 12/16/22. Motions to complete or supplement administrative record due by 1/13/23. Plaintiffs' motions for summary judgment and brief due by 1/27/2023. Defendants' combined cross-motion for summary judgment and response due by 3/3/2023. Proposed Defendant-Intervenor's combined cross-motion for summary judgment and response due by 3/10/23. Plaintiffs' joint combined reply and response due by 4/7/2023. Defendants' reply due by 4/21/2023. Proposed Defendant-Intervenor's reply due by 4/28/23. Signed by Judge Donald W. Molloy on 10/21/2022. (SGN) (Modified on 10/28/2022 to regenerate NEF to Defendant-Intervenor.) (NOS) (Modified on 1/12/2023 to regenerate NEF to member case counsel.) (NOS) (Entered: 10/21/2022) |
| 10/28/2022 | 26 | ORDER. IT IS ORDERED that that Tribe's 23 motion to intervene is GRANTED. Defendant-Intervenor shall re-file its answer and motions to appear *pro hac vice*. IT IS FURTHER ORDERED that Defendant-Intervenor shall abide by the terms of the existing case management order, including the term that Defendant-Intervenor's briefing should not be duplicative of the Federal Defendant's briefing. Signed by Judge Donald W. Molloy on 10/28/2022. (NOS) (Entered: 10/28/2022) |
| 10/31/2022 | 27 | MOTION Julie A. Weis to Appear Pro Hac Vice ( Filing fee $ 262 receipt number AMTDC-2961666.) Kris McLean appearing for Intervenor Defendant Kootenai Tribe of Idaho (Attachments: # 1 Declaration of Julie A. Weis, # 2 Proposed order) (McLean, Kris) (Entered: 10/31/2022) |
| 10/31/2022 | 28 | ANSWER to 1 Complaint by Kootenai Tribe of Idaho. (McLean, Kris) (Entered: 10/31/2022) |
| 11/01/2022 | 29 | ORDER granting 27 Motion to Appear Pro Hac Vice for Attorney Julie A. Weis for Kootenai Tribe of Idaho. Acknowledgment of PHV Order due within 15 days. Signed by Judge Donald W. Molloy on 11/1/2022.<br>**NOTE: Instructions to request Montana CM/ECF registration through PACER are** |

| | | |
|---|---|---|
| | | found **here**.<br>(NOS) (Entered: 11/01/2022) |
| 11/01/2022 | [30](#) | NOTICE of Acknowledgment of Pro Hac Vice Order by Kootenai Tribe of Idaho (Weis, Julie) (Entered: 11/01/2022) |
| 12/02/2022 | [31](#) | AMENDED COMPLAINT against All Defendants, filed by Center for Biological Diversity. (Attachments: # [1](#) Summons (Haaland), # [2](#) Summons (Marten), # [3](#) Summons (USFWS), # [4](#) Summons (Williams), # [5](#) Summons (Zerrenner)) (Flannery, Ronni) (Entered: 12/02/2022) |
| 12/02/2022 | [32](#) | Summons Issued as to Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, Martha Williams, Adam Zerrenner, U.S. Attorney and U.S. Attorney General. **Issued summons may be downloaded and printed by counsel for service.** (Attachments: Main Document (Haaland summons issued), # [1](#) Marten summons issued, # [2](#) US Fish and Wildlife summons issued, # [3](#) Williams summons issued, # [4](#) Zerrenner summons issued) (NOS) (Entered: 12/02/2022) |
| 12/05/2022 | [33](#) | NOTICE of Withdrawal of Counsel: Marla Fox withdrawing from the case, filed by Wildearth Guardians (Fox, Marla) (Entered: 12/05/2022) |
| 12/06/2022 | [34](#) | NOTICE by Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner *OF LODGING THE FOREST SERVICE ADMINISTRATIVE RECORD* (Attachments: # [1](#) Exhibit Forest Service Administrative Record Index, # [2](#) Exhibit Forest Service Administrative Record Certifying Declaration) (Carpenter, Hayley) (Entered: 12/06/2022) |
| 12/08/2022 | | Remark: Hard copy of primary Forest Service Administrative Record and flash drives containing electronic admin record received in the clerk of court's office and delivered to DWM chambers. Admin record uploaded and maintained on clerk of court's record drive. (NOS) (Entered: 12/08/2022) |
| 12/13/2022 | [35](#) | NOTICE by Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner *LODGING THE FISH AND WILDLIFE SERVICE ADMINISTRATIVE RECORD* (Attachments: # [1](#) Exhibit Declaration of Adam Zerrenner, # [2](#) Exhibit Fish and Wildlife Service Administrative Record Index) (Furlong, Erika) (Entered: 12/13/2022) |
| 12/15/2022 | | Remark: USB drives containing U.S. Fish and Wildlife Service's admin record received in the clerk of court's office and delivered to DWM chambers. Record uploaded and maintained on clerk of court's record drive. (NOS) (Entered: 12/15/2022) |
| 01/12/2023 | [36](#) | ORDER. IT IS ORDERED that CV 21-114-M-DWM and CV 23-3-M-DWM are consolidated for all further proceedings under the lead case number CV 21-114-M-DWM. IT IS FURTHER ORDERED that the defendants in the member case shall file their answers in CV 23-3-M-DWM. All other documents shall be filed in the lead case and spread to the member case. IT IS FURTHER ORDERED the current briefing schedule (Doc. [25](#) ), remains in place. If the parties wish to request a different schedule, they may do so by proposing an amended joint case management plan. Signed by Judge Donald W. Molloy on 1/12/2023. (NOS) (Docket text corrected, NEF regenerated.) (NOS) (Entered: 01/12/2023) |
| 01/13/2023 | [37](#) | NOTICE by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service *of Lodging Forest Service and Fish & Wildlife Service Supplemental Administrative Records* (Attachments: # [1](#) Exhibit Forest Service Certifying Declaration, # [2](#) Exhibit Forest Service Supplemental Administrative Record Index, # [3](#) Exhibit Fish & Wildlife Service Certifying Declaration, # [4](#) Exhibit |

