Nos. 23-2882, 23-2886, 23-3146

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

CENTER FOR BIOLOGICAL DIVERSITY, et al.,
*Plaintiffs-Appellees/Plaintiffs-Appellants*,

and

ALLIANCE FOR THE WILD ROCKIES, et al.,
*Plaintiffs-Appellees/Plaintiffs*,

v.

UNITED STATES FOREST SERVICE, et al.,
*Defendants-Appellants/Defendants/Defendants-Appellees*,

and

KOOTENAI TRIBE OF IDAHO,
*Intervenor-Defendant/Intervenor-Defendant-Appellant/
Intervenor Defendant-Appellee.*

Appeal from the United States District Court for the District of Montana
No. 9:22-cv-114 (Hon. Donald W. Molloy)

**JOINT FURTHER EXCERPTS OF RECORD
VOLUME ONE OF ONE**

| | |
|---|---|
| Of Counsel: | TODD KIM<br>*Assistant Attorney General* |
| ELISE FOSTER<br>*Attorney*<br>U.S. Dep't of Agriculture | THEKLA HANSEN-YOUNG<br>HAYLEY A. CARPENTER<br>ERIKA A. FURLONG |
| KATHRYN L. WILLIAMS-SHUCK<br>SARAH E. MCLAIN<br>*Attorneys*<br>U.S. Dep't of the Interior | JOHN P. TUSTIN<br>JACOB D. ECKER<br>*Attorneys*<br>Environment and Natural Resources Division<br>U.S. Department of Justice<br>Post Office Box 7415<br>Washington, D.C. 20044 |

(202) 305-0466
jacob.ecker@usdoj.gov


Julie A. Weis
HAGLUND KELLEY LLP

Kris A. McLean
Tyson A. McLean
Kris A. McLean Law Firm

*Attorneys for Defendant-Intervenor-Appellant Kootenai Tribe of Idaho*

Index for Joint Further Excerpts of Record
*Center for Biological Diversity, et al. v. United States Forest Service, et al.*
Nos. 23-2882, 23-2886, 23-3146

| 1-ER-1–66 | | |
|---|---|---|
| **Document Name** | **ECF No.** | **FER** |
| Recovery Units and Jeopardy Determinations under Section 7 of the Endangered Species Act (*FWS Admin. Rec. 4970*), 2006 | 35 | 4 |
| Summary of recent projects on the Three Rivers Ranger District, Kootenai Nat'l Forest (*FWS Admin. Rec. 6892*) | 35 | 6 |
| Cabinet Yaak Grizzly Bear Recovery Area 2018 Research and Monitoring Report (Excerpt) (*Forest Service Admin. Rec. 5483*), 2019 | 34 | 7 |
| Cabinet Yaak Grizzly Bear Recovery Area 2019 Research and Monitoring Report (Excerpt) (*Forest Service Admin. Rec. 5933*), 2020 | 34 | 13 |



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Washington, D.C. 20240



In Reply Refer To:
FWS/AES/DCHRS/024358      **MAR 0 6 2006**

Memorandum

To:  Regional Directors, Region 1, 2, 3, 4, 5, 6, and 7
     Manager, California/Nevada Operations Office

From: Director /s/ Dale Hall

Subject: Recovery Units and Jeopardy Determinations under Section 7 of the
         Endangered Species Act

The purpose of this memorandum is to clarify the role of recovery units in making jeopardy determinations as part of interagency consultations conducted pursuant to Section 7(a)(2) of the Endangered Species Act of 1973, as amended (16 U.S.C. 1531 *et seq.*). This subject is also addressed on pages 4-36 through 4-38 of the March 1998 edition of the Endangered Species Consultation Handbook.

"Recovery units" may be identified as part of the Recovery Planning process for listed species. This approach can be useful in addressing the conservation needs of a species when different populations face different threats or where the actions needed to address the threats may differ across the range of the species. Application of this approach is at the discretion of the Regional Director charged with lead responsibility for the recovery of the species.

It is important to recognize that the establishment of "recovery units" does not create a new listed entity. Jeopardy analyses, conducted as part of a section 7 consultation, must always consider the impacts of a proposed action on the survival and recovery of the species (as "species" is defined by the Endangered Species Act) that is listed. While a proposed Federal action may have significant adverse consequences to one or more "recovery units," this would only result in a jeopardy determination if these adverse consequences reduce appreciably the likelihood of both the survival and recovery of the listed entity. The penultimate paragraph on page 4-36 of the Consultation Handbook provides the following elaboration related to this matter:

> When an action appreciably impairs or precludes the capacity of a recovery unit from providing both the survival and recovery function assigned to it, that action may represent jeopardy to the species. When using this type of analysis, include in the biological opinion a description



2

>of how the action affects not only the recovery unit's capability, but the relationship of the recovery unit to the both the survival and recovery of the listed species as a whole.

As a point of clarification, the previous practice granting exceptions to make jeopardy determinations for certain populations by way of a memorandum is discontinued. Any future jeopardy determinations for listed species, including species for which an exception memorandum was previously issued, must comport with the guidance described in this memorandum.