| | | |
|---|---|---|
| | | Fish & Wildlife Service Supplemental Administrative Record Index, # 5 Exhibit Buckhorn Project Draft EIS, # 6 Exhibit Buckhorn Project Final EIS, # 7 Exhibit Buckhorn Record of Decision, # 8 Exhibit Lower Yaak, O'Brien, Sheep Record of Decision, # 9 Exhibit Starry Goat Project Record of Decision, # 10 Exhibit Darelius Email, # 11 Exhibit Knotty Pine Project Decision Notice, # 12 Exhibit Wakkinen Kasworm Article, # 13 Exhibit Mace Waller Article, # 14 Exhibit Hovey McLellan Article, # 15 Exhibit Email Attachment, Flathead Forest Plan Court Order, # 16 Exhibit Aceituno Email, # 17 Exhibit Exhibits 1-4 of Notice of Intent to Sue, # 18 Exhibit June 2022 Notice of Intent to Sue, # 19 Exhibit Annis Email) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 01/13/2023) |
| 01/19/2023 | 38 | MOTION to Clarify the Court's January 12, 2023 Order, MOTION to Amend/Correct 25 Case Management Order - Expedited Consideration Requested. John P. Tustin appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Kirsten Kaiser, Keith Lannom. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (NOS) (Entered: 01/19/2023) |
| 01/19/2023 | 39 | Brief/Memorandum in Support re 38 MOTION to Clarify the Court's January 12, 2023 Order - Expedited Consideration Requested, MOTION to Amend/Correct 25 Case Management Order filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner. (Attachments: # 1 Exhibit 1 - case management plan from Flathead Forest Plan litigation) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (Modified to link to motion, update docket text.) (NOS) (Entered: 01/19/2023) |
| 01/20/2023 | 40 | ORDER. IT IS ORDERED that Defendants' and Consolidated Defendants' motion (Doc. 38 ) is GRANTED IN PART and DENIED IN PART. It is granted to the extent outlined in the updated briefing schedule (see Order) and denied in all other respects. IT IS FURTHER ORDERED that Federal Defendants need not answer Consolidated Plaintiffs' Complaint. Consolidated Federal Defendants' motion to Clarify the Court's January 12, 2023 Order and accompanying brief marks their appearance in this matter. Signed by Judge Donald W. Molloy on 1/20/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/20/2023) |
| 01/20/2023 | 41 | NOTICE of Appearance by Kristine Marie Akland on behalf of Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council (Akland, Kristine) (Entered: 01/20/2023) |
| 01/24/2023 | 42 | MOTION to Intervene Kris McLean appearing for Intervenor Defendant Kootenai Tribe of Idaho (Attachments: # 1 Proposed Answer, # 2 Proposed order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (McLean, Kris) (Entered: 01/24/2023) |
| 01/24/2023 | 43 | MOTION Julie A. Weis to Appear Pro Hac Vice ( Filing fee $ 262 receipt number MTDC-3007136.) Kris McLean appearing for Intervenor Defendant Kootenai Tribe of Idaho (Attachments: # 1 Proposed order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (McLean, Kris) (Entered: 01/24/2023) |
| 01/25/2023 | 44 | ORDER granting (42) Motion to Intervene. Consolidated Defendant-Intervenor shall re-file its answer. IT IS ORDERED that Consolidated Defendant-Intervenor shall abide by the terms of the existing case management order, including the term that Consolidated Defendant-Intervenor's briefing should not be duplicative of Consolidated Federal Defendant's briefing. Signed by Judge Donald W. Molloy on 1/25/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/25/2023) |

| 01/25/2023 | 45 | ORDER granting (43) Motion to Appear Pro Hac Vice for Julie A. Weis. Acknowledgment of PHV Order due within 15 days. Signed by Judge Donald W. Molloy on 1/25/2023. **NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.** Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/25/2023) |
| 01/25/2023 | 46 | NOTICE of Appearance by Rachel Glenn Inabnit on behalf of Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Inabnit, Rachel) (Entered: 01/25/2023) |
| 01/26/2023 | 47 | NOTICE of Acknowledgment of Pro Hac Vice Order by Kootenai Tribe of Idaho Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 01/26/2023) |
| 01/26/2023 | 48 | ANSWER to Complaint *in Member Case* by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 01/26/2023) |
| 01/27/2023 | 49 | NOTICE of Withdrawal of Counsel: Ronni M. Flannery withdrawing from the case, filed by Center for Biological Diversity (Flannery, Ronni) (Entered: 01/27/2023) |
| 01/27/2023 | 50 | MOTION for Summary Judgment Edward B. Zukoski appearing for Plaintiffs Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 01/27/2023) |
| 01/27/2023 | 51 | Brief/Memorandum in Support re (17 in 9:23-cv-00003-DWM, 50 in 9:22-cv-00114-DWM) MOTION for Summary Judgment filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. (Attachments: # 1 Exhibit Declaration of Anthony South, # 2 Exhibit Declaration of Mary Campbell, # 3 Exhibit Declaration of Pam Fuqua, # 4 Exhibit Declaration of Adam Rissien, # 5 Exhibit Declaration of Randi Spivak) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 01/27/2023) |
| 01/27/2023 | 52 | MOTION for Summary Judgment Rebecca Kay Smith appearing for Consolidated Plaintiffs Alliance for the Wild Rockies, Native Ecosystems Council Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 01/27/2023) |
| 01/27/2023 | 53 | Brief/Memorandum in Support re 52 MOTION for Summary Judgment filed by Alliance for the Wild Rockies, Native Ecosystems Council. (Attachments: # 1 Declaration of Michael Garrity) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Modified to link to motion in lead case.) (NOS) (Entered: 01/27/2023) |
| 01/27/2023 | 54 | Joint Statement of Undisputed Fact re 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment by Alliance for the Wild Rockies, Center for Biological Diversity, Native Ecosystems Council, Wildearth Guardians, Yaak Valley Forest Council filed by Alliance for the Wild Rockies, Center for Biological Diversity, Native Ecosystems Council, Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (NOS) (Entered: 01/27/2023) |
| 01/31/2023 | 55 | TEXT ORDER. IT IS ORDERED that a motions hearing on 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment is set for July 13, 2023, at 9:00 a.m. in the Russell Smith Federal Courthouse, Missoula, Montana. Plaintiffs and Consolidated Plaintiffs, combined, will be given 30 minutes for argument. Defendants, Consolidated-Defendants, and Defendant-Intervenor, combined, will be given 30 minutes for argument. Signed by Judge Donald W. Molloy on 1/31/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/31/2023) |

| | | |
|---|---|---|
| 02/14/2023 | 56 | NOTICE of Withdrawal of Counsel: Kristine Marie Akland withdrawing from the case, filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Akland, Kristine) (Entered: 02/14/2023) |
| 03/02/2023 | 57 | NOTICE of Appearance by Caitlyn Faye Cook on behalf of Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (Entered: 03/02/2023) |
| 03/09/2023 | 58 | MOTION to Strike Garrity Declaration (Doc. 53-1), attachment to 53 Brief/Memorandum in Support of Motion for Summary Judgment (Doc. 52). Caitlyn Faye Cook appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service, Consolidated Defendants Kirsten Kaiser, Keith Lannom Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (NOS) (Entered: 03/09/2023) |
| 03/09/2023 | 59 | Brief/Memorandum in Support re 58 MOTION to Strike Garrity Declaration (Doc. 53-1) filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. (Attachments: # 1 Exhibit Redacted Garrity Declaration) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (Modified to update linkage.) (NOS) (Entered: 03/09/2023) |
| 03/09/2023 | 60 | Cross MOTION for Summary Judgment Hayley A. Carpenter appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service, Consolidated Defendants Kirsten Kaiser, Keith Lannom Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 03/09/2023) |
| 03/09/2023 | 61 | Brief/Memorandum in Support re (27 in 9:23-cv-00003-DWM, 60 in 9:22-cv-00114-DWM) Cross MOTION for Summary Judgment filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. (Attachments: # 1 Exhibit Kasworm Declaration, # 2 Exhibit Benson Declaration, # 3 Exhibit Council Guidance) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 03/09/2023) |
| 03/09/2023 | 62 | Statement of Undisputed Fact re: (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 03/09/2023) |
| 03/09/2023 | 63 | Statement of Disputed Facts as to 54 Joint Statement of Undisputed Fact re 50 Motion for Summary Judgment, 52 Motion for Summary Judgment filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (NOS) (Entered: 03/09/2023) |