In summary, jeopardy determinations must assess whether the proposed action is likely to reduce appreciably both the survival and recovery of the listed species in the wild—as opposed to merely documenting significant adverse effects to one or more "recovery units." Please direct any questions regarding this memorandum to Rick Sayers, Chief, Division of Consultation, Habitat Conservation Planning, Recovery, and State Grants.

### Summary of recent projects on the Three Rivers Ranger District, Kootenai National Forest

The following table provides a brief summary of recent Three Rivers Ranger District projects. Vegetation management acres, for both harvest and landscape burns, is provided. Also included is an estimated time frame under which harvest (including associated road construction/reconstruction) and post-harvest mechanical fuels management occurred. Thus, the number of years in which these activities occurred is summed. These are my best attempt to promptly reply.

Table 1. Summary table of project, acres of treatment type, and implementation period.

| BMU | Project Name (year signed) | Harvest Acres | Harvest period | Harvest Comments | Noncommercial Acres | Landscape burning | Burning period | Burning Comments |
|---|---|---|---|---|---|---|---|---|
| 13/14 | Buckhorn (2014) | 1240 | 2015-2018 | Two large sales divided spatially in adjacent HUCs but 3 miles apart (about ½ winter harvest) | 0 | 11,623 | Not started | Incomplete; includes hand and aerial ignition |
| 10* | Lower Yaak, O'Brien, Sheep (2015) | 3069 | 2017-2021 | One last sale not yet started (740 acres total). Largely on north side of Troy (WUI) | 876 (non-harvest fules reduction) | 868 | 2020-current | Incomplete; includes hand and aerial ignition |
| 9 | Starry Goat (2018) | 1834 | 2018- small sales; one large sale area since 2020 | Largely on south side of Troy (WUI) | 3941 (non-harvest fuels; 3497 in WUI) | 9695 | 2019-current | Incomplete; includes hand and aerial ignition |
| 11 | Grizzly (2012) | 907 | 2012-2016 | Interrupted by lawsuit; harvest completed in 2017 | 515 (PCT) | 718 | 2014-2018 | Complete |
| 1/3* | Sparring Bulls (2012) | 1035 | 2012-2017 | Complete | 309 (non-harvest fuels; complete) | 3900 | 2014-current | Incomplete; includes hand and aerial ignition |

* Includes a substantial portion outside the recover zone in the "Troy polygon."

# CABINET-YAAK GRIZZLY BEAR RECOVERY AREA 2018 RESEARCH AND MONITORING PROGRESS REPORT



PREPARED BY
WAYNE F. KASWORM, THOMAS G. RADANDT, JUSTIN E. TEISBERG, TYLER VENT, ALEX WELANDER, MICHAEL PROCTOR, HILARY COOLEY, AND JENNIFER FORTIN-NOREUS
2019

UNITED STATES FISH AND WILDLIFE SERVICE
GRIZZLY BEAR RECOVERY COORDINATOR'S OFFICE
UNIVERSITY OF MONTANA, MAIN HALL ROOM 309
MISSOULA, MONTANA 59812
(406) 243-4903

**Known Grizzly Bear Mortality**

There were five instances of known or probable grizzly bear mortality in or within 16 km of the CYE (including BC) during 2018 (2 subadult males, 1 adult female, 2 cubs-of-the-year). Four were known human-caused (1 subadult male, 1 adult female and her 2 cubs) and one was probable and of unknown cause (subadult male). Sixty instances of known and probable grizzly bear mortality from all causes were detected inside or near the CYE (excluding Canada) during 1982–2018 (Tables 1 and 10, Fig. 9). Forty-four were human caused, 13 were natural mortality, and 3 were unknown cause. There were 18 instances of known grizzly bear mortality in Canada within 16 km of the CYE in the Yahk and South Purcell population units from 1982–2018 (Tables 1 and 10, Fig. 10). Thirteen were human-caused and 5 were natural mortalities.

Table 10. Cause, timing, and location of known and probable grizzly bear mortality in or within 16 km of the Cabinet-Yaak recovery zone (including Canada), 1982–2018. Radio collared bears included regardless of mortality location.