| | | |
|---|---|---|
| 03/13/2023 | 64 | NOTICE by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service re (61 in 9:22-cv-00114-DWM) Brief/Memorandum in Support,, *Notice of Lodging Hyperlinked Brief* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (Thumb drive received and delivered to DWM chambers on 3/14/23.) (NOS) (Entered: 03/13/2023) |
| 03/20/2023 | 65 | Cross MOTION for Summary Judgment Julie A. Weis appearing for Intervenor Defendants Kootenai Tribe of Idaho, Kootenai Tribe of Idaho Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 03/20/2023) |
| 03/20/2023 | 66 | Brief/Memorandum in Support re 65 Cross MOTION for Summary Judgment, RESPONSE to 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Docket text amended, linked to motion.) (NOS) (Entered: 03/20/2023) |
| 03/20/2023 | 67 | Statement of Undisputed Fact re: (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment by Kootenai Tribe of Idaho filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 03/20/2023) |
| 03/20/2023 | 68 | Statement of Disputed Facts re 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (NOS) (Entered: 03/20/2023) |
| 03/21/2023 | 69 | NOTICE of Filing Exhibits *(Inadvertently Omitted)* re 66 Brief/Memorandum in Support. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Linked to motion.) (NOS) (Entered: 03/21/2023) |
| 03/21/2023 | 70 | NOTICE of Lodging Hyperlinked Brief by Kootenai Tribe of Idaho re 66 Brief/Memorandum in Support. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (NOS) (USB received on 3/22/23 in DWM chambers.) (NOS) (Entered: 03/21/2023) |
| 03/23/2023 | 71 | RESPONSE to Motion re 58 MOTION to Strike 53 Brief/Memorandum in Support filed by Alliance for the Wild Rockies, Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (NOS) (Entered: 03/23/2023) |
| 04/07/2023 | 72 | REPLY to Response to Motion re 58 MOTION to Strike filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (NOS) (Entered: 04/07/2023) |
| 04/20/2023 | 73 | REPLY to Response to Motion re 50 MOTION for Summary Judgment, 60 Cross MOTION for Summary Judgment, RESPONSE to Motion re 65 Cross MOTION for Summary Judgment filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (NOS) (Entered: 04/20/2023) |
| 04/20/2023 | 74 | Statement of Disputed Facts re: (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 04/20/2023) |
| 04/20/2023 | 75 | Statement of Disputed Facts re: (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Center for Biological Diversity, |

| | | Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 04/20/2023) |
|---|---|---|
| 04/20/2023 | 76 | RESPONSE to Motion re (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment , (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment , (52 in 9:22-cv-00114-DWM, 19 in 9:23-cv-00003-DWM) MOTION for Summary Judgment , REPLY to Response to Motion filed by Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 04/20/2023) |
| 04/20/2023 | 77 | Statement of Disputed Facts re: (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 04/20/2023) |
| 04/20/2023 | 78 | Statement of Disputed Facts re: (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Alliance for the Wild Rockies, Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 04/20/2023) |
| 05/02/2023 | 79 | NOTICE by Alliance for the Wild Rockies, Native Ecosystems Council *Notice of Supplemental Authority* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 05/02/2023) |
| 05/18/2023 | 80 | REPLY to Response to Motion re (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 05/18/2023) |
| 05/22/2023 | 81 | NOTICE by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service *Notice of Lodging Hyperlinked Reply Brief* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (Thumb drive received; delivered to DWM chambers.) (NOS) (Entered: 05/22/2023) |
| 05/24/2023 | 82 | REPLY to Response to Motion re (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 05/24/2023) |
| 05/24/2023 | 83 | NOTICE by Kootenai Tribe of Idaho re (82 in 9:22-cv-00114-DWM, 49 in 9:23-cv-00003-DWM) Reply to Response to Motion *Notice of Lodging Hyperlinked Brief* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Received and delivered to DWM chambers.) (NOS) (Entered: 05/24/2023) |
| 06/30/2023 | 84 | NOTICE of Supplemental Authority by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council re 50 MOTION for Summary Judgment. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (NOS) (Entered: 06/30/2023) |
| 07/07/2023 | 85 | MOTION for Leave to File *A Short Response to Notice of Supplemental Authority*. Julie A. Weis appearing for Intervenor Defendants Kootenai Tribe of Idaho, Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 07/07/2023) |

| 07/07/2023 | 86 | ORDER granting (85) Motion for Leave to File Response to Notice of Supplemental Authority. The Clerk is directed to file Defendant-Intervenor's proposed response. Signed by Judge Donald W. Molloy on 7/7/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 07/07/2023) |
| 07/07/2023 | 87 | RESPONSE as to 84 Notice of Supplemental Authority filed by Intervenor Defendant Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 07/07/2023) |
| 07/13/2023 | 88 | MINUTE ENTRY for proceedings before Judge Donald W. Molloy: Motion Hearing held on 7/13/2023 re 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment, 60 Cross MOTION for Summary Judgment, 65 Cross MOTION for Summary Judgment. Counsel Rebecca Smith, Edward Zukoski, Andrea Zaccardi, and Rachel Inabnit appearing on behalf of Plaintiffs. Counsel Erika Furlong, Hayley Carpenter, and John Tustin appearing on behalf of Federal Defendants. Counsel Maelen McLean and Julie Weis appearing on behalf of Intervenor Defendant Kootenai Tribe of Idaho. Parties provide argument on summary judgment motions. The Court's written findings forthcoming. Hearing commenced at 9:01 a.m. and concluded at 10:17 a.m. (Court Reporter: JoAnn Corson) (Law Clerk: N. Goldberg-Jaffe) (Hearing held in Missoula) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 07/13/2023) |
| 08/04/2023 | 89 | NOTICE by Alliance for the Wild Rockies, Native Ecosystems Council *Notice of Supplemental Authority* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (NOS) (Entered: 08/04/2023) |
| 08/10/2023 | 90 | Unopposed MOTION for Leave to File *a Short Response to Notice of Supplemental Authority [ECF No. 89]*. Julie A. Weis appearing for Intervenor Defendants Kootenai Tribe of Idaho, Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 08/10/2023) |
| 08/15/2023 | 91 | ORDER granting (90) Motion for Leave to File in case 9:22-cv-00114-DWM; granting (57) Motion for Leave to File in case 9:23-cv-00003-DWM. Signed by Judge Donald W. Molloy on 8/15/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (APP) (Entered: 08/15/2023) |
| 08/15/2023 | 92 | Response re (56 in 9:23-cv-00003-DWM, 89 in 9:22-cv-00114-DWM) Notice (Other) filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (APP) (Entered: 08/15/2023) |
| 08/17/2023 | 93 | OPINION and ORDER. IT IS ORDERED that the parties' motions for summary judgment (Docs. 50 , 52 , 60 , 65 ) are GRANTED IN PART and DENIED IN PART (see Order). IT IS FURTHER ORDERED that the Federal Defendants' motion to strike (Doc. 58 ) is DENIED. IT IS FURTHER ORDERED that this matter is remanded to the agencies for further review consistent with this Order. Signed by Judge Donald W. Molloy on 8/17/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 08/17/2023) |
| 08/17/2023 | 94 | CLERK'S JUDGMENT. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 08/17/2023) |
| 08/25/2023 | 95 | Unopposed MOTION for Extension of Time to File *Motion for Fees and Costs*. Edward B. Zukoski appearing for Plaintiffs Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. (Attachments: # 1 Text of Proposed Order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 08/25/2023) |
| 08/25/2023 | 96 | TRANSCRIPT ORDER FORM by Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam |

| | | |
|---|---|---|
| | | Zerrenner for proceedings held on July 13, 2023, before Judge Judge Donald W. Molloy. Court reporter JoAnn Jett Corson. Type of transcript: 14-Day. Transcript due by 9/14/2023. (Document filed in consolidated member case, CV 23-3-M-DWM, on 8/24/23. TD&O filed in lead case by clerk on behalf of Federal Defendants.) (NOS) (Entered: 08/25/2023) |
| 08/29/2023 | 97 | ORDER. IT IS ORDERED that the 95 MOTION for extension to file motion for fees and costs is GRANTED. Plaintiffs shall have until 30 days after there is a final, non-appealable judgment in this matter to move for attorney fees and costs. Signed by Judge Donald W. Molloy on 8/29/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 08/29/2023) |
| 08/29/2023 | 98 | TRANSCRIPT of Hearing on Motions held on 7-13-2023 before Judge Donald W. Molloy. Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER, the clerk's office, or the court reporter. NOTICE: A NOTICE OF INTENT TO REQUEST REDACTION MUST BE FILED WITHIN 7 DAYS OF THIS FILING. Contact court reporter JoAnn Jett Corson, 406-698-9965, joannjettcorson@gmail.com. For further information, please see the Transcript Redaction Procedure and Schedule on the Court Reporters page of our website. Redaction Request due 9/19/2023. Redacted Transcript Deadline set for 9/29/2023. Release of Transcript Restriction set for 11/27/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (JJC) (Entered: 08/29/2023) |
| 08/31/2023 | 99 | Unopposed MOTION to Stay re (68 in 9:23-cv-00003-DWM) Application for Taxation of Costs, (66 in 9:23-cv-00003-DWM) MOTION for Attorney Fees . Hayley A. Carpenter appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service, Consolidated Defendants Kirsten Kaiser, Keith Lannom. (Attachments: # 1 Text of Proposed Order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 08/31/2023) |
| 09/05/2023 | 100 | ORDER granting (99) Motion to Stay. Federal Defendants shall file their response to Consolidated Plaintiffs' fees motion either thirty days after the deadline to file a notice of appeal of the August 17, 2023 Order and Judgment (Docs. 93, 94), or thirty days after resolution of any appeal. Signed by Judge Donald W. Molloy on 9/5/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 09/05/2023) |
| 10/02/2023 | 101 | TRANSCRIPT ORDER FORM filed by Laura Yale for proceedings held on July 13, 2023, before Judge Donald W. Molloy. Court reporter JoAnn Jett Corson. Type of transcript: 14-Day. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) Modified on 10/17/2023 to indicate request terminated. (MPB). (Entered: 10/02/2023) |
| 10/11/2023 | 102 | NOTICE OF APPEAL as to 93 Order on Motion for Summary Judgment, 94 Judgment by Chad Benson, Deb Haaland, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Kirsten Kaiser, U.S. Forest Service. (Attachments: # 1 Exhibit Representation Statement) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (NOS) (Entered: 10/11/2023) |
| 10/13/2023 | 103 | NOTICE OF APPEAL as to 93 Order on Motion for Summary Judgment, 94 Judgment by Kootenai Tribe of Idaho. Filing fee $ 505, receipt number MTDC-3143379. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (NOS) (Entered: 10/13/2023) |

| 10/19/2023 | 104 | USCA Case Number 23-2882 and Time Schedule Order for 103 Notice of Appeal filed by Kootenai Tribe of Idaho. (Additional attachment(s) added: # 1 9th Circuit Case Number & Time Schedule Order). USCA Case Number 23-2886 and Time Schedule Order for 102 Notice of Appeal filed by Federal Defendants. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (APP) (Modified to add appellate notice for Doc. 102.) (NOS) (Entered: 10/19/2023) |
|---|---|---|
| 10/25/2023 | 105 | NOTICE OF CROSS APPEAL by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. Filing fee $ 505, receipt number MTDC-3149152. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 10/25/2023) |
| 10/30/2023 | 106 | USCA Case Number 23-3146 and Time Schedule Order for 105 Notice of Cross Appeal filed by Yaak Valley Forest Council, Center for Biological Diversity, Wildearth Guardians. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 11/01/2023) |
| 12/04/2023 | 107 | ORDER. IT IS ORDERED that the motion for attorney fees (Doc. 66 in 9:23-cv-00003-DWM) is TERMINATED. Plaintiffs may refile their motion within 30 days of the resolution of the appeal. Signed by Judge Donald W. Molloy on 12/4/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 12/04/2023) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/22/2024 07:46:24 | | |
| **PACER Login:** | jecker2022 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:22-cv-00114-DWM |
| **Billable Pages:** | 19 | **Cost:** | 1.90 |

**Query   Reports   Utilities   Help   Log Out**

APPEAL,CONSOL,CROSSAPPEAL,STAYED

# U.S. District Court
## District of Montana (Missoula)
## CIVIL DOCKET FOR CASE #: 9:23-cv-00003-DWM

Alliance for the Wild Rockies et al v. Kaiser et al
Assigned to: Judge Donald W. Molloy
Lead case: 9:22-cv-00114-DWM
Member case: (View Member Case)
Case in other court: 23-02882
              Ninth Circuit, 23-03146
Cause: 05:702 Administrative Procedure Act