| Country/ age / sex / season / ownership | Defense of life | Legal Hunt | Hound hunting | Management removal | Mistaken identity | Natural | Poaching | Trap predation | Vehicle collision | Unknown, human | Unknown | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S.** | | | | | | | | | | | | |
| **Age / sex** | | | | | | | | | | | | |
| Adult female | 3 | | | | | 2 | 1 | | 1 | 2 | 1 | 10 |
| Subadult female | | | | | | 1 | 1 | 1 | 2 | 3 | | 8 |
| Adult male | 2 | | | 1 | 1 | | 2 | | | 4 | | 10 |
| Subadult male | 2 | | | | 4 | | 2 | | | 4 | 1 | 13 |
| Yearling | | | | | 1 | 1 | | | | | 1 | 3 |
| Cub | | | | | 1 | 9 | 2 | | | 3 | | 15 |
| Unknown | | | | | 1 | | | | | | | 1 |
| Total | 7 | | | 1 | 8 | 13 | 8 | 1 | 3 | 16 | 3 | 60 |
| **Season[1]** | | | | | | | | | | | | |
| Spring | | | | | 1 | 1 | 1 | | | 4 | 1 | 8 |
| Summer | 1 | | | | 1 | 12 | 1 | 1 | | | | 16 |
| Autumn | 6 | | | 1 | 6 | | 5 | | 3 | 11 | | 32 |
| Unknown | | | | | | 1 | | | | 1 | 2 | 4 |
| **Ownership** | | | | | | | | | | | | |
| US Private | 3 | | | 1 | 2 | 5 | | | 3 | 5 | 1 | 20 |
| US Public | 4 | | | | 6 | 13 | 3 | 1 | | 11 | 2 | 40 |
| | | | | | | | | | | | | |
| **Canada** | | | | | | | | | | | | |
| Adult female | | | | 2 | | | | | | | | 2 |
| Subadult female | 1 | | | | | | | | 1 | | | 2 |
| Adult male | 1 | 1 | | 2 | 1 | | | | | 1 | | 6 |
| Subadult male | | | | 1 | | | | | | 1 | | 2 |
| Yearling | | | | | | 1 | | | | | | 1 |
| Cub | | | | | | 4 | | | | | | 4 |
| Unknown | | | 1 | | | | | | | | | 1 |
| Total | 2 | 1 | 1 | 5 | 1 | 5 | | | 1 | 2 | | 18 |
| **Season[1]** | | | | | | | | | | | | |
| Spring | | 1 | | 1 | | 1 | | | 1 | | | 4 |
| Summer | | | 1 | 1 | | 4 | | | | | | 6 |
| Autumn | 2 | | | 3 | 1 | | | | | 2 | | 8 |
| Unknown | | | | | | | | | | | | |
| **Ownership** | | | | | | | | | | | | |
| BC Private | | | | 4 | | | | | | | | 4 |
| BC Public | 2 | 1 | 1 | 1 | 1 | 5 | | | 1 | 2 | | 14 |

[1]Spring = April 1 – May 31, Summer = June 1 – August 31, Autumn = September 1 – November 30

Seventy-two percent (18 of 25) of known human-caused mortalities occurring on the US National Forests were <500m of an open road and 28% were >500m from an open road (7 of 25). Twenty-eight percent (7 of 25) of known human-caused mortalities occurring on National Forests were located within core habitat (area greater than 500m from an open or gated road).

Mortality rates were examined by breaking the data into periods of increase (1982─98, 2007─18) and decrease (1999–2006) in population trend. From 1982─98, 16 instances of known mortality occurred in the U.S. and Canada, with 12 (75%) of these mortalities being human-caused (Table 1). The annual rate of known human-caused mortality was 0.71 mortalities per year. Twenty-seven instances of known mortality occurred during 1999–2006 with 18 (67%) of these mortalities human-caused. Annual rate of known human-caused mortality was 2.25 per year. Thirty-five instances of known mortality occurred from 2007–18 with 27 (77%) of these mortalities human-caused. Annual rate of known human-caused mortality was 2.25 per year. Though the rate of known human caused mortality was similar between the two most recent time periods, it is important to consider the rate of female mortality. The loss of females is the most critical factor affecting the trend because of their reproductive contribution to current and future growth. The rate of known female mortality was 0.29 and human caused female mortality was 0.18 during 1982–98. Total known female mortality rate decreased from 1.88 during 1999–2006 to 0.67 during 2007–18 and known human-caused female mortality rate decreased from 1.38 to 0.50. This decline of female mortality is largely responsible for the improving population trend from 2007–18 (Pages 37–42). Effort to detect mortality were probably lowest during 1982–98 because of fewer collared bears and less personnel presence in the Yaak portion of the recovery zone. Comparisons involving the two most recent time periods represent more similar amounts of effort to detect mortality.

The increase in total known mortality beginning in 1999 may be linked to poor food production during 1998–2004 (Fig. 10). Huckleberry production during these years was about half the long term average. Poor berry production years can be expected at various times, but in this case there were several successive years of poor production. Huckleberries are the major source of late summer food that enables bears to accumulate sufficient fat to survive the denning period and females to produce and nurture cubs. Poor nutrition may not allow females to produce cubs in the following year and cause females to travel further for food, exposing young to greater risk of mortality from conflicts with humans, predators, or accidental deaths. One female bear lost litters of 2 cubs each during spring of 2000 and 2001. Another mortality incident involved a female with 2 cubs that appeared to have been killed by another bear in 1999. The effect of cub mortality may be greatest in succeeding years when some of these animals might have been recruited to the reproductive segment of the population.



Figure 10. Known grizzly bear annual mortality from all causes in or within 16 km of the Cabinet-Yaak recovery zone (including Canada) and all radio-collared bears by cause, 1982–2018 and huckleberry production counts, 1989–2018.