Date Filed: 01/06/2023
Date Terminated: 08/17/2023
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Alliance for the Wild Rockies**　　　represented by　**Rebecca Kay Smith**
PUBLIC INTEREST DEFENSE CENTER
PO Box 7584
317 East Spruce Street
Missoula, MT 59807
406-531-8133
Fax: 406-830-3085
Email: publicdefense@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. Bechtold**
BECHTOLD LAW FIRM
PO Box 7051
Missoula, MT 59807-7051
406-721-1435
Email: tim@bechtoldlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Native Ecosystems Council**　　　represented by　**Rebecca Kay Smith**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy M. Bechtold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kirsten Kaiser**                           represented by    **Hayley A. Carpenter**
*District Ranger, Kootenai National Forest,*                   DOJ-Enrd
*Three Rivers Ranger District*                                150 M Street NE
                                                              Washington, DC 20002
                                                              202-305-0242
                                                              Email: hayley.carpenter@usdoj.gov
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Caitlyn Faye Cook**
                                                              DOJ-Enrd
                                                              Wildlife & Marine Resources Section
                                                              150 M Street NE
                                                              Washington, DC 20002
                                                              202-305-0269
                                                              Email: caitlyn.cook@usdoj.gov
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John P. Tustin**
                                                              U.S. Department of Justice
                                                              Environment & Natural Resources Division
                                                              Natural Resources Section
                                                              Benjamin Franklin Station, P.O. Box 7611
                                                              Washington, DC 20044-7611
                                                              202-305-3022
                                                              Fax: 202-305-0506
                                                              Email: john.tustin@usdoj.gov
                                                              *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Chad Benson**                              represented by    **Hayley A. Carpenter**
*Forest Supervisor, Kootenai National Forest*                 (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Caitlyn Faye Cook**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John P. Tustin**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Keith Lannom**                             represented by    **Hayley A. Carpenter**
*Deputy Regional Forester, US Forest*                         (See above for address)
*Service Region One*                                          *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Caitlyn Faye Cook**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **John P. Tustin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**U.S. Forest Service**                                 represented by   **Hayley A. Carpenter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Caitlyn Faye Cook**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John P. Tustin**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Kootenai Tribe of Idaho**                            represented by   **Julie A. Weis**
Haglund Kelley LLP
2177 SW Broadway
Portland, OR 97201
503-225-0777
Email: jweis@hk-law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kris McLean**
KRIS MCLEAN LAW FIRM, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
406-396-9367
Email: kris@krismcleanlaw.com
*ATTORNEY TO BE NOTICED*

**Tyson A. McLean**
KRIS MCLEAN LAW FIRM, PLLC
2315 McDonald Ave., Suite 106
Missoula, MT 59801
406-396-9367
Email: tyson@krismcleanlaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/06/2023 | 1 | COMPLAINT against All Defendants, filed by Native Ecosystems Council, Alliance for the Wild Rockies. (Attachments: # 1 Civil Cover Sheet) (TAG) (Entered: 01/06/2023) |
| 01/06/2023 |  | Filing fee: $ 402, receipt number AMTDC-2996353 (TAG) (Entered: 01/06/2023) |

| | | |
|---|---|---|
| 01/06/2023 | 2 | Summons Issued as to All Defendants, U.S. Attorney and U.S. Attorney General. **Issued summons may be downloaded and printed by counsel for service.** (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons) (TAG) (Entered: 01/06/2023) |
| 01/11/2023 | 3 | ORDER REASSIGNING CASE. Case reassigned to Judge Donald W. Molloy for all further proceedings. Judge Dana L. Christensen no longer assigned to case Signed by Judge Brian Morris on 1/11/2023. (MMS) (Entered: 01/11/2023) |
| 01/12/2023 | 4 | ORDER. IT IS ORDERED that CV 21-114-M-DWM and CV 23-3-M-DWM are consolidated for all further proceedings under the lead case number CV 21-114-M-DWM. IT IS FURTHER ORDERED that the defendants in the member case shall file their answers in CV 23-3-M-DWM. All other documents shall be filed in the lead case and spread to the member case. IT IS FURTHER ORDERED the current briefing schedule (Doc. 25 ), remains in place. If the parties wish to request a different schedule, they may do so by proposing an amended joint case management plan. Signed by Judge Donald W. Molloy on 1/12/2023. (NOS) (Docket text corrected, NEF regenerated.) (NOS) (Entered: 01/12/2023) |
| 01/13/2023 | 5 | NOTICE by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service *of Lodging Forest Service and Fish & Wildlife Service Supplemental Administrative Records* (Attachments: # 1 Exhibit Forest Service Certifying Declaration, # 2 Exhibit Forest Service Supplemental Administrative Record Index, # 3 Exhibit Fish & Wildlife Service Certifying Declaration, # 4 Exhibit Fish & Wildlife Service Supplemental Administrative Record Index, # 5 Exhibit Buckhorn Project Draft EIS, # 6 Exhibit Buckhorn Project Final EIS, # 7 Exhibit Buckhorn Record of Decision, # 8 Exhibit Lower Yaak, O'Brien, Sheep Record of Decision, # 9 Exhibit Starry Goat Project Record of Decision, # 10 Exhibit Darelius Email, # 11 Exhibit Knotty Pine Project Decision Notice, # 12 Exhibit Wakkinen Kasworm Article, # 13 Exhibit Mace Waller Article, # 14 Exhibit Hovey McLellan Article, # 15 Exhibit Email Attachment, Flathead Forest Plan Court Order, # 16 Exhibit Aceituno Email, # 17 Exhibit Exhibits 1-4 of Notice of Intent to Sue, # 18 Exhibit June 2022 Notice of Intent to Sue, # 19 Exhibit Annis Email) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 01/13/2023) |
| 01/17/2023 | 6 | NOTICE of Appearance by John P. Tustin on behalf of Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service (Tustin, John) (Entered: 01/17/2023) |
| 01/19/2023 | 7 | MOTION to Clarify the Court's January 12, 2023 Order, MOTION to Amend/Correct 25 Case Management Order - Expedited Consideration Requested. John P. Tustin appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Kirsten Kaiser, Keith Lannom. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (NOS) (Entered: 01/19/2023) |
| 01/19/2023 | 8 | Brief/Memorandum in Support re (7 in 9:23-cv-00003-DWM, 7 in 9:23-cv-00003-DWM) MOTION to Clarify *the Court's January 12, 2023 Order - Expedited Consideration Requested* MOTION to Amend/Correct (25 in 9:22-cv-00114-DWM) Case Management Order,,, (36 in 9:22-cv-00114-DWM) Order,, *the Court's October 21, 2022 Scheduling Order - Expedited Consideration Requested* filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. (Attachments: # 1 Exhibit 1 - case management plan from Flathead Forest Plan litigation) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (Entered: 01/19/2023) |