Use of known human-caused mortality counts probably under-estimates total human-caused mortality. Numerous mortalities identified by this study were reported only because animals wore a radio-collar at death. The public reporting rate of bears wearing radio-collars can be used to develop a correction factor to estimate unreported mortality (Cherry *et al.* 2002). Correction factors were not applied to natural mortality, management removals, mortality of radio-collared bears or bears that died of unknown causes (Table 11). All radioed bears used to develop the unreported mortality correction were >2 years-old and died from human related causes. Twenty-three radio-collared bears died from human causes during 1982–2018. Ten of these were reported by the public (53%) and 9 were unreported (47%). The Bayesian statistical analysis described by Cherry *et al.* (2002) was used to calculate unreported mortality in 3 year running periods in the Yellowstone ecosystem, but samples sizes in the CYE are much smaller, so we grouped data based on the cumulative population trend ($\lambda$, Fig. 11). The unreported estimate added 22 mortalities to the 77 known mortalities from 1982–2018. The unreported estimate includes bears killed in BC which are not counted in recovery criteria (USFWS 1993).

Table 11. Annual human-caused grizzly bear mortality in or within 16 km of the Cabinet-Yaak recovery zone (including Canada) and estimates of unreported mortality, 1982–2018 (including all radio-collared bears regardless of mortality location).

| Years | Population trend | Natural | Management or research | Radio monitored | Unknown cause | Public reported | Unreported estimate | Total |
|---|---|---|---|---|---|---|---|---|
| 1982-1998 | Improving | 3 | 2 | 4 | 1 | 6 | 5 | 21 |
| 1999-2006 | Declining | 9 | 4 | 7 | 0 | 7 | 6 | 33 |
| 2007-2018 | Improving | 5 | 2 | 12 | 2 | 13 | 11 | 45 |
| Total | | 17 | 8 | 23 | 3 | 26 | 22 | 99 |

**Grizzly Bear Mortality, Reproduction, Population Trend, and Population Estimate**

This report segment updates information on survival rates, cause-specific mortality, and population trend following the methods used in Wakkinen and Kasworm (2004).

Grizzly Bear Survival and Cause-Specific Mortality
Kaplan-Meier survival and cause-specific mortality rates were calculated for 6 sex and age classes of native grizzly bears from 1983–2018 (Table 12). We calculated survival and mortality rates for augmentation and management bears separately (see below).

Table 12. Survival and cause-specific mortality rates of native grizzly bear sex and age classes based on censored telemetry data in the Cabinet–Yaak recovery zone, 1983–2018.

| Parameter | Demographic parameters and mortality rates | | | | | |
|---|---|---|---|---|---|---|
| | Adult female | Adult male | Subadult female | Subadult male | Yearling | Cub |
| Individuals / bear-years | 16 / 47.4 | 26 / 35.9 | 20 / 24.5 | 21 / 16.7 | 33 / 16.3 | 42 / 42[a] |
| Survival[b] (95% CI) | 0.937 (0.869–1.0) | 0.891 (0.794-0.989) | 0.844 (0.705–0.983) | 0.822 (0.641-01.0) | 0.889 (0.744–1.0) | 0.619 (0.476–0.762) |
| Mortality rate by cause | | | | | | |
| Legal Hunt Canada | 0 | 0.031 | 0 | 0 | 0 | 0 |
| Natural | 0.021 | 0 | 0 | 0 | 0.111 | 0.286 |
| Defense of life | 0 | 0.028 | 0.037 | 0.042 | 0 | 0 |
| Mistaken ID | 0 | 0 | 0 | 0.059 | 0 | 0 |
| Poaching | 0.020 | 0 | 0 | 0 | 0 | 0.048 |
| Trap predation | 0 | 0 | 0.046 | 0 | 0 | 0 |
| Unknown human | 0.022 | 0.050 | 0.074 | 0.077 | 0 | 0.048 |

[a]Cub survival based on counts of individuals alive and dead.
[b]Kaplan-Meier survival estimate which may differ from BOOTER survival estimate.

Mortality rates of all sex and age classes of resident non-management radio-collared grizzly bears ≥2 years old were summarized by cause and location of death (Table 13). Rates were categorized by public or private land and human or natural causes. Rates were further stratified by death locations in British Columbia or U.S. and broken into three time periods. The three periods (1983–1998, 1999-2006, and 2007–2018) correspond to a period of population increase followed by a period of decline followed by a period of increase in long term population trend (λ). Grizzly bear survival of all sex and age classes decreased from 0.899 during 1983–1998 to 0.792 during 1999–2006 and then rose to 0.930. Some of this decrease in the 1999–2006 period could be attributed to an increase in natural mortality probably related to poor berry production during 1998–2004. Mortality on private lands in the U.S. increased during this period, suggesting that bears were searching more widely for foods to replace the low berry crop. Several mortalities occurring during 1999–2006 were associated with sanitation issues on private lands. Declines in mortality rate on private lands beginning in 2007 correspond to and may be the result of the initiation of the MFWP bear management specialist position. Several deaths of management bears occurred on private lands, but were not included in this calculation due to capture biases (traps were set only once a conflict occurred and removed after capture). Point estimates for human caused mortality occurring on public lands in the U.S. and British Columbia decreased from 1983–1998 to 1999–2006 and again from 1999–2006 to 2007–2018. This apparent decrease in mortality rates on public lands from 1983–1998 to 1999–2006 is particularly noteworthy given the increase in overall mortality rates. Implementation of access management on U.S. public lands could be a factor in this apparent decline.