| 01/20/2023 | 9 | ORDER. IT IS ORDERED that Defendants' and Consolidated Defendants' motion (Doc. 38 ) is GRANTED IN PART and DENIED IN PART. It is granted to the extent outlined in the updated briefing schedule (see Order) and denied in all other respects. IT IS FURTHER ORDERED that Federal Defendants need not answer Consolidated Plaintiffs' Complaint. Consolidated Federal Defendants' motion to Clarify the Court's January 3, 2023 Order and accompanying brief marks their appearance in this matter. Signed by Judge Donald W. Molloy on 1/20/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/20/2023) |
|---|---|---|
| 01/24/2023 | 10 | MOTION to Intervene Kris McLean appearing for Intervenor Defendant Kootenai Tribe of Idaho (Attachments: # 1 Proposed Answer, # 2 Proposed order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (McLean, Kris) (Entered: 01/24/2023) |
| 01/24/2023 | 11 | MOTION Julie A. Weis to Appear Pro Hac Vice ( Filing fee $ 262 receipt number MTDC-3007136.) Kris McLean appearing for Intervenor Defendant Kootenai Tribe of Idaho (Attachments: # 1 Proposed order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (McLean, Kris) (Entered: 01/24/2023) |
| 01/25/2023 | 12 | ORDER granting (42) Motion to Intervene. Consolidated Defendant-Intervenor shall re-file its answer. IT IS ORDERED that Consolidated Defendant-Intervenor shall abide by the terms of the existing case management order, including the term that Consolidated Defendant-Intervenor's briefing should not be duplicative of Consolidated Federal Defendant's briefing. Signed by Judge Donald W. Molloy on 1/25/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/25/2023) |
| 01/25/2023 | 13 | ORDER granting (43) Motion to Appear Pro Hac Vice for Julie A. Weis. Acknowledgment of PHV Order due within 15 days. Signed by Judge Donald W. Molloy on 1/25/2023. **NOTE: Instructions to request Montana CM/ECF registration through PACER are found here.** Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/25/2023) |
| 01/25/2023 | 14 | NOTICE of Appearance by Rachel Glenn Inabnit on behalf of Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Inabnit, Rachel) (Entered: 01/25/2023) |
| 01/26/2023 | 15 | NOTICE of Acknowledgment of Pro Hac Vice Order by Kootenai Tribe of Idaho Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 01/26/2023) |
| 01/26/2023 | 16 | ANSWER to 1 Complaint by Kootenai Tribe of Idaho. (Docketed by clerk on behalf of Kootenai Tribe of Idaho; filed as Doc. 48 in lead case CV 22-114-M-DWM.) (NOS) (Entered: 01/27/2023) |
| 01/27/2023 | 17 | MOTION for Summary Judgment Edward B. Zukoski appearing for Plaintiffs Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 01/27/2023) |
| 01/27/2023 | 18 | Brief/Memorandum in Support re (17 in 9:23-cv-00003-DWM, 50 in 9:22-cv-00114-DWM) MOTION for Summary Judgment filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. (Attachments: # 1 Exhibit Declaration of Anthony South, # 2 Exhibit Declaration of Mary Campbell, # 3 Exhibit Declaration of Pam Fuqua, # 4 Exhibit Declaration of Adam Rissien, # 5 Exhibit Declaration of Randi Spivak) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 01/27/2023) |
| 01/27/2023 | 19 | MOTION for Summary Judgment Rebecca Kay Smith appearing for Consolidated Plaintiffs Alliance for the Wild Rockies, Native Ecosystems Council Associated Cases: |

| | | 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 01/27/2023) |
|---|---|---|
| 01/27/2023 | 20 | Brief/Memorandum in Support re (19 in 9:23-cv-00003-DWM) MOTION for Summary Judgment filed by Alliance for the Wild Rockies, Native Ecosystems Council. (Attachments: # 1 Declaration of Michael Garrity) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 01/27/2023) |
| 01/27/2023 | 21 | Joint Statement of Undisputed Fact re 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment by Alliance for the Wild Rockies, Center for Biological Diversity, Native Ecosystems Council, Wildearth Guardians, Yaak Valley Forest Council filed by Alliance for the Wild Rockies, Center for Biological Diversity, Native Ecosystems Council, Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (NOS) (Entered: 01/27/2023) |
| 01/31/2023 | 22 | TEXT ORDER. IT IS ORDERED that a motions hearing on 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment is set for July 13, 2023, at 9:00 a.m. in the Russell Smith Federal Courthouse, Missoula, Montana. Plaintiffs and Consolidated Plaintiffs, combined, will be given 30 minutes for argument. Defendants, Consolidated-Defendants, and Defendant-Intervenor, combined, will be given 30 minutes for argument. Signed by Judge Donald W. Molloy on 1/31/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 01/31/2023) |
| 02/14/2023 | 23 | NOTICE of Withdrawal of Counsel: Kristine Marie Akland withdrawing from the case, filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Akland, Kristine) (Entered: 02/14/2023) |
| 03/02/2023 | 24 | NOTICE of Appearance by Caitlyn Faye Cook on behalf of Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (Entered: 03/02/2023) |
| 03/09/2023 | 25 | MOTION to Strike Garrity Declaration (Doc. 53-1), attachment to 53 Brief/Memorandum in Support of Motion for Summary Judgment (Doc. 52). Caitlyn Faye Cook appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service, Consolidated Defendants Kirsten Kaiser, Keith Lannom Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (NOS) (Entered: 03/09/2023) |
| 03/09/2023 | 26 | Brief/Memorandum in Support re (25 in 9:23-cv-00003-DWM) MOTION to Strike (53 in 9:22-cv-00114-DWM) Brief/Memorandum in Support, filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. (Attachments: # 1 Exhibit Redacted Garrity Declaration) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (NOS) (Entered: 03/09/2023) |
| 03/09/2023 | 27 | Cross MOTION for Summary Judgment Hayley A. Carpenter appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service, Consolidated Defendants Kirsten Kaiser, Keith Lannom Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 03/09/2023) |
| 03/09/2023 | 28 | Brief/Memorandum in Support re (27 in 9:23-cv-00003-DWM, 60 in 9:22-cv-00114-DWM) Cross MOTION for Summary Judgment filed by Chad Benson, Deb Haaland, |

| | | Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. (Attachments: # 1 Exhibit Kasworm Declaration, # 2 Exhibit Benson Declaration, # 3 Exhibit Council Guidance) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 03/09/2023) |
|---|---|---|
| 03/09/2023 | 29 | Statement of Undisputed Fact re: (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 03/09/2023) |
| 03/09/2023 | 30 | Statement of Disputed Facts as to 54 Joint Statement of Undisputed Fact re 50 Motion for Summary Judgment, 52 Motion for Summary Judgment filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (NOS) (Entered: 03/09/2023) |
| 03/13/2023 | 31 | NOTICE by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service re (61 in 9:22-cv-00114-DWM) Brief/Memorandum in Support,, *Notice of Lodging Hyperlinked Brief* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (Thumb drive received and delivered to DWM chambers on 3/14/23.) (Entered: 03/13/2023) |
| 03/20/2023 | 32 | Cross MOTION for Summary Judgment Julie A. Weis appearing for Intervenor Defendants Kootenai Tribe of Idaho, Kootenai Tribe of Idaho Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 03/20/2023) |
| 03/20/2023 | 33 | Brief/Memorandum in Support re 65 Cross MOTION for Summary Judgment, RESPONSE to 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Docket text amended, linked to motion.) (NOS) (Entered: 03/20/2023) |
| 03/20/2023 | 34 | Statement of Undisputed Fact re: (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment by Kootenai Tribe of Idaho filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 03/20/2023) |
| 03/20/2023 | 35 | Statement of Disputed Facts re 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (NOS) (Entered: 03/20/2023) |
| 03/21/2023 | 36 | NOTICE of Filing Exhibits *(Inadvertently Omitted)* re: (33 in 9:23-cv-00003-DWM, 66 in 9:22-cv-00114-DWM) Brief/Memorandum in Support, Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (NOS) (Entered: 03/21/2023) |
| 03/21/2023 | 37 | NOTICE of Lodging Hyperlinked Brief by Kootenai Tribe of Idaho re 66 Brief/Memorandum in Support. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (NOS) (USB received on 3/22/23 in DWM chambers.) (NOS) (Entered: 03/21/2023) |