Table 13. Survival and cause-specific mortality rates of native radio-collared grizzly bears ≥2 years old by location of death based on censored telemetry data in the Cabinet–Yaak recovery zone, 1983–2018.

| Parameter | 1983–1998 | 1999–2006 | 2007–2018 |
|---|---|---|---|
| Individuals / bear-years | 23 / 48.9 | 21 / 20.3 | 42 / 55.3 |
| Survival[b] (95% CI) | 0.899 (0.819–0.979) | 0.792 (0.634–0.950) | 0.930 (0.861–0.999) |
| Mortality rate by location and cause | | | |
|   Public / natural | 0 | 0.059 | 0 |
|   U.S. public / human | 0.061 | 0.036 | 0.036 |
|   U.S. private / human | 0 | 0.075 | 0.034 |
|   B.C. public / human | 0.040 | 0.038 | 0 |
|   B.C. private / human | 0 | 0 | 0 |

Augmentation Grizzly Bear Survival and Cause-Specific Mortality

    Kaplan-Meier survival rates were calculated for 20 augmentation grizzly bears from 1990–2018. Bears that left the area were censored. Thirteen female and seven male bears ranged in age from 2–10, but were pooled for calculation because of small sample size. Survival for augmentation bears was 0.786 (95% CI=0.631–0.942, n=20) with a natural mortality (female), a poaching (female), a mistaken identity (male), a train collision (female), and an unknown cause (female) among 20 radio-collared bears monitored for 21.3 bear-years. The natural mortality occurred during spring, the unknown mortality occurred during summer, and the poaching, mistaken identity, and train mortality occurred during autumn. The female that died of unknown cause produced a cub before her death, and it is assumed the cub died.

Management Grizzly Bear Survival and Cause-Specific Mortality

    Kaplan-Meier survival rates were calculated for 15 management grizzly bears captured at conflict sites from 2003–18. Thirteen bears were males and two were females aged 2–18 but were pooled for this calculation because of small sample size. Survival rate was 0.614 (95% CI=0.377–0.850, n=15) with an instance of mistaken identity, a defense of life, and two unknown but human-caused mortality among 15 radio-collared bears monitored for 7.8 bear-years. One mortality occurred during spring and three occurred during autumn. All mortality involved males.

Grizzly Bear Reproduction

    Reproductive parameters originated from all bears monitored from 1983–2018. Mean age of first parturition among native grizzly bears was 6.33 years (95% CI=6.1–6.9, n=12, Table 16). Three bears used in the calculation were radio-collared from ages 2–8. The fourth individual was captured with a cub at age 6 years old. We assumed this was her first reproductive event given her age. Eight other first ages of reproduction were established through genetic parentage analysis and known age of offspring. Twenty-seven litters comprised of 57 cubs were observed through both monitoring radio-collared bears and known genetic parentage analysis paired with remote camera observation, for a mean litter size of 2.11 (95% CI=1.92–2.30, n=27, Table 14). Twenty-two reproductive intervals were determined through both monitoring radio-collared bears and known genetic parentage analysis paired with remote camera observation (Table 15). Mean inter-birth interval was calculated as 2.91 years (95% CI=2.48–3.34, n=22). Booter software provides several options to calculate a reproductive rate ($m$) and we selected unpaired litter size and birth interval data with sample size restricted to the number of females. The unpaired option allows use of bears from which accurate counts of cubs were not obtained but interval was known, or instances where litter size was known but radio failure or death limited knowledge of birth interval. Estimated reproductive rate using the unpaired option was 0.361 female cubs/year/adult female (95% CI=0.286–0.467, n=12 adult females, Table 16). In all calculations the sex ratio of cubs born was assumed to be 1:1. Reproductive rates do not include augmentation bears.

# CABINET-YAAK GRIZZLY BEAR RECOVERY AREA 2019 RESEARCH AND MONITORING PROGRESS REPORT



PREPARED BY
WAYNE F. KASWORM, THOMAS G. RADANDT, JUSTIN E. TEISBERG, TYLER VENT, ALEX WELANDER, MICHAEL PROCTOR, HILARY COOLEY, AND JENNIFER FORTIN-NOREUS
2020

UNITED STATES FISH AND WILDLIFE SERVICE
GRIZZLY BEAR RECOVERY COORDINATOR'S OFFICE
UNIVERSITY OF MONTANA, MAIN HALL ROOM 309
MISSOULA, MONTANA 59812
(406) 243-4903

1

**Known Grizzly Bear Mortality**

There were four instances of known or probable grizzly bear mortality in or within 16 km of the CYE (including BC) during 2019 (one adult male, one adult female, 2 cubs-of-the-year). Two were known human-caused (one adult male, one adult female). Two cubs were known dead of assumed natural mortality. Sixty-four instances of known and probable grizzly bear mortality from all causes were detected inside or near the CYE (excluding Canada) during 1982–2019 (Tables 1 and 10, Fig. 11). Forty-six were human caused, 15 were natural mortality, and 3 were unknown cause. There were 18 instances of known grizzly bear mortality in Canada within 16 km of the CYE in the Yahk and South Purcell population units from 1982–2019 (Tables 1 and 10, Fig. 11). Thirteen were human-caused and 5 were natural mortalities.