| | | |
|---|---|---|
| 03/23/2023 | 38 | RESPONSE to Motion re (25 in 9:23-cv-00003-DWM) MOTION to Strike (53 in 9:22-cv-00114-DWM) Brief/Memorandum in Support, filed by Alliance for the Wild Rockies, Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 03/23/2023) |
| 04/07/2023 | 39 | REPLY to Response to Motion re 58 MOTION to Strike filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Cook, Caitlyn) (NOS) (Entered: 04/07/2023) |
| 04/20/2023 | 40 | REPLY to Response to Motion re 50 MOTION for Summary Judgment, 60 Cross MOTION for Summary Judgment, RESPONSE to Motion re 65 Cross MOTION for Summary Judgment filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (NOS) (Entered: 04/20/2023) |
| 04/20/2023 | 41 | Statement of Disputed Facts re: (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 04/20/2023) |
| 04/20/2023 | 42 | Statement of Disputed Facts re: (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 04/20/2023) |
| 04/20/2023 | 43 | RESPONSE to Motion re (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment , (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment , (52 in 9:22-cv-00114-DWM, 19 in 9:23-cv-00003-DWM) MOTION for Summary Judgment , REPLY to Response to Motion filed by Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 04/20/2023) |
| 04/20/2023 | 44 | Statement of Disputed Facts re: (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 04/20/2023) |
| 04/20/2023 | 45 | Statement of Disputed Facts re: (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Alliance for the Wild Rockies, Native Ecosystems Council. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 04/20/2023) |
| 05/02/2023 | 46 | NOTICE by Alliance for the Wild Rockies, Native Ecosystems Council *Notice of Supplemental Authority* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 05/02/2023) |
| 05/18/2023 | 47 | REPLY to Response to Motion re (60 in 9:22-cv-00114-DWM, 27 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 05/18/2023) |
| 05/22/2023 | 48 | NOTICE by Chad Benson, Deb Haaland, Kirsten Kaiser, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, U.S. Forest Service *Notice of Lodging Hyperlinked Reply* |

| | | *Brief* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Tustin, John) (Thumb drive received; delivered to DWM chambers.) (NOS) (Entered: 05/22/2023) |
|---|---|---|
| 05/24/2023 | 49 | REPLY to Response to Motion re (65 in 9:22-cv-00114-DWM, 32 in 9:23-cv-00003-DWM) Cross MOTION for Summary Judgment filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 05/24/2023) |
| 05/24/2023 | 50 | NOTICE by Kootenai Tribe of Idaho re (82 in 9:22-cv-00114-DWM, 49 in 9:23-cv-00003-DWM) Reply to Response to Motion *Notice of Lodging Hyperlinked Brief* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 05/24/2023) |
| 06/30/2023 | 51 | NOTICE of Supplemental Authority by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council re 50 MOTION for Summary Judgment. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (NOS) (Entered: 06/30/2023) |
| 07/07/2023 | 52 | MOTION for Leave to File *A Short Response to Notice of Supplemental Authority*. Julie A. Weis appearing for Intervenor Defendants Kootenai Tribe of Idaho, Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 07/07/2023) |
| 07/07/2023 | 53 | ORDER granting (85) Motion for Leave to File Response to Notice of Supplemental Authority. The Clerk is directed to file Defendant-Intervenor's proposed response. Signed by Judge Donald W. Molloy on 7/7/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 07/07/2023) |
| 07/07/2023 | 54 | RESPONSE as to 84 Notice of Supplemental Authority filed by Intervenor Defendant Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 07/07/2023) |
| 07/13/2023 | 55 | MINUTE ENTRY for proceedings before Judge Donald W. Molloy: Motion Hearing held on 7/13/2023 re 50 MOTION for Summary Judgment, 52 MOTION for Summary Judgment, 60 Cross MOTION for Summary Judgment, 65 Cross MOTION for Summary Judgment. Counsel Rebecca Smith, Edward Zukoski, Andrea Zaccardi, and Rachel Inabnit appearing on behalf of Plaintiffs. Counsel Erika Furlong, Hayley Carpenter, and John Tustin appearing on behalf of Federal Defendants. Counsel Tyson McLean and Julie Weis appearing on behalf of Intervenor Defendant Kootenai Tribe of Idaho. Parties provide argument on summary judgment motions. The Court's written findings forthcoming. Hearing commenced at 9:01 a.m. and concluded at 10:17 a.m. (Court Reporter: JoAnn Corson) (Law Clerk: N. Goldberg-Jaffe) (Hearing held in Missoula) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 07/13/2023) |
| 08/04/2023 | 56 | NOTICE by Alliance for the Wild Rockies, Native Ecosystems Council *Notice of Supplemental Authority* Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Smith, Rebecca) (Entered: 08/04/2023) |
| 08/10/2023 | 57 | Unopposed MOTION for Leave to File *a Short Response to Notice of Supplemental Authority [ECF No. 89]*. Julie A. Weis appearing for Intervenor Defendants Kootenai Tribe of Idaho, Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 08/10/2023) |
| 08/15/2023 | 58 | ORDER granting (90) Motion for Leave to File in case 9:22-cv-00114-DWM; granting (57) Motion for Leave to File in case 9:23-cv-00003-DWM. Signed by Judge Donald W. Molloy on 8/15/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (APP) (Entered: 08/15/2023) |