Table 10. Cause, timing, and location of known and probable grizzly bear mortality in or within 16 km of the Cabinet-Yaak recovery zone (including Canada), 1982–2019. Radio collared bears included regardless of mortality location.

| Country/ age / sex / season / ownership | Defense of life | Legal Hunt | Hound hunting | Management removal | Mistaken identity | Natural | Poaching | Trap predation | Vehicle collision | Unknown, human | Unknown | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **U.S.** | | | | | | | | | | | | |
| **Age / sex** | | | | | | | | | | | | |
| Adult female | 4 | | | | | 2 | 1 | | 1 | 2 | 1 | 11 |
| Subadult female | | | | | | 1 | 1 | 1 | 2 | 3 | | 8 |
| Adult male | 2 | | | 2 | 1 | | 2 | | | 4 | | 11 |
| Subadult male | 2 | | | | 4 | | 2 | | | 4 | 1 | 13 |
| Yearling | | | | | 1 | 1 | | | | | 1 | 3 |
| Cub | | | | | 1 | 11 | 2 | | | 3 | | 17 |
| Unknown | | | | | 1 | | | | | | | 1 |
| Total | 7 | | | 1 | 8 | 15 | 8 | 1 | 3 | 16 | 3 | 64 |
| **Season[1]** | | | | | | | | | | | | |
| Spring | | | | | 1 | 3 | 1 | | | 4 | 1 | 10 |
| Summer | 1 | | | | 1 | 12 | 1 | 1 | | | | 16 |
| Autumn | 7 | | | 2 | 6 | | 5 | | 3 | 11 | | 34 |
| Unknown | | | | | | | 1 | | | 1 | 2 | 4 |
| **Ownership** | | | | | | | | | | | | |
| US Private | 3 | | | 2 | 2 | | 5 | | 3 | 5 | 1 | 21 |
| US Public | 5 | | | | 6 | 15 | 3 | 1 | | 11 | 2 | 43 |
| | | | | | | | | | | | | |
| **Canada** | | | | | | | | | | | | |
| Adult female | | | | 2 | | | | | | | | 2 |
| Subadult female | 1 | | | | | | | | 1 | | | 2 |
| Adult male | 1 | 1 | | 2 | 1 | | | | | 1 | | 6 |
| Subadult male | | | | 1 | | | | | | 1 | | 2 |
| Yearling | | | | | | 1 | | | | | | 1 |
| Cub | | | | | | 4 | | | | | | 4 |
| Unknown | | | 1 | | | | | | | | | 1 |
| Total | 2 | 1 | 1 | 5 | 1 | 5 | | | 1 | 2 | | 18 |
| **Season[1]** | | | | | | | | | | | | |
| Spring | | 1 | | 1 | | 1 | | | 1 | | | 4 |
| Summer | | | 1 | 1 | | 4 | | | | | | 6 |
| Autumn | 2 | | | 3 | 1 | | | | | 2 | | 8 |
| Unknown | | | | | | | | | | | | |
| **Ownership** | | | | | | | | | | | | |
| BC Private | | | | 4 | | | | | | | | 4 |
| BC Public | 2 | 1 | 1 | 1 | 1 | 5 | | | 1 | 2 | | 14 |

[1]Spring = April 1 – May 31, Summer = June 1 – August 31, Autumn = September 1 – November 30

Sixty-nine percent (18 of 26) of known human-caused mortalities occurring on the US National Forests were <500m of an open road and 31% were >500m from an open road from 1982–2019 (8 of 26).  Thirty-one percent (8 of 26) of known human-caused mortalities occurring on National Forests were located within core habitat (area greater than 500m from an open or gated road).

Mortality rates were examined by breaking the data into periods of increase (1982—98, 2007—19) and decrease (1999–2006) in population trend.  From 1982—98, 16 instances of known mortality occurred in the U.S. and Canada, with 12 (75%) of these mortalities being human-caused (Table 1).  The annual rate of known human-caused mortality was 0.71 mortalities per year.  Twenty-seven instances of known mortality occurred during 1999–2006 with 18 (67%) of these mortalities human-caused.  Annual rate of known human-caused mortality was 2.25 per year.  Thirty-nine instances of known mortality occurred from 2007–19 with 29 (74%) of these mortalities human-caused.  Annual rate of known human-caused mortality was 2.23 per year.  Though the rate of known human caused mortality was similar between the two most recent time periods, it is important to consider the rate of female mortality.  The loss of females is the most critical factor affecting the trend because of their reproductive contribution to current and future growth. The rate of known female mortality was 0.29 and human caused female mortality was 0.18 during 1982–98.  Both total known female and human-caused female mortality rate increased from 1982–98 to 1999–2006 periods. Total known female mortality rate decreased from 1.88 during 1999–2006 to 0.85 during 2007–19 and known human-caused female mortality rate decreased from 1.5 to 0.62.  This decline of female mortality is largely responsible for the improving population trend from 2007–19 (Pages 39–42).  Efforts to detect mortality were probably lowest during 1982–98 because of fewer collared bears and less personnel presence in the Yaak portion of the recovery zone.  Comparisons involving the two most recent time periods represent more similar amounts of effort to detect mortality.