| 08/15/2023 | 59 | Response re (56 in 9:23-cv-00003-DWM, 89 in 9:22-cv-00114-DWM) Notice (Other) filed by Kootenai Tribe of Idaho. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (APP) (Entered: 08/15/2023) |
|---|---|---|
| 08/17/2023 | 60 | OPINION and ORDER. IT IS ORDERED that the parties' motions for summary judgment (Docs. 50 , 52 , 60 , 65 ) are GRANTED IN PART and DENIED IN PART (see Order). IT IS FURTHER ORDERED that the Federal Defendants' motion to strike (Doc. 58 ) is DENIED. IT IS FURTHER ORDERED that this matter is remanded to the agencies for further review consistent with this Order. Signed by Judge Donald W. Molloy on 8/17/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 08/17/2023) |
| 08/17/2023 | 61 | CLERK'S JUDGMENT. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 08/17/2023) |
| 08/24/2023 | 62 | TRANSCRIPT ORDER FORM by Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service for proceedings held on July 13, 2023 before Judge Molloy. Court reporter JoAnn Jett Corson. Type of transcript: 14-Day. Transcript due 9/7/2023. (Tustin, John) (Entered: 08/24/2023) |
| 08/25/2023 | 63 | Unopposed MOTION for Extension of Time to File *Motion for Fees and Costs*. Edward B. Zukoski appearing for Plaintiffs Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. (Attachments: # 1 Text of Proposed Order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 08/25/2023) |
| 08/29/2023 | 64 | ORDER. IT IS ORDERED that the 95 MOTION for extension to file motion for fees and costs is GRANTED. Plaintiffs shall have until 30 days after there is a final, non-appealable judgment in this matter to move for attorney fees and costs. Signed by Judge Donald W. Molloy on 8/29/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 08/29/2023) |
| 08/29/2023 | 65 | TRANSCRIPT of Hearing on Motions held on 7-13-2023 before Judge Donald W. Molloy. Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER, the clerk's office, or the court reporter. NOTICE: A NOTICE OF INTENT TO REQUEST REDACTION MUST BE FILED WITHIN 7 DAYS OF THIS FILING. Contact court reporter JoAnn Jett Corson, 406-698-9965, joannjettcorson@gmail.com. For further information, please see the Transcript Redaction Procedure and Schedule on the Court Reporters page of our website. Redaction Request due 9/19/2023. Redacted Transcript Deadline set for 9/29/2023. Release of Transcript Restriction set for 11/27/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (JJC) (Entered: 08/29/2023) |
| 08/31/2023 | 66 | MOTION for Attorney Fees . Rebecca Kay Smith appearing for Plaintiffs Alliance for the Wild Rockies, Native Ecosystems Council. (Smith, Rebecca) (Entered: 08/31/2023) |
| 08/31/2023 | 67 | Brief/Memorandum in Support re 66 MOTION for Attorney Fees filed by Alliance for the Wild Rockies, Native Ecosystems Council. (Attachments: # 1 Smith Declaration, # 2 Bechtold Declaration) (Smith, Rebecca) (Entered: 08/31/2023) |
| 08/31/2023 | 68 | APPLICATION FOR TAXATION OF COSTS by Alliance for the Wild Rockies, Native Ecosystems Council. (Smith, Rebecca) (Entered: 08/31/2023) |
| 08/31/2023 | 69 | Unopposed MOTION to Stay re (68 in 9:23-cv-00003-DWM) Application for Taxation of Costs, (66 in 9:23-cv-00003-DWM) MOTION for Attorney Fees . Hayley A. Carpenter appearing for Defendants Chad Benson, Deb Haaland, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, Kirsten Kaiser, Keith Lannom, U.S. Forest Service, Consolidated |

| | | |
|---|---|---|
| | | Defendants Kirsten Kaiser, Keith Lannom. (Attachments: # 1 Text of Proposed Order) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 08/31/2023) |
| 09/05/2023 | 70 | ORDER granting (99) Motion to Stay. Federal Defendants shall file their response to Consolidated Plaintiffs' fees motion either thirty days after the deadline to file a notice of appeal of the August 17, 2023 Order and Judgment (Docs. 93, 94), or thirty days after resolution of any appeal. Signed by Judge Donald W. Molloy on 9/5/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 09/05/2023) |
| 10/02/2023 | 71 | TRANSCRIPT ORDER FORM filed by Laura Yale for proceedings held on July 13, 2023, before Judge Donald W. Molloy. Court reporter JoAnn Jett Corson. Type of transcript: 14-Day. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) Modified on 10/17/2023 to indicate request terminated. (MPB). (Entered: 10/02/2023) |
| 10/11/2023 | 72 | NOTICE OF APPEAL as to (60 in 9:23-cv-00003-DWM, 60 in 9:23-cv-00003-DWM, 60 in 9:23-cv-00003-DWM, 60 in 9:23-cv-00003-DWM, 60 in 9:23-cv-00003-DWM) Order on Motion for Summary Judgment,,,,,, Order on Motion to Strike,,, by Chad Benson, Deb Haaland, Keith Lannom, Leanne Marten, United States Fish and Wildlife Service, United States Forest Service, Martha Williams, Adam Zerrenner, Chad Benson, Kirsten Kaiser, U.S. Forest Service. (Attachments: # 1 Exhibit Representation Statement) Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Carpenter, Hayley) (Entered: 10/11/2023) |
| 10/13/2023 | 73 | NOTICE OF APPEAL as to (93 in 9:22-cv-00114-DWM, 93 in 9:22-cv-00114-DWM, 93 in 9:22-cv-00114-DWM, 93 in 9:22-cv-00114-DWM, 93 in 9:22-cv-00114-DWM) Order on Motion for Summary Judgment,,,, Order on Motion to Strike,,,,, by Kootenai Tribe of Idaho. Filing fee $ 505, receipt number MTDC-3143379. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Weis, Julie) (Entered: 10/13/2023) |
| 10/19/2023 | 74 | USCA Case Number 23-2882 and Time Schedule Order for 103 Notice of Appeal filed by Kootenai Tribe of Idaho. (Additional attachment(s) added: # 1 9th Circuit Case Number & Time Schedule Order). USCA Case Number 23-2886 and Time Schedule Order for 102 Notice of Appeal filed by Federal Defendants. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (APP) (Modified to add appellate notice for Doc. 102.) (NOS) (Entered: 10/19/2023) |
| 10/25/2023 | 75 | NOTICE OF CROSS APPEAL by Center for Biological Diversity, Wildearth Guardians, Yaak Valley Forest Council. Filing fee $ 505, receipt number MTDC-3149152. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (Zukoski, Edward) (Entered: 10/25/2023) |
| 10/30/2023 | 76 | USCA Case Number 23-3146 and Time Schedule Order for 105 Notice of Cross Appeal filed by Yaak Valley Forest Council, Center for Biological Diversity, Wildearth Guardians. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 11/01/2023) |
| 12/04/2023 | 77 | ORDER. IT IS ORDERED that the motion for attorney fees (Doc. 66 in 9:23-cv-00003-DWM) is TERMINATED. Plaintiffs may refile their motion within 30 days of the resolution of the appeal. Signed by Judge Donald W. Molloy on 12/4/2023. Associated Cases: 9:22-cv-00114-DWM, 9:23-cv-00003-DWM (NOS) (Entered: 12/04/2023) |

**PACER Service Center**

**Transaction Receipt**

| 03/05/2024 08:27:08 | | | |
|---|---|---|---|
| **PACER Login:** | jecker2022 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 9:23-cv-00003-DWM |
| **Billable Pages:** | 11 | **Cost:** | 1.10 |