The increase in total known mortality beginning in 1999 may be linked to poor food production during 1998–2004 (Fig. 11).  Huckleberry production during these years was about half the long term average.  Poor berry production years can be expected at various times, but in this case there were several successive years of poor production.  Huckleberries are the major source of late summer food that enables bears to accumulate sufficient fat to survive the denning period and females to produce and nurture cubs.  Poor nutrition may not allow females to produce cubs in the following year and cause females to travel further for food, exposing young to greater risk of mortality from conflicts with humans, predators, or accidental deaths.  One female bear lost litters of 2 cubs each during spring of 2000 and 2001.  Another mortality incident involved a female with 2 cubs that appeared to have been killed by another bear in 1999.  The effect of cub mortality may be greatest in succeeding years when some of these animals might have been recruited to the reproductive segment of the population.



Figure 11. Known grizzly bear annual mortality from all causes in or within 16 km of the Cabinet-Yaak recovery zone (including Canada) and all radio-collared bears by cause, 1982–2018 and huckleberry production counts, 1989–2018.

Using counts of known human-caused mortality probably under-estimates total human-caused mortality. Numerous mortalities identified by this study were reported only because animals wore a radio-collar at death. The public reporting rate of bears wearing radio-collars can be used to develop a correction factor to estimate unreported mortality (Cherry *et al.* 2002). Correction factors were not applied to natural mortality, management removals, mortality of radio-collared bears or bears that died of unknown causes (Table 11). All radioed bears used to develop the unreported mortality correction were >2 years-old and died from human related causes. Twenty-three radio-collared bears died from human causes during 1982–2019. Ten of these were reported by the public (53%) and 9 were unreported (47%). The Bayesian statistical analysis described by Cherry *et al.* (2002) was used to calculate unreported mortality in 3 year running periods in the Yellowstone ecosystem, but samples sizes in the CYE are much smaller, so we grouped data based on the cumulative population trend (ʎ, Fig. 11). The unreported estimate added 23 mortalities to the 81 known mortalities from 1982–2019. The unreported estimate includes bears killed in BC which are not counted in recovery criteria (USFWS 1993).

Table 11. Annual human-caused grizzly bear mortality in or within 16 km of the Cabinet-Yaak recovery zone (including Canada) and estimates of unreported mortality, 1982–2019 (including all radio-collared bears regardless of mortality location).

| Years | Population trend | Natural | Management or research | Radio monitored | Unknown cause | Public reported | Unreported estimate | Total |
|---|---|---|---|---|---|---|---|---|
| 1982-1998 | Improving | 3 | 2 | 4 | 1 | 6 | 5 | 21 |
| 1999-2006 | Declining | 9 | 4 | 7 | 0 | 7 | 6 | 33 |
| 2007-2019 | Improving | 7 | 3 | 12 | 2 | 14 | 12 | 50 |
| Total | | 19 | 9 | 23 | 3 | 27 | 23 | 104 |

**Grizzly Bear Survival, Reproduction, Population Trend, and Population Estimate**

This report segment updates information on survival rates, cause-specific mortality, and population trend following the methods used in Wakkinen and Kasworm (2004).

Grizzly Bear Survival and Cause-Specific Mortality
Kaplan-Meier survival and cause-specific mortality rates were calculated for 6 sex and age classes of native grizzly bears from 1983–2019 (Table 12). We calculated survival and mortality rates for augmentation and management bears separately (see below).

Table 12. Survival and cause-specific mortality rates of native grizzly bear sex and age classes based on censored telemetry data in the Cabinet–Yaak recovery zone, 1983–2019.

| Parameter | Demographic parameters and mortality rates | | | | | |
|---|---|---|---|---|---|---|
| | Adult female | Adult male | Subadult female | Subadult male | Yearling | Cub |
| Individuals / bear-years | 17 / 48.9 | 26 / 36.7 | 20 / 25.3 | 23 / 18.1 | 33 / 16.4 | 44 / 44[a] |
| Survival[b] (95% CI) | 0.939 (0.874–1.0) | 0.893 (0.798-0.989) | 0.850 (0.712–0.988) | 0.833 (0.660-01.0) | 0.892 (0.748–1.0) | 0.576 (0.415–0.736) |
| Mortality rate by cause | | | | | | |
| Legal Hunt Canada | 0 | 0.031 | 0 | 0 | 0 | 0 |
| Natural | 0.021 | 0 | 0 | 0 | 0.108 | 0.326 |
| Defense of life | 0 | 0.027 | 0.036 | 0.040 | 0 | 0 |
| Mistaken ID | 0 | 0 | 0 | 0.056 | 0 | 0 |
| Poaching | 0.019 | 0 | 0 | 0 | 0 | 0.048 |
| Trap predation | 0 | 0 | 0.042 | 0 | 0 | 0 |
| Unknown human | 0.021 | 0.048 | 0.073 | 0.071 | 0 | 0.052 |

[a]Cub survival based on counts of individuals alive and dead.
[b]Kaplan-Meier survival estimate which may differ from BOOTER survival estimate.

Mortality rates of all sex and age classes of resident non-management radio-collared grizzly bears ≥2 years old were summarized by cause and location of death (Table 13). Rates were categorized by public or private land and human or natural causes. Rates were further stratified by death locations in British Columbia or U.S. and broken into three time periods. The three periods (1983–1998, 1999-2006, and 2007–2019) correspond to a period of population increase followed by a period of decline followed by a period of increase in long term population trend ($\lambda$). Grizzly bear survival of all sex and age classes decreased from 0.899 during 1983–1998 to 0.792 during 1999–2006 and then rose to 0.935. Some of this decrease in the 1999–2006 period could be attributed to an increase in natural mortality probably related to poor berry production during 1998–2004. Mortality on private lands in the U.S. increased during this period, suggesting that bears were searching more widely for foods to replace the low berry crop. Several mortalities occurring during 1999–2006 were associated with sanitation issues on private lands. Declines in mortality rate on private lands beginning in 2007 correspond to and may be the result of the initiation of the MFWP bear management specialist position. Several deaths of management bears occurred on private lands, but were not included in this calculation due to capture biases (traps were set only once a conflict occurred and removed after capture). Point estimates for human-caused mortality occurring on public lands in the U.S. and British Columbia decreased from 1983–1998 to 1999–2006 and again from 1999–2006 to 2007–2019. This apparent decrease in mortality rates on public lands from 1983–1998 to 1999–2006 is particularly noteworthy given the increase in overall mortality rates. Implementation of access management on U.S. public lands could be a factor in this apparent decline.

Table 13. Survival and cause-specific mortality rates of native radio-collared grizzly bears ≥2 years old by location of death based on censored telemetry data in the Cabinet–Yaak recovery zone, 1983–2019.

| Parameter | 1983–1998 | 1999–2006 | 2007–2019 |
|---|---|---|---|
| Individuals / bear-years | 23 / 48.9 | 21 / 20.3 | 44 / 59.6 |
| Survival[b] (95% CI) | 0.899 (0.819–0.979) | 0.792 (0.634–0.950) | 0.935 (0.871–1.0) |
| Mortality rate by location and cause | | | |
|   Public / natural | 0 | 0.059 | 0 |
|   U.S. public / human | 0.061 | 0.036 | 0.033 |
|   U.S. private / human | 0 | 0.075 | 0.032 |
|   B.C. public / human | 0.040 | 0.038 | 0 |
|   B.C. private / human | 0 | 0 | 0 |

Augmentation Grizzly Bear Survival and Cause-Specific Mortality

Kaplan-Meier survival rates were calculated for 22 augmentation grizzly bears from 1990–2019. Bears that left the area were censored. Thirteen female and seven male bears ranged in age from 2–10, but were pooled for calculation because of small sample size. Survival for augmentation bears was 0.802 (95% CI=0.659–0.945, n=22) with a natural mortality (female), a poaching (female), a mistaken identity (male), a train collision (female), and an unknown cause (female) among 22 radio-collared bears monitored for 23.4 bear-years. The natural mortality occurred during spring, the unknown mortality occurred during summer, and the poaching, mistaken identity, and train mortality occurred during autumn. The female that died of unknown cause produced a cub before her death, and it is assumed the cub died.

Management Grizzly Bear Survival and Cause-Specific Mortality

Kaplan-Meier survival rates were calculated for 16 management grizzly bears captured at conflict sites from 2003–19. Fourteen bears were males and two were females aged 2–25 but were pooled for this calculation because of small sample size. Survival rate was 0.575 (95% CI=0.343–0.808, n=16) with an instance of mistaken identity, a self-defense, a management removal, and two unknown but human-caused mortality among 16 radio-collared bears monitored for 8.3 bear-years. One mortality occurred during spring and four occurred during autumn. All mortality involved males.

Grizzly Bear Reproduction

Reproductive parameters originated from all bears monitored 1983–2019. Mean age of first parturition among native grizzly bears was 6.3 years (95% CI=5.9–6.7, n=14, Table 14). Five bears used in the calculation were radio-collared from ages 2–8. One individual was captured with a cub at age 6 years old. We assumed this was a first reproductive event given her age. Eight other first ages of reproduction were established through genetic parentage analysis and known age of offspring. Twenty-seven litters comprised of 59 cubs were observed through both monitoring radio-collared bears and known genetic parentage analysis paired with remote camera observation, for a mean litter size of 2.19 (95% CI=2.01–2.37, n=27, Table 14). Twenty-four reproductive intervals were determined through monitoring radio-collared bears and known genetic parentage analysis paired with remote camera observation (Table 14). Mean inter-birth interval was calculated as 3.00 years (95% CI=2.57–3.43, n=24). Booter software provides several options to calculate reproductive rate ($m$) and we selected unpaired litter size and birth interval data with sample size restricted to the number of females. The unpaired option allows use of bears from which accurate counts of cubs were not obtained but interval was known, or instances where litter size was known but radio failure or death limited knowledge of birth interval. Estimated reproductive rate using the unpaired option was 0.361 female cubs/year/adult female (95% CI=0.286–0.467, n=12 adult females, Table 15). Sex ratio of cubs born was assumed to be 1:1. Reproductive rates do not include augmentation bears